# COMPOSITE EXHIBIT 1

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT, IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>Samantha Eve Morris</u>
Plaintiff

Case # _____

Judge _____

vs.

<u>Humana Insurance Company, Nationwide Mutual Insurance Company</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☒  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

### III.    TYPE OF CASE     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☒ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

  4

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Justin E Linn           Fla. Bar # 98661
    Attorney or party               (Bar # if attorney)

Justin E Linn            11/01/2023
  (type or print name)          Date

Case 1:23-cv-24540-KMM   Document 1-1   Entered on FLSD Docket 12/01/2023   Page 5 of 298

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: _____

SAMANTHA EVE MORRIS,

      Plaintiff,

vs.

HUMANA INSURANCE COMPANY, a Foreign
Profit Corporation & NATIONWIDE MUTUAL
INSURANCE COMPANY

      Defendant(s).

_____/

## DECLARATORY ACTION AND COMPLAINT FOR DAMAGES

Plaintiff, SAMANTHA EVE MORRIS, by and through her undersigned counsel, files this DECLARATORY ACTION against the Defendants HUMANA INSURANCE COMPANY, and NATIONWIDE INSURANCE COMPANY, and alleges as follows:

## ALLEGATIONS COMMON TO ALL COUNTS

1.      This is a declaratory action for insurance coverage pursuant to ***Florida Statute Chapter 86***.

2.      The County Court has original jurisdiction over this dispute because the amount in dispute is $26,498.34, exclusive of interest, attorneys' fees, and costs.

3.      At all times material hereto, Plaintiff, SAMANTHA EVE MORRIS, was a resident of Miami-Dade County, Florida, over the age of eighteen (18) years and is otherwise *sui juris.*

4.      Prior to departing on a September 2022 cruise, Plaintiff, SAMANTHA EVE MORRIS, purchased a policy of insurance underwritten by Nationwide Mutual Insurance

Company that provided coverage for accident related medical expenses (Plan Number NWEPCT12; program name Princess Vacation Protection – Platinum) (hereinafter as the Nationwide Vacation plan). **A copy of this policy is attached hereto as Exhibit A**.

5.     The maximum relevant medical expense benefit afforded under the Nationwide Vacation plan is TWENTY-THOUSAND DOLLARS ($20,000.00).

6.     The relevant policy language from the Nationwide Vacation Plan states that

a.     "The company will reimburse benefits up to the Maximum Benefit shown on the Schedule of Benefits . . . if you incur Covered Medical Expenses for Necessary Treatment of an Accidental Injury . . . that occurs during the Trip."

b.     "Covered Medical Expenses are limited to the list below: (a) the services of a physician . . . [and] (e) . . . therapeutic services."

c.     "Undisputed portions of the first party claims will be paid within thirty (30) days of Company receipt of Proof of Loss."

7.     At all times material hereto, Plaintiff, SAMANTHA EVE MORRIS was primarily insured through HUMANA INSURANCE COMPANY with an HMO Open Access policy of health insurance (Member ID 116698038 01). **A copy of this policy is attached hereto as Exhibit B**.

8.     The relevant policy language from the Humana HMO Policy states that:

a.     "We will provide coverage for services, equipment and supplies that are covered expenses."

b.     "We will pay benefits for covered expenses if you see a network provider."

c.      "If a network provider cannot provide the covered expenses you need or they cannot treat your condition, you must have a referral from your primary care physician that is approved by us to receive services from a non-network provider.  Only the services approved by us will be a covered expense.  Non-network providers have not signed an agreement with us to accept discounted or negotiated fees for services and may bill you for charges in excess of the maximum allowable fee."

d.      "Schedule of Benefits . . . 20% coinsurance after network provider deductible."

e.      "We will pay benefits for covered expenses incurred by you for health care practitioner services at a retail clinic for a . . . bodily injury."

f.      "We will pay benefits for covered expenses incurred by you for the following physical medicine and/or rehabilitative services for a documented functional impairment, pain, or developmental delay or defect as ordered by a health care practitioner and performed by a health care practitioner: Physical therapy services; Occupational therapy services; Spinal manipulations/adjustments; . . ."

g.      "If you utilize a non-network provider for covered expenses, you may have to submit a notice of claim to us. Notice of claim must be given to us in writing or by electronic mail as required by your plan, or as soon as is reasonably possible thereafter.  Notice must be sent

to us at our mailing address shown on your identification documentation . . . Claims must be complete. At a minimum a claim must contain: Name of the covered person who incurred the covered expenses; Name and address of the provider; Diagnosis; Procedure or nature of the treatment; Place of service; Date of service; and Billed amount.

h.    "Benefit payments for covered expenses rendered by a non-network provider are due and owing solely to the covered person. You may request that we direct a payment of selected medical benefits to the health care provider on whose charge the claim is based."

i.    "If we fail to complete a claim determination or appeal within the time limits set forth in the master group contract, the claim shall be deemed to have been denied, . . ."

j.    "We will not provide duplicate coverage for benefits under the master group contract when a person is covered by us and has, or is entitled to, benefits as a result of their injuries from any other coverage, including, first party uninsured or underinsured motorist coverage, any no-fault insurance, medical payment coverage (auto, homeowners or otherwise), Workers' Compensation settlement or awards, other group coverage (including student plans), direct recoveries from liable parties, premises medical pay or any other insurer providing coverage that would apply to pay your medical expenses, except another "plan", as defined in the "Coordination of

Benefits" section (e.g., group health coverage), in which case priority will be determined as described in the "Coordination of Benefits" section. Where there is such coverage, we will not duplicate other coverage available to you and shall be considered secondary, except where specifically prohibited. Where double coverage exists, we shall have the right to be repaid from whomever has received the overpayment from us to the extent of the duplicate coverage."

k. "The costs of our legal representation in matters related to our recovery rights shall be borne solely by us."

l. "Bodily Injury" means bodily damage other than a sickness, including all related conditions and recurrent symptoms."

m. "Covered expense means: Medically necessary services to treat a sickness or bodily injury, such as: Procedures; Surgeries; Consultations; Advice; Diagnosis; Referrals; Treatment; Supplies; Drugs, including prescription and specialty drugs; Devices; or Technologies."

9.    Plaintiff, SAMANTHA EVE MORRIS, was seriously and permanently injured during the cruise on September 19, 2022, due to a covered loss under the Nationwide Vacation Plan and HUMANA INSURANCE COMPANY health insurance plans.

10.    Plaintiff, SAMANTHA EVE MORRIS received medical treatment at CitiMED for treatment related to the September 19, 2022, accident.

11.    As a result of this treatment, Plaintiff, SAMANTHA EVE MORRIS, incurred

medical expenses from CitiMED totaling $26,498.34, which remain unpaid and due. **See Medical Billing Ledger attached hereto as Exhibit C**.

12.      Thereafter, Plaintiff submitted the CitiMED billing to HUMANA INSURANCE COMPANY and requested that HUMANA INSURANCE COMPANY pay the claim on or about March 15, 2023, and April 24, 2023. HUMANA INSURANCE COMPANY failed to reply with any relevant correspondence and otherwise failed to pay, deny and/or contest the claim.

13.      On or about March 15, 2023, Plaintiff sent a formal Demand (i.e., Proof of Loss) for Medical Payments Coverage to AON Affinity Travel Practice on behalf of Defendant NATIONWIDE MUTUAL INSURANCE COMPANY demanding the tender of the policy limits of the relevant medical expense benefit afforded under the Nationwide Vacation plan of TWENTY-THOUSAND DOLLARS ($20,000.00).

14.      The March 15, 2023, demand to AON Affinity Travel Practice included a Medical Claim Form and CitiMED medical records and billing. AON Affinity Travel Practice denied coverage under the policy and requested additional information.

15.      Thereafter, Plaintiff filed a Civil Remedy Notice against HUMANA INSURANCE COMPANY on or about June 14, 2023, alleging violations of Florida Statutes §§ 624.155(1)(b)(1); 624.155(1)(b)(3);        626.9541(1)(i)(2);        626.9541(1)(i)(3)(a);        626.9541(1)(i)(3)(b); 626.9541(1)(i)(3)(c); 626.9541(1)(i)(3)(d); 626.9541(1)(i)(3)(e); for failing to promptly pay or properly deny the CitiMED claim.

16.      Plaintiff again sent an additional demand for payment of benefits on or about July 1, 2023 to Defendant HUMANA INSURANCE COMPANY and Defendant HUMANA INSURANCE COMPANY has failed to pay, deny, nor contest this demand as well.

17.      On July 25, 2023, Plaintiff again sent a Time Sensitive Demand for Settlement to

AON Affinity Travel Practice on behalf of Defendant NATIONWIDE MUTUAL INSURANCE COMPANY demanding the tender of the policy limits of the relevant medical expense benefit afforded under the Nationwide Vacation plan of TWENTY-THOUSAND DOLLARS ($20,000.00).

18.    In support of this July 25, 2023 Demand Plaintiff enclosed (a) signed Medical Claim Form provided by AON, (b) Itemization of Medical Expenses, (c) CitiMED Billing Ledger, showing a balance in excess of $20,000.00, (d) APRN Initial Evaluation, (e) Email from CitiMED stating that they do not accept health insurance, (f) letter from APL showing coverage not in effect at or after the date of loss, (g) passenger statement of accident from cruise ship, and (h) booking notification from the subject cruise where the injury occurred.

19.    AON Affinity Travel Practice on behalf of Defendant NATIONWIDE MUTUAL INSURANCE COMPANY responded on or about August 23, 2023, denying the claim and stated that they would not provide coverage unless HUMANA INSURANCE COMPANY issues an Explanation of Benefits denying the coverage.

20.    Plaintiff sent a final Demand for Payment to Defendant HUMANA INSURANCE COMPANY on September 7, 2023, demanding payment within thirty (30) days for the CitiMED billing.  Defendant HUMANA INSURANCE COMPANY has failed to pay, deny, nor contest this demand.

21.    Neither Defendant HUMANA INSURANCE COMPANY nor Defendant NATIONWIDE MUTUAL INSURANCE COMPANY have paid benefits to or related to CitiMED arising from the September 19, 2022 date of loss.

22.    At all times relevant hereto Defendant HUMANA INSURANCE COMPANY was a foreign profit corporation, with a principal address of 500 West Main Street, Louisville, KY

40202.

23.     At all times material hereto Defendant HUMANA INSURANCE COMPANY has assigned the Florida Chief Financial Officer, 200 East Gaines Street, Tallahassee, Florida 32399 as its Registered Agent.

24.     At all times relevant hereto Defendant HUMANA INSURANCE COMPANY was and did business in Florida, including writing a policy of health insurance to SAMANTHA EVE MORRIS, a Florida resident, and paying policy benefits to providers located in the state of Florida for medical services provided in the state of Florida.

25.     At all times relevant hereto, Defendant NATIONWIDE MUTUAL INSURANCE COMPANY was a foreign profit corporation, with a principal address at One West Nationwide Boulevard, Columbus, OH 43215.

26.     At all times material hereto Defendant NATIONWIDE MUTUAL INSURANCE COMPANY has assigned the Florida Chief Financial Officer, 200 East Gaines Street, Tallahassee, Florida 32399 as its Registered Agent.

27.     At all times material hereto Defendant NATIONWIDE MUTUAL INSURANCE COMPANY was and did business in Florida, including writing a policy of insurance named "Princess Vacation Protection – Platinum to SAMANTHA EVE MORRIS, a Florida resident for a cruise that departed from Florida.

28.     Venue is proper in Miami-Dade County, Florida in that Defendant NATIONWIDE MUTUAL INSURANCE COMPANY maintains agent offices in Miami-Dade County, HUMANA INSURANCE COMPNAY maintains an agent office in Miami-Dade County, and the amount in dispute is related to a medical provider from Miami-Dade County, Florida.

29.     Plaintiff is contractually obligated to pay attorneys' fees and costs to the

undersigned counsel.

30.     ***Florida Statute §§ 641.28*** and ***86.121*** authorizes the court to award Plaintiff attorneys' fees and costs if she prevails in this action against HUMANA INSURANCE COMPANY.

31.     ***Florida Statute § 86.121*** authorizes the court to award Plaintiff attorneys' fees and costs if she prevails in this action against NATIONWIDE MUTUAL INSURANCE COMPANY.

32.     The issues before the court are ripe and there is a controversy.

33.     All conditions precedent have been satisfied by Plaintiff and/or waived by the Defendants, to include proper service of Notice of Claims and Proofs of Loss.

## COUNT I. – DECLARATORY JUDGMENT AGAINST HUMANA INSURANCE COMPANY

34.     Plaintiff, SAMANTHA EVE MORRIS, reasserts and reincorporates paragraphs numbered 1 through 33 above as if set forth fully herein.

35.     Plaintiff, SAMANTHA EVE MORRIS, was seriously and permanently injured during the cruise on September 19, 2022.

36.     Plaintiff, SAMANTHA EVE MORRIS received medical treatment at CitiMED for treatment related to the September 19, 2022, accident and incurred medical expenses totaling $26,498.34, which remain unpaid and due.

37.     Thereafter, Plaintiff submitted the CitiMED billing to HUMANA INSURANCE COMPANY and requested that HUMANA INSURANCE COMPANY pay the claim on or about March 15, 2023, April 24, 2023, June 14, 2023, July 1, 2023, and September 7, 2023.

38.     Florida Statute § 641.3155(4)(b) provides that a claim presented to an HMO carrier must be paid, denied or contested within 40 days after receipt of the claim.

39.    Florida Statute § 641.3155(4)(e) provides that if an HMO carrier fails to pay or deny the claim within 140 days after receipt of the claim it creates an uncontestable obligation to pay the claim.

40.    HUMANA INSURANCE COMPANY failed to pay, or properly deny and/or contest the claim.

41.    There is a bona-fide dispute between Plaintiff and Defendant HUMANA INSURANCE COMPANY as to whether the Humana Health Insurance Policy is required to pay the CitiMED medical billing.

42.    Plaintiff has a justiciable question as to the existence or non-existence of rights and/or status related to the Humana Health Insurance Policy.

43.    Plaintiff is in doubt as to the rights and/or status related to the Humana Health Insurance Policy.

44.    There is a bon-fide, actual, and present need for the declaration.

45.    All antagonistic and adverse interests are all before the Court.

46.    Plaintiff is contractually obligated to pay attorneys' fees and costs to the undersigned counsel and *Florida Statute § 641.28* authorizes the court to award Plaintiff attorneys' fees and costs if she prevails in this action against Defendant HUMANA INSURANCE COMPANY.

WHEREFORE, the Plaintiff, SAMANTHA EVE MORRIS, demands declaratory judgment against the Defendant, HUMANA INSURANCE COMPANY, declaring that the CitiMED billing is a covered expense under the Humana Health Insurance Policy for which Defendant HUMANA INSURANCE COMPANY must provide coverage as calculated through

their policy, together with attorneys' fees and costs of suit, and such further relief as the Court deems proper.

## COUNT II. – DECLARATORY JUDGMENT AGAINST NATIONWIDE MUTUAL INSURANCE COMPANY

47.     Plaintiff, SAMANTHA EVE MORRIS, reasserts and reincorporates paragraphs numbered 1 through 33 above as if set forth fully herein.

48.     Plaintiff, SAMANTHA EVE MORRIS, was seriously and permanently injured during the cruise on September 19, 2022.

49.     Plaintiff, SAMANTHA EVE MORRIS received medical treatment at CitiMED for treatment related to the September 19, 2022, accident and incurred medical expenses totaling $26,498.34, which remain unpaid and due.

50.     Thereafter, Plaintiff submitted the CitiMED billing to NATIONWIDE MUTUAL INSURANCE COMPANY and requested that NATIONWIDE MUTUAL INSURANCE COMPANY pay the claim on or about March 15, 2023 and July 25, 2023.

51.     The March 15, 2023 and/or July 25, 2023 were proper Proof of Loss as required under the Nationwide Vacation plan.

52.     NATIONWIDE MUTUAL INSURANCE COMPANY failed to pay, or properly deny and/or contest the claim.

53.     There is a bona-fide dispute between Plaintiff and Defendant NATIONWIDE MUTUAL INSURANCE COMPANY as to whether the Nationwide Vacation Plan is required to pay the CitiMED medical billing.

54.     Plaintiff has a justiciable question as to the existence or non-existence of rights and/or status related to the Nationwide Vacation Plan.

55.     Plaintiff is in doubt as to the rights and/or status related to the Nationwide Vacation Plan.

56.     There is a bon-fide, actual, and present need for the declaration.

57.     All antagonistic and adverse interests are all before the Court.

58.     Plaintiff is contractually obligated to pay attorneys' fees and costs to the undersigned counsel and ***Florida Statute § 86.121*** authorizes the court to award Plaintiff attorneys' fees and costs if she prevails in this action against Defendant NATIONWIDE MUTUAL INSURANCE COMPANY.

WHEREFORE, the Plaintiff, SAMANTHA EVE MORRIS, demands declaratory judgment against the Defendant, NATIONWIDE MUTUAL INSURANCE COMPANY, declaring that the CitiMED billing is a covered expense under the Nationwide Vacation Plan for which Defendant NATIONWIDE MUTUAL INSURANCE COMPANY must provide coverage as calculated through their policy, together with attorneys' fees and costs of suit, and such further relief as the Court deems proper.

WHEREFORE, the Plaintiff, SAMANTHA EVE MORRIS, demands declaratory judgment against the Defendants HUMANA INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY adjudging the rights and status of the Plaintiff as it relates to the Nationwide Vacation and Humana Health Insurance plans' obligations of the CitiMED medical billing, together with attorneys' fees and costs of suit, and such further relief as the Court deems proper.

## COUNT III. – BAD-FAITH AGAINST
## HUMANA INSURANCE COMPANY

59.     Plaintiff, SAMANTHA EVE MORRIS, reasserts and reincorporates paragraphs numbered 1 through 33 above as if set forth fully herein.

60.     Plaintiff, SAMANTHA EVE MORRIS, was seriously and permanently injured during the cruise on September 19, 2022.

61.     Plaintiff, SAMANTHA EVE MORRIS received medical treatment at CitiMED for treatment related to the September 19, 2022, accident and incurred medical expenses totaling $26,498.34, which remain unpaid and due.

62.     Thereafter, Plaintiff submitted the CitiMED billing to HUMANA INSURANCE COMPANY and requested that HUMANA INSURANCE COMPANY pay the claim on or about March 15, 2023, April 24, 2023, June 14, 2023, July 1, 2023, and September 7, 2023.

63.     Florida Statute § 641.3155(4)(b) provides that a claim presented to an HMO carrier must be paid, denied or contested within 40 days after receipt of the claim.

64.     Florida Statute § 641.3155(4)(e) provides that if an HMO carrier fails to pay or deny the claim within 140 days after receipt of the claim it creates an uncontestable obligation to pay the claim.

65.     Defendant HUMANA INSURANCE COMPANY failed to properly contest the claim.

66.     HUMANA INSURANCE COMPANY made a total coverage denial of the claim.

67.     The failure to respond to their own insured's repeated attempts to obtain coverage or a explanation of benefits denying coverage was done in bad-faith.

68.     Plaintiff has perfected her rights to pursue civil remedies authorized by Florida Statute § 624.155 by the filing and serving of a Civil Remedies Notice to the Defendant HUMANA

INSURANCE COMPANY on June 14, 2023, filing number 700264.

69.     As a direct and proximate result of Defendant HUMANA INSURANCE COMPANY's bad-faith claims handling, Plaintiff has suffered damages, including the ongoing unpaid total balance to CitiMED.

70.     Plaintiff is contractually obligated to pay attorneys' fees and costs to the undersigned counsel and ***Florida law*** authorizes the court to award Plaintiff attorneys' fees and costs if she prevails in this action against Defendant HUMANA INSURANCE COMPANY.

WHEREFORE, the Plaintiff, SAMANTHA EVE MORRIS, demands monetary judgment against the Defendant, HUMANA INSURANCE COMPANY, in the total amount of the outstanding CitiMED medical billing, together with attorneys' fees and costs of suit, and such further relief as the Court deems proper.

## COUNT IV. – BREACH OF CONTRACT AGAINST NATIONWIDE MUTUAL INSURANCE COMPANY

71.     Plaintiff, SAMANTHA EVE MORRIS, reasserts and reincorporates paragraphs numbered 1 through 33 above as if set forth fully herein.

72.     Prior to the September 19, 2022, accident, Plaintiff had purchased a Nationwide Vacation Plan underwritten by Defendant NATIONWIDE MUTUAL INSURANCE COMPANY,

73.     The Nationwide Vacation Plan underwritten by Defendant NATIONWIDE MUTUAL INSURANCE COMPANY was in full force and effect at the date and time of the September 19, 2022 accident.

74.     The Nationwide Vacation Plan obligated Defendant NATIONWIDE MUTUAL INSURANCE COMPANY to "reimburse benefits up to the Maximum Benefit shown on the

Schedule of Benefits . . . if you incur Covered Medical Expenses for Necessary Treatment of an Accidental Injury . . . that occurs during the Trip."

75.     "Covered Medical Expenses are limited to the list below: (a) the services of a physician . . . [and] (e) . . . therapeutic services."

76.     "Accident Medical Expense Maximum Benefit $20,000.00"

77.     "Undisputed portions of the first party claims will be paid within thirty (30) days of Company receipt of Proof of Loss."

78.     Plaintiff, SAMANTHA EVE MORRIS, was seriously and permanently injured during the cruise on September 19, 2022.

79.     Plaintiff, SAMANTHA EVE MORRIS received medical treatment at CitiMED for treatment related to the September 19, 2022, accident and incurred medical expenses totaling $26,498.34, which remain unpaid and due.

80.     Thereafter, Plaintiff submitted the CitiMED billing to NATIONWIDE MUTUAL INSURANCE COMPANY and requested that NATIONWIDE MUTUAL INSURANCE COMPANY pay the claim on or about March 15, 2023 and July 25, 2023.

81.     The March 15, 2023 and/or July 25, 2023 were proper Proof of Loss as required under the Nationwide Vacation plan.

82.     NATIONWIDE MUTUAL INSURANCE COMPANY failed to pay, or properly deny and/or contest the claim within 30 days.

83.     Defendant, NATIONWIDE MUTUAL INSURANCE COMPANY materially breached the Nationwide Vacation Plan contract when it failed to pay tender the represented Accident Medical Expense Maximum Benefit $20,000.00 within 30 days of receipt of the Proof of Loss and/or supporting documentation.

84.   Plaintiff is not obligated to obtain an explanation of benefits from HUMANA HEALTH INSURANCE denying coverage for the CitiMED medical billing as a condition to obtaining coverage under the Nationwide Vacation Policy.

85.   Defendant, NATIONWIDE MUTUAL INSURANCE COMPANY has no excuse for their failure to comply with their contractual obligations.

86.   Defendant, NATIONWIDE MUTUAL INSURANCE COMPANY breach of the contract caused monetary damages to Plaintiff, SAMANTHA EVE MORRIS, in the amount of the unpaid and due balance to CitiMED totaling $26,498.34.

87.   Plaintiff has satisfied all conditions precedent required or requested by the applicable contract, including providing Proof of Loss, supporting medical records, medical billing, and correspondence from CitiMED declaring that CitiMED does not take Health Insurance.

WHEREFORE, the Plaintiff, SAMANTHA EVE MORRIS, demands monetary judgment against the Defendant, NATIONWIDE MUTUAL INSURANCE COMPANY, for the amount of $26,498.34, together with costs of suit, and such further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable, pursuant to *Florida Statute § 86.071*.

DATED: October 26, 2023

**LAW OFFICE OF LAUREN GRONDSKI, PA**
**1031 IVES DAIRY ROAD, #228**
**MIAMI, FL 33179**
Attorneys for Plaintiff
Primary Email: justinlinnlaw@gmail.com

By:

JUSTIN E. LINN, ESQUIRE
Florida Bar No. 98661

# Plaintiff's Exhibit A

# Princess Vacation Protection – Platinum

## Cover Page

Princess Cruises and/or Princess Tours has partnered with Aon Affinity and Nationwide Mutual Insurance Company to provide our guests with travel protection. This document holds all of the relevant information you will need in regard to your travel protection plan.

**Please review the following three (3) sections:**

- **Cancellation Fee Waiver Program**
  *Provided by Princess Cruises and/or Princess Tours*

- **Travel Protection Plan Policy/Certificate of insurance**
  *Including Applicable State Exceptions provided by Nationwide Mutual Insurance Company and Affiliated Companies, Columbus, OH*

- **Non-Insurance Assistance Services**
  *Provided by CareFree Travel Assistance™*

## Cancellation Fee Waiver Program

*The following Cancellation Fee Waiver Program is provided by Princess Cruises and/or Princess Tours and is not an insurance benefit.*

The Princess Cancellation Fee Waiver Program offers our valued guests the opportunity to receive a refund from Princess Cruises and/or Princess Tours (beyond the standard refund policy published in our cruise brochure) for those otherwise non-refundable cruise vacation-related costs prepaid to Princess Cruises and/or Princess Tours, should you cancel your cruise vacation for the reasons stated below.

### Princess Cruise Cancellation Fee Waiver

(For Specified Reasons) ..................................................Cash Refund Up to Total Cruise Vacation Cost

This Cancellation Fee Waiver Program is an addendum to your cruise Ticket Contract. Through the Cancellation Fee Waiver Program, Princess Cruises and/or Princess Tours will waive their standard cancellation provision and refund to you **IN CASH** the otherwise non-refundable value of your prepaid cruise vacation, should you or your traveling companion need to cancel your cruise vacation for any one of the following reasons (subject to the restrictions noted below**):

1. sickness, injury or death to yourself, a traveling companion, or members of either of your immediate families which is diagnosed and treated by a physician at the time your cruise vacation is terminated;

2. involvement in a traffic accident en route to departure that causes you to miss your cruise;

3. your home is made uninhabitable by a natural disaster such as flood, earthquake, hurricane, volcano, tornado, wildfires or blizzard;

4. being called to serve jury duty or subpoena;

5. you are called into active military service to provide aid or relief in response to a national disaster.

**Please note that an immediate family member is:**  your or your traveling companion's legal or common law spouse, ex-spouse, parent, legal guardian, step-parent, grandparent, parents-in-law, grandchild, natural or adopted child, step-child, children-in-law, brother, sister, step-brother, step-sister, brother-in-law, sister-in-law, aunt, uncle, niece or nephew, Business Partner or Domestic Partner.

Princess Cancellation Fee Waiver refunds are also provided if you are charged a change in occupancy/ single supplement charge as a result of your traveling companion's cancellation due to one of the reasons cited above.

**Important:** Please advise your travel agent, Princess Cruises and/or Princess Tours and the Program Administrator as soon as possible in the event of cancellation. Refunds will not be provided for additional charges incurred that would have not been charged had you notified these parties as soon as reasonably possible.

**Please note the following restrictions:
Princess will not waive their cancellation fee and provide a cash refund, should you cancel your cruise vacation for any of the following reasons:

- a condition that first presents, worsens, becomes acute, or has symptoms causing a person to seek diagnosis, care or treatment, or prompts a change in medication, during the 60 days before the Cancellation Fee Waiver Program is purchased;

- a condition related to: elective abortion; use of alcohol or drugs other than as prescribed by a doctor; psychological disorders (unless hospitalization is required) or pregnancy (unless hospitalization is required);

- business, contractual, or educational obligations of you, a family member or a traveling companion;

- declared or undeclared war or act of war;

- service in the armed forces of any country;

- unlawful acts (committed by you, a family member or a traveling companion); or

- any specified reason cited previously that occurs prior to the purchase of the Cancellation Fee Waiver Program.

**Where To Report Cancellations:**

To expedite your claim submission and learn what information will be needed to file a claim, visit www.aontravelclaim.com.  To avoid non-reimbursable expenses, contact your travel agent, Princess Cruises and/or Princess Tours and the Program Administrator immediately to alert them of your cancellation. The Program Administrator can be contacted directly by calling 1-877-846-8833 or 1-516-342-7262.

## SPECIAL VACATION PROTECTION CANCELLATION ENHANCEMENT

**Vacation Protection "ANY REASON" Travel Credits......Up to 100% of the non-refundable prepaid Cruise Vacation Cost**

### Provided by Princess Cruises and/or Princess Tours

In the event that you choose to cancel for a reason not authorized above or for a reason that is otherwise restricted, at any time up until departure, and you have purchased Vacation Protection, Princess Cruises and/or Princess Tours will provide you a travel credit equal to 100% of the non-refundable value of your cruise vacation prepaid to Princess Cruises and/or Princess Tours, for your use toward a future cruise vacation. This additional enhancement is offered by Princess Cruises and/or Princess Tours as a special service to guests that purchase this ticket contract Cancellation Fee Waiver Program Addendum and is available only if purchased prior to final payment (for the cruise vacation). Certain restrictions on the use of these travel credits (such as blackout periods) may apply. To be eligible for credits, notification of cancellation must be given to Princess Cruises and/or Princess Tours prior to the ship's departure. Once you've cancelled with Princess Cruises and/or Princess Tours, please contact the Program Administrator at **1-877-846-8833** regarding travel credits.

# Summary of Benefits

**Underwritten by:** Nationwide Mutual Insurance Company and Affiliated Companies, Columbus, OH

**Plan Number:**   NWEPCT12

**Program Name:**   Princess Vacation Protection – Platinum

**Your plan is administered by:**   Aon Affinity
900 Stewart Avenue
Garden City, NY  11530-9998

### IMPORTANT
Note: certain capitalized words are defined terms in the attached Policy/Certificate of insurance.

### Please ensure to review Your State Specific Endorsements at the end of this document.

The following Schedule of Benefits shows the Maximum Benefit Amounts available through this program.  Please review to determine which benefits and limits apply to Your Trip.  This document is a Summary of Benefits.  Full coverage details, terms and conditions can be found in the Policy/Certificate of insurance.

### SCHEDULE OF BENEFITS

| COVERAGES | MAXIMUM BENEFIT PER PERSON PER TRIP |
|---|---|
| Trip Interruption | |
|     Maximum Benefit | 150% of Trip Cost |
|     Reasonable Expenses Per Day | $100 |
| Trip Delay | |
|     Maximum Benefit | $1,500 |
|     En Route to Destination | $500* |
|     Returning Home from Destination | $1,500* |
| Accident Medical Expense | |
|     Maximum Benefit | $20,000 |
|     Dental Expenses | $1,000 |
| Sickness Medical Expense | |
|     Maximum Benefit | $20,000 |
| Emergency Evacuation and Repatriation of Remains | |
|     Maximum Benefit | $75,000 |
|     Hospital Companion | $2,500 |
| Baggage/Personal Effects | |
|     Maximum Benefit | $3,000 |
| Baggage Delay | |
|     Maximum Benefit | $500 |

NSITC 2200

*Not to exceed $1,500 in the event of both pre- and post- cruise vacation trip delays.*

There are also Non-Insurance and Emergency Travel Assistance Services provided in this Travel Protection Plan. The details of these services including important phone numbers can be found at the end of this document.



Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, Ohio 43215

# TRAVEL PROTECTION CERTIFICATE

This Certificate of insurance describes all of the travel insurance benefits, underwritten by Nationwide Mutual Insurance Company (herein referred to as the Company).  The insurance benefits vary from program to program.  Please refer to the accompanying purchase confirmation and Schedule of Benefits for specific information about the program You purchased. Please contact the administrator immediately if You believe that any of the information provided is incorrect.

This Certificate of insurance is issued in consideration of enrollment and payment of any premium due.  All statements in the enrollment are representations and not warranties.  Only statements contained in a written enrollment format will be used to void insurance, reduce benefits or defend a claim.

All premium is refundable only during the ten (10) day review period from the date of purchase (or from the date of receipt if mailed) provided You have not already departed on Your Trip and You have not incurred any claimable losses during that time.  If You depart on Your Trip prior to the expiration of the review period, the review period shall automatically end upon Your departure.

You are not eligible to purchase coverage or receive benefits under this Certificate if You are unable to travel, are limited from travel, are medically restricted from travel, or are experiencing and/or are under treatment for any illness or injury that limits or restricts Your ability to travel on the date of purchase.

You are not eligible to purchase coverage or receive benefits under this Certificate if You have other insurance coverage for the loss(es) for which this Certificate is intended to insurance against.  Multiple recovers for the same loss covered by other insurance coverage is not available under this Certificate.

NO DIVIDENDS WILL BE PAYABLE UNDER THIS CERTIFICATE.

The President and Secretary of Nationwide Mutual Insurance Company witness this Certificate.

**Secretary**                    **President**

Licensed Resident Agent
(where required by law)

# TRAVEL PROTECTION CERTIFICATE

## TABLE OF CONTENTS

**GENERAL DEFINITIONS**

**GENERAL PROVISIONS**

**COVERAGES:**

       Trip Interruption
       Trip Delay
       Accident and Sickness Medical Expense
       Emergency Evacuation
       Repatriation of Remains
       Baggage/Personal Effects
       Baggage Delay

**LIMITATIONS AND EXCLUSIONS**

**NATIONWIDE MUTUAL INSURANCE COMPANY**
**TRAVEL PROTECTION INSURANCE CERTIFICATE**

**GENERAL DEFINITIONS**

Throughout this document, when capitalized, certain words and phrases are defined as follows:

**Accident** means a sudden, unexpected, unintended, specific event that occurs at an identifiable time and place but shall also include exposure resulting from a mishap to a conveyance in which You are traveling.

**Accidental Injury** means Bodily Injury caused by an Accident (of external origin) that: 1) occurs while Your coverage is in effect under this Certificate; and 2) requires physical examination and medical treatment by a Physician. The Injury must be the direct cause of loss, must be independent of all other causes, and must not be caused by or resulting from Your Sickness. The injury must be verified by a Physician in a format acceptable to the Company.

**Actual Cash Value** means the lesser of the replacement cost and the purchase price less Depreciation.

**Bodily Injury** means identifiable physical injury that is caused by an Accident and is independent of disease or bodily infirmity.

**Business Partner** means an individual who: (a) is involved in a legal partnership with You; and (b) is actively involved in the day-to-day management of the business.

**Certificate** means this document, and any endorsements, riders or amendments that will attach during the period of coverage.

**Checked Baggage** means Personal Effects brought by You for planned use on Your Trip for which a claim check has been issued to You by a Common Carrier.

**Common Carrier** means any land, sea, and/or air conveyance operating under a valid license for the transportation of passengers for hire. Taxis, limousines, and ride share services are not Common Carriers as defined herein.

**Company** means Nationwide Mutual Insurance Company.

**Complications of Pregnancy** means conditions requiring hospital confinement whose diagnoses are distinct from the pregnancy, but are adversely affected by the pregnancy, including, but not limited to: acute nephritis, nephrosis, cardiac decompression, missed abortion, pre-eclampsia, intrauterine fetal growth retardation, and similar medical and surgical conditions of comparable severity. Complications of Pregnancy also includes termination of ectopic pregnancy, and spontaneous termination of pregnancy, occurring during a period of gestation in which a viable birth is not possible. Complications of Pregnancy do not include elective abortion, elective cesarean section, false labor, occasional spotting, morning sickness, physician prescribed rest during the period of pregnancy, hyperemesis gravidarum, and similar conditions associated with the management of a difficult pregnancy not constituting a distinct complication of pregnancy.

**Cruise** means any pre-paid sea arrangements made by You.

**Deductible** means the amount of expenses for covered services and supplies that must be incurred by You before specified benefits become payable.

**Depreciation** means a reduction in value of ten percent (10%) per year from date of purchase for items accompanied by original receipts.  For items not accompanied with a receipt, a reduction in value of twenty five percent (25%) the first year and ten percent (10%) per year thereafter.  Depreciation will be calculated up to a maximum of eighty 80% from the estimated date of purchase as provided by You.  There will be no reduction in value for an item less than one (1) year old and accompanied by an original receipt.

**Domestic Partner** means a person who is at least eighteen (18) years of age with whom You reside and can show evidence of cohabitation and shared financial assets and obligations for at least the previous six (6) months and has an affidavit of domestic partnership, if recognized by the jurisdiction within which You reside.

**Economy Fare** means the lowest published rate for a one-way economy ticket.

**Effective Date** means 12:01 A.M. local time, at Your location, on the day after the required premium for such coverage is received by the Company or its authorized representative.

**Eligible Person** means a resident of the United States who is listed on Your purchase confirmation, is scheduled to take a Trip, elects to enroll in the Certificate, and pays the required premium.

**Family Member** means Your or Your Traveling Companion's legal or common law spouse, ex-spouse, parent, legal guardian, step-parent, grandparent, parents-in-law, grandchild, natural or adopted child, step-child, children-in-law, brother, sister, step-brother, step-sister, brother-in-law, sister-in-law, aunt, uncle, niece or nephew, Business Partner or Domestic Partner.

**Hazard** means:
   a)  Any delay of a Common Carrier (including Inclement Weather);
   b)  Any delay by a traffic Accident en route to a departure, in which You or Your Traveling Companion is not directly involved;
   c)  Any delay due to lost or stolen passports, travel documents or money, Quarantine, hijacking, unannounced Strike, Natural Disaster, civil commotion or riot.

**Home** means Your true, fixed and permanent place of residence and principal establishment, to which You have the intention of returning to at the end of Your Trip.

**Hospital** means a facility that:
   (a)  holds a valid license if it is required by the law;
   (b)  operates primarily for the care and treatment of sick or injured persons as in-patients;
   (c)  has a staff of one or more Physicians available at all times;
   (d)  provides twenty-four (24) hour nursing service and has at least one registered professional nurse on duty or call;
   (e)  has organized diagnostic and surgical facilities, either on the premises or in facilities available to the hospital on a pre-arranged basis; and
   (f)  is not, except incidentally, a clinic, nursing home, rest home, drug or physical rehabilitation facility or convalescent home for the aged, or similar institution.

**Inclement Weather** means any severe weather condition that delays the scheduled arrival or departure of a Common Carrier.

**Initial Deposit Date** means the date Your first Payment(s) or Deposit(s) for Your Trip is received by Your Travel Supplier.

**Insured** means the Eligible Person who elected to purchase coverage and whose premium was paid under the Certificate.

**Loss** means Bodily Injury, Sickness or damage sustained by You, while coverage is in effect, in consequence of happening of one or more of the occurrences against which the Company has undertaken to indemnify You.

**Maximum Benefit** means the largest total amount that the Company will pay under any one benefit for You, as shown on the Schedule of Benefits and subject to any applicable sub-limits for certain types of activities.

**Natural Disaster** means earthquake, flood, fire, hurricane, blizzard, avalanche, tornado, tsunami, volcanic eruption, or landslide that is due to natural causes and includes an event that is directly due to naturally occurring wildfire, earthquake, windborne dust or sand, volcanic eruption, tsunami, snow, rain or wind, that results in widespread and severe damage such that either the government of the country where the Natural Disaster occurs issues an official disaster declaration or the U.S. Government issues advice to leave the country where the Natural Disaster occurs.

**Necessary Treatment** means medical services and/or supplies recommended by the treating Physician that must be performed due to the serious and acute nature of the Sickness or Accidental Injury.

**Other Insurance** means any and every type of insurance covering the same or similar risk/loss as covered under this Certificate.   Coverage under this Certificate shall be secondary to coverage under all Other Insurance except where prohibited by law.

**Payments or Deposits** means the cash, check, or credit card amounts actually paid for Your Trip. Payments made in the form of a certificate, voucher not purchased by cash, grant or discount are not Payments or Deposits as defined herein.

**Personal Computer** means a small, general purpose electronic device for storing and processing data that is created to be utilized by one individual at a time and can perform multiple functions. The size and capabilities of the computer allow it to be operated for personal purposes. Personal Computers shall include desktop computers and laptop computers. Personal Computers shall also include:

- tablets
- Personal Digital Assistant (PDA)
- handheld devices and smartphones
- e-readers

**Personal Effects** means Your privately-owned articles including clothing and toiletry items brought by You for planned use on Your Trip.

**Physician** means a licensed practitioner of medical, surgical or dental services, or a Christian Science Practitioner, acting within the scope of his/her license. The treating Physician may not be You, Your Traveling Companion or a Family Member.

**Policy** means the group master policy including any endorsements, riders or amendments that will attach during the period of coverage.

**Pre-Existing Condition** means an illness, disease, or other condition during the sixty (60) day period immediately prior to the Effective Date of Your Certificate for which You, Your Traveling Companion, or a Family Member booked to travel with You: 1) exhibited symptoms that would have caused a typical person to seek care or treatment; or 2) received or received a recommendation for a test, examination, or medical treatment; or 3) took or received a prescription for drugs or medicine. Item (3) of this definition does not apply to a condition that is treated or controlled solely through the taking of prescription drugs or medicine and remains treated or controlled without any adjustment or change in the required prescription throughout the sixty (60) day period before the Effective Date of Your Certificate.

**Quarantine** means Your strict isolation imposed by a Government authority or Physician to prevent the spread of disease. An embargo preventing You from entering a country is not a Quarantine.

**Reasonable Expenses** means any meal, lodging, local transportation and essential phone call expense that were necessarily incurred as the result of a covered event, and that were not provided free of charge or otherwise reimbursed by a Common Carrier, Travel Supplier or other party.

**Scheduled Departure Date** means the date on which You are originally scheduled to leave on Your Trip.

**Scheduled Return Date** means the date on which You are originally scheduled to return to the point of origin or to a different final destination.

**Sickness** means an illness or disease of the body that: 1) requires a physical examination and medical treatment by a Physician and 2) commences, worsens or presents new symptoms while Your coverage is in effect.

**Sound Natural Teeth** means teeth that are whole or properly restored and are without impairment, periodontal or other conditions and are not in need of the treatment provided for any reason other than an Accidental Injury. For purposes of this Certificate, teeth previously restored with a crown, inlay, onlay, or porcelain restoration or treated by endodontics, except amalgam or composite resin fillings, are not considered Sound Natural Teeth.

**Strike** means any unannounced labor disagreement that interferes with the normal departure and arrival of a Common Carrier.

**Travel Arrangements** means: (a) transportation; (b) accommodations; and (c) other specified services arranged by the Travel Supplier for the Trip.

**Travel Assistance Company** means CareFree Travel Assistance™.

**Travel Supplier** means Princess Cruises and/or Princess Tours.

**Traveling Companion** means a person who has coordinated Travel Arrangements or vacation plans with You and intends to travel with You during the Trip and is further described on Your purchase confirmation.  Note, a group or tour leader is not considered Your Traveling Companion unless You are sharing room accommodations with the group or tour leader.

**Trip** means Travel Arrangements with a defined itinerary away from Your Home for which coverage is purchased under this Certificate and premium is paid.

**Unforeseen** means not anticipated or expected and occurring after the Effective Date of Your Certificate.

**Uninhabitable** means that, as determined by a qualified examiner selected by the Company in its sole discretion: (1) the building structure itself is unstable and there is a risk of collapse in whole or in part; (2) there is exterior or structural damage to the building allowing elemental intrusion, such as rain, wind, hail or flood; (3) immediate safety hazards affecting the building have yet to be cleared, such as debris on roofs or downed electrical lines; or (4) the building is without electricity or water and/or is not suitable for human occupancy.

**You or Your** refers to the Insured.

## GENERAL PROVISIONS

The following provisions apply to all coverages:

**LEGAL ACTIONS -** No legal action for a claim can be brought against the Company until sixty (60) days after the Company receives Proof of Loss. No legal action for a claim can be brought against the Company more than three (3) years after the time required for giving Proof of Loss.

**CONTROLLING LAW -** Any part of this Certificate that conflicts with the state law where the Certificate is issued is changed to meet the minimum requirements of that law.

**GOVERNING JURISDICTION** – The insurance regulatory agency and courts of the jurisdiction in which You reside shall have jurisdiction over the individual or group insurance coverage as if such coverage or plan were issued directly to You.

**MISREPRESENTATION AND FRAUD** – This Certificate was issued in reliance on the information You provided at the time of enrollment. The Company may deny all coverage under this Certificate, or, at the Company's election, assert any other remedy available under applicable law, if You and/or Traveling Companion seeking coverage under this Certificate knowingly concealed, misrepresented or omitted any material fact or engaged in fraudulent conduct at the time of enrollment, at any time during the policy period, or in connection with the filing or settlement of any claim.

**DUTY OF COOPERATION -** You agree to fully cooperate with the Company in the event the Company determines that an investigation is warranted regarding any claim for coverage under this Certificate.  You agree to comply with all requests by the Company to provide information and/or documentation related to any claim under this Certificate.  You agree to cooperate with the Company in the investigation and assessment of any loss and/or circumstances giving rise to a loss under this Certificate.

**SUBROGATION -** To the extent the Company pays for a Loss suffered by You, the Company will take over the rights and remedies You had relating to the Loss. This is known as subrogation. You must help the Company to preserve its rights against those responsible for the Loss. This may involve signing any papers and taking any other steps the Company may require. If the Company takes over Your rights, You must sign an appropriate subrogation form supplied by the Company.

**ASSIGNMENT -** This Certificate and all coverages provided are not assignable, whether by operation of law or otherwise, but benefits may be assigned.

**WHEN YOUR COVERAGE BEGINS -** Provided:
   a) coverage has been elected; and
   b) the required premium has been paid.

All coverage will begin on the Scheduled Departure Date, or the actual departure date if change is required by a Common Carrier, when You depart for the first Travel Arrangement (or alternate travel arrangement if You must use an alternate travel arrangement to reach Your Trip destination) for Your Trip.  Coverage will not begin before the Effective Date shown on Your purchase confirmation.

**WHEN YOUR COVERAGE ENDS:**
All Coverages will end the earliest of the following:
   (a) the Scheduled Return Date as stated on the travel tickets;
   (b) the date and time You return to Your origination point if prior to the Scheduled Return Date;
   (c) the date and time You deviate from, leave or change the original Trip itinerary (unless due to Unforeseen and unavoidable circumstances covered by the Certificate);

(d) if You extend the return date, coverage will terminate at 11:59 P.M., local time, at Your location on the Scheduled Return Date, unless otherwise authorized by the Company in advance of the Scheduled Return Date;
(e) when Your Trip exceeds one hundred eighty (180) days; or
(f) the Return Date as stated on Your purchase confirmation.

**EXTENDED COVERAGE -** Coverage will be extended under the following conditions, should they occur during the journey to the return destination or to a different destination:
(a) When You commence air travel from Your origination point: (i) within two (2) days before the commencement of the Travel Arrangements, coverage shall apply from the time of departure from the origination point; or (ii) greater than two (2) days before the commencement of the Travel Arrangements, the extension of coverage shall be provided only during Your air travel.
(b) If You return to Your origination point: (i) within two (2) days after the completion of the Travel Arrangements, coverage shall apply until the time of return to the origination point; or (ii) greater than two (2) days after the completion of the Travel Arrangements, the extension of coverage shall be provided only during Your air travel.
(c) If You are a passenger on a scheduled Common Carrier that is unavoidably delayed up to five (5) days in reaching the final destination, coverage will be extended for the period of time needed to arrive at the final destination.

In no event will coverage be extended for unscheduled extensions to Your Trip for which premium has not been paid in advance.

**EXCESS INSURANCE LIMITATION -** The insurance provided by this Certificate shall be in excess of all Other Insurance and shall be secondary to coverage under all Other Insurance. If at the time of the occurrence of any Loss there is Other Insurance in place, the Company shall be liable only for the excess of the amount of Loss paid or payable by Other Insurance.

**The following provisions apply to all benefits except Baggage/Personal Effects and Baggage Delay:**

**PAYMENT OF CLAIMS -** The Company, or its designated representative, will pay a claim after receipt of acceptable Proof of Loss.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:
(a) Your spouse;
(b) Your child or children jointly;
(c) Your parents jointly if both are living or the surviving parent if only one survives;
(d) Your brothers and sisters jointly; or
(e) Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance policies. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

**NOTICE OF CLAIM -** Written notice of claim must be given by the claimant (either You or someone acting for You) to the Company or its designated representative within seven (7) days after a covered Loss first begins. Notice should include Your name and the Plan number. Notice should be sent to the Company's administrative office, at the address shown on the cover page of the Certificate, or to the Company's designated representative.

**PROOF OF LOSS -** You must send the Company, or its designated representative, Proof of Loss within ninety (90) days after a covered Loss occurs. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not possible to give proof within such time, provided such proof is furnished and in no event, except in the absence of legal capacity, later than one year from the time proof is otherwise required. Where possible and/or required by this Certificate, independent validation of Proof of Loss must be proved to the Company within the foregoing time periods.

**PHYSICAL EXAMINATION AND AUTOPSY -** The Company, or its designated representative, at its own expense, have the right to have You examined as often as necessary while a claim is pending. The Company, or its designated representative, also has the right to have an autopsy made unless prohibited by law.

**EXAMINATION UNDER OATH** – The Company, or its designated representative, at its own expense, have the right to have You questioned under oath as often as necessary while a claim is pending.

**TIME OF PAYMENT OF CLAIMS -** Benefits payable under this Certificate for any Loss other than Loss for which this Certificate provides any periodic payment will be paid upon receipt of due written Proof of Loss in accordance with state requirements. Subject to due written Proof of Loss, all accrued indemnities for Loss for which this Certificate provides periodic payment will be paid monthly and any balance remaining unpaid upon the termination of liability, will be paid immediately upon receipt of due written proof.

**The following provisions apply to Baggage/Personal Effects and Baggage Delay coverages:**

**NOTICE OF LOSS -** If Your property covered under this Certificate is lost, stolen or damaged, You must:
(a) notify the Company, or its authorized representative as soon as possible;
(b) take immediate steps to protect, save and/or recover the covered property:
(c) give immediate notice to the carrier, Travel Supplier, property manager or bailee who is or may be liable for the Loss or damage and provide a copy of such notification to the Company;
(d) notify the police or other authority in the case of robbery or theft within twenty-four (24) hours and provide a copy of such report to the Company; and
(e) complete all steps required by local police or authorities to pursue investigation of the claim in the case of robbery or theft.

**SETTLEMENT OF LOSS -** Claims for damage and/or destruction shall be paid after acceptable proof of the damage and/or destruction is presented to the Company and the Company has determined the claim is covered. Property will be considered lost if it has not been recovered within thirty (30) days of the event. You must present acceptable Proof of Loss and the value involved to the Company.

**DISAGREEMENT OVER SIZE OF LOSS:** If there is a disagreement about the amount of the Loss, either You or the Company can make a written demand for an appraisal. After the demand, You and the Company will each select their own competent appraiser. After examining the facts, each of the two appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an arbitrator. Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will be binding. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the arbitrator and the appraisal process.

## COVERAGES

No Coverage is intended to duplicate or overlap any other Coverage or benefit provided under this Certificate. Should there be an inadvertent duplication of benefit or coverage, the Company will only provide payable benefits under the Coverage with the highest Maximum Benefit or largest scope of coverage subject to any applicable sub-limits.

## TRIP INTERRUPTION

The Company will reimburse You, up to the Maximum Benefit shown on the Schedule of Benefits, subject to any applicable sub-limits, if You interrupt Your Trip after Your departure or if You join Your Trip after Your Scheduled Departure Date due to any of the following Unforeseen reasons that occur while this coverage is in effect for You:

1. Your Sickness, Accidental Injury or death, that results in medically imposed restrictions as certified by a Physician at the time of Loss preventing Your continued participation in the Trip. A Physician must advise to cancel the Trip on or before the Scheduled Return Date.

2. Sickness, Accidental Injury or death of a Family Member or Traveling Companion booked to travel with You that a.) occurs while You are on Your Trip; b.) requires Necessary Treatment at the time of interruption; and c.) as certified by a Physician, results in medically imposed restrictions as to prevent that person's continued participation on the Trip.

3. Sickness, Accidental Injury or death of a non-traveling Family Member.

4. You, Your Traveling Companion or Family Member, who are military personnel, and are called to emergency duty to provide aid or relief in the event of a Natural Disaster (this does not include war).

5. You or Your Traveling Companion being hijacked, Quarantined, required to serve on a jury or subpoenaed during the Trip; having Your Home made Uninhabitable by Natural Disaster.

6. You or Your Traveling Companion being directly involved in a traffic Accident while en route to departure (substantiated by a police report provided by You to the Company).

The Company will reimburse You up to the Maximum Benefit shown on the Schedule of Benefits, subject to any applicable sub-limits, for the following:

(a) pre-paid unused, non-refundable land or sea expenses to the Travel Supplier and/or unused portion of the pre-paid, forfeited, non-refundable Payments or Deposits You paid for Your Trip provided the premium paid is received by the Company (or its authorized representative) and You insure all pre-paid Trip costs;

(b) the airfare paid less the value of applied credit from an unused travel ticket, to return home, join or rejoin the original Travel Arrangements limited to the cost of one-way economy airfare or similar quality as originally issued ticket by scheduled carrier, from the point of destination to the point of origin shown on the original travel tickets. In no event will the Company reimburse You for the cash value of Your airline ticket(s) purchased with frequent flier miles.

The Company will pay for Reasonable Expenses incurred by You if Your Traveling Companion must remain hospitalized or if You must extend the Trip with additional hotel nights due to a Physician certifying You or Your Traveling Companion cannot fly home due to an Accident or a Sickness but do not require Hospitalization.

In no event shall the amount reimbursed exceed the amount You pre-paid for the Trip.

TRIP DELAY

The Company will reimburse You for Covered Trip Delay Expenses, up to the Maximum Benefit shown on the Schedule of Benefits, if You are delayed, while coverage is in effect, en route to or from the Trip for three (3) or more hours due to a defined Hazard.

Covered Trip Delay Expenses:
Any pre-paid, unused, non-refundable land and water accommodations;
(a) Any Reasonable Expenses incurred;
(b) An Economy Fare from the point where You ended Your Trip to a destination where You can catch up to the Trip; or
(c) A one-way Economy Fare to return You to Your originally scheduled return destination.

You or the Traveling Companion must provide the following documentation when presenting a claim for these benefits:
(a) Written confirmation of the reasons for delay from the Common Carrier whose delay resulted in the Loss, including but not limited to, scheduled departure and return times and actual departure and return times.

ACCIDENT AND SICKNESS MEDICAL EXPENSE

The Company will reimburse benefits up to the Maximum Benefit shown on the Schedule of Benefits, subject to any applicable sub-limits, if You incur Covered Medical Expenses for Necessary Treatment of an Accidental Injury or a Sickness that occurs during the Trip. You must receive initial treatment for Accidental Injuries or the onset of the Sickness while on the Trip. All Necessary Treatment must be received within fifty-two (52) weeks of the date of the Accident or the onset of the Sickness.

Covered Medical Expenses are limited to the list below:
(a) the services of a Physician;
(b) charges for Hospital confinement and use of operating rooms; Hospital or ambulatory medical-surgical center services; This will also include expenses for a Cruise ship cabin or hotel room, not already included in the cost of Your Trip, if recommended as a substitute for a Hospital room for recovery from the Accidental Injury or Sickness;
(c) charges for anesthetics (including administration); x-ray examinations or treatments, and laboratory tests;
(d) ambulance service;
(e) drugs, medicines and therapeutic services.

The Company will pay benefits up to the Maximum Benefit shown on the Schedule of Benefits, subject to any applicable sub-limits, for dental Necessary Treatment for Accidental Injury to Sound Natural Teeth.  Both the Accidental Injury and the dental Necessary Treatment must occur during the Trip.

The Company will not pay benefits in excess of reasonable and customary charges. The Company will not cover any expenses provided by another party at no cost to You, or already included within the cost of the Trip.

EMERGENCY EVACUATION

The Company will pay benefits for Covered Evacuation Expenses incurred, up to the Maximum Benefit shown on the Schedule of Benefits, subject to any applicable sub-limits, if an Accidental Injury or Sickness commencing during the course of the Trip results in Your necessary Emergency Evacuation. An Emergency Evacuation must be ordered by a Physician who certifies that the severity of Your Accidental Injury or Sickness warrants Your Emergency Evacuation and verified and arranged by the Travel Assistance Company.

Emergency Evacuation means:
- (a) Your medical condition warrants immediate Transportation from the Hospital where You are first taken when injured or sick to the nearest Hospital where appropriate medical treatment can be obtained;
- (b) after being treated at a local Hospital, Your medical condition warrants Transportation to Your Home where You reside, to obtain further medical treatment or to recover; or
- (c) both (a) and (b), above.

Covered Evacuation Expenses are reasonable and customary expenses for necessary Transportation, related medical services and medical supplies incurred in connection with Your Emergency Evacuation. All Transportation arrangements made for evacuating You must be by the most direct and economical route possible. Expenses for Transportation must be:
- (a) recommended by the attending Physician;
- (b) required by the standard regulations of the conveyance transporting You; and
- (c) authorized in advance by the Company or its authorized Travel Assistance Company and arranged by the Company's authorized Travel Assistance Company.

Notwithstanding the forgoing, in the event the Emergency Evacuation services are not arranged by the Company's authorized Travel Assistance Company, the Company, in its sole discretion, may elect to evaluate the need for the Emergency Evacuation and provide limited reimbursement for the portion of the expenses related to such Emergency Evacuation as would have been authorized by Company's authorized Travel Assistance Company.

Transportation of Minor Children: If You are expected to be in the Hospital following a covered Emergency Evacuation, or pass away during the Trip, the Company will return Your unattended minor child(ren) (under the age of eighteen (18)) who is/are accompanying You on the scheduled Trip, to the domicile of a person nominated by You or Your next of kin with an attendant if necessary.

Hospital Companion:
Transportation to Join You: If You are traveling alone and are in a Hospital alone for more than seven (7) consecutive days or if the attending Physician certifies that due to Your Accidental Injury or Sickness, You will be required to stay in the Hospital for more than seven (7) consecutive days, upon request the Company will bring a person, chosen by You, for a single visit to and from Your bedside provided that repatriation is not imminent.

Transportation services are provided if authorized in advance and arranged by the Company or the Company's Travel Assistance Company and are limited to necessary Economy Fares less the value of applied credit from unused travel tickets, if applicable.

Transportation means any Common Carrier, or other land, water or air conveyance, required for an Emergency Evacuation and includes air ambulances, land ambulances and private motor vehicles.

The Company will not cover any expenses provided by another party at no cost to You, or already included within the cost of the Trip.

## REPATRIATION OF REMAINS
The Company will pay up to the Maximum Benefit shown on the Schedule of Benefits for the Covered Repatriation Expenses incurred to return Your body to the United States of America if You die during the Trip. This benefit is provided only if authorized in advance and arranged by the Company or the Company's Travel Assistance Company.

Covered Repatriation Expenses include, but are not limited to, expenses for embalming, cremation, minimal casket container and transportation.

## BAGGAGE/PERSONAL EFFECTS
This coverage is subject to any coverage provided by a Common Carrier and all Other Insurance and shall apply only when such other benefits are exhausted.  In order for a claim to be processed under this Coverage, a loss or theft report must be filed with local law enforcement authorities, the Common Carrier, Travel Supplier, tour leader or with a representative of the venue or location where the loss or theft took place.

### PERSONAL EFFECTS AND PROPERTY
The Company will reimburse You up to the Maximum Benefit shown on the Schedule of Benefits, subject to any applicable sub-limits, if You sustain Loss, theft or damage to baggage and Personal Effects during the Trip, provided You have taken all measures possible to protect, save and/or recover the property at all times.  The baggage and Personal Effects must be owned by and accompany You during the Trip.

The Company will pay the lesser of the following:
    (a)  Actual Cash Value at time of Loss, theft or damage to baggage and Personal Effects; or
    (b)  the cost of repair or replacement in like kind and quality.

There will be a per article limit as shown on the Schedule of Benefits.

There will be a combined Maximum Benefit as shown on the Schedule of Benefits for the following:
    jewelry; watches; articles consisting in whole or in part of silver, gold or platinum; furs; articles trimmed with or made mostly of fur; Personal Computers; cameras and their accessories and related equipment.

EXTENSION OF COVERAGE
If You have checked property with a Common Carrier and delivery is delayed, coverage for Baggage/Personal Effects will be extended until the Common Carrier delivers Your property or declares such property lost, whichever occurs first.

**BAGGAGE DELAY (Outward Journey Only)**

The Company will reimburse You for the expense to replace Your necessary Personal Effects in Your Checked Baggage up to the Maximum Benefit shown on the Schedule of Benefits, if Your Checked Baggage is delayed or misdirected by a Common Carrier for more than twenty-four (24) hours, while on a Trip.

You must be a ticketed passenger on a Common Carrier.

All claims must be verified by the Common Carrier who must certify the delay or misdirection.  Receipts for the purchases must accompany any claim.

**LIMITATIONS AND EXCLUSIONS**

**The following exclusions apply to: Trip Interruption, Trip Delay, Accident and Sickness Medical Expense:**

Loss caused by or resulting from:
1.  Pre-Existing Conditions, as defined in the Definitions section;
2.  war, invasion, acts of foreign enemies, hostilities between nations (whether declared or not), civil war. This exclusion does not apply if You are an innocent bystander to these events;
3.  participation in any military maneuver or training exercise, or any Loss starting while You are in the service of the armed forces of any country. Orders to active military service for training purposes of two months or less will not constitute service in the armed forces.
4.  piloting or learning to pilot or acting as a member of the crew of any aircraft;
5.  mental or emotional disorders, unless hospitalized;
6.  being under the influence of drugs or intoxicants, unless prescribed and used in accordance with the instructions provided by a Physician, unless results in the death of a non-traveling Family Member;
7.  intentional commission of or the attempt to commit any dishonest or fraudulent act, or criminal activity (as defined in the jurisdiction where the loss occurred);
8.  dental treatment except as a result of an injury to Sound Natural Teeth except as explicitly offered under Accident and Sickness Medical Expense;
9.  any non-emergency treatment or surgery, routine physical examinations, hearing aids, eye glasses or contact lenses;
10. pregnancy and childbirth (except for Complications of Pregnancy) except if hospitalized;
11. curtailment or delayed return for other than covered reasons;
12. traveling for the purpose of securing medical treatment;
13. care or treatment for which compensation is payable under Worker's Compensation Law, any Occupational Disease law; the 4800 Time Benefit plan or similar legislation;
14. care or treatment that is payable under any Other Insurance policy;
15. Accidental Injury or Sickness when traveling against the advice of a Physician;
16. a Loss that results from an illness, disease, or other condition, event or circumstance that occurs at a time when Your coverage is not in effect.

**The following exclusions apply to Emergency Evacuation and Repatriation of Remains:**
Loss caused by or resulting from:
1.  war, invasion, acts of foreign enemies, hostilities between nations (whether declared or not), civil war. This exclusion does not apply if You are an innocent bystander to these events;
2.  participation in any military maneuver or training exercise, or any Loss starting while You are in the service of the armed forces of any country. Orders to active military service for training purposes of two months or less will not constitute service in the armed forces.
3.  piloting or learning to pilot or acting as a member of the crew of any aircraft;
4.  traveling for the purpose of securing medical treatment.

**The following exclusions apply to Baggage/Personal Effects and Baggage Delay:**
The Company will not provide benefits for any Loss or damage to:
1.  animals;
2.  household effects and furnishing;
3.  antiques and collectors' items;
4.  eye glasses, sunglasses or contact lenses;
5.  artificial teeth and dental bridges;
6.  hearing aids;
7.  artificial limbs and other prosthetic devices;
8.  keys, cash, stamps, securities and documents;
9.  tickets;
10. credit cards;
11. professional or occupational equipment or property, whether or not electronic business equipment;
12. sporting equipment if loss or damage results from the use thereof;
13. musical instruments;
14. retainers and orthodontic devices.

Any Loss caused by or resulting from the following is excluded:
1.  breakage of brittle or fragile articles;
2.  wear and tear or gradual deterioration;
3.  insects or vermin;
4.  inherent vice or damage while the article is actually being worked upon or processed;
5.  theft or pilferage while left unattended in any vehicle;
6.  mysterious disappearance;
7.  property illegally acquired, kept, stored or transported;
8.  insurrection or rebellion;
9.  imprudent action or omission;
10. property shipped as freight or shipped prior to the Scheduled Departure Date.



**Nationwide®**

# STATE MANDATED LANGUAGE
# GROUP POLICY NSIGTC 2500

These endorsements are made a part of the Certificate/Policy to which it is attached.  These endorsements are subject to all of the provisions and limitations of the Certificate/Policy. If there is a conflict between the Certificate/Policy and the endorsement, the terms of the endorsement will govern.

## ALABAMA AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS**, the **LEGAL ACTIONS** provision is deleted in its entirety and replaced with the following:

**LEGAL ACTIONS -** No legal action for a claim can be brought against the Company until sixty (60) days after the Company receives Proof of Loss. No legal action for a claim can be brought against the Company more than six (6) years after the time required for giving Proof of Loss.

**NSITC 2400 AL**

## ALASKA AMENDATORY ENDORSEMENT

Throughout the Certificate/Policy, wherever the phrase "in its sole discretion" appears, it is deleted.

Under the section entitled **GENERAL PROVISIONS,** the **LEGAL ACTIONS** provision is deleted in its entirety and replaced with the following:

**LEGAL ACTIONS -** No legal action for a claim can be brought against the Company until sixty (60) days after the Company receives Proof of Loss.  No such action shall be brought after expiration of three (3) years from the date a claim is denied in whole or in part.

Under the section entitled **GENERAL PROVISIONS,** the **CONTROLLING LAW** provision is deleted in its entirety and replaced with the following:

**CONTROLLING LAW -** Any part of this Certificate/Policy that conflicts with the state law where the Insured resides is changed to meet the minimum requirements of that law.

Under the section entitled **GENERAL PROVISIONS,** the **MISREPRESENTATION AND FRAUD** provision is deleted in its entirety and replaced with the following:

**MISREPRESENTATION AND FRAUD –** Your coverage shall be void if You have concealed or misrepresented any material fact or circumstance on the application in obtaining the Certificate/Policy.  All statements and descriptions in an application shall be considered to be representations and not warranties.  The misrepresentations, omissions, concealment of facts and incorrect statements may not prevent a recovery under the Certificate/Policy unless they are fraudulent, material to the acceptance of the risk or the hazard assumed, or the Company in good faith would not have issued the Certificate/Policy or would have issued it differently if the true facts had been known. The Company has the right to cancel this Certificate/Policy upon ten (10) days written notice for discovery of fraud or material misrepresentation made by You.

Under the section entitled **GENERAL PROVISIONS,** the **PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**PAYMENT OF CLAIMS -** The Company, or its designated representative, will pay a claim after receipt of acceptable Proof of Loss.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:
    (a) Your spouse;
    (b) Your child or children jointly;
    (c) Your parents jointly if both are living or the surviving parent if only one survives;

(d) Your brothers and sisters jointly; or
(e) Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

All or a portion of all benefits provided by this Certificate/Policy, upon Your request, will be paid directly to the provider of the service(s).  All benefits not paid to the provider will be paid to You.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance policies. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate/Policy shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

Under the section entitled **GENERAL PROVISIONS**, the **NOTICE OF CLAIM** provision is deleted in its entirety and replaced with the following:

**NOTICE OF CLAIM -** Written notice of claim must be given by the claimant (either You or someone acting for You) to the Company or its designated representative within twenty (20) days after a covered Loss first begins or as soon as practicable. Notice should include Your name, the Travel Supplier's name and the Plan number. Notice should be sent to the Company's administrative office, at the address shown on the cover page of the Certificate/Policy, or to the Company's designated representative.

Under the section entitled **GENERAL PROVISIONS**, the **PROOF OF LOSS** provision is deleted in its entirety and replaced with the following:

**PROOF OF LOSS -** You must send the Company, or its designated representative, Proof of Loss within ninety (90) days after a covered Loss occurs, or as soon as practicable. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not possible to give proof within such time, provided such proof is furnished and in no event, except in the absence of legal capacity, later than one (1) year from the time proof is otherwise required. Where possible and/or required by this Certificate/Policy, independent validation of Proof of Loss must be proved to the Company within the foregoing time periods.

Under the section entitled **GENERAL PROVISIONS**, the **EXAMINATION UNDER OATH** provision is deleted in its entirety and replaced with the following:

**EXAMINATION UNDER OATH** – The Company, or its designated representative, at its own expense, has the right to have You questioned under oath as often as necessary while a claim is pending. You are entitled to have legal representation present when examined under oath.

Under the section entitled **GENERAL PROVISIONS**, the following is added to **TIME OF PAYMENT OF CLAIMS**:

Undisputed medical claims, if applicable, will be paid upon receipt of due written Proof of Loss, but not later than thirty (30) calendar days from receipt of Proof of Loss or within fifteen (15) calendar days after receipt of additional information for claims other than an undisputed claim. If the medical claims are not paid within the time limits, accrued interest at 15% per year will be paid beginning from the first day after the time limit until the claim is paid.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS -** If there is a disagreement about the amount of the Loss, either You or the Company can make a written demand for an appraisal. After the demand, You and the Company will each select their own competent appraiser. Within ten (10) days after the written demand, each party must notify the other party of the competent appraiser each has selected. Each of the appraisers must select a competent and impartial umpire.  Not later than fifteen (15) days after the umpire has been chosen, unless the umpire extends the time period, each appraiser will separately state in writing the amount of the loss. If the appraisers submit a written report of agreement on the amount of the loss, the agreed amount will be binding upon You and the Company. If the appraisers fail to agree, the appraisers

18

will promptly submit their differences to the umpire. A decision agreed to by one of the appraisers and the umpire will be binding upon You and the Company. All expenses and fees, not including counsel or adjuster fees, incurred because of the appraisal will be paid as determined by the umpire.

Under the section entitled **GENERAL PROVISIONS**, the following provisions are added:

**FIRST PARTY CLAIM PAYMENT** – Undisputed portions of first party claims will be paid within thirty (30) working days of Company receipt of Proof of Loss.

**INSURANCE WITH OTHER INSURERS -** If:
1) You have other Travel Insurance in effect at the same time as this Certificate/Policy covering the Trip as described on Your Schedule of Benefits, and
2) This Certificate/Policy is not in excess of all other valid and collectible insurance or indemnity;

We will pay only the proportion of the loss that the limit of liability that applies under this Certificate/Policy bears to the total amount of insurance covering the loss.

Under the section entitled **COVERAGES**, the section is deleted in its entirety and replaced with the following:

No Coverage is intended to duplicate or overlap any other Coverage or benefit provided under this Certificate/Policy. Should there be an inadvertent duplication of benefit or coverage, the Company will provide payable benefits under the Coverage with the highest Maximum Benefit or largest scope of coverage subject to any applicable sub-limits up to the point that You are fully indemnified, plus such portion of the premium paid that exceeds the pro-rata portion for the benefits so determined.

Under the Coverage entitled **ACCIDENT AND SICKNESS MEDICAL EXPENSE**, the sixth paragraph is deleted in its entirety and replaced with the following:

The Company will not pay benefits in excess of reasonable and customary charges, as determined by the treating Physician. The Company will not cover any expenses provided by another party at no cost to You or already included within the cost of the Trip.

Under the Coverage entitled **REPATRIATION OF REMAINS**, the Coverage is deleted in its entirety and replaced with the following:

**REPATRIATION OF REMAINS**

The Company will pay up to the Maximum Benefit shown on the Schedule of Benefits for the Covered Repatriation Expenses incurred to return Your body to the United States of America if You die during the Trip. Benefits should be authorized in advance and arranged by the Company or the Company's Travel Assistance Company. If the Company or the Company's Travel Assistance Company could not be contacted to arrange for repatriation, benefits are limited to the amount the Company would have paid had the Company or its Travel Assistance Company been contacted.

Covered Repatriation Expenses include, but are not limited to, expenses for embalming, cremation, minimal casket container and transportation.

**NSITC 2400 AK**

## ARIZONA AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS**, the **TIME OF PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**TIME OF PAYMENT OF CLAIMS -** Benefits payable under this Certificate/Policy for any Loss other than Loss for which this Certificate/Policy provides any periodic payment will be paid within thirty (30) days of receipt of due written Proof of Loss. Subject to due written Proof of Loss, all accrued indemnities for Loss for which this Certificate/Policy provides periodic payment will be paid monthly and any balance remaining unpaid upon the termination of liability, will be paid immediately upon receipt of due written proof.

Under the section entitled **GENERAL PROVISIONS**, the **MISREPRESENTATION AND FRAUD** provision is deleted in its entirety and replaced with the following:

**MISREPRESENTATION AND FRAUD** – This Certificate/Policy was issued in reliance on the information You provided at the time of enrollment. The Company may deny all coverage under this Certificate/Policy, or, at the Company's election, assert any other remedy available under applicable law, if You or Your Traveling Companion seeking coverage under this Certificate/Policy knowingly concealed, misrepresented or omitted any fact and the misrepresentation was fraudulent; material either to the acceptance of the risk, or to the hazard assumed by Us; and We in good faith would either not have issued the Certificate/Policy in as large an amount, or would not have provided coverage with respect to the hazard resulting in the loss, if the true facts had been made known to Us as required either by the application for the Certificate/Policy or otherwise.

**NSITC 2400 AZ**

## ARKANSAS AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS,** the **LEGAL ACTIONS** provision is deleted in its entirety and replaced with the following:

**LEGAL ACTIONS -** No legal action may be brought to recover on the plan within sixty (60) days after written Proof of Loss has been given. No such action shall be brought to recover on the Certificate/Policy prior to the expiration of the time allowed by law after Proof of Loss has been furnished in accordance with requirements of this Certificate/Policy.

Under the section entitled **GENERAL PROVISIONS**, the following provision is added:

**CLAIM FORMS** – When notice of claim is received, the Company will send You forms for filing Proof of Loss within twenty (20) days after a Loss is reported.  However, the Company's failure to furnish the forms within twenty (20) days after a Loss is reported will constitute a waiver of Proof of Loss requirements, and the Company may not thereafter require a Proof of Loss.

Under the section entitled **GENERAL PROVISIONS**, the following is added to **SUBROGATION**:

The Company is entitled to recovery only after You have been fully compensated for the Loss sustained.

Under the section entitled **GENERAL PROVISIONS,** the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS:** If there is a disagreement about the amount of the Loss, upon mutual agreement either You or the Company can make a written request for an appraisal. After the request, You and the Company will each select their own competent appraiser. After examining the facts, each of the two (2) appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an arbitrator. Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will be non-binding. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the arbitrator and the appraisal process.

Under the section entitled **GENERAL PROVISIONS**, the following provision is added:

Inquiries or complaints regarding this Certificate/Policy may be submitted to the Arkansas Insurance Department in writing or by phone.

Policyholders have the right to file a complaint with the Arkansas Insurance Department (AID).  You may call AID to request a complaint form at (800) 852-5494 or (501) 371-2640 or write the department at:

Arkansas Insurance Department
1 Commerce Way, Suite 102
Little Rock, AR 72202

**NSITC 2400 AR**

## CALIFORNIA AMENDATORY ENDORSEMENT
**The following applies to all coverages:**

Page 1 is revised to include:

**THIS PLAN INCLUDES AN EXCESS INSURANCE LIMITATION PROVISION.**

Under the section entitled **GENERAL DEFINITIONS,** the definition of **Domestic Partner** is deleted in its entirety and replaced with the following:

**Domestic Partner** means a person recognized as a Domestic Partner by the laws of the state in which You reside.

Under the section entitled **GENERAL DEFINITIONS,** the definition of **Sickness** is deleted in its entirety and replaced with the following:

**Sickness** means an illness or disease of the body that: 1) requires a physical examination and medical treatment by a Physician and 2) commences, worsens or presents new symptoms while Your coverage is in effect. Sickness also includes Complications of Pregnancy.

Under the section entitled **GENERAL PROVISIONS,** the following **ENTIRE CONTRACT; CHANGES** provision is added:

**ENTIRE CONTRACT -** This Certificate constitutes the entire contract between the parties, and no statement made by the employer or by any employee whose eligibility has been accepted by the Company shall be used in defense to a claim hereunder.  No change in this Certificate shall be valid unless approved by one of the Company's executive officers and unless such approval be endorsed hereon or attached hereto. No agent has authority to change this Certificate or to waive any of its provisions.

Under the section entitled **GENERAL PROVISIONS,** the **SUBROGATION** provision is deleted in its entirety.

**The following applies to all coverages except:  Accident and Sickness Medical Expense:**

Under the section entitled **GENERAL DEFINITIONS,** the definition of **Accidental Injury** is deleted in its entirety and replaced with the following:

**Accidental Injury** means Bodily Injury caused by an Accident resulting directly from Loss covered under this Certificate and sustained while this Certificate is in force. The Injury must not be caused by or resulting from Your Sickness. The Injury must be verified by a Physician in a format acceptable to the Company.

Under the section entitled **GENERAL PROVISIONS**, the **NOTICE OF CLAIM** provision is deleted in its entirety and replaced with the following:

**NOTICE OF CLAIM -** Written notice of claim must be given by the claimant (either You or someone acting for You) to the Company or its designated representative within twenty (20) days after a covered Loss first begins. Notice should include Your name, the Travel Supplier's name and the Plan number. Notice should be sent to the Company's administrative office, at the address shown on the cover page of the Certificate, or to the Company's designated representative.

**The following applies to:  Accident and Sickness Medical Expense:**

Under the section entitled **GENERAL DEFINITIONS,** the definition of **Accidental Injury** is deleted in its entirety and replaced with the following:

**Accidental Injury** means Bodily Injury caused by an Accident, which was the proximate cause of a Loss covered under this Certificate and sustained while this Certificate is in force. The Injury must not be caused by or resulting from Your Sickness. The Injury must be verified by a Physician in a format acceptable to the Company.

Under the section entitled **GENERAL PROVISIONS**, the following **TIME LIMIT ON CERTAIN DEFENSES** provision is added:

**TIME LIMIT ON CERTAIN DEFENSES:** After two (2) years from the date of issue of the Policy, no misstatements, except fraudulent misstatements, made by the applicant in the application for the Policy shall be used to void the Policy or to deny a claim commencing after the expiration of the two (2) year period.

Under the section entitled **GENERAL PROVISIONS**, the **NOTICE OF CLAIM** provision is deleted in its entirety and replaced with the following:

**NOTICE OF CLAIM -** Written notice of claim must be given to the Company or its designated representative within twenty (20) days after a covered Loss first begins, or as soon thereafter as is reasonably possible. Notice should include Your name, the Travel Supplier's name and the Plan number. Notice sent to the Company's administrative office, at the address shown on the cover page of the Certificate, or to the Company's designated representative, with information sufficient to identify the Insured, shall be deemed notice to the Company.

Under the section entitled **GENERAL PROVISIONS**, the following **CLAIM FORMS** provision is added:

**CLAIM FORMS** – The Company, upon receipt of Notice of Claim, will furnish to the Insured such forms as are usually furnished by it for filing Proof of Loss. If such forms are not furnished within fifteen (15) days after the giving of such notice, the Insured shall be deemed to have complied with the requirements of this Certificate as to Proof of Loss upon submitting, within the time fixed in the Certificate for filing Proofs of Loss, written proof covering the occurrence, the character, and the extent of the loss for which the claim is made.

Under the section entitled **GENERAL PROVISIONS**, the **PROOF OF LOSS** provision is deleted in its entirety and replaced with the following:

**PROOF OF LOSS** – Written Proof of Loss must be furnished to the Company within ninety (90) days after a covered Loss. Failure to furnish such proof within the time required shall not invalidate nor reduce a claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity, later than one year from the time proof is otherwise required.

Under the section entitled **GENERAL PROVISIONS**, the **TIME OF PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**TIME OF PAYMENT OF CLAIMS** – Benefits payable under this Certificate for any Loss for which this Certificate provides any periodic payment will be paid immediately upon receipt of due written Proof of Loss. Subject to due written Proof of Loss, all accrued indemnities for Loss for which this Certificate provides periodic payment will be paid monthly and any balance remaining unpaid upon the termination of liability will be paid immediately upon receipt of due written Proof of Loss.

**CALIFORNIA CONSUMER COMPLAINT NOTICE**
In the event of a complaint about this Policy/Certificate, we encourage You to contact your Agent.  You may also contact Us at One Nationwide Plaza, Columbus, OH 43215 or call Us at 1-800-882-2822.  You also have the right to contact the California Department of Insurance only after discussions with Us, the agent or other representative, or both, have failed to produce a satisfactory resolution to Your complaint.  The address, website and toll free telephone number of the Consumer Services Division of the Department of Insurance is:

> State of California
> Department of Insurance
> Health Claims Bureau
> 300 South Spring Street, South Tower
> Los Angeles, CA 90013
> www.insurance.ca.gov
> FAX: 213-897-9641
> PHONE: 1-800-927-HELP (4357)
> TDD: 800-482-4TDD (4833)

**NSIGTC 2400 CA; NSITC 2400-1 CA**

## CONNECTICUT AMENDMENT RIDER

A copy of the Master Policy, form number NSIGTC 2000 is available to You upon request.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Accidental Injury** is deleted in its entirety and replaced with the following:

**Accidental Injury** means accidental Bodily Injury sustained by You that is the direct cause, independent of disease or bodily infirmity or any other cause that occurs while Your coverage is in effect under this Certificate/Policy.

Under the section entitled **GENERAL PROVISIONS,** the **LEGAL ACTIONS** provision is deleted in its entirety and replaced with the following:

**LEGAL ACTIONS -** No legal action for a claim can be brought against the Company until sixty (60) days after the Company receives Proof of Loss. No legal action for a claim can be brought against the Company more than three (3) years after the time required for giving Proof of Loss and unless all requirements of the Certificate/Policy have been met.

Under the section entitled **GENERAL PROVISIONS,** the **MISREPRESENTATION AND FRAUD** provision is deleted in its entirety and replaced with the following:

**MISREPRESENTATION AND FRAUD –** Your coverage shall be void if, whether before or after a Loss, You concealed or misrepresented any material fact or circumstance concerning this Certificate/Policy or the subject thereof, or Your interest therein, or if You commit fraud or false swearing in connection with any of the foregoing.  However, after two (2) years from the date of enrollment, no misstatements made during enrollment may be used to void the coverage of deny any claim for loss incurred after the two (2) year period.

Under the section entitled **GENERAL PROVISIONS,** the **SUBROGATION** provision is deleted in its entirety and replaced with the following:

**SUBROGATION -** To the extent allowed by law, We, upon making any payment or assuming liability of recovery for You against any person or corporation, may bring an action in Your name to enforce such rights.  This provision does not apply to judicial awards of damages.

Under the section entitled **GENERAL PROVISIONS,** the **EXCESS INSURANCE LIMITATION** is deleted in its entirety.

Under the section entitled **GENERAL PROVISIONS,** the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS:** If there is a disagreement about the amount of the Loss, upon mutual agreement either You or the Company can make a written request for an appraisal. After the request, You and the Company will each select their own competent appraiser. After examining the facts, each of the two appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an arbitrator. Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will be non-binding. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the arbitrator and the appraisal process.

Under the section entitled **GENERAL PROVISIONS,** the following **DISPUTE RESOLUTION** provision is added:

**DISPUTE RESOLUTION -** If We are unable to resolve any disputes with You regarding this Certificate/Policy, You may file a written complaint with the State of Connecticut Insurance Department, PO Box 816, Hartford, CT 06142-0816 Attn: Consumer Affairs. The written complaint must contain a description of the dispute, the purchase price of the covered product subject to the Plan, the cost of the product and a copy of the Certificate/Policy.

Under the section entitled **LIMITATIONS AND EXCLUSIONS,** exclusions 5, 6, and 7 are deleted in their entirety and replaced by the following:

5. Mental, nervous, emotional, or personality disorders in any form whatsoever unless You are hospitalized for three (3) consecutive days or more after the Certificate/Policy Effective Date;

6.  Voluntary use of any controlled substance as defined in Title II of the Comprehensive Drug Abuse Prevention and Control Act of 1970 as now or hereafter amended, unless prescribed by a Physician for You.  (Accidental ingestion of a poisonous food substance or consumption of a controlled drug is not excluded.);

7. Commission or the attempt to commit a felony or fraudulent act;

Under the section entitled **LIMITATIONS AND EXCLUSIONS,** the following exclusions are deleted in their entirety:

14. care or treatment that is payable under any Other Insurance policy;

**The following provision is added to the Master Policy form NSIGTC 2000:**

A copy of this Master Policy form NSIGTC 2000 shall be made available to any Certificate/Policy holder upon request.

**NSITC 2400 CT**

## DELAWARE AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Family Member** is deleted in its entirety and replaced with the following:

**Family Member** means Your or Your Traveling Companion's legal or common law spouse, ex-spouse, civil union partner, parent, legal guardian, step-parent, grandparent, parents-in-law, grandchild, natural or adopted child, step-child, children-in-law, brother, sister, step-brother, step-sister, brother-in-law, sister-in-law, aunt, uncle, niece or nephew, Business Partner, or Domestic Partner.

**NSITC 2400 DE**

## DISTRICT OF COLUMBIA AMENDATORY ENDORSEMENT

The face page of the Certificate/Policy is revised by the addition of the following:

THIS IS A LIMITED BENEFIT CERTIFICATE/POLICY, PLEASE READ CAREFULLY

Under the section entitled **GENERAL DEFINITIONS**, the definition of **DOMESTIC PARTNER** is deleted in its entirety and replaced with the following:

**Domestic Partner** means a person, at least 18 years of age, with whom You have been living in a spousal relationship with evidence of cohabitation for at least six (6) months prior to the effective date of coverage, or a Domestic Partner registered under the definition of Domestic Partner as defined by D.C. Official Code §32-701(3) and §32-701(4).

Under the section entitled **GENERAL PROVISIONS**, the provision entitled **DISAGREEMENT OVER SIZE OF LOSS** is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS:** If there is a disagreement about the amount of the Loss, either You or the Company can make a written demand for an appraisal. After the demand, You and the Company will each select their own competent appraiser. After examining the facts, each of the two appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an arbitrator. Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will be non-binding. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the arbitrator and the appraisal process.

The following is added:

Wherever the term "spouse" appears in the Certificate/Policy it is amended to also include "legal partner".

**NSITC 2400 DC**

## FLORIDA AMENDATORY ENDORSEMENT

Page 1, paragraph 3 is revised to read:

All premium is refundable only during the ten (10) day review period from the date of delivery (or fifteen (15) days from the date of delivery if mailed) provided You have not already departed on Your Trip and You have not incurred any claimable losses during that time.  If You depart on Your Trip prior to the expiration of the review period, the review period shall automatically end upon Your departure.

Under the section entitled **GENERAL DEFINITIONS**, the **HOSPITAL** definition is deleted in its entirety and replaced with the following:

**Hospital** means a facility that:
    (a) holds a valid license if it is required by the law;
    (b) operates primarily for the care and treatment of sick or injured persons as in-patients;
    (c) has a staff of one or more Physicians available at all times;

(d) provides twenty-four (24) hour nursing service and has at least one registered professional nurse on duty or call;
(e) has organized diagnostic and surgical facilities, either on the premises or in facilities available to the hospital on a pre-arranged basis; and
(f) is not, except incidentally, a clinic, nursing home, rest home, drug or physical rehabilitation facility or convalescent home for the aged, or similar institution.

The Company will not deny claims for services provided in a licensed hospital because the facility does not have major surgical facilities and is primarily a rehabilitation hospital, if it is accredited by the Joint Commission on the Accreditation of Hospitals, the American Osteopathic Association, or the Commission on the Accreditation of Rehabilitative Facilities.

Under the section entitled **GENERAL PROVISIONS**, the **LEGAL ACTIONS** provision is deleted in its entirety and replaced with the following:

**LEGAL ACTIONS -** No legal action for a claim can be brought against the Company until sixty (60) days after the Company receives Proof of Loss. No legal action for a claim can be brought against the Company more than five (5) years after the time required for giving Proof of Loss.

Under the section entitled **GENERAL PROVISIONS**, the **PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**PAYMENT OF CLAIMS -** The Company, or its designated representative, will pay a claim within twenty (20) days after receipt of acceptable Proof of Loss. If the claim is not paid within 20 days, payment will bear interest at a rate of twelve percent (12%) per year.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:
(a) Your spouse;
(b) Your child or children jointly;
(c) Your parents jointly if both are living or the surviving parent if only one survives;
(d) Your brothers and sisters jointly; or
(e) Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

If a benefit is payable to a minor or other person who is unable to give a valid release for the claim, the Company may make payment to Your relatives by blood or connection by marriage of the Insured or beneficiary who is considered by the Company to be equitably entitled to the indemnity.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

Under the section entitled **GENERAL PROVISIONS**, the **TIME OF PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**TIME OF PAYMENT OF CLAIMS -** Benefits payable under this Certificate for any Loss other than Loss for which this Certificate provides any periodic payment will be paid upon receipt of due written Proof of Loss in accordance with state requirements. Subject to due written Proof of Loss, all accrued indemnities for Loss for which this Certificate provides periodic payment will be paid monthly and any balance remaining unpaid upon the termination of liability, will be paid immediately upon receipt of due written proof. If the claim is not paid when due, payment will bear interest at a rate of twelve percent (12%) per year.

If a benefit is payable to a minor or other person who is unable to give a valid release for the claim, the Company may make payment to Your relatives by blood or connection by marriage of the Insured or beneficiary who is considered by the Company to be equitably entitled to the indemnity.

Under the section entitled **GENERAL PROVISIONS**, the following **ARBITRATION** and **CONTACT INFORMATION** provisions are added:

**ARBITRATION -** Notwithstanding anything in the Policy to the contrary, any claim arising out of or relating to this contract, or its breach, may be settled by arbitration administered by the American Arbitration Association in accordance with its Commercial rules except to the extent provided otherwise in this clause. Judgment upon the award rendered in such arbitration may be entered in any court having jurisdiction thereof. Any arbitration will be by mutual agreement by all parties.  All fees and expenses of the arbitration shall be borne by the parties equally.

However, each party will bear the expense of its own counsel, experts, witnesses, and preparation and presentation of proofs. The arbitrators are precluded from awarding punitive, treble or exemplary damages, however so denominated. If more than one Insured is involved in the same dispute arising out of the same Policy and relating to the same loss or claim, all such Insureds will constitute and act as one party for the purposes of the arbitration. Nothing in this clause will be construed to impair the rights of the Insureds to assert several, rather than joint, claims or defenses.

**CONTACT INFORMATION:** If You need information regarding coverage, have a coverage inquiry or need assistance resolving a complaint arising out of or relating to this coverage, the Company may be reached at 1-800-882-2822.

Under the section entitled **LIMITATIONS AND EXCLUSIONS**, the following exclusion is deleted in its entirety and replaced with the following:

4. piloting or learning to pilot or acting as a member of the crew of any aircraft;

**NSITC 2400 FL**

# GEORGIA AMENDATORY ENDORSEMENT

The third (3rd) paragraph on the Cover Page is deleted in its entirety and replaced with:

All premium is refundable during the ten (10) day review period from the date of purchase (or from the date of receipt if mailed) provided You have not already departed on Your Trip and You have not incurred any claimable losses during that time.  If You depart on Your Trip prior to the expiration of the review period, the review period shall automatically end upon Your departure.

Under the section entitled **GENERAL PROVISIONS**, the **MISREPRESENTATION AND FRAUD** provision is deleted in its entirety and replaced with the following:

**MISREPRESENTATION AND FRAUD -** Your coverage may be denied and Your Certificate/Policy may be cancelled if, whether before or after a Loss, You concealed or misrepresented any material fact or circumstance concerning this Certificate/Policy or the subject thereof, or Your interest therein, or if You commit fraud or false swearing in connection with any of the foregoing.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety.

**NSITC 2400 GA**

# HAWAII AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS**, the **PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**PAYMENT OF CLAIMS -** The Company, or its designated representative, will pay a claim within 30 days after: (a) receipt of acceptable Proof of Loss; (b) We have accepted the claim; and (c) the amount of the claim has been determined and is not in dispute.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:
  (a)  Your spouse;
  (b)  Your child or children jointly;
  (c)  Your parents jointly if both are living or the surviving parent if only one survives;
  (d)  Your brothers and sisters jointly; or

(e) Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

All or a portion of all benefits provided by this Certificate/Policy may, at the option of the Company, be paid directly to the provider of the service(s). All benefits not paid to the provider will be paid to You.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance policies. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate/Policy shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

**NSITC 2400 HI**

## IDAHO AMENDATORY ENDORSEMENT

The second paragraph on Page 1 is deleted in its entirety and replaced with:

This Certificate/Policy of insurance is issued based on the information You provided at the time of purchase and payment of any premium due.

The third paragraph on Page 1 is deleted in its entirety and replaced with:

All premium is refundable only during the thirty (30) day review period from the date of purchase (or from the date of receipt if mailed) provided You have not already departed on Your Trip and You have not incurred any claimable losses during that time.  If You depart on Your Trip prior to the expiration of the review period, the review period shall automatically end upon Your departure.

The following paragraph is deleted in its entirety:

In the event the premium paid for coverage is less than the required premium for coverage, benefits will be paid in direct proportion of the actual amount paid to the required premium due.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Complications of Pregnancy** is deleted in its entirety and replaced with the following:

**Complications of Pregnancy** means conditions requiring hospital confinement (when the pregnancy is not terminated), whose diagnoses are distinct from the pregnancy, but are adversely affected by the pregnancy or caused by the pregnancy, such as: acute nephritis, nephrosis, cardiac decompression, missed abortion, and similar medical and surgical conditions of comparable severity, but shall not include false labor, occasional spotting, morning sickness, physician prescribed rest during the period of pregnancy, morning sickness, hyperemesis gravidarum, preeclampsia, and similar conditions associated with the management of a difficult pregnancy not constituting a nosologically distinct complication of pregnancy.

Complications of Pregnancy also includes cesarean section delivery, ectopic pregnancy which is terminated, spontaneous termination of pregnancy which occurs during a period of gestation in which a viable birth is not possible, perpetual infection, eclampsia and toxemia.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Hospital** is deleted in its entirety and replaced with the following:

**Hospital** means a provider that is a short-term, acute, or general hospital that:

1. is a duly licensed institution;
2. in return for compensation from its patients, is primarily engaged in providing Inpatient diagnostic and therapeutic services for the diagnosis, treatment, and care of injured and sick person by or under supervision of Physicians;
3. has organized departments of medicine and major surgery;
4. provides 24-hour nursing service by or under the supervision of registered graduate nurses; and
5. is not other than incidentally: a) a skilled nursing facility, nursing home, custodial care home, health resort, spa or sanatorium, place for rest, or place for the aged; b) a place for the treatment of mental Illness; c) a place for the

treatment of alcoholism or drug abuse, place for the provision of hospice care; or d) a place for the treatment of pulmonary tuberculosis.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Pre-Existing Condition** is deleted in its entirety and replaced with the following:

**Pre-Existing Condition** means an illness, disease, or other condition during the sixty (60) day period immediately prior to the Effective Date of Your Certificate/Policy for which You, Your Traveling Companion, or a Family Member booked to travel with You: 1) that would have caused an ordinarily prudent person to seek diagnosis, care or treatment; or 2) for which medical advice, care or treatment was recommended or received; or 3) an existing pregnancy.

Under the section entitled **GENERAL PROVISIONS**, the **LEGAL ACTIONS** provision is deleted in its entirety and replaced with the following:

**LEGAL ACTIONS -** No legal action for a claim can be brought against the Company until sixty (60) days after the Company receives Proof of Loss. No legal action for a claim can be brought against the Company more than five (5) years after the time required for giving Proof of Loss.

Under the section entitled **GENERAL PROVISIONS**, the **MISREPRESENTATION AND FRAUD** provision is deleted in its entirety and replaced with the following:

**MISREPRESENTATION AND FRAUD –** This Certificate/Policy was issued in reliance on the information You provided at the time of purchase. The Company may deny all coverage under this Certificate/Policy, or, at the Company's election, assert any other remedy available under applicable law, if You or and Traveling Companion seeking coverage under this Certificate/Policy knowingly concealed, misrepresented or omitted any material fact or engaged in fraudulent conduct at the time of purchase, at any time during the Certificate/Policy period, or in connection with the filing or settlement of any claim.

Under the section entitled **GENERAL PROVISIONS**, the **PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**PAYMENT OF CLAIMS -** The Company, or its designated representative, will pay a claim within 30 days after receipt of acceptable Proof of Loss.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:
    (a) Your spouse;
    (b) Your child or children jointly;
    (c) Your parents jointly if both are living or the surviving parent if only one survives;
    (d) Your brothers and sisters jointly; or
    (e) Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

All or a portion of all benefits provided by this Certificate/Policy, at the option of the Company, will be paid directly to the provider of the service(s). All benefits not paid to the provider will be paid to You.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance policies. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate/Policy shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

Under the section entitled **GENERAL PROVISIONS**, the **SETTLEMENT OF LOSS** provision is deleted in its entirety and replaced with the following:

**SETTLEMENT OF LOSS -** Claims for damage and/or destruction shall be paid within thirty (30) days after acceptable proof of the damage and/or destruction is presented to the Company and the Company has determined the claim is

covered. Property will be considered lost if it has not been recovered within thirty (30) days of the event. You must present acceptable Proof of Loss and the value involved to the Company.

Under the section entitled **GENERAL PROVISIONS**, the **EXCESS INSURANCE LIMITATION** provision is deleted in its entirety.

Under the section entitled **GENERAL PROVISIONS**, the following **APPEALS** provision is added:

You may appeal any decision made by the Company to the Idaho Department of Insurance by contacting:

Idaho Department of Insurance
Consumer Affairs
700 W. State Street, 3rd Floor
P.O. Box 83720
Boise, ID 83720-0043
1-800-721-3272
www.DOI.Idaho.gov

**NSITC 2400 ID**

## IOWA AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS:** If there is a disagreement about the amount of the Loss, either You or the Company can make a written demand for an appraisal. After the demand, You and the Company will each select their own competent appraiser. After examining the facts, each of the two appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an arbitrator. Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will be voluntary and non-binding. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the arbitrator and the appraisal process.

**NSITC 2400 IA**

## KANSAS AMENDATORY ENDORSEMENT
**First page of Certificate/Policy** is amended as follows:

Added in bold, capital letters and 18-point font: **THIS IS A LIMITED POLICY – PLEASE READ IT CAREFULLY**

**First page of Certificate/Policy** is amended as follows:

**TEN DAY FREE LOOK PROVISION:**  All premium is refundable only during the ten (10) day review period from the date of purchase (or from the date of receipt if mailed) provided You have not already departed on Your Trip and You have not incurred any claimable losses during that time.  If You depart on Your Trip prior to the expiration of the review period, the review period shall automatically end upon Your departure.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Actual Cash Value** is deleted in its entirety and replaced with the following:

**Actual Cash Value** means the amount which it would cost to repair or replace damaged property with material of like kind and quality, less allowance for deterioration and Depreciation.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Reasonable and Customary** is added:

**Reasonable and Customary / Reasonable and Customary Charges** means an expense that:
    (a)  is charged for treatment, supplies or medically Necessary Treatments or services to treat Your condition;
    (b)  does not exceed the usual level of charges for similar treatment, supplies or medical services in the locality where the expense is incurred; and
    (c)  does not include charges that would not have been made in the absence of insurance.

We rely on data provided by Context 4 Healthcare. An updated file is received every six (6) months. Payment of benefits is based on most frequently charged fees by providers in the same geographical area for the same types of procedures.

In no event will the Reasonable and Customary Charges exceed the actual amount charged.

Throughout the Certificate/Policy, reasonable and customary is replaced with Reasonable and Customary.

Under the section entitled **GENERAL DEFINITIONS**, the definition of and all references to **Domestic Partner** are deleted in their entirety.

Under the section entitled **GENERAL PROVISIONS,** the **LEGAL ACTIONS** provision is deleted in its entirety and replaced with the following:

**LEGAL ACTIONS -** No legal action for a claim can be brought against the Company until sixty (60) days after the Company receives Proof of Loss. No legal action for a claim can be brought against the Company more than five (5) years after the time required for giving Proof of Loss.

Under the section entitled **GENERAL PROVISIONS**, the **MISREPRESENTATION AND FRAUD** provision is deleted in its entirety and replaced with the following:

**MISREPRESENTATION AND FRAUD -** Your coverage shall be void if, whether before or after a Loss, You commit Fraud as defined below:

**Fraud** means an act committed by any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written, electronic, electronic impulse, facsimile, magnetic, oral or telephonic communication or statement as part of, or in support of, an application for the issuance of, or the rating of an insurance Certificate/Policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance Certificate/Policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto.

Under the section entitled **GENERAL PROVISIONS**, the **SUBROGATION** provision is amended to include:

**SUBROGATION -** This **SUBROGATION** provision does not apply to the following benefits Accident and Sickness Medical Expense.

Under the section entitled **GENERAL PROVISIONS**, the **EXCESS INSURANCE LIMITATION** provision is deleted in its entirety.

Under the section entitled **GENERAL PROVISIONS**, the **PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**PAYMENT OF CLAIMS: WHEN PAID -** The Company, or its designated representative, will pay a claim within thirty (30) days after receipt of acceptable Proof of Loss. For medical, surgical, Hospital, or dental treatment, all benefits payable under this Certificate/Policy will be paid immediately upon Our receipt of due written Proof of Loss.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:
    (a) Your spouse;
    (b) Your child or children jointly;
    (c) Your parents jointly if both are living or the surviving parent if only one survives;
    (d) Your brothers and sisters jointly; or
    (e) Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance policies. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate/Policy shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

Under the section entitled **GENERAL PROVISIONS,** the **NOTICE OF CLAIM** provision is deleted in its entirety and replaced with the following:

**NOTICE OF CLAIM -** Written notice of claim must be given by the claimant (either You or someone acting for You) to the Company or its designated representative within twenty (20) days after a covered Loss first begins. Notice should include Your name, the Travel Supplier's name and the Plan number. Notice should be sent to the Company's administrative office, at the address shown on the cover page of the Certificate/Policy, or to the Company's designated representative.

Under the section entitled GENERAL PROVISIONS, the SETTLEMENT OF LOSS provision is deleted in its entirety and replaced with the following:

**SETTLEMENT OF LOSS -** Claims for damage and/or destruction shall be paid within thirty (30) days after acceptable proof of the damage and/or destruction is presented to the Company and the Company has determined the claim is covered. Property will be considered lost if it has not been recovered within thirty (30) days of the event. You must present acceptable Proof of Loss and the value involved to the Company.

Under the section entitled **GENERAL PROVISIONS,** the following provisions are added:

**ENTIRE CONTRACT: CHANGES -** This Certificate/Policy, including any endorsements and the attached papers, if any, constitutes the entire contract of insurance. No change in this Certificate/Policy shall be valid until approved by an executive officer of the Company and unless such approval be endorsed hereon or attached hereto. No agent has authority to change this Certificate/Policy or to waive any of its provisions.

**TIME LIMIT ON CERTAIN DEFENSES -** Only Fraud made by the applicant in the application for this Certificate/Policy shall be used to void the Certificate/Policy or to deny a claim for loss incurred or disability (as defined in the Certificate/Policy).

**ERRORS RELATED TO YOUR COVERAGE -** The Company has the right to correct benefit payments that are made in error. Providers and/or You have the responsibility to return any overpayments to the Company. The Company has the responsibility to make additional payments if any underpayments have been made.

**CLAIM FORMS -** The Company, upon receipt of a notice of claim, will furnish to the claimant such forms as are usually furnished by it for filing Proofs of Loss. If such forms are not furnished within fifteen (15) days after the giving of such notice the claimant shall be deemed to have complied with the requirements of this Certificate/Policy as to Proof of Loss upon submitting within the time fixed in the Certificate/Policy for filing Proofs of Loss, written proof covering the occurrence, the character and the extent of the Loss for which claim is made.

**CHANGE OF BENEFICIARY -** Unless You make an irrevocable designation of beneficiary, the right to change of beneficiary is reserved to the Company and the consent of the beneficiary or beneficiaries shall not be requisite to surrender or assignment of this Certificate/Policy or to any change of beneficiary or beneficiaries, or to any other changes in this Certificate/Policy.

**MISSTATEMENT OF AGE -** If Your age has been misstated, all amounts payable under this **Certificate/Policy** shall be such as the premium paid would have purchased at the correct age.

**CONFORMITY WITH STATUTES -** Any provision of this Certificate/Policy which, on its effective date, is in conflict with the statutes of the state in which You reside on such date is hereby amended to conform to the minimum requirements of such statutes.

**CANCELLATION BY INSURED -** You may cancel this Certificate/Policy at any time by written notice delivered or mailed to the insurer, effective upon receipt of such notice or on such late date as may be specified in such notice. In the event of cancellation or Your death, the Company will promptly return the unearned portion of any premium paid. The earned premium shall be computed by the use of the short-rate table last filed with the state official having supervision of

insurance in the state where You resided when the Certificate/Policy was issued. Cancellation shall be without prejudice to any claim originating prior to the effective date of cancellation.

**INSURANCE WITH OTHER INSURERS -** If there be other valid coverage, not with the Company, providing benefits for the same loss on a provision of service basis or an expense incurred basis, payment shall not be prorated or reduced. If such a case, You shall be entitled to payment from both insurers.  The provisions of this paragraph shall not apply to any individual policy of accident and sickness insurance, as defined in K.S.A. 40-2201, and amendments thereto.

Under the section entitled **LIMITATIONS AND EXCLUSIONS,** exclusion 13 is deleted in its entirety and replaced with the following:

13. Benefits will not be provided for services for injuries of diseases related to Your job to the extent You are covered or are required to be covered by the Workers' Compensation law. If You enter into a settlement giving up Your right to recover future medical benefits under a Workers' Compensation law, this Certificate/Policy will not pay those medical benefits that would have been payable in absence of that settlement.

Under the section entitled **LIMITATIONS AND EXCLUSIONS,** exclusion 15 is deleted in its entirety.

Under the section entitled **LIMITATIONS AND EXCLUSIONS,** the following exclusion is added:

17. Elective abortions, unless the procedure is necessary to preserve the life of the mother.

**NSITC 2400 KS**

## KENTUCKY AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS**, the **PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**PAYMENT OF CLAIMS -** The Company, or its designated representative, will pay a claim within thirty (30) days after receipt of acceptable Proof of Loss.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:
    (a)  Your spouse;
    (b)  Your child or children jointly;
    (c)  Your parents jointly if both are living or the surviving parent if only one survives;
    (d)  Your brothers and sisters jointly; or
    (e)  Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

All or a portion of all benefits provided by this Certificate/Policy, at the option of the Company, will be paid directly to the provider of the service(s).  All benefits not paid to the provider will be paid to You.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance policies. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate/Policy shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

Under the section entitled **GENERAL PROVISIONS**, the **SETTLEMENT OF LOSS** provision is deleted in its entirety and replaced with the following:

**SETTLEMENT OF LOSS -** Claims for damage and/or destruction shall be paid within thirty (30) days after acceptable proof of the damage and/or destruction is presented to the Company and the Company has determined the claim is covered. Property will be considered lost if it has not been recovered within thirty (30) days of the event. You must present acceptable Proof of Loss and the value involved to the Company.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS:** If there is a disagreement about the amount of the Loss, either You or the Company can make a written demand for an appraisal. After the demand, You and the Company will each select their own competent appraiser. After examining the facts, each of the two (2) appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an arbitrator. Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will be voluntary and non-binding. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the arbitrator and the appraisal process.

**NSITC 2400 KY**

## LOUISIANA AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Domestic Partner** is deleted in its entirety.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Family Member** is deleted in its entirety and replaced with the following:

**Family Member** means Your or Your Traveling Companion's legal spouse, parent, legal guardian, step-parent, grandparent, parents-in-law, grandchild, natural or adopted child, step-child, children-in-law, brother, sister, step-brother, step-sister, brother-in-law, sister-in-law, aunt, uncle, niece, nephew, or Business Partner.

Under the section entitled **GENERAL PROVISIONS**, the **GOVERNING JURISDICTION** provision is deleted in its entirety and replaced with the following:

**GOVERNING JURISDICTION** – The insurance regulatory agency and courts of Louisiana shall have jurisdiction over this insurance Certificate/Policy.

Under the section entitled **GENERAL PROVISIONS**, the **MISREPRESENTATION AND FRAUD** provision is deleted in its entirety and replaced with the following:

**MISREPRESENTATION AND FRAUD -** Your coverage will be denied and coverage cancelled if, before or after a Loss, You, with the intent to deceive, concealed or misrepresented any material fact or circumstance concerning this Certificate/Policy or the subject thereof, or Your interest therein, or if You intentionally committed fraud or false swearing in connection with any of the foregoing.

You must fully cooperate in the event the Company determines that an investigation of any claim is warranted.

Under the section entitled **GENERAL PROVISIONS**, the **SUBROGATION** provision is deleted in its entirety and replaced with the following:

**SUBROGATION -** To the extent the Company pays for a Loss suffered by You, the Company will take over the rights and remedies You had relating to the Loss. This is known as subrogation. You must help the Company to preserve its rights against those responsible for the Loss. This may involve signing any papers and taking any other steps the Company may require. If the Company takes over Your rights, You must sign an appropriate subrogation form supplied by the Company.  We will contribute, as appropriate, to attorneys' fees incurred in obtaining any such payments from the party liable for the Loss.

Under the section entitled **GENERAL PROVISIONS**, the **PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**PAYMENT OF CLAIMS -** The Company, or its designated representative, will pay a claim within 30 days after receipt of acceptable Proof of Loss.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:

    (a) Your spouse;
    (b) Your child or children jointly;
    (c) Your parents jointly if both are living or the surviving parent if only one survives;
    (d) Your brothers and sisters jointly; or

(e)  Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

All or a portion of all benefits provided by this Certificate/Policy, at the option of the Company, will be paid directly to the provider of the service(s).  All benefits not paid to the provider will be paid to You.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance policies. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate/Policy shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

Under the section entitled **GENERAL PROVISIONS**, the **PROOF OF LOSS** provision is deleted in its entirety and replaced with the following:

**PROOF OF LOSS -** The claimant must send the Company, or its designated representative, Proof of Loss within ninety (90) days after a covered Loss occurs or as soon as reasonably possible. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity, later than one (1) year from the time proof is otherwise required.

For losses that arose due to a catastrophic event for which a state of disaster or emergency was declared pursuant to law by civil officials, for those areas within the declaration, no damages to covered property shall be automatically denied by Your inability to provide sufficient proof of loss within the time limits and requirements of this Certificate/Policy. The time limit shall not commence as long as a declaration of emergency is in existence and civil authorities are denying the insured access to the property and shall not be less than one hundred eighty (180) days.

Under the section entitled **GENERAL PROVISIONS**, the **SETTLEMENT OF LOSS** provision is deleted in its entirety and replaced with the following:

**SETTLEMENT OF LOSS -** Claims for damage and/or destruction shall be paid within thirty (30) days after acceptable proof of the damage and/or destruction is presented to the Company and the Company has determined the claim is covered. Claims for lost property will be paid after the lapse of a reasonable time if the property has not been recovered. You must present acceptable Proof of Loss and the value involved to the Company.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS -** If there is a disagreement about the amount of the Loss, either You or the Company can make a written demand for an appraisal. After the demand, You and the Company will each select their own competent appraiser. After examining the facts, each of the two appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an arbitrator. Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will be non-binding. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the arbitrator and the appraisal process.

**NSITC 2400 LA**

## MAINE AMENDATORY ENDORSEMENT

The second paragraph on Page 1 is revised to read:

This Certificate/Policy of insurance is issued in consideration of enrollment and payment of any premium due.  All statements in the enrollment are representations and not warranties.  Only statements contained in a written enrollment format will be used to reduce benefits or defend a claim.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Accidental Injury** is deleted in its entirety and replaced with the following:

**Accidental Injury** means Bodily Injury caused by an Accident sustained by the Insured that is the direct cause of the condition for which benefits are provided and that occur while the insurance is in force. The Injury must be verified by a Physician in a format acceptable to the Company.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Actual Cash Value** is deleted in its entirety and replaced with the following:

**Actual Cash Value** means the replacement cost of the insured item of property at the time of loss, less the value of Physical Depreciation as to the item damaged.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Depreciation** is deleted in its entirety and replaced with the following:

**Physical Depreciation** means the value as determined according to standard business practices.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Sickness** is deleted in its entirety and replaced with the following:

**Sickness** means an illness or disease of the Insured.

Under the section entitled **GENERAL PROVISIONS**, the **WHEN YOUR COVERAGE ENDS** provision is deleted in its entirety and replaced with the following:

**WHEN YOUR COVERAGE ENDS:**
All Coverages will end the earliest of the following:
   (a) the Scheduled Return Date as stated on the travel tickets;
   (b) the date and time You return to Your origination point if prior to the Scheduled Return Date;
   (c) the date and time You deviate from, leave or change the original Trip itinerary (unless due to Unforeseen and unavoidable circumstances covered by the Certificate/Policy);
   (d) if You extend the return date, coverage will terminate at 12:01 A.M., local time, at Your location on the Scheduled Return Date, unless otherwise authorized by the Company in advance of the Scheduled Return Date;
   (e) when Your Trip exceeds one hundred eighty (180) days;
   (f) the Return Date as stated on Your purchase confirmation.

Under the section entitled **GENERAL PROVISIONS**, the **MISREPRESENTATION AND FRAUD** provision is deleted in its entirety and replaced with the following:

**MISREPRESENTATION AND FRAUD –** Your coverage shall be cancelled or denied if, whether before or after a Loss, You concealed or misrepresented any material fact or circumstance concerning this Certificate/Policy or the subject thereof, or Your interest therein, or if You commit fraud or false swearing in connection with any of the foregoing. You must fully cooperate in the event the Company determines that an investigation of any claim is warranted.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS -** If there is a disagreement about the amount of the Loss, either You or the Company can make a written request for an appraisal. After the request, You and the Company will each select their own competent appraiser. After examining the facts, each of the two appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an umpire. Any figure agreed to by two (2) of the three (3) (the appraisers and the umpire) will be non-binding. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the umpire and the appraisal process.

Under the section entitled **GENERAL PROVISIONS**, the **TIME OF PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**TIME OF PAYMENT OF CLAIMS -** Benefits payable under this Certificate/Policy for any Loss other than Loss for which this Certificate/Policy provides any periodic payment will be paid immediately upon receipt of due written Proof of such Loss. Subject to due written Proof of Loss, all accrued indemnities for Loss for which this Certificate/Policy provides periodic payment will be paid monthly and any balance remaining unpaid upon the termination of liability, will be paid immediately upon receipt of due written proof.

All claims shall be paid within thirty (30) days following receipt by the Company of due Proof of Loss. Failure to pay within such period shall entitle the claimant to interest at the rate of 1.5% per month from the thirtieth (30th) day after receipt of such Proof of Loss to the date of late payment, provided that interest amounting to less than one dollar need not be paid. You or Your assignee shall be notified by the Company or designated representative of any known failure to provide sufficient documentation for a due Proof of Loss within thirty (30) days after receipt of the claim. Any required interest payments shall be made within thirty (30) days after the payment.

Under the section entitled **GENERAL PROVISIONS**, the **POST JUDGMENT INTEREST** provision is added:

**POST JUDGMENT INTEREST.**  Any post judgment interest for a claim brought against Us will be paid outside the policy limits and in accordance with Maine law.

The following is added to **ACCIDENT AND SICKNESS MEDICAL EXPENSE**:

Notwithstanding any provisions to the contrary, the daily benefit for **Hospital** confinement payable under this Certificate/Policy shall not be less than $50 per day and not less than 31 days during any one period of confinement for each person insured under this Certificate/Policy and will be paid regardless of other coverage.

NSITC 2400 ME

## MARYLAND AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS**, the following provision is added:

**TEN DAY FREE LOOK -** You may cancel insurance under this Policy/Certificate by giving notice to Us or Our plan administrator within ten (10) days after the later of: (1) the date of purchase of this Policy/Certificate; or (2) Your receipt of this Policy/Certificate. If You do this, We will provide a full refund unless You have started the Trip or filed a claim under this Policy/Certificate.

Under the section entitled **GENERAL PROVISIONS**, the **LEGAL ACTIONS** provision is deleted in its entirety and replaced with the following:

**LEGAL ACTIONS -** No legal action for a claim can be brought against the Company until sixty (60) days after the Company receives Proof of Loss. No legal action for a claim can be brought against the Company more than three (3) years from the date it accrues.

Under the section entitled **GENERAL PROVISIONS**, the **MISREPRESENTATION AND FRAUD** provision is deleted in its entirety and replaced with the following:

**MISREPRESENTATION AND FRAUD –** Your coverage shall be cancelled and any claims denied if, whether before or after a Loss, You concealed or misrepresented any material fact or circumstance concerning this Policy/Certificate or the subject thereof, or Your interest therein.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety.

NSITC 2400 MD

## MASSACHUSETTS AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL DEFINITIONS,** the definition of **Pre-Existing Condition** is amended as follows:

**Pre-Existing Condition** means a medical condition for which You, Your Traveling Companion, a Family Member booked to travel with You received medical advice or treatment during the sixty (60) day period immediately prior to the Effective Date of Your Policy or because of which an individual had symptoms which would have led an ordinarily prudent person to seek medical advice or treatment for that medical condition, or a pregnancy existing on the effective date of coverage.

Under the section entitled **GENERAL PROVISIONS,** the **PHYSICAL EXAMINATION AND AUTOPSY** provision is deleted in its entirety and replaced with the following:

**PHYSICAL EXAMINATION AND AUTOPSY -** The Company, or its designated representative, at its own expense, has the right to have You examined as often as reasonable necessary while a claim is pending. The Company, or its

designated representative, at its own expense, also has the right to have an autopsy made unless prohibited by law or Your religious practices or beliefs.

Under the section entitled **GENERAL PROVISIONS,** the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS -** If there is a disagreement about the amount of the Loss, upon mutual agreement, either You or the Company can make a written request for an appraisal. After the request, You and the Company will each select their own competent appraiser. After examining the facts, each of the two appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an arbitrator. Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will be non-binding. Such appraisal will be voluntary, will be by mutual consent by all parties, and will be non-binding. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the arbitrator and the appraisal process.

**NSITC 2400 MA**

# MICHIGAN AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS**, the **LEGAL ACTION** provision is deleted in its entirety and replaced with the following:

**LEGAL ACTIONS -** No legal action for a claim can be brought against the Company until sixty (60) days after the Company receives Proof of Loss. No legal action for a claim can be brought against the Company more than six (6) years after the time required for giving Proof of Loss.

Under the section entitled **GENERAL PROVISIONS**, the **EXCESS INSURANCE LIMITATION** provision is deleted in its entirety.

Under the section entitled **GENERAL PROVISIONS**, the **NOTICE OF CLAIM** provision is deleted in its entirety and replaced with the following:

**NOTICE OF CLAIM -** Written notice of claim must be given by the claimant (either You or someone acting for You) to the Company or its designated representative within twenty (20) days after a covered Loss first begins. Notice should include Your name, the Travel Supplier's name and the Plan number. Notice should be sent to the Company's administrative office, at the address shown on the cover page of the Certificate/Policy, or to the Company's designated representative. Failure to furnish notice within such time will not invalidate nor reduce any claim if it is shown not to have been reasonably possible to give such notice during that time and the notice was given as soon as reasonably possible.

Under the section entitled **GENERAL PROVISIONS**, the following is added to the **NOTICE OF LOSS** provision:

Notice given by You or on Your behalf to Our authorized representative within this state, with particulars sufficient to identify You will be deemed to be notice to Us. Failure to give any notice within such time will not invalidate nor reduce any claim if it is shown not to have been reasonably possible to give such notice during that time and the notice was given as soon as reasonably possible.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS:** If there is a disagreement about the Actual Cash Value or amount of the Loss, either You or the Company can make a written demand for appraisal. If You or the Company make a written demand for appraisal, You and the Company will each select their own competent independent appraiser and notify the other of the appraiser's identity within 20 days after receipt of the written demand. The two (2) appraisers will then select a competent, impartial umpire. If the two (2) appraisers are unable to agree upon an umpire within fifteen (15) days, You or the Company may ask a judge of the circuit court for the county in which the loss occurred or in which the property is located to select an umpire. The appraisers will then set the amount of the loss and Actual Cash Value as to each item. If the appraisers submit a written report of an agreement to the Company, the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they shall submit their differences to the umpire. Written agreement signed by any two (2) of these three (3) will set the amount of the loss. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the other expenses of the appraisal and the compensation of the umpire.

Under the section entitled **GENERAL PROVISIONS**, the **PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**PAYMENT OF CLAIMS -** The Company, or its designated representative, will pay a claim within sixty (60) days after receipt of acceptable Proof of Loss.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:
- (a) Your spouse;
- (b) Your child or children jointly;
- (c) Your parents jointly if both are living or the surviving parent if only one survives;
- (d) Your brothers and sisters jointly; or
- (e) Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

All or a portion of all benefits provided by this Certificate/Policy, at the option of the Company, will be paid directly to the provider of the service(s). All benefits not paid to the provider will be paid to You.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance policies. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate/Policy shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

Under the section entitled **GENERAL PROVISIONS**, the **SETTLEMENT OF LOSS** provision is deleted in its entirety and replaced with the following:

**SETTLEMENT OF LOSS -** Claims for damage and/or destruction shall be paid within sixty (60) days after acceptable proof of the damage and/or destruction is presented to the Company and the Company has determined the claim is covered. Property will be considered lost if it has not been recovered within thirty (30) days of the event. You must present acceptable Proof of Loss and the value involved to the Company.

Under the section entitled **LIMITATIONS AND EXCLUSIONS**, Exclusions 6 and 7 are deleted in their entirety and replaced with the following:

6. being under the influence of drugs or intoxicants during the commission of or attempted commission of a felony, or while engaged in an illegal occupation or other willful criminal activity, unless prescribed and used in accordance with the instructions provided by a Physician, unless results in the death of a non-traveling Family Member;
7. any dishonest or fraudulent act, or criminal activity (as defined in the jurisdiction where the loss occurred) resulting in a conviction.

**NSITC 2400 MI**

## MISSISSIPPI AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS**, the **PHYSICAL EXAMINATION AND AUTOPSY** provision is deleted in its entirety and replaced with the following:

**PHYSICAL EXAMINATION -** The Company, or its designated representative, at its own expense, has the right to have You examined as often as necessary while a claim is pending.

Under the section entitled **GENERAL PROVISIONS**, the following **CHANGE OF BENEFICIARY** provision is added:

**CHANGE OF BENEFICIARY -** The right to change the beneficiary is reserved to You. The consent of the beneficiary shall not be a prerequisite to the surrender of this Certificate/Policy or to any change of beneficiary, or any other changes to this Certificate/Policy.

**NSITC 2400 MS**

## NEBRASKA AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS**, the **SUBROGATION** provision is deleted in its entirety and replaced with the following:

**SUBROGATION -** To the extent the Company pays for a Loss suffered by You, the Company will take over the rights and remedies You had relating to the Loss. This is known as subrogation. You must help the Company to preserve its rights against those responsible for the Loss. This may involve signing any papers and taking any other steps the Company may require. If the Company takes over Your rights, You must sign an appropriate subrogation form supplied by the Company.  The Company will not exercise the right to Subrogation until You have been made whole.

Under the section entitled **GENERAL PROVISIONS**, the **PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**PAYMENT OF CLAIMS -** The Company, or its designated representative, will pay a claim within fifteen (15) days after receipt of acceptable Proof of Loss or settlement information.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:
    (a)  Your spouse;
    (b)  Your child or children jointly;
    (c)  Your parents jointly if both are living or the surviving parent if only one survives;
    (d)  Your brothers and sisters jointly; or
    (e)  Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

All or a portion of all benefits provided by this Certificate/Policy may, at the option of the Company, be paid directly to the provider of the service(s).  All benefits not paid to the provider will be paid to You.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance policies. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate/Policy shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS:** If there is a disagreement about the amount of the Loss, upon mutual agreement, either You or the Company can make a written demand for an appraisal. After the demand, You and the Company will each select their own competent appraiser. After examining the facts, each of the two (2) appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an arbitrator. Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will be non-binding. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the arbitrator and the appraisal process.

Under the section entitled **GENERAL PROVISIONS**, the **SETTLEMENT OF LOSS** provision is deleted in its entirety and replaced with the following:

**SETTLEMENT OF LOSS -** Claims for damage and/or destruction shall be paid within fifteen (15) days after acceptable proof of the damage and/or destruction is presented to the Company and the Company has determined the claim is covered. Property will be considered lost if it has not been recovered within thirty (30) days of the event. You must present acceptable Proof of Loss and the value involved to the Company.

Under the section entitled **GENERAL PROVISIONS**, the **MISREPRESENTATION AND FRAUD** provision is deleted in its entirety and replaced with the following:

**MISREPRESENTATION AND FRAUD -** Your coverage shall be void if You concealed or misrepresented any material fact or circumstance concerning this Certificate/Policy, or subject thereof, in obtaining this insurance and such action or inaction deceived the Company to its injury. Also, Your coverage shall be void if You breach a warranty or condition in this Certificate/Policy at the time of a Loss and such breach contributes to the Loss.

You must fully cooperate in the event the Company determines that an investigation of any claim is warranted.

**NSITC 2400 NE**

## NEVADA AMENDATORY ENDORSEMENT

On the **Cover Page**, the following language is deleted in its entirety:

In the event the premium paid for coverage is less than the required premium for coverage, benefits will be paid in direct proportion of the actual amount paid to the required premium due.

Under the section entitled **GENERAL DEFINITIONS,** the definition of **Domestic Partner** is deleted in its entirety and replaced with the following:

**Domestic Partner** means a partner who shall be established in Nevada when:
  (a) Both persons have a common residence;
  (b) Neither person is married or a member of another domestic partnership;
  (c) The two persons are not related by blood in a way that would prevent them from being married to each other in the State of Nevada;
  (d) Both persons are at least 18 years of age; and
  (e) Both persons are competent to consent to the domestic partnership.

Under the section entitled **GENERAL DEFINITIONS,** the definition of **Pre-Existing Condition** is deleted in its entirety and replaced with the following:

**Pre-Existing Condition** means an illness, disease, or other condition during the sixty (60) day period immediately prior to the Effective Date of Your Certificate for which You, Your Traveling Companion, a Family Member booked to travel with You received or were recommended to receive medical advice, diagnosis, care or treatment. The term does not include genetic information in the absence of a diagnosis of the condition related to such information.

Such an illness, disease, or other condition will continue to be a Pre-Existing Condition until the expiration of twelve (12) consecutive months, beginning with the Effective Date of coverage. Taking maintenance medications for a condition that is considered stable, as determined by the treating Physician, shall not be cause for Exclusion.

Under the section entitled **GENERAL PROVISIONS,** the **SUBROGATION** provision is deleted in its entirety and replaced with the following:

**SUBROGATION -** To the extent the Company pays for a Loss suffered by You, the Company will take over the rights and remedies You had relating to the Loss. This is known as subrogation. You must help the Company to preserve its rights against those responsible for the Loss. This may involve signing any papers and taking any other steps the Company may require. If the Company takes over Your rights, You must sign an appropriate subrogation form supplied by the Company. The Company will not exercise the right to Subrogation until You have been made whole.

Under the section entitled **GENERAL PROVISIONS,** the **TIME OF PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**TIME OF PAYMENT OF CLAIMS -** Benefits payable under this Certificate for any Loss other than Loss for which this Certificate provides any periodic payment will be paid immediately upon receipt of due written Proof of such Loss. Subject to due written Proof of Loss, all accrued indemnities for Loss for which this Certificate provides periodic payment will be paid monthly and any balance remaining unpaid upon the termination of liability, will be paid immediately upon receipt of due written proof.

All claims shall be paid within thirty (30) days following receipt by the Company of due Proof of Loss. Failure to pay within such period shall entitle the claimant to interest at the rate equal to the prime rate at the largest bank in Nevada, as ascertained by the Commissioner of Financial Institutions, on January 1 or July 1, as the case may be, immediately preceding the date of the transaction, plus 2 percent per annum from the thirtieth (30th) day after receipt of such Proof of Loss to the date of late payment, provided that interest amounting to less than one dollar need not be paid. You or

Your assignee shall be notified by the Company or designated representative of any known failure to provide sufficient documentation for a due Proof of Loss within thirty (30) days after receipt of the claim. Any required interest payments shall be made within thirty (30) days after the payment.

Under the section entitled **LIMITATIONS AND EXCLUSIONS,** exclusion 6 related to being under the influence of drugs or intoxicants is deleted in its entirety.

**NSITC 2400 NV**

## NEW MEXICO AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL DEFINITIONS,** the definition of **Physician** is deleted in its entirety and replaced with the following:

**Physician** means a licensed practitioner of the healing arts, or a Christian Science Practitioner, acting within the scope of his/her license. The treating Physician may not be You, Your Traveling Companion or a Family Member.

Under the section entitled **GENERAL PROVISIONS**, the **PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**PAYMENT OF CLAIMS -** The Company, or its designated representative, will pay a claim within forty-five (45) days after receipt of acceptable Proof of Loss.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:
  (a)  Your spouse;
  (b)  Your child or children jointly;
  (c)  Your parents jointly if both are living or the surviving parent if only one survives;
  (d)  Your brothers and sisters jointly; or
  (e)  Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

All or a portion of all benefits provided by this Certificate/Policy, at the option of the Company, will be paid directly to the provider of the service(s).  All benefits not paid to the provider will be paid to You.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance policies. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate/Policy shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

Under the section entitled **GENERAL PROVISIONS**, the **SETTLEMENT OF LOSS** provision is deleted in its entirety and replaced with the following:

**SETTLEMENT OF LOSS -** Claims for damage and/or destruction shall be paid within forty-five (45) days after acceptable proof of the damage and/or destruction is presented to the Company and the Company has determined the claim is covered. Property will be considered lost if it has not been recovered within thirty (30) days of the event. You must present acceptable Proof of Loss and the value involved to the Company.
**NSITC 2400 NM**

## NORTH CAROLINA AMENDATORY ENDORSEMENT

Page 1 of the Certificate/Policy is amended to include the following:

**This program contains a pre-existing conditions limitation. Please read the Definitions and Exclusions carefully.**

**EXCESS INSURANCE**
**This Certificate/Policy is not intended to be issued where other medical insurance exists. If other medical insurance does exist at the time of the claim then the amounts of benefit payable by such other medical insurance will become the deductible amount of this Certificate/Policy if such benefits exceed the deductible amount shown in the Schedule of Benefits.**

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Complications of Pregnancy** is deleted in its entirety and replaced with the following:

**Complications of Pregnancy** means conditions requiring hospital confinement whose diagnoses are distinct from the pregnancy, but are adversely affected by the pregnancy, including, but not limited to: acute nephritis, nephrosis, cardiac decompression, missed abortion, pre-eclampsia, intrauterine fetal growth retardation, and similar medical and surgical conditions of comparable severity. Complications of Pregnancy also includes emergency (non-elective) cesarean section, termination of ectopic pregnancy, and spontaneous termination of pregnancy, occurring during a period of gestation in which a viable birth is not possible. Complications of Pregnancy do not include elective abortion, elective cesarean section, false labor, occasional spotting, morning sickness, physician prescribed rest during the period of pregnancy, hyperemesis gravidarum, and similar conditions associated with the management of a difficult pregnancy not constituting a distinct complication of pregnancy.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Hospital** is revised by the addition of the following:

**Hospital** also means:
1. A place that is accredited as a **Hospital** by the Joint Commission on Accreditation of **Hospitals**, American Osteopathic Association, or the Joint Commission on Accreditation of Heath Care Organizations (JCAHO).

2. A duly licensed State tax-supported institution, including those providing services for medical care of cerebral palsy, other orthopedic and crippling disabilities, mental and nervous diseases or disorders, mental retardation, alcoholism and drug or chemical dependency, and respiratory illness, on a basis no less favorable than the basis which would apply had the medical care been rendered in or by any other public or private institution or provider. The term "State tax-supported institutions" shall include community mental health centers and other health clinics which are certified as Medicaid providers.

Under the section entitled **GENERAL PROVISIONS**, the **EXCESS INSURANCE LIMITATION** is deleted in its entirety and replaced with the following:

**EXCESS INSURANCE LIMITATION -** The insurance provided by this Certificate/Policy shall be in excess of all Other Insurance other than private passenger auto no-fault benefits or third party liability insurance except where prohibited by law. If at the time of the occurrence of any Loss there is other valid and collectible insurance or indemnity in place, the Company shall be liable only for the excess of the amount of Loss, over the amount of such Other Insurance or indemnity, and applicable Deductible.

Under the section entitled **GENERAL PROVISIONS**, the following apply to the Accident and Sickness Medical Expense benefits.

The **SUBROGATION** provision does not apply to the above mentioned benefits.

The **PROOF OF LOSS** provision is deleted in its entirety and replaced with the following:

**PROOF OF LOSS -** The claimant must send the Company, or its designated representative, Proof of Loss within one-hundred and eighty (180) days after a covered Loss occurs or as soon as reasonably possible. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity, later than one year from the time proof is otherwise required.

**NSITC 2400 NC**

## NORTH DAKOTA AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Pre-existing Condition** is deleted in its entirety and replaced with the following:

**Pre-Existing Condition** means an illness, disease, or other condition during the sixty (60) day period immediately prior to the Effective Date of Your Certificate/Policy for which You, Your Traveling Companion or a Family Member booked to travel with You received medical advice or treatment.

Under the section entitled **GENERAL PROVISIONS**, the **WHEN YOUR COVERAGE ENDS** provision is deleted in its entirety and replaced with the following:

**WHEN YOUR COVERAGE ENDS:**
All Coverages will end the earliest of the following:
    (a)  the Scheduled Return Date as stated on the travel tickets;
    (b)  the date and time You return to Your origination point if prior to the Scheduled Return Date;
    (c)  the date and time You deviate from, leave or change the original Trip itinerary (unless due to Unforeseen and unavoidable circumstances covered by the Certificate/Policy);
    (d)  if You extend the return date, coverage will terminate at 12:01 A.M., local time, at Your location on the Scheduled Return Date, unless otherwise authorized by the Company in advance of the Scheduled Return Date;
    (e)  when Your Trip exceeds one hundred eighty (180) days;
    (f)  the Return Date as stated on Your purchase confirmation.

Under the section entitled **GENERAL PROVISIONS**, the **NOTICE OF CLAIM** provision is deleted in its entirety and replaced with the following:

**NOTICE OF CLAIM -** Written notice of claim must be given by the claimant (either You or someone acting for You) to the Company or its designated representative within twenty (20) days after a covered Loss first begins. Notice should include Your name, the Travel Supplier's name and the Plan number. Notice should be sent to the Company's administrative office, at the address shown on the cover page of the Certificate/Policy, or to the Company's designated representative.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS:** If there is a disagreement about the amount of the Loss, upon mutual agreement, either You or the Company can make a written request for an appraisal. After the request, You and the Company will each select their own competent appraiser. After examining the facts, each of the two (2) appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an arbitrator. Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will be binding. Such appraisal will be mutually agreed upon by all parties. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the arbitrator and the appraisal process.

Under the section entitled **GENERAL PROVISIONS**, the **PREJUDGMENT INTEREST** provision is added:

**PREJUDGMENT INTEREST -** Any prejudgment interest for a claim brought against Us will be paid outside the Certificate/Policy limits and in accordance with North Dakota law.
**NSITC 2400 ND**

## OHIO AMENDATORY ENDORSEMENT

The following **FRAUD STATEMENT** notice is added:

**FRAUD STATEMENT**
Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact materiel thereto, commits a fraudulent insurance act which is a crime.

Under the section entitled **GENERAL PROVISIONS**, the following **COMPLAINT** provision is added:

If You have a complaint related to a claim, You should contact the Company or its Agent.  If You disagree with the Company's decision, You have the right to file a complaint with the Ohio Department of Insurance, Consumer Services Division, 50 W. Town Street, Third Floor-Suite 300, Columbus, Ohio 43215-1067, (614)-644-2673, toll free in Ohio 1-800-686-1526.

**NSITC 2400 OH**

## OKLAHOMA AMENDATORY ENDORSEMENT

The following **FRAUD STATEMENT** and **UNDERWRITING** notices are added:

**FRAUD STATEMENT**
**Warning:** Any person who knowingly, and with intent to injure, defraud, or deceive any insurer, makes any claim for proceeds of an insurance Certificate/Policy containing any false, incomplete or misleading information is guilty of a felony.

**UNDERWRITTEN BY**
This Certificate/Policy is underwritten by:
Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH 43215-2220

The second (2nd) paragraph on the cover page is deleted in its entirety and replaced with the following:

This Certificate/Policy of insurance is issued in consideration of application and payment of any premium due.  All statements in the application are representations and not warranties.  Only statements contained in a written application format will be used to deem the policy voidable, reduce benefits or defend a claim.

The third (3rd) paragraph on the cover page is deleted in its entirety and replaced with the following:

You may cancel insurance under the Certificate/Policy by giving notice to the Company or Our plan administrator within ten (10) days after the later of: (1) the date of purchase of this Certificate/Policy; or (2) delivery of the fulfillment materials. If You do this, the Company will provide a full refund unless You have started the Trip or filed a claim under this Certificate/Policy.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Family Member** is deleted in its entirety and replaced with the following:

**Family Member** means Your or a Traveling Companion's legal or common law spouse, ex-spouse, parent, legal guardian, step-parent, grandparent, parents-in-law, grandchild, natural or adopted child from the moment of placement with You, step-child, children-in-law, brother, sister, step-brother, step-sister, brother-in-law, sister-in-law, aunt, uncle, niece or nephew, Business Partner, or Domestic Partner who is not related by blood and is of the opposite sex.

Under the section entitled **GENERAL PROVISIONS**, the **CONTROLLING LAW** provision is deleted in its entirety and replaced with the following:

**CONTROLLING LAW -** Any part of this Certificate/Policy that conflicts with the state law of Oklahoma is changed to meet the minimum requirements of that law.

Under the section entitled **GENERAL PROVISIONS**, the **MISREPRESENTATION AND FRAUD** provision is deleted in its entirety and replaced with the following:

**MISREPRESENTATION AND FRAUD –** Your coverage shall be voidable if, whether before or after a Loss, You concealed or misrepresented any material fact or circumstance concerning this Certificate/Policy or the subject thereof, or Your interest therein, or if You commit fraud or false swearing in connection with any of the foregoing.

You must fully cooperate in the event the Company determines that an investigation of any claim is warranted.

Under the section entitled **GENERAL PROVISIONS**, the **WHEN YOUR COVERAGE ENDS** provision is revised as follows:

The references to 11:59 pm are amended to read 12:01 am.

Under the section entitled **GENERAL PROVISIONS**, the **PROOF OF LOSS** provision is deleted in its entirety and replaced with the following:

**PROOF OF LOSS -** The claimant must send the Company, or its designated representative, Proof of Loss within ninety (90) days after a covered Loss occurs or as soon as reasonably possible. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity, later than one year from the time proof is otherwise required.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS -** If there is a disagreement about the amount of the Loss or the Actual Cash Value, either You or the Company can make a written demand for an appraisal. After the demand, You and the Company will each select their own competent and disinterested appraiser and notify the other of the appraiser selected within twenty (20) days of the demand. The appraisers will first select a competent and disinterested umpire and, failing for fifteen (15) days to agree upon such umpire, You or the Company, after notice of hearing to the non-requesting party by certified mail, such umpire will be selected by a judge of a district court in the county where the Loss occurred. The appraisers will then appraise the Loss, stating separately Actual Cash Value and Loss to each item and, failing to agree, shall submit their differences only to the umpire. Any figure agreed to by two (2) of the three (3) (the appraisers and the umpire) will determine the amount of the Loss or the Actual Cash Value. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the umpire and the appraisal process.

Under the section entitled **LIMITATIONS AND EXCLUSIONS**, the exclusion which reads:

2. War, invasion, acts of foreign enemies, hostilities between nations (whether declared or not), civil war;

Is deleted in its entirety and replaced with the following:

2. War or any act of war, whether war is declared or not while serving in military service or any auxiliary thereto;

**NSITC 2400 OK**

## PENNSYLVANIA AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Hospital** is deleted in its entirety and replaced with the following:

**Hospital** means a facility that:
    (a) is an institution operated pursuant to law which is licensed or approved as a hospital by the responsible state agency.;
    (b) is primarily engaged in providing medical care and treatment of sick or injured persons on an in-patient basis for which a charge is made; and;
    (c) provides twenty-four (24) hour nursing service by or under the supervision of registered graduate professional nurse (R.N.s).

**Hospital** does not include:
    (1) Any military or veterans' hospital or soldiers home or any hospital contracted for or operated by any national government or agency thereof for the treatment of members or ex-members of the armed forces.
    (2) Convalescent homes, convalescent, rest or nursing facilities.
    (3) Facilities primarily for the aged, drug or alcoholic rehabilitation, and those primarily affording custodial or educational care.

Under the section entitled **GENERAL PROVISIONS**, the **ENTIRE CONTRACT: CHANGES** provision is added:

**ENTIRE CONTRACT: CHANGES -** Entire contract; changes: This Policy/Certificate, including any endorsements and the attached papers, if any, constitutes the entire contract of insurance. No change in this Policy/Certificate shall be valid until approved by an executive officer of the Company and unless such approval be endorsed hereon or attached hereto. No agent has authority to change this Policy/Certificate or to waive any of its provisions.

Under the section entitled **GENERAL PROVISIONS**, the **PROOF OF LOSS** provision is deleted in its entirety and replaced with:

**PROOF OF LOSS -** You must send the Company, or its designated representative, Proof of Loss within ninety (90) days after a covered Loss occurs. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not possible to give proof within such time, provided such proof is furnished and in no event, except in the absence of legal capacity, later than one year from the time proof is otherwise required. Within fifteen (15) days of receipt of satisfactory Proof of Loss, the Company will advise the claimant of the acceptance or denial of the claim. The Company will not deny a claim on the grounds of a specific Policy provision, condition or exclusion unless reference to the provision, condition or exclusion is included in the denial. The denial will be given to the claimant in writing and the claim file of the claimant will contain a copy of the denial. If the Company needs more time to determine whether the claim should be accepted or denied, the Company will notify the claimant within fifteen (15) working days after receipt of the Proofs of Loss giving the reasons more time is needed. If the investigation remains incomplete, the Company will, thirty (30) days from the date of the initial notification and every forty-five (45) days thereafter, send to the claimant a letter setting forth the reasons additional time is needed for investigation and state when a decision on the claim may be expected.

**NSITC 2400 PA**

## RHODE ISLAND AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Domestic Partner** is deleted in its entirety and replaced with the following:

**Domestic Partner:** An individual in an exclusive, intimate and committed relationship with You. This relationship is certified by affidavit that it meets the following qualifications:
1. You and Your Domestic Partner are at least 18 years of age and are mentally competent to contract;
2. You and Your Domestic Partner are not married to anyone else or related by blood;
3. You and Your Domestic Partner reside together and have resided together for at least one (1) year prior to the date of the certified affidavit;
4. You and Your Domestic Partner are financially interdependent as evidenced by two(2) of the following:
   a. A domestic partnership agreement or relationship contract;
   b. A joint mortgage or joint ownership of a primary residence;
   c. Two of the following:
      i. A joint ownership of a motor vehicle;
      ii. A joint checking account;
      iii. A joint lease; and/or
   d. One (1) person has been designated as a beneficiary for the other person's will, retirement contract or life insurance.

Definitions, provisions and terms denoting a familial or spousal relationship in this Certificate, are amended, wherever appearing, to include a Domestic Partner.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Family Member** is deleted in its entirety and replaced with the following:

**Family Member** means Your or Your Traveling Companion's legal or common law spouse, ex-spouse, civil union partner, parent, legal guardian, step-parent, grandparent, parents-in-law, grandchild, natural or adopted child, step-child, children-in-law, brother, sister, step-brother, step-sister, brother-in-law, sister-in-law, aunt, uncle, niece or nephew, Business Partner, or Domestic Partner.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Hospital** is deleted in its entirety and replaced with the following:

**Hospital** means a facility that:
a) is an institution operated pursuant to law and, with respect to insurers permitted to contract with hospitals, be a contracting hospital; and
b) is primarily and continuously engaged in providing or operating either on its premises or in facilities available to the hospital on a pre-arranged basis and under the supervision of a staff of duly licensed physicians, medical, diagnostic and major surgical facilities for the medical care and treatment of sick or injured persons on an in-patient basis for which a charge is made; and
c) Provides 24-hour nursing service by or under the supervision of registered graduate professional nurses (R.N.'s).

Hospital does not include:
a) Convalescent homes, convalescent, rest or nursing facilities; or

b) Facilities primarily affording custodial, educational or rehability care; or
c) Facilities for the aged, drug addicts, or alcoholics; or
d) Any military or veterans hospital or soldiers home or any hospital contracted for or operated by any national government or agency thereof for the treatment of members or ex-members of the armed forces, except for services rendered on an emergency basis where a legal liability exists for charges made to the individual for such services.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Pre-Existing Condition** is deleted in its entirety and replaced with the following:

**Pre-Existing Condition** means:
a) the existence of symptoms which would cause an ordinarily prudent person to seek diagnosis, care or treatment within the sixty (60) day period immediately prior to the Effective Date of Your Certificate for which You, Your Traveling Companion, a Family Member booked to travel with You; or
b) a condition for which medical advice or treatment was recommended by a physician or received from a physician within the sixty (60) day period immediately prior to the Effective Date of Your Certificate for which You, Your Traveling Companion, a Family Member booked to travel with You.

Under the section entitled **GENERAL PROVISIONS**, the **PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**PAYMENT OF CLAIMS -** The Company, or its designated representative, will pay a claim within thirty (30) days after receipt of acceptable Proof of Loss.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:
(a) Your spouse;
(b) Your child or children jointly;
(c) Your parents jointly if both are living or the surviving parent if only one survives;
(d) Your brothers and sisters jointly; or
(e) Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance policies. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

Under the section entitled **GENERAL PROVISIONS**, the **NOTICE OF CLAIM** provision is deleted in its entirety and replaced with the following:

**NOTICE OF CLAIM -** Written notice of claim must be given by the claimant (either You or someone acting for You) to the Company or its designated representative within twenty (20) days after a covered Loss first begins. Notice should include Your name, the Travel Supplier's name and the Plan number. Notice should be sent to the Company's administrative office, at the address shown on the cover page of the Certificate, or to the Company's designated representative.  Failure to give notice of claim within the time required neither invalidates nor reduces any claim if it was not reasonably possible to give notice within such time, provided such notice of claim is furnished as soon as reasonably possible.

Under the section entitled **GENERAL PROVISIONS**, the **TIME OF PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**TIME OF PAYMENT OF CLAIMS -** Benefits payable under this Certificate for any Loss other than Loss for which this Certificate provides any periodic payment will be paid within thirty (30) days after receipt of due written Proof of Loss in accordance with state requirements. Subject to due written Proof of Loss, all accrued indemnities for Loss for which this

Certificate provides periodic payment will be paid monthly and any balance remaining unpaid upon the termination of liability, will be paid immediately upon receipt of due written proof.

Under the section entitled **GENERAL PROVISIONS**, the **SETTLEMENT OF LOSS** provision is deleted in its entirety and replaced with the following:

**SETTLEMENT OF LOSS -** Claims for damage and/or destruction shall be paid within thirty (30) days after acceptable proof of the damage and/or destruction is presented to the Company and the Company has determined the claim is covered. Property will be considered lost if it has not been recovered within thirty (30) days of the event. You must present acceptable Proof of Loss and the value involved to the Company.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS:** If there is a disagreement about the amount of the Loss, either You or the Company can make a written request for an appraisal. After the request, You and the Company will each select their own competent appraiser. After examining the facts, each of the two appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an arbitrator. Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will be non-binding. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the arbitrator and the appraisal process.

**NSIGTC 2400 RI**

# SOUTH CAROLINA AMENDATORY ENDORSEMENT

Under the section entitled **General Definitions**, the definition of **Pre-Existing Condition** is deleted in its entirety and replaced with the following:

**Pre-Existing Condition** means an illness, disease, or other condition during the sixty (60) day period immediately prior to the Effective Date of Your Policy for which You, Your Traveling Companion, or a Family Member booked to travel with You received medical advice or treatment or medical advice or treatment was recommended.

Under the section entitled **GENERAL PROVISIONS**, the **LEGAL ACTIONS** provision is deleted in its entirety and replaced with the following:

**LEGAL ACTIONS -** No legal action for a claim can be brought against the Company until sixty (60) days after the Company receives Proof of Loss. No legal action for a claim can be brought against the Company more than six (6) years after the time required for giving Proof of Loss.

Under the section entitled **GENERAL PROVISIONS**, the **CONTROLLING LAW** provision is deleted in its entirety and replaced with the following:

**CONTROLLING LAW -** Any part of this Policy that conflicts with the state law where the Insured resides is changed to meet the minimum requirements of that law.

Under the section entitled **GENERAL PROVISIONS**, the **NOTICE OF CLAIM** provision is deleted in its entirety and replaced with the following:

**NOTICE OF CLAIM -** Written notice of claim must be given by the claimant (either You or someone acting for You) to the Company or its designated representative within twenty (20) days after a covered Loss first begins. Notice should include Your name the Travel Supplier's name and the Plan number. Notice should be sent to the Company's administrative office, at the address shown on the cover page of the Policy, or to the Company's designated representative.

Under the section entitled **GENERAL PROVISIONS**, the **PHYSICAL EXAMINATION AND AUTOPSY** provision is deleted in its entirety and replaced with the following:

**PHYSICAL EXAMINATION AND AUTOPSY -** The Company, or its designated representative, at its own expense, has the right to have You examined as often as reasonably necessary while a claim is pending. The Company, or its designated representative, at its own expense, also has the right to have an autopsy made unless prohibited by law. The autopsy will be performed in South Carolina.

**SOUTH CAROLINA NOTICE**
If you have any questions, you can contact us at the following address and toll-free number:

Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH 43215
1-800-882-2822

**NSITC 2400 SC; NSITC 2400-1 SC**

## SOUTH DAKOTA AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL DEFINITIONS**, the definition of **DOMESTIC PARTNER** is deleted in its entirety and replaced with the following:

**Domestic Partner** means, where permitted by law, a person with whom You reside and can show evidence of cohabitation (including the shared responsibility for basic living expenses) for at least the previous six (6) months and has an affidavit of domestic partnership, if recognized by the jurisdiction within which You reside.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **PHYSICIAN** is deleted in its entirety and replaced with the following:

**Physician** means a licensed practitioner of medical, surgical or dental services, or a Christian Science Practitioner, acting within the scope of his/her license. The treating Physician may not be You, Your Traveling Companion or a Family Member, unless he or she is the only Physician in the area and is acting within the scope of his or her license.

Under the section entitled **GENERAL PROVISIONS**, the **LEGAL ACTIONS** provision is deleted in its entirety and replaced with the following:

**LEGAL ACTIONS -** No legal action for a claim can be brought against the Company until sixty (60) days after the Company receives Proof of Loss. No legal action for a claim can be brought against the Company more than six (6) years after the time required for giving Proof of Loss.

Under the section entitled **GENERAL PROVISIONS**, the **EXCESS INSURANCE LIMITATION** provision is deleted in its entirety.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS -** If there is a disagreement about the amount of the Loss, upon mutual agreement, either You or the Company can make a written request for an appraisal. After the request, You and the Company will each select their own competent appraiser. After examining the facts, each of the two appraisers will give an opinion on the amount of the Loss. If they do not agree, they will select an arbitrator. Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will be non-binding. Such appraisal will be mutually agreed upon by all parties and any determination made is not binding on either party. The appraiser selected by You will be paid by You. The Company will pay the appraiser they choose. You will share equally with the Company the cost for the arbitrator and the appraisal process.

Under the section entitled **LIMITATIONS AND EXCLUSIONS**, exclusion 6 is deleted in its entirety and replaced with the following:

6. expenses incurred as a result of being under the influence of drugs or intoxicants if committing a felony;

Under the section entitled **LIMITATIONS AND EXCLUSIONS**, exclusion 7 is deleted in its entirety and replaced with the following:

7. commission of a felony;

Under the section entitled **LIMITATIONS AND EXCLUSIONS**, exclusion 13 is deleted in its entirety and replaced with the following:

13. care or treatment for which compensation is paid under Worker's Compensation Law, any Occupational Disease law; the 4800 Time Benefit plan or similar legislation;

**NSITC 2400 SD**

## TENNESSEE AMENDATORY ENDORSEMENT

Under the Section entitled **GENERAL DEFINITIONS**, the definition of **Accident** is deleted in its entirety and replaced with the following:

**Accident** means an unexpected and unintended event, which occurs at an identifiable time and place, but shall also include exposure resulting from a mishap to a conveyance in which You are traveling.

Under the Section entitled **GENERAL DEFINITIONS**, the definition of **Complications of Pregnancy** is deleted in its entirety and replaced with the following:

**Complications of Pregnancy** means (1) conditions, requiring hospital confinement (when the pregnancy is not terminated), whose diagnoses are distinct from pregnancy but are adversely affected by pregnancy or are caused by pregnancy, such as acute nephritis, nephrosis, cardiac decompensation, missed abortion and similar medical and surgical conditions of comparable severity; and (2) non-elective cesarean section, ectopic pregnancy which is terminated and spontaneous termination of pregnancy, which occurs during a period of gestation in which a viable birth is not possible. Complications of Pregnancy does not include false labor, occasional spotting, physician-prescribed rest during the period of pregnancy, morning sickness, hyperemesis gravidarum, and similar conditions associated with the management of a difficult pregnancy not constituting a nosologically distinct complication of pregnancy.

Under the Section entitled **GENERAL PROVISIONS**, the **SUBROGATION** provision is deleted in its entirety and replaced with the following:

**SUBROGATION -** To the extent the Company pays for a Loss suffered by You, the Company will take over the rights and remedies You had relating to the Loss. This is known as subrogation. You must help the Company to preserve its rights against those responsible for the Loss. This may involve signing any papers and taking any other steps the Company may require. If the Company takes over Your rights, You must sign an appropriate subrogation form supplied by the Company.  You must be made whole before the Company can seek reimbursement.  The Company may declare a right of recovery on any judgment unless the money has been designated for the expense and the Company provides primary coverage.

Under the Section entitled **GENERAL PROVISIONS**, the following is added to the **NOTICE OF CLAIM** provision:

A claim form will be sent to You within 15 days of Our receipt of Your Notice of Claim. If such form is not furnished within fifteen (15) days after the giving of such notice, You shall be deemed to have complied with the requirements of this Certificate/Policy as to Proof of Loss upon submitting, within the time fixed in the Certificate/Policy for filing Proofs of Loss, written proof covering the occurrence, the character and the extent of the Loss for which claim is made.

The fully completed claim form must be returned to the claims administrator with:
1. Written Proof of Loss.
2. Any other documentation that the Company may reasonably request.

All these required items, including the claim form, must be postmarked within 90 days or as soon as reasonably possible after the date of Loss.  Otherwise, the claim may be denied.

**TENNESSEE NOTICE**
This plan is underwritten by:
Nationwide Mutual Insurance Company
1 Nationwide Plaza
Columbus, OH  43215

**NSITC 2400 TN; NSITC 2400-1 TN**

## UTAH AMENDATORY ENDORSEMENT

The definition of Other Insurance and the Excess Insurance Limitation provisions and all references thereto are deleted wherever they may appear in the Certificate/Policy.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Accidental Injury** is deleted in its entirety and replaced with the following:

**Accidental Injury** means Bodily Injury caused by an Accident sustained by You that is the direct cause of the condition for which benefits are provided, independent of disease or bodily infirmity or any other cause, and that occurs while the insurance is in force. The Injury must be verified by a Physician in a format acceptable to the Company.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Complications of Pregnancy** is deleted in its entirety and replaced with the following:

**Complications of Pregnancy** means a disease or conditions not associated with normal pregnancy. These conditions include acute nephritis, nephrosis, cardiac decompensation, ectopic pregnancy which is terminated, spontaneous termination of pregnancy when a viable birth is not possible, puerperal infection, eclampsia, pre-eclampsia and toxemia. Complications of pregnancy do not include false labor, occasional spotting, Physician-prescribed rest during the period of pregnancy, morning sickness, or conditions of comparable severity associated with the management of a difficult pregnancy.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Hospital** is deleted in its entirety and replaced with the following:

**Hospital** means a facility that is licensed and operated within the scope of such license.

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Pre-Existing Condition** is deleted in its entirety and replaced with the following:

**Pre-Existing Condition** means any condition during the sixty (60) day period immediately prior to the Effective Date of Your Policy for which You, Your Traveling Companion, or a Family Member booked to travel with You: 1) exhibited symptoms that would have caused an ordinarily prudent person to seek diagnosis, care or treatment; or 2) or a condition for which medical advice or treatment was recommended by a physician or received from a physician.

Under the section entitled **GENERAL PROVISIONS**, the **NOTICE OF CLAIM** provision is deleted in its entirety and replaced with the following:

**NOTICE OF CLAIM -** Written notice of claim must be given by the claimant (either You or someone acting for You) to the Company or its designated representative within seven (7) days after a covered Loss first begins. Notice should include Your name, the Travel Supplier's name and the Plan number. Notice should be sent to the Company's administrative office, at the address shown on the cover page of the Policy, or to the Company's designated representative. Failure to give such notice of claim within the time required will not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time and notice of claim is provided as soon as reasonably possible.

Under the section entitled **GENERAL PROVISIONS**, the **PROOF OF LOSS** provision is deleted in its entirety and replaced with the following:

**PROOF OF LOSS -** You must furnish the Company, or its designated representative, with Proof of Loss. This must be a detailed sworn statement. It must be filed with the Company, or its designated representative, within ninety (90) days from the date of Loss. Failure to comply with these conditions shall not invalidate any claims under this Certificate/ Policy if You can show it was not reasonably possible to file Proof of Loss within ninety (90) days. Failure to file Proof of Loss does not bar recovery under this Policy if the Company fails to show it was prejudiced by the failure.

Under the Section entitled **GENERAL PROVISIONS**, the **SUBROGATION** provision is deleted in its entirety and replaced with the following:

**SUBROGATION -** To the extent the Company pays for a Loss suffered by You, the Company will take over the rights and remedies You had relating to the Loss. This is known as subrogation. You must help the Company to preserve its rights against those responsible for the Loss. This may involve signing any papers and taking any other steps the Company may require. If the Company takes over Your rights, You must sign an appropriate subrogation form supplied

by the Company. The Company's right of subrogation will not be invoked until You have been fully compensated for the loss.

Under the Section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is revised to add the following:

Any arbitration hereunder shall take place in the state of Utah, unless otherwise mutually agreed upon by You and Us.

Under the section entitled **GENERAL PROVISIONS**, the following **ELECTRONIC DELIVERY** provision is added:

**ELECTRONIC DELIVERY:** Unless You notify Us that You are withdrawing Your consent, all documents and communications regarding this Policy and any notices may be delivered to You by electronic mail using the email address associated with Your account, except documents required to be delivered by another method. You must provide Us with any updates to Your email address, telephone number and postal address.

Under the section entitled **LIMITATIONS AND EXCLUSIONS**, exclusions 1 and 6 are deleted in their entirety and replaced with the following:

1. PRE-EXISTING CONDITION LIMITATION: Pre-Existing Conditions, as defined in the Definitions section;

6. being intoxicated above the legal limit in the jurisdiction where the loss occurred or under the influence of drugs, unless prescribed and used in accordance with the instructions provided by a Physician, unless results in the death of a non-traveling Family Member;

**NSITC 2400 UT**

## VIRGINIA AMENDATORY ENDORSEMENT
**Removed** brackets from second paragraph on face page.

**Added** the following to the second paragraph on the face page: "and only after a copy of the enrollment is furnished to You, Your beneficiary or Your personal representative."

Under the section entitled **GENERAL DEFINITIONS**, the definition of **Family Member** is deleted in its entirety and replaced with the following:

**Family Member** means Your or Your Traveling Companion's legal or common law spouse, ex-spouse, parent, legal guardian, step-parent, grandparent, parents-in-law, grandchild, natural or adopted child, step-child, children-in-law, brother, sister, step-brother, step-sister, brother-in-law, sister-in-law, aunt, uncle, niece or nephew, Business Partner, or Domestic Partner.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS -** If there is a disagreement about the amount of the Loss, either You or the Company can make a written demand for an appraisal. After the demand, You and the Company will each select their own competent umpire. After examining the facts, each of the two umpires will give an opinion on the amount of the Loss. If they do not agree, they will select an impartial umpire. Any figure agreed to by two (2) of the three (3) (the umpires) will be binding. The umpire selected by You will be paid by You. The Company will pay the umpire they choose. You will share equally with the Company the cost for the umpire and the appraisal process.

Under the section entitled **GENERAL PROVISIONS**, the **SUBROGATION** provision is deleted in its entirety.

Under the section entitled **GENERAL PROVISIONS**, the **PROOF OF LOSS** provision is deleted in its entirety and replaced with the following:

**PROOF OF LOSS -** The Company shall provide You forms for filing Proof of Loss. If the forms are not furnished within fifteen (15) days after the Company received notice of any claim under the Policy/Certificate, You shall be deemed to have complied with the requirements of the Policy/Certificate as to Proof of Loss upon submitting Proof of Loss within ninety (90) days after a covered Loss occurs or as soon as reasonably possible. Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity, later than one (1) year from the time proof is otherwise required.

Under the section entitled **GENERAL PROVISIONS**, the following provisions are added:

**MISSTATEMENT OF AGE -** An equitable adjustment of premium shall be made if Your age has been inadvertently misstated in Your enrollment or the Company's issuance of this Policy/Certificate.

**VALIDITY OF POLICY COVERAGE -** The validity of this Policy/Certificate shall not be contested after it has been in force for two (2) years from the date of issue, except for non-payment of premium. No statement made by You relating to Your insurability shall be used in contesting the validity of Your insurance with respect to which such statement was made: 1.) after the insurance has been in force prior to the contest for a period of two (2) years, and 2.) unless the statement is contained in a written instrument signed by You.

**IMPORTANT INFORMATION REGARDING YOUR INSURANCE**
In the event You need to contact someone about this insurance for any reason, please contact Your agent. If no agent was involved in the sale of this insurance, or if You have additional questions, You may contact the insurance company issuing this insurance at the following address and telephone number:
Nationwide Mutual Insurance Company
One Nationwide Plaza
4-06-101
Columbus, Ohio 43215
1-800-882-2822

If You have been unable to contact or obtain satisfaction from the company or the agent, You may contact the Virginia State Corporation Commission's Bureau of Insurance at:
Tyler Building 6th FL
1300 E. Main Street
Richmond, Virginia 23219
1-877-310-6560 (National toll free number)
1-800 522-7945 (Virginia only toll free number)
(804) 371-9691 (local)

Written correspondence is preferable so that a record of Your inquiry is maintained. When contacting Your agent, company or the Bureau of Insurance, have Your policy number available.

**NSITC 2400 VA; NSITC 2400-1 VA**

## WEST VIRGINIA AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS -** If there is a disagreement about the amount of the Loss, upon mutual agreement, either You or the Company can make a written request for an appraisal. You and the Company will each select its own competent appraiser.  After examining the facts, each of the two appraisers will give an opinion on the amount of the Loss.  If they do not agree, they will select an arbitrator.  Any figure agreed to by two (2) of the three (3) (the appraisers and the arbitrator) will establish the amount of the claim.  Such appraisal will be voluntary and will be by mutual consent by all parties.  The appraiser selected by You is paid by You.  The Company will pay the appraiser they choose.  You will share equally with the Company the cost for the arbitrator and the appraisal process.

Under the section entitled **GENERAL PROVISIONS**, the **PAYMENT OF CLAIMS** provision is deleted in its entirety and replaced with the following:

**PAYMENT OF CLAIMS -** The Company, or its designated representative, will pay a claim after receipt of acceptable Proof of Loss, but in no event more than 15 working days following the date the Company and You reach an agreement on the amount of loss.

Benefits for Loss of life are payable to Your beneficiary. If a beneficiary is not designated by You at the time of purchase, benefits for Loss of life will be paid to the first of the following surviving preference beneficiaries:
(a)  Your spouse;
(b)  Your child or children jointly;
(c)  Your parents jointly if both are living or the surviving parent if only one survives;

(d)  Your brothers and sisters jointly; or
(e)  Your estate.

All other claims will be paid to You. In the event You are a minor, incompetent or otherwise unable to give a valid release for the claim, the Company may make arrangement to pay claims to Your legal guardian or other qualified representative.

All or a portion of all benefits provided by this Policy, at the option of the Company, will be paid directly to the provider of the service(s).  All benefits not paid to the provider will be paid to You.

Any payment made in good faith will discharge the Company's liability to the extent of the claim.

The applicable benefit amount will be reduced by the amount of benefits, if any, previously paid by Other Insurance policies. In no event will the Company reimburse You for an amount greater than the amount paid by You.

All benefits payable under this Certificate/Policy shall be reduced by the amount of any credit, voucher or refund provided by any Common Carrier, Travel Supplier or any other third party.

Under the section entitled **GENERAL PROVISIONS**, the **SETTLEMENT OF LOSS** provision is deleted in its entirety and replaced with the following:

**SETTLEMENT OF LOSS -** Claims for damage and/or destruction shall be paid after acceptable proof of the damage and/or destruction is presented to the Company and the Company has determined the claim is covered, but in no event more than 15 working days following the date the Company and You reach an agreement on the amount of loss. Property will be considered lost if it has not been recovered within thirty (30) days of the event. You must present acceptable Proof of Loss and the value involved to the Company.

**NSITC 2400 WV**

## WISCONSIN AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS**, the following is added to **PAYMENT OF CLAIMS**:

Claims will be paid within thirty (30) days of agreement.

Under the section entitled **GENERAL PROVISIONS**, the **SUBROGATION** provision is deleted in its entirety and replaced with the following:

**SUBROGATION -** To the extent the Company pays for a Loss suffered by You, the Company will take over the rights and remedies You had relating to the Loss. This is known as subrogation. You must help the Company to preserve its rights against those responsible for the Loss. This may involve signing any papers and taking any other steps the Company may reasonably require. If the Company takes over Your rights, You must sign an appropriate subrogation form supplied by the Company.  The Company's ability to recover is limited to the amount remaining after You have been made whole.

Under the section entitled **GENERAL PROVISIONS**, both of the **PROOF OF LOSS** provisions are deleted in their entirety and replaced with the following:

**PROOF OF LOSS** – Your or Your representative must send the Company, or its designated representative, Proof of Loss within ninety (90) days after a covered Loss occurs or as soon as reasonably possible. This must be a detailed sworn statement.  Failure to furnish such proof within the time required shall not invalidate nor reduce any claim if it was not reasonably possible to give proof within such time, provided such proof is furnished as soon as reasonably possible and in no event, except in the absence of legal capacity, later than one year from the time proof is otherwise required.

Under the section entitled **GENERAL PROVISIONS**, the **DISAGREEMENT OVER SIZE OF LOSS** provision is deleted in its entirety and replaced with the following:

**DISAGREEMENT OVER SIZE OF LOSS:** If You and the Company fail to agree as to the Actual Cash Value or the amount of Loss, on the written demand of either, each will select a competent and disinterested appraiser and notify the other of the appraiser selected within 20 days of such demand.  The appraisers will first select a competent and disinterested umpire; and failing for 15 days to agree upon such umpire, on request of You or the Company, such umpire will be selected by a judge of a court of record in the state in which the property covered is located. The appraisers will then appraise the Loss, stating separately the Loss to each item; and, failing to agree, will submit their differences to the umpire.  An itemized award in writing of any two when filed with the Company will determine the amount of Actual Cash

Value and Loss. Each appraiser will be paid by the party selecting him or her and the expenses of appraisal and umpire shall be paid by the parties equally.

**WISCONSIN NOTICE CONCERNING INSURANCE COMPLAINTS:**

**KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS**

PROBLEMS WITH YOUR INSURANCE?  Your satisfaction is very important to us.  If you are having problems with your insurance, do not hesitate to contact the insurance company to resolve your problem:

Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH 43215
1-800-882-2822

You can also contact the OFFICE OF THE COMMISSIONER OF INSURANCE, a state agency which enforces Wisconsin's insurance laws, and file a complaint. You can contact the OFFICE OF THE COMMISSIONER by contacting:

State of Wisconsin
Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, WI 53707-7873
Web Site: www.oci.wi.gov
or you can call 1-800-236-8517 outside of Madison, or (608) 266-0103 in Madison, and request a complaint form.
FAX: (608) 264-8115
E-mail: complaints@oci.state.wi.us

Please include your policy number in any communication with the above addresses.

**NSITC 2400 WI; NSITC 2400-1 WI**

## WYOMING AMENDATORY ENDORSEMENT

Under the section entitled **GENERAL PROVISIONS**, the **LEGAL ACTIONS** provision is deleted in its entirety and replaced with the following:

**LEGAL ACTIONS -** No legal action for a claim can be brought against the Company until sixty (60) days after the Company receives Proof of Loss. No legal action for a claim can be brought against the Company more than four (4) years after the time required for giving Proof of Loss.

**NSITC 2400 WY**

## CLAIMS PROCEDURE

1. **EMERGENCIES ARISING DURING YOUR COVERED TRIP:** Please contact CareFree Travel Assistance™ (refer to Non-Insurance Assistance Services section).
2. **ALL CLAIMS:** Report your claim as soon as possible to Aon Affinity.  Provide the policy number, Your travel dates, and details describing the nature of Your loss.  Upon receipt of this information, Aon Affinity will promptly forward You the appropriate claim form to complete.

Online: www.aontravelclaim.com

Phone: 1-(877) 846-8833 or 1-(516) 342-7262

Mail:  Aon Affinity
      900 Stewart Avenue
      Garden City, NY 11530-9998


Aon Affinity is the brand name for the brokerage and program administration operations of Affinity Insurance Services, Inc. (TX 13695); (AR 100106022); in CA & MN, AIS Affinity Insurance Agency, Inc. (CA 0795465); in OK, AIS Affinity Insurance Services, Inc; in CA, Aon Affinity Insurance Services, Inc. (CA 0G94493), Aon Direct Insurance Administrators and Berkely Insurance Agency and in NY, AIS Affinity Insurance Agency.  Affinity Insurance Services is acting as a Managing General Agent as that term is defined in section 626.015(14) of the Florida Insurance Code.  As an MGA we are acting on behalf of our carrier partner.

**Important:**  In order to facilitate prompt claims settlement upon your return, be sure to obtain as applicable: detailed medical statements from Physicians in attendance where the Accident or Sickness occurred; receipts for medical services and supplies; receipts from the Hospital; police reports or claims reports from the parties responsible (e.g. airline, cruise line, hotel, etc.) for any loss, theft, damage or delay.  In the event of a baggage claim, receipts for any lost or damaged items will be required.  In the event of a Baggage Delay or Trip Delay claim, receipts for any additional covered expenses will be required, as well as verification of the delay.

This plan provides insurance coverage that applies only during the covered trip. You may have coverage from other sources that provides you with similar benefits but may be subject to different restrictions depending upon your other coverages. You may wish to compare the terms of this policy with your existing life, health, home and automobile policies. If you have any questions about your current coverage, call your insurer, insurance agent or broker. The purchase of this plan is not required in order to purchase any other travel product or service offered to you by your travel retailers. Unless individually licensed as an insurance agent, your travel agent is not qualified or authorized to answer your technical questions about the benefits, exclusions or conditions of this plan or to evaluate the adequacy of any existing insurance coverage you may have. Questions should be directed to the plan administrator at the toll-free number provided.



# GENERAL DISCLOSURES

This policy provides coverage only related to Your Trip. You may have coverage from other sources that provides you with similar benefits subject to different restrictions. You may wish to compare the terms of this policy with your existing life, health, home, and automobile insurance policies. If you have any questions about your current coverage, call your insurer or insurance agent or broker. Your travel retailer may not be licensed to sell insurance in all states, and therefore cannot answer technical questions about the benefits, exclusions, and conditions of this insurance and cannot evaluate the adequacy of your existing insurance. This policy may not provide coverage for or may limit coverage related to pre-existing conditions. The purchase of travel insurance is not required in order to purchase any other product or service. In addition to your policy, the product you are purchasing may contain other non-insurance services and/or cancellation fee waivers offered by companies other than Nationwide.

- **Maryland Residents:** The offered insurance coverage may duplicate certain provisions of insurance coverage already provided by the purchaser's homeowner's insurance, renter's insurance, health insurance, or similar insurance coverage. The Commissioner may be contacted to file a complaint at: Maryland Insurance Administration, ATTN: Consumer Complaint Investigation (Property/Casualty), 200 St. Paul Place, Suite 2700, Baltimore, MD 21202.

- **Delaware Residents:** The offered insurance coverage may duplicate certain provisions of insurance coverage already provided by the purchaser's homeowner's insurance, renter's insurance, health insurance, or similar insurance coverage. The purchase of travel insurance would make the travel insurance coverage primary to any other duplicate or similar coverage.

- **California Residents:** For additional information, contact the California Department of Insurance Consumer Hotline, 800-927-4357 or 213-897-8921.

- **New York Residents:** The licensed producer represents the insurer for purposes of the sale of the insurance. Compensation paid to the producer may vary depending on the policy selected, the producer's expenses, volume of business, or the profitability of the insurance contracts. Except as otherwise provided by law, the purchaser may request and obtain information about the producer's compensation based on the sale or any alternative quotes by requesting such information from the producer.

**Nationwide**
is on your side

Rev. 5/2017

| **FACTS** | **WHAT DOES NATIONWIDE DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|

| **Why?** | Financial companies choose how they share your personal information. Federal and state laws give consumers the right to limit some but not all sharing. Federal and state laws also require us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
|---|---|
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number, government issued identification, and contact information<br>• Medical information and policy information<br>• Credit history, employment information, and insurance claim history |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons Nationwide chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does Nationwide share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes— such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| For our marketing purposes— to offer our products and services to you | Yes | No |
| For joint marketing with other financial companies | Yes | No |
| For our affiliates' everyday business purposes— information about your transactions and experiences | Yes | No |
| For our affiliates' everyday business purposes— information about your creditworthiness | Yes | Yes |
| For our affiliates to market to you | Yes | Yes |
| For nonaffiliates to market to you | Yes | Yes |

| **To limit our sharing** | • Call us toll free at 1-866-280-1809 and our menu will prompt you through your choices.<br>• If you have previously opted out, your preference remains on file and you do not need to opt out again.<br>• Please have your account or policy number handy when you call.<br>**Please note:** If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|
| **Questions?** | 1-866-280-1809 |

| Who we are | |
|---|---|
| **Who is providing this notice?** | Nationwide Mutual Insurance Company and Nationwide Mutual Fire Insurance Company ("Nationwide"). |
| **What we do** | |
| **How does Nationwide protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal and state laws. These measures include computer safeguards and secured files and buildings. We limit access to your information to those who need it to do their job. |
| **How does Nationwide collect my personal information?** | We collect your personal information, for example, when you:<br>• Apply for insurance or give us your contact information<br>• Make a payment or file a claim<br>• Conduct business with us<br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal and state laws give you the right to limit only:<br>• Sharing for affiliates' everyday business purposes—information about your creditworthiness;<br>• Affiliates from using your information to market to you; and<br>• Sharing for nonaffiliates to market to you.<br>State laws and individual companies may give you additional rights to limit sharing. See below for more information. |
| **What happens when I limit sharing for an account I hold jointly with someone else?** | Your choices will apply to everyone on your account. |
| **Definitions** | |
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies. These companies include Nationwide Life Insurance Company, National Casualty, Nationwide Bank, and Nationwide Property and Casualty Insurance Company. Visit nationwide.com for a list of affiliated companies. |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| **Joint marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you. |
| **Other important information** | |

**California Residents:** We currently do not share information we collect about you with affiliated or nonaffiliated companies for their marketing purposes. Therefore, you do not need to opt out.

**Nevada Residents**: You may request to be placed on our internal Do Not Call list. Send an email with your phone number to privacy@nationwide.com. You may request a copy of our telemarketing practices. For more on this Nevada law, contact Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101; Phone number: 1-702-486-3132; email: BCPINFO@ag.state.nv.us.

**For Vermont Customers**: We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures.

**AZ, CA, CT, GA, IL, ME, MA, MT, NV, NJ, NM, NC, ND, OH, OR, and VA Residents**: The Term "Information" means information we collect during an insurance transaction. We will not use your medical information for marketing purposes without your consent. We may share your Information with others, including insurance regulatory authorities, law enforcement, consumer reporting agencies, and insurance-support organizations without your prior authorization as permitted or required by law. Information obtained from a report prepared by an insurance-support organization may be retained by that insurance-support organization and disclosed to others.

**Accessing your information:** You can ask us for a copy of your personal information. Please send your request to the address below and have your signature notarized. This is for your protection so we may prove your identity. Please include your name, address, and policy number. You can change your personal information at Nationwide.com or by calling your agent. We can't change information that other companies, like credit agencies, provide to us. You'll need to ask them to change it.

**AON Affinity**
Attn: Privacy Officer
900 Stewart Avenue Garden City, NY 11530-9998

## NATIONWIDE® HIPAA NOTICE OF PRIVACY PRACTICES

**THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION. PLEASE REVIEW IT CAREFULLY.**

This Notice of Privacy Practices (the "Notice") applies to Nationwide[1] and describes the legal obligations of Nationwide, and your legal rights regarding your protected health information held by Nationwide under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). Among other things, this Notice describes how your Protected Health Information ("PHI" as that term is defined below) may be used or disclosed to carry out treatment, payment, or healthcare operations, or for any other purposes that are permitted or required by law.

Nationwide is required by HIPAA and certain state laws to maintain the privacy of your PHI and to provide you with notice of our legal duties and privacy practices with respect to your PHI. We are required to abide by the terms of this Notice so long as it remains in effect. Nationwide reserves the right to change the terms of this Notice and to make the new Notice effective for all PHI maintained by us, as allowed or required by law. If we make any material change to this Notice, we will provide you with a copy of the revised Notice by mail to your last-known address on file.

**Protected Health Information (PHI)** includes individually identifiable health information that is created or received by Nationwide and that relates to: (1) your past, present, or future physical or mental health or condition, (2) the provision of health care to you, or (3) the past, present, or future payment for the provision of health care to you. PHI includes information of persons living or deceased.

### USES AND DISCLOSURES OF YOUR PROTECTED HEALTH INFORMATION

**Your Authorization.** Certain uses and disclosures of PHI require your authorization. For example, most uses and disclosures of PHI for marketing purposes and disclosures that constitute a sale of PHI require a written authorization. Except as outlined below, we will not use or disclose your PHI without your written authorization. If you have given us an authorization, you may revoke it in writing at any time, unless we have already acted on the authorization. Once we receive your written revocation, it will only be effective for future uses and disclosures.

**Disclosures for Treatment, Payment or Health Care Operations.** We may use or disclose your PHI as permitted by law for your treatment, payment, or health care operations. For instance, for your treatment, a doctor or health facility involved in your care may request information we hold in order to make decisions about your care. For payment, we may disclose your PHI to our pharmacy benefit manager for administration of your prescription drug benefit. For health care operations, we may use and disclose your PHI for our health care operations, which include responding to customer inquiries regarding benefits and claims.

**Family and Friends Involved In Your Care.** With your approval, we may from time to time disclose your PHI to designated family, friends, and others who are involved in your care or in payment for your care in order to facilitate that person's involvement in caring for you or paying for your care.  If you are unavailable, incapacitated, or facing an emergency medical situation and we determine that a limited disclosure may be in your best interest, we may share limited PHI with such individuals without your approval.

**Business Associates.** Certain aspects and components of our services are performed through contracts with outside persons or organizations. At times, it may be necessary for us to provide your PHI to one or more of these outside persons or organizations. For example, we may disclose your PHI to a business associate to administer claims or to provide support services. In all cases, we require these business associates by contract to appropriately safeguard the privacy of your information.

**Other Health-Related Products or Services.** We may, from time to time, use your PHI to determine whether you might be interested in or benefit from treatment alternatives or other health-related programs, products, or services which may be available to you as a member of the health plan. For example, we may use your PHI to identify whether you have a particular illness, and advise you that a disease management program to help you manage your illness better is available to you. We will not use your information to communicate with you about products or services which are not health-related without your written permission.

**Plan Administration.** We may release your PHI to your plan sponsor for administrative purposes, provided we have received certification that the information will be maintained in a confidential manner and not used in any other manner not permitted by law.

---

[1] Nationwide Life Insurance Company®, National Casualty Company and the area within Nationwide Mutual Insurance Company® that performs healthcare functions.

**Other Uses and Disclosures**. We are permitted or required by law to make certain other uses and disclosures of your PHI without your authorization. We may release your PHI for any purpose required by law. This may include releasing your PHI to law enforcement agencies; public health agencies; government oversight agencies; workers compensation; for government audits, investigations, or civil or criminal proceedings; for approved research programs; when ordered by a court or administrative agency; to the armed forces if you are a member of the military; and other similar disclosures we are required by law to make.

## OTHER PRIVACY LAWS AND REGULATIONS

Certain other state and federal privacy laws and regulations may further restrict access to and uses and disclosures of your personal health information or provide you with additional rights to manage such information. If you have questions regarding these rights, please send a written request to your designated contact as explained in the "Contact Information" section, below.

## RIGHTS THAT YOU HAVE

**Access to Your PHI**. You have the right to copy and/or inspect much of the PHI that we retain on your behalf. All requests for access must be made in writing and signed by you or your personal representative. We may charge you a fee if you request a copy of the information. The amount of the fee will be indicated on the request form. A request form can be obtained by writing your designated contact at the address provided in the "Contact Information" section.

**Amendments to Your PHI.** You have the right to request that the PHI that we maintain about you be amended or corrected. We are not obligated to make all requested amendments but will give each request careful consideration. If the information is incorrect or incomplete and we decide to make an amendment or correction, we may also notify others who work with us and have copies of the uncorrected record if we believe that such notification is necessary. A request form can be obtained by writing to your designated contact at the address provided in the "Contact Information" section.

**Accounting for Disclosures of Your PHI.** You have the right to receive an accounting of certain disclosures made by us of your PHI. Requests must be made in writing and signed by you or your personal representative. A request form can be obtained by writing your designated contact at the address provided in the "Contact Information" section.

**Restrictions on Use and Disclosure of Your PHI.** You have the right to request restrictions on some of our uses and disclosures of your PHI. We will consider, but are not required to agree to, your restriction request. A request form can be obtained by writing your designated contact at the address provided in the "Contact Information" section.

**Request for Confidential Communications**. You have the right to request and we will accommodate reasonable requests by you to receive communications regarding your PHI information from us by alternative means or at alternative locations. A request form can be obtained by writing your designated contact at the address provided in the "Contact Information" section.

**Right to be Notified of a Breach.** You have the right to be notified in the event we discover a breach of your unsecured PHI.

**Right to a Paper Copy of This Notice.** You have the right to a paper copy of this notice, even if you have requested such copy by e-mail or other electronic means.

**Complaints.** If you believe your privacy rights have been violated, you can file a written complaint with your designated contact as explained in the "Contact Information" section, below. You may also file a complaint with the Secretary of the U.S. Department of Health and Human Services, Office of Civil Rights, in writing within 180 days of a violation of your rights. There will be no retaliation for filing a complaint.

## CONTACT INFORMATION

If you have any questions about this Notice, need copies of any forms or require further assistance with any of the rights explained above, contact us by calling 1-877-846-8833, or mail your request to:

> Aon Affinity
> Attn: Privacy Officer
> 900 Stewart Avenue
> Garden City, NY 11530-9998

## EFFECTIVE DATE

This Notice is effective 7/5/17

Nationwide, the Nationwide framework, and On Your Side are federally registered service marks of Nationwide Mutual Insurance Company.

NH-0524-T-07052017

## Pre-Trip Information – Travel Assistance – Medical Assistance

**Assistance Services listed in this section are not insurance benefits. Costs and expenses associated with the services provided by CareFree Travel Assistance™ are your responsibility, unless stated otherwise.**

Not a care in the world… when you have 24/7 global network to assist you on your travels.

### CareFree Travel Assistance™

- Inoculation information
- Travel information including visa/passport requirements
- Lost passport/travel documents assistance
- Embassy or Consulate Referral
- Currency exchange rates
- Worldwide public holiday information
- Lost baggage search; stolen luggage replacement assistance
- Emergency cash transfer assistance
- Emergency telephone interpretation assistance
- Urgent message relay to family, friends, or business associates
- Legal referrals/bail bond assistance
- Rental Vehicle Return
- ATM locator
- Up-to-the-minute information on local medical advisories, epidemics, required immunizations and available preventative measures
- Emergency return travel arrangements
- Claims Assistance Services

### Medical & Emergency Assistance

- Physician/hospital/dental/vision referrals
- Eyeglasses and corrective lens replacement assistance
- Emergency prescription replacement
- In-patient and out-patient medical case management:
  - Arrangement of doctor appointments
  - Arrangement of hospital admission
  - Medical Monitoring
  - Guarantee of medical expenses incurred during hospitalization*
  - Assist in providing the plan administrator Medical Expenses for review
  - Assist in the collection of Claims Documents for the plan administrator

## Emergency Transportation Services

**CareFree Travel Assistance™ coordinates the assistance services and facilitates payment on behalf of Aon Affinity as follows:**

- Emergency medical evacuation transportation assistance
- Arrangement of repatriation of mortal remains
- Arrangement of visitors to the bedside of a hospitalized insured

**All services described above, provided by CareFree Travel Assistance™, are not insurance benefits, and you will be responsible for reimbursing CareFree Travel Assistance™ for costs and expenses associated with any services and/or facilities arranged. However, there may be insurance coverage in your plan that may cover all or part of the costs and expenses incurred. See the insurance portions of your plan documents for full details.**

**\*This is a non-insurance assistance service. A payment made pursuant to this does not guarantee coverage under any insurance coverage in your plan, and you will be responsible for reimbursing CareFree Travel Assistance™ any expense paid on your behalf that is not covered by an insurance coverage in your plan.**

CareFree Travel Assistance™ can be accessed by calling: **877-303-5909** or, from outside the US or Canada, call collect: **516-342-4594**.

*Note that the problems of distance, information, and communications make it impossible for AON Affinity, The travel supplier, or CareFree Travel Assistance™ to assume any responsibility for the availability, quality, use, or results of any emergency service. In all cases, you are still responsible for obtaining, using, and paying for your own required services of all types.*

# Plaintiff's Exhibit B

# Important

## At Humana, it is important you are treated fairly.

Humana Inc. and its subsidiaries do not discriminate or exclude people because of their race, color, national origin, age, disability, sex, sexual orientation, gender, gender identity, ancestry, ethnicity, marital status, religion, or language. Discrimination is against the law. Humana and its subsidiaries comply with applicable Federal Civil Rights laws. If you believe that you have been discriminated against by Humana or its subsidiaries, there are ways to get help.

- You may file a complaint, also known as a grievance:
  Discrimination Grievances, P.O. Box 14618,
  Lexington, KY 40512-4618
  If you need help filing a grievance, call the number on your ID card or if you use a **TTY**, call **711**.
- You can also file a civil rights complaint with the **U.S. Department of Health and Human Services**, Office for Civil Rights electronically through their complaint portal, available at **https://ocrportal.hhs.gov/ocr/portal/lobby.jsf**, or by at **U.S. Department of Health and Human Services**, 200 Independence Avenue, SW, Room 509F, HHH Building, Washington, DC 20201, **800-368-1019**, **800-537-7697 (TDD)**. Complaint forms are available at **https://www.hhs.gov/ocr/office/file/index.html**.
- **California residents:** You may also call California Department of Insurance toll-free hotline number: **800-927-HELP (4357)**, to file a grievance.

## Auxiliary aids and services, free of charge, are available to you. Call the number on your ID card (TTY: 711)

Humana provides free auxiliary aids and services, such as qualified sign language interpreters, video remote interpretation, and written information in other formats to people with disabilities when such auxiliary aids and services are necessary to ensure an equal opportunity to participate.

## Language assistance services, free of charge, are available to you. Call the number on your ID card (TTY: 711)

ATTENTION: If you do not speak English, language assistance services, free of charge, are available to you. Call the number on your ID card **(TTY: 711)**... ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al número que figura en su tarjeta de identificación **(TTY: 711)**

注意：如果您使用繁體中文，您可以免費獲得語言援助服務。 請致電會員卡上的電話號碼 **(TTY: 711)**

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số điện thoại ghi trên thẻ ID của quý vị **(TTY: 711)**

주의 : 한국어를 사용하시는 경우 , 언어 지원 서비스를 무료로 이용하실 수 있습니다 . ID 카드에 적혀 있는 번호로 전화해 주십시오 **(TTY: 711)**

PAUNAWA: Kung nagsasalita ka ng Tagalog, maaari kang gumamit ng mga serbisyo ng tulong sa wika nang walang bayad. Tawagan ang numero na nasa iyong ID card **(TTY: 711)**

ВНИМАНИЕ: Если вы говорите на русском языке, то вам доступны бесплатные услуги перевода· Наберите номер, указанный на вашей карточке-удостоверении **(телетайп: 711)**

ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele nimewo ki sou kat idantite manm ou **(TTY: 711)**

ATTENTION: Si vous parlez français, des services d'aide linguistique vous sont proposés gratuitement. Appelez le numéro figurant sur votre carte de membre **(ATS: 711)**

UWAGA: Jeżeli mówisz po polsku, możesz skorzystać z bezpłatnej pomocy językowej. Proszę zadzwonić pod numer podany na karcie identyfikacyjnej **(TTY: 711)**

ATENÇÃO: Se fala português, encontram-se disponíveis serviços linguísticos, grátis. Ligue para o número presente em seu cartão de identificação **(TTY: 711)**

ATTENZIONE: In caso la lingua parlata sia l'italiano, sono disponibili servizi di assistenza linguistica gratuiti. Chiamare il numero che appare sulla tessera identificativa **(TTY: 711)**

ACHTUNG: Wenn Sie Deutsch sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung. Wählen Sie die Nummer, die sich auf Ihrer Versicherungskarte befindet **(TTY: 711)**

注意事項：日本語を話される場合、無料の言語支援をご利用いただけます。 お手持ちの ID カードに記載されている電話番号までご連絡ください **(TTY: 711)**

توجه: اگر به زبان فارسی گفتگو می کنید، تسهیلات زبانی بصورت رایگان برای شما فراهم می باشد. با شماره تلفن روی کارت شناسایی تان تماس بگیرید **(TTY: 711)**

Díí baa akó nínízin: Díí saad bee yáníłti'go Diné Bizaad, saad bee áká'ánída'áwo'déé', t'áá jiik'eh, éí ná hóló, námboo ninaaltsoos yézhí, bee néé ho'dólzin bikáá'ígíí bee hólne' **(TTY: 711)**

ملحوظة: إذا كنت تتحدث اذكر اللغة، فإن خدمات المساعدة اللغوية تتوافر لك بالمجان. اتصل برقم الهاتف الموجود على بطاقة الهوية الخاصة بك **(TTY: 711)**·

**Humana.**

Administrative Office:
3501 SW 160th Avenue
Miramar, FL  33027

# Certificate of Coverage
## Humana Medical Plan, Inc.

**Group Plan Sponsor:**       BANYAN HEALTH SYSTEMS, INC.

**Group Plan Number:**       828285

**Effective Date:**       09/01/2022

**Product Name:**       FLFX0047 Canopy

In accordance with the terms of the *master group contract* issued to the *group plan sponsor*, Humana Medical Plan, Inc. certifies that a *covered person* has coverage for the benefits described in this *certificate*.  This *certificate* becomes the Certificate of Coverage and replaces any and all certificates and certificate riders previously issued.

*Bruce Broussard*

Bruce Broussard
President

## This booklet, referred to as a Benefit Plan Document, is provided to describe *your* Humana coverage

## This certificate contains a Deductible

Florida Compare Care resources from the Agency for Health Care Administration (AHCA) can be found at https://www.floridahealthfinder.gov/. The site includes helpful information about Florida healthcare, plans and facilities.

# TABLE OF CONTENTS

**Understanding your coverage**     **9**

**Schedule of benefits**     **14**

**Schedule of benefits – behavioral health**     **29**

**Schedule of benefits – pharmacy services**     **35**

**Covered expenses**     **39**

**Covered expenses – behavioral health**     **56**

**Covered expenses – pharmacy services**     **59**

**Limitations and exclusions**     **64**

**Limitations and exclusions – pharmacy services**     **71**

**Eligibility and effective dates**     **75**

**Replacement of coverage**     **81**

**Termination provisions**     **82**

**Extension of benefits**     **84**

**Continuation**     **85**

**Continuation of coverage for active military service**     **86**

---

## TABLE OF CONTENTS (continued)

---

**Coordination of benefits**                                          **87**

**Claims**                                                            **92**

**Complaint and appeal procedures**                                   **100**

**Disclosure provisions**                                             **104**

**Miscellaneous provisions**                                          **107**

**Glossary**                                                          **111**

**Glossary - pharmacy services**                                      **134**

# NO SURPRISES ACT AMENDMENT

This amendment is made part of the *master group contract* to which it is attached.

All terms used in this amendment have the same meaning given to them in the *certificate*, unless otherwise defined in this amendment. Except as modified below, all terms, conditions and limitations of the *master group contract* apply.

This amendment is effective for the *master group contract* issued or renewed on or after January 1, 2022.

## No Surprises Act

The No Surprises Act (the Act) is a federal law that requires coverage of certain services received from a *non-network provider* at the *network provider* benefit level and protects *you* from balance billing when events described in this amendment occur.

### Definitions

***Air ambulance*** means a professionally operated helicopter or airplane, provided by a licensed ambulance service, equipped for the transportation of a sick or injured person to or from the nearest medical facility qualified to treat the person's *sickness* or *bodily injury*. Use of the *air ambulance* must be *medically necessary*. When transporting the sick or injured person from one medical facility to another, the *air ambulance* must be ordered by a *health care practitioner*.

***Ancillary services*** mean *covered expenses* that are:

- Items or services related to emergency medicine, anesthesiology, pathology, radiology, or neonatology;
- Provided by *assistant surgeons*, hospitalists or intensivists;
- Diagnostic laboratory or radiology services; or
- Items or services provided by a *non-network provider* when a *network provider* is not available to provide the services at the *network facility*.

***Network facility*** means a *hospital*, *hospital outpatient* department or *ambulatory surgical center* that has been designated as such or has signed an agreement with *us* as an independent contractor, or has been designated by *us* to provide services to all *covered persons*. *Network facility* designation by *us* may be limited to specified services.

***Post-stabilization services*** means services *you* receive in *observation status* or during an *inpatient* or *outpatient* stay in a *network facility* related to an *emergency medical condition* after *you* are stabilized.

***Recognized amount*** means the reimbursement rate as determined by:

- An applicable state All Payer Model Agreement under the Social Security Act;
- An applicable state law; or
- The qualifying payment amount as defined by the Act.

# NO SURPRISES ACT AMENDMENT (continued)

### Emergency and non-emergency services

*We* will apply the *network provider* benefit level and *you* will only be responsible to pay the *network provider copayment, deductible* and/or *coinsurance* based on the *recognized amount* for *covered expenses* when *you* receive the following services from a *non-network provider*:

- *Air ambulance* services;
- *Emergency care*;
- *Ancillary services* when *you* are at a *network facility*;
- Services that are not considered *ancillary services* when *you* are at a *network facility* and *you* did not consent to the *non-network provider* to obtain such services; or
- *Post-stabilization services* when *you* did not consent to the *non-network provider* to obtain such services due to *your emergency medical condition.*

The protections of the Act do not apply if *you* consent to a *non-network provider* to receive the following services:

- Those that are not considered *ancillary services*; or
- *Post-stabilization services.*

### Continuity of care

*You* may be eligible to elect continuity of care if *you* are a continuing care patient, as defined in the Act, as of the date any of the following events occur:

- *Your qualified provider* terminates as a *network provider*;
- The terms of a *network provider's* participation in the network changes in a manner that terminates a benefit for a service *you* are receiving as a continuing care patient; or
- The *master group contract* terminates.

If *you* elect continuity of care, *we* will apply the *network provider* benefit level to *covered expenses* related to *your* treatment as a continuing care patient. *You* may contact *our* customer service department at the telephone number shown on *your* ID card if *you* have any questions.

## HUMANA MEDICAL PLAN, INC.

*Bruce Broussard*

Bruce Broussard
President

# UNDERSTANDING YOUR COVERAGE

As *you* read the *certificate*, *you* will see some words are printed in italics. Italicized words may have different meanings in the *certificate* than in general. Please check the "Glossary" sections for the meaning of the italicized words as they apply to *your* plan.

The *certificate* gives *you* information about *your* plan. It tells *you* what is covered and what is not covered. It also tells *you* what *you* must do and how much *you* must pay for services. *Your* plan covers many services, but it is important to remember it has limits. Be sure to read *your certificate* carefully <u>before</u> using *your* benefits.

## Essential health benefits

This *certificate* does not apply annual dollar limits or lifetime dollar limits to *covered expenses* that are *essential health benefits*.

## Covered and non-covered expenses

*We* will provide coverage for services, equipment and supplies that are *covered expenses*. All requirements of the *master group contract* apply to *covered expenses*.

The date used on the bill *we* receive for *covered expenses* or the date confirmed in *your* medical records is the date that will be used when *your* claim is processed to determine the benefit period.

*You* must pay the health care provider any amount due that *we* do not pay. Not all services and supplies are a *covered expense*, even when they are ordered by a *health care practitioner*.

Refer to the "Schedule of Benefits," the "Covered Expenses" and the "Limitations and Exclusions" sections and any amendment attached to the *certificate* to see when services or supplies are *covered expenses* or are non-covered expenses.

## How your master group contract works

*We* may apply a *copayment* or *deductible* before *we* pay for certain *covered expenses*. If a *deductible* applies, and it is met, *we* will pay *covered expenses* at the *coinsurance* amount. Refer to the "Schedule of Benefits" to see when a *deductible* and/or *coinsurance* may apply.

The service and diagnostic information submitted on the *qualified provider's* bill will be used to determine which provision of the "Schedule of Benefits" applies.

For *covered expenses*, *we* will apply the applicable *network provider* benefit level to the total amount billed by the *qualified provider*, less any amounts such as:

- Those in excess of the negotiated amount by contract, directly or indirectly, between *us* and the *qualified provider*; or
- Those in excess of the *maximum allowable fee*.

## UNDERSTANDING YOUR COVERAGE (continued)

*We* will also apply *our* claims processing procedures to all *covered expenses* when determining *your copayment*, *deductible* and/or *coinsurance* amounts.  Refer to the Claims section of this *certificate* for more information on *our* claims processing procedures.

If an *out-of-pocket limit* applies and it is met, *we* will pay *covered expenses* at 100% the rest of the *year*, subject to any maximum benefit and all other terms, provisions, limitations, and exclusions of the *master group contract*.

## Your choice of providers affects your benefits

*We* will pay benefits for *covered expenses* if *you* see a *network provider*.  *You* must pay any *copayment*, *deductible* or *coinsurance* to the *network provider*.  Be sure to check if *your qualified provider* is a *network provider* before seeing them.

*We* may appoint certain *network providers* for certain kinds of services.  If *you* do not see the appointed *network provider* for these services, *we* may pay less.

Some *non-network providers* work with *network hospitals*.  *We* will pay non-network pathologists, anesthesiologists, radiologists, and emergency room physicians working with a *network hospital* at the *network provider* benefit, subject to the *maximum allowable fee*.  *Non-network providers* have not signed an agreement with *us* to accept discounted or negotiated fees for services and may bill *you* for charges in excess of the *maximum allowable fee*.  Unless balance billing is prohibited by applicable law, *you* may be required to pay any amount not paid by *us* in addition to any applicable *copayment*, *deductible* and *coinsurance* for services received.

Refer to the "Schedule of Benefits" sections to see what *your network provider* and *non-network provider* benefits are.

## How to find a network provider

*You* may find a list of *network providers* at www.humana.com.  This list is subject to change.  Please check this list before receiving services from a *qualified provider*.  *You* may also call *our* customer service department at the number listed on *your* ID card to determine if a *qualified provider* is a *network provider*, or *we* can send the list to *you*.  A *network provider* can only be confirmed by *us*.

## How to use your health maintenance organization (HMO) plan

*You* may receive services from a *network provider* with *your* HMO plan without a referral from *your* primary care physician.  Refer to the "Schedule of Benefits" for any *preauthorization* requirements.

# UNDERSTANDING YOUR COVERAGE (continued)

## Use of network providers

In most cases, there are *network providers* for *your* health care. *Network providers* have agreed to provide *covered expenses* at lower costs. *You* must pay any *copayment*, *deductible* or *coinsurance you* owe to the *network provider*. The *network provider* will accept *your copayment*, *deductible* or *coinsurance* and the amount *we* pay as the full payment. *You* will not be billed for charges over the *maximum allowable fee*.

Be sure to determine if *your* provider is a *network provider* before *you* receive services from them. *We* offer many health care plans, and a *qualified provider* who is a *network provider* for one plan may not be a *network provider* for this plan.

*We* may designate certain *network providers* for certain kinds of services.

## Use of non-network providers

If a *network provider* cannot provide the *covered expenses you* need or they cannot treat *your* condition, *you* must have a referral from *your primary care physician* that is approved by *us* to receive services from a *non-network provider*. Only the services approved by *us* will be a *covered expense*. *Non-network providers* have not signed an agreement with *us* to accept discounted or negotiated fees for services and may bill *you* for charges in excess of the *maximum allowable fee*. Unless balance billing is prohibited by applicable law, *you* may be required to pay any amount not paid by *us* in addition to any applicable *copayment*, *deductible* and *coinsurance* for services received. Any amount over the *maximum allowable fee* will not apply to *your deductible* or any *out-of-pocket limit*.

## Continuity of Care

Continuity of care means the continuation of services from a terminated provider. A terminated provider is a *network provider* whose contract is terminated or not renewed for reasons other than for cause.

A *covered person* who is actively under treatment may continue *medically necessary* treatment with the terminated provider until:

- The *covered person* selects another provider; or
- The next *open enrollment period*;

whichever period is longer up to a maximum of 6 months following termination of the provider's contract.

Continuity of care is also available for a *covered person* who is pregnant and has initiated prenatal care, regardless of the trimester in which care was initiated. The *covered person* may continue receiving care from a terminated provider until completion of their postpartum care.

## Seeking emergency care

If *you* need *emergency care*, go to the nearest emergency facility.

# UNDERSTANDING YOUR COVERAGE (continued)

*You*, or someone on *your* behalf, must call *us* within 48 hours after *your admission* to a *non-network hospital* for an *emergency medical condition*.  If *your* condition does not allow *you* to call *us* within 48 hours after *your admission*, contact *us* as soon as *your* condition allows.  *We* may transfer *you* to a *network hospital* in the *service area* when *your* condition is stable.  *You* must receive services from a *network provider* for any follow-up care.

## Seeking urgent care

If *you* need *urgent care*, *you* must go to the nearest network *urgent care center* or call an *urgent care qualified provider*.  *You* must receive *urgent care* services from a *network provider* for the *network provider copayment*, *deductible* or *coinsurance* to apply.

## Our relationship with qualified providers

*Qualified providers* are <u>not</u> *our* agents, employees or partners.  All providers are independent contractors.  *Qualified providers* make their own clinical judgments or give their own treatment advice without decisions made by *us*.

The *master group contract* will not change what is decided between *you* and *qualified providers* regarding *your* medical condition or treatment options.  *Qualified providers* act on *your* behalf when they order services.  *You* and *your qualified providers* make all decisions about *your* health care, no matter what *we* cover.  *We* are not responsible for anything said or written by a *qualified provider* about *covered expenses* and/or what is not covered under this *certificate*.  Please call *our* customer service department at the telephone number listed on *your* ID card if *you* have any questions.

## Our financial arrangements with network providers

*We* have agreements with *network providers* that may have different payment arrangements:

- Many *network providers* are paid on a discounted fee-for-services basis.  This means they have agreed to be paid a set amount for each *covered expense*;

- Some *network providers* may have capitation agreements.  This means the *network provider* is paid a set dollar amount each month to care for each *covered person* no matter how many services a *covered person* may receive from the *network provider*, such as a *primary care physician* or a *specialty care physician*;

- *Hospitals* may be paid on a Diagnosis Related Group (DRG) basis or a flat fee per day basis for *inpatient* services.  *Outpatient* services are usually paid on a flat fee per service or a procedure or discount from their normal charges.

## UNDERSTANDING YOUR COVERAGE (continued)

### The certificate

The *certificate* is part of the *master group contract* and tells *you* what is covered and not covered and the requirements of the *master group contract*.  Nothing in the *certificate* takes the place of or changes any of the terms of the *master group contract*.  The final interpretation of any provision in the *certificate* is governed by the *master group contract*.  If the *certificate* is different than the *master group contract*, the provisions of the *master group contract* will apply.  The benefits in the *certificate* apply if *you* are a *covered person*.

# SCHEDULE OF BENEFITS

Reading the Schedule of Benefits sections will help *you* understand:

- *Preauthorization* requirements;
- The level of benefits *we* generally pay for *covered expenses* and what *you* may be responsible for, including:

  - *Copayments* that may apply for each *covered expense. You* may be responsible for more than one *copayment* during the same visit with the same provider;
  - The *covered expenses* that require *you* to meet a *deductible*, if any, before benefits are paid by *us*; and
  - The *coinsurance you* are required to pay for *covered expenses*; and

- *Your out-of-pocket limit*.

The Schedule of Benefits sections outline the coverage and limitations provided under the *master group contract*. A more detailed explanation of *your* coverage and its limitations and exclusions for these benefits is provided in the Covered Expenses and Limitations and Exclusions sections of this *certificate*.

The benefits outlined under the "Schedule of Benefits – Behavioral Health," and "Schedule of Benefits – Pharmacy Services" sections are <u>not</u> payable under any other Schedule of Benefits of the *master group contract*. However, all other terms and provisions of the *master group contract* apply, including the *preauthorization* requirements, annual *deductible(s)* and any *out-of-pocket limit(s)*, unless otherwise stated.

## Network provider verification

This *certificate* contains multiple benefit levels. Refer to each Schedule of Benefits to see what benefit levels apply to *covered expenses*.

Refer to *our* Website at www .humana .com for a list of *network providers. You* may also contact *our* customer service department at the telephone number shown on *your* ID card. This list is subject to change.

## Preauthorization requirements

*Preauthorization* by *us* is required for certain services and supplies. Visit *our* Website at www .humana .com or call the customer service telephone number on your ID card to obtain a list of services and supplies that require *preauthorization*. The list of services and supplies that require *preauthorization* is subject to change. Coverage provided in the past for services or supplies that did not receive or require *preauthorization*, is not a guarantee of future coverage of the same services or supplies.

*You* are responsible for informing *your health care practitioner* of the *preauthorization* requirements. *You* or *your health care practitioner* must contact *us* by telephone, *electronic mail*, or in writing to request the appropriate authorization. *Your* ID card will show the *health care practitioner* the telephone number to call to request authorization. Benefits are <u>not</u> paid at all for services or supplies that are <u>not</u> *covered expenses*.

---

# SCHEDULE OF BENEFITS (continued)

---

## Annual deductible

An annual *deductible* is a specified dollar amount *you* must pay for *covered expenses*, except for any *deductible* met for *prescriptions* or *specialty drugs* from a *pharmacy* or *specialty pharmacy*, per *year* before any applicable *coinsurance* applies and most benefits are paid under the *master group contract*. There are individual and family *network provider deductibles*. The *deductible* amount(s) for each *covered person* and each covered family are as follows, and must be satisfied each *year*, either individually or combined as a covered family. *Covered expenses* that apply to the individual *deductible* also apply to the family *deductible*. Once a *covered person* meets the individual *deductible*, the *coinsurance* applies to applicable *covered expenses* for that *covered person*. Once the family *deductible* is met, any remaining individual *deductible* for a *covered person* in the family is waived for that *year*. The *coinsurance* then applies to applicable *covered expenses* for all *covered persons* in the family. *Copayments* do not apply toward the annual *deductible*.

| Deductible | Deductible amount |
|---|---|
| Individual *network provider deductible* | $6,500 |
| Family *network provider deductible* | $13,000 |

## Out-of-pocket limit

The *out-of-pocket limit* is the amount of any *copayments*, *deductibles* and/or *coinsurance* for *covered expenses* which *you* must pay, either individually or combined as a covered family, per *year* before a benefit percentage for *covered expenses* is increased. There are individual and family *network provider out-of-pocket limits*.

After the individual *network provider out-of-pocket limit* has been satisfied in a *year*, the *network provider* benefit percentage for *covered expenses* for that *covered person* is payable by *us* at the rate of 100% for the rest of the *year*, subject to any maximum benefit and all other terms, provisions, limitations, and exclusions of the *master group contract*. *Covered expenses* that apply to the individual *out-of-pocket limit* also apply to the family *out-of-pocket limit*. After the family *network provider out-of-pocket limit* has been satisfied in a *year*, the *network provider* benefit percentage for *covered expenses* is payable by *us* at the rate of 100% for the rest of the *year* for all *covered persons* in the family, subject to any maximum benefit and all other terms, provisions, limitations and exclusions of the *master group contract*.

If any *copayment*, *deductible* or *coinsurance* amount applied to *your* claim is waived by *your* health care provider, *you* are required to inform *us*. Any amount, thus waived and not paid by *you*, is not applied to any *out-of-pocket limit*.

# SCHEDULE OF BENEFITS (continued)

| Out-of-pocket limit | Out-of-pocket limit amount |
|---|---|
| Individual *network provider out-of-pocket limit* | $7,900 |
| Family *network provider out-of-pocket limit* | $15,800 |

# SCHEDULE OF BENEFITS (continued)

## Preventive services

*Preventive services* for *covered persons* 18 years of age and older.  Includes prostate screenings (PSA).  Does not include drugs, medicines or medications and supplies on the Preventive Medication Coverage *drug list*.  Refer to the Pharmacy Services sections in this *certificate*.

| *Network provider* | Covered in full |
|---|---|

*Preventive services* and immunizations for *covered persons* under 18 years of age.  Does not include drugs, medicines or medications and supplies on the Preventive Medication Coverage *drug list*.  Refer to the Pharmacy Services sections in this *certificate*.

| *Network provider* | Covered in full |
|---|---|

## Health care practitioner office services

### Health care practitioner office visit

| *Primary care physician* | $20 *copayment* per visit |
|---|---|
| *Specialty care physician* | $70 *copayment* per visit |

### Diagnostic laboratory and radiology services when performed in the office and billed by the health care practitioner

Does not include *advanced imaging*.  Refer to "Advanced imaging when performed in a health care practitioner's office" in this "Schedule of Benefits" section.

| *Primary care physician* | 20% *coinsurance* after *network provider deductible* |
|---|---|
| *Specialty care physician* | 20% *coinsurance* after *network provider deductible* |

# SCHEDULE OF BENEFITS (continued)

**Advanced imaging when performed in a health care practitioner's office**

| | |
|---|---|
| *Primary care physician* | 20% *coinsurance* after *network provider deductible* |
| *Specialty care physician* | 20% *coinsurance* after *network provider deductible* |

**Allergy serum when received in the health care practitioner's office**

| | |
|---|---|
| *Primary care physician* | 20% *coinsurance* after *network provider deductible* |
| *Specialty care physician* | 20% *coinsurance* after *network provider deductible* |

**Allergy injections when received in a health care practitioner's office**

| | |
|---|---|
| *Primary care physician* | 20% *coinsurance* after *network provider deductible* |
| *Specialty care physician* | 20% *coinsurance* after *network provider deductible* |

**Injections other than allergy when received in a health care practitioner's office**

| | |
|---|---|
| *Primary care physician* | 20% *coinsurance* after *network provider deductible* |
| *Specialty care physician* | 20% *coinsurance* after *network provider deductible* |

# SCHEDULE OF BENEFITS (continued)

**Surgery performed in the office and billed by the health care practitioner**

| | |
|---|---|
| *Primary care physician* | 20% *coinsurance* after *network provider deductible* |
| *Specialty care physician* | 20% *coinsurance* after *network provider deductible* |

## Telehealth and telemedicine services

| | |
|---|---|
| *Primary care physician* | $10 *copayment* per visit |
| *Specialty care physician* | $10 *copayment* per visit |

**Second medical opinion**

| | |
|---|---|
| *Primary care physician* | $20 *copayment* per visit |
| *Specialty care physician* | $70 *copayment* per visit |
| *Non-network health care practitioner* | 40% *coinsurance* |

## Health care practitioner services at a retail clinic

**Health care practitioner office visit in a retail clinic**

| | |
|---|---|
| *Primary care physician* | $20 *copayment* per visit |

# SCHEDULE OF BENEFITS (continued)

**Diagnostic laboratory when performed by a health care practitioner in a retail clinic**

| | |
|---|---|
| *Primary care physician* | 20% *coinsurance* after *network provider deductible* |

**Injections other than allergy when received in a retail clinic**

| | |
|---|---|
| *Primary care physician* | 20% *coinsurance* after *network provider deductible* |

## Hospital services

### Hospital inpatient services

| | |
|---|---|
| *Network hospital* | 20% *coinsurance* after *network provider deductible* |

**Health care practitioner inpatient services when provided in a hospital**

| | |
|---|---|
| *Primary care physician* | 20% *coinsurance* after *network provider deductible* |
| *Specialty care physician* | 20% *coinsurance* after *network provider deductible* |

# SCHEDULE OF BENEFITS (continued)

**Hospital outpatient surgical services**

Must be performed in a *hospital's outpatient* department.

| | |
|---|---|
| *Network hospital* | 20% *coinsurance* after *network provider deductible* |

**Health care practitioner outpatient services when provided in a hospital**

Includes *outpatient surgery*.

| | |
|---|---|
| *Primary care physician* | 20% *coinsurance* after *network provider deductible* |
| *Specialty care physician* | 20% *coinsurance* after *network provider deductible* |

**Hospital outpatient non-surgical services**

Must be performed in a *hospital's outpatient* department.  Does not include diagnostic radiology, diagnostic laboratory and *advanced imaging*.  Refer to "Hospital outpatient diagnostic radiology and laboratory" and "Hospital outpatient advanced imaging" in this "Schedule of Benefits" section.

| | |
|---|---|
| *Network hospital* | 20% *coinsurance* after *network provider deductible* |

**Hospital outpatient diagnostic radiology and laboratory**

| | |
|---|---|
| *Network hospital* | 20% *coinsurance* after *network provider deductible* |

# SCHEDULE OF BENEFITS (continued)

**Hospital outpatient advanced imaging**

Must be performed in a *hospital's outpatient* department.

| | |
|---|---|
| *Network hospital* | 20% *coinsurance* after *network provider deductible* |

# Pregnancy and newborn benefit

Same as any other *sickness* based upon location of services and the type of provider.

# Emergency services

Must be for *emergency care* as defined in the "Glossary" section.

**Emergency room services**

Does not include *advanced imaging*. Refer to "Emergency room advanced imaging" in this "Schedule of Benefits" section.

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

**Emergency room advanced imaging**

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

**Emergency room health care practitioner services**

| | |
|---|---|
| *Network health care practitioner* | 20% *coinsurance* after *network provider deductible* |

# SCHEDULE OF BENEFITS (continued)

## Ambulance services

| Network provider | 20% *coinsurance* after *network provider deductible* |
|---|---|

## Ambulatory surgical center services

### Ambulatory surgical center for outpatient surgery

| Network provider | 20% *coinsurance* after *network provider deductible* |
|---|---|

### Health care practitioner outpatient services when provided in an ambulatory surgical center

Includes *outpatient surgery*.

| Primary care physician | 20% *coinsurance* after *network provider deductible* |
|---|---|
| Specialty care physician | 20% *coinsurance* after *network provider deductible* |

## Durable medical equipment and diabetes equipment

| Network provider | 20% *coinsurance* after *network provider deductible* |
|---|---|

# SCHEDULE OF BENEFITS (continued)

## Free-standing facility services

### Free-standing facility diagnostic laboratory and radiology services

Does not include *advanced imaging*.  Refer to "Free-standing facility advanced imaging" in this "Schedule of Benefits" section.

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

### Health care practitioner services when provided in a free-standing facility

| | |
|---|---|
| *Primary care physician* | 20% *coinsurance* after *network provider deductible* |
| *Specialty care physician* | 20% *coinsurance* after *network provider deductible* |

### Free-standing facility advanced imaging

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

## Home health care services

Limited to a maximum of 100 visits per *year*.

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

# SCHEDULE OF BENEFITS (continued)

## Hospice services

| Network provider | 20% *coinsurance* after *network provider deductible* |
|---|---|

## Jaw joint benefit

Same as any other *sickness* based upon location of service and type of provider.

## Physical medicine and rehabilitative services

Physical therapy, occupational therapy, speech therapy, audiology services, cognitive rehabilitation services, and spinal manipulations/adjustments are limited to a combined maximum of 30 visits per *year*.

| Network provider | $20 *copayment* per visit |
|---|---|

## Respiratory or pulmonary rehabilitation services

| Network provider | 20% *coinsurance* after *network provider deductible* |
|---|---|

## Cardiac rehabilitation services

| Network provider | 20% *coinsurance* after *network provider deductible* |
|---|---|

---

# SCHEDULE OF BENEFITS (continued)

---

**Other therapy**

Includes radiation therapy and chemotherapy.

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

## Skilled nursing facility services

Limited to a maximum of 60 days per *year*.

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

### Health care practitioner services when provided in a skilled nursing facility

| | |
|---|---|
| *Network health care practitioner* | 20% *coinsurance* after *network provider deductible* |

## Specialty drug medical benefit

**Specialty drugs provided by or obtained from a qualified provider in a health care practitioner's office, free-standing facility and an urgent care center**

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

---

# SCHEDULE OF BENEFITS (continued)

**Specialty drugs provided by or obtained from a qualified provider in a home**

| | |
|---|---|
| *Network provider* designated by *us* as a preferred provider of *specialty drugs* | Covered in full |
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

**Specialty drugs provided by or obtained from a qualified provider in a hospital, skilled nursing facility, ambulance or emergency room**

Same as any other *sickness* based upon location of services and the type of provider.

## Transplant services and immune effector cell therapy

| | |
|---|---|
| *Network provider* designated by *us* as an approved transplant or *immune effector cell therapy* facility | Same as any other *sickness* based on location of services and type of provider |

**Non-medical travel and lodging costs for transplant services and immune effector cell therapy**

Transportation and temporary lodging are limited to a combined maximum of $10,000 per covered transplant and *immune effector cell therapy*.

| | |
|---|---|
| *Network provider* designated by *us* as an approved transplant or *immune effector cell therapy* facility | Covered in full |

## Urgent care services

**Urgent care visit**

| | |
|---|---|
| *Network provider* | $100 *copayment* per visit |

## SCHEDULE OF BENEFITS (continued)

**Diagnostic laboratory and radiology services, advanced imaging, injections of drugs or medicines, and surgery for urgent care**

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

## Additional covered expenses

Same as any other *sickness* based upon location of services and the type of provider.

# SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH

Reading this "Schedule of Benefits – Behavioral Health" section will help *you* understand the level of benefits *we* generally pay for the *mental health services* and *chemical dependency* services under the *master group contract*.

This "Schedule of Benefits – Behavioral Health" outlines the coverage and limitations provided under the *master group contract*.  A more detailed explanation of *your* coverage and its limitations and exclusions for these benefits is provided in the "Covered Expenses," "Covered Expenses – Behavioral Health" and "Limitations and Exclusions" sections of this *certificate*.  Refer to the "Schedule of Benefits" section for *behavioral health covered expenses* not listed in this section.

Services are subject to all terms, provisions, limitations, and exclusions of the *master group contract*.

## Acute inpatient services

| | |
|---|---|
| *Network hospital* | 20% *coinsurance* after *network provider deductible* |

## Acute inpatient health care practitioner services

Includes *inpatient telehealth* and *telemedicine* services.

| | |
|---|---|
| *Network health care practitioner* | 20% *coinsurance* after *network provider deductible* |

## Emergency services

Must be for *emergency care* as defined in the "Glossary" section.

### Emergency room services

Does not include *advanced imaging*.  Refer to "Emergency room advanced imaging" in this "Schedule of Benefits – Behavioral Health" section.

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

# SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH (continued)

**Emergency room advanced imaging**

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

**Emergency room health care practitioner services**

| | |
|---|---|
| *Network health care practitioner* | 20% *coinsurance* after *network provider deductible* |

## Urgent care services

**Urgent care visit**

| | |
|---|---|
| *Network provider* | $20 *copayment* per visit |

**Diagnostic laboratory and radiology services and injections of drugs or medicines for urgent care**

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

# SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH (continued)

## Outpatient services

### Health care practitioner office visit

Does not include *behavioral health* therapy in a *health care practitioner's* office.  Refer to "Therapy" in this "Schedule of Benefits – Behavioral Health" section.

| | |
|---|---|
| *Primary care physician* | $20 *copayment* per visit |
| *Specialty care physician* | $20 *copayment* per visit |

### Telehealth and telemedicine services

Does not include *inpatient telehealth* and *telemedicine* services.  Refer to "Acute inpatient health care practitioner services" in this "Schedule of Benefits – Behavioral Health" section.

| | |
|---|---|
| *Network provider* | $20 *copayment* per visit |

### Health care practitioner office visit in a retail clinic

| | |
|---|---|
| *Network health care practitioner* | $20 *copayment* per visit |

### Injections when performed in a health care practitioner's office or retail clinic

Does not include *preventive services* and allergy injections.  Refer to "Preventive services" and "Allergy injections when received in a health care practitioner's office" in the "Schedule of Benefits" section.

| | |
|---|---|
| *Network health care practitioner* | 20% *coinsurance* after *network provider deductible* |

# SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH
# (continued)

## Therapy

Includes *outpatient behavioral health* therapy and *behavioral health* therapy in a *health care practitioner's* office.  Also includes *behavioral health* physical therapy, occupational therapy, speech therapy, audiology services, cognitive therapy, and nutritional counseling.

| | |
|---|---|
| *Network provider* | $20 *copayment* per visit |

## Intensive outpatient program

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

## Partial hospitalization services

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

## Outpatient hospital non-surgical services

Does not include *outpatient* therapy.  Refer to "Therapy" in this "Schedule of Benefits – Behavioral Health" section.

Does not include *advanced imaging*.  Refer to "Advanced imaging performed in a health care practitioner's office, hospital outpatient department or free-standing facility" in this "Schedule of Benefits – Behavioral Health" section.

| | |
|---|---|
| *Network hospital* | 20% *coinsurance* after *network provider deductible* |

# SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH (continued)

**Advanced imaging performed in a health care practitioner's office, hospital outpatient department or free-standing facility**

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

## Skilled nursing facility services

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

## Home health care services

Does not include applied behavioral analysis therapy.  Refer to "Applied behavioral analysis therapy during a home health care visit" in this "Schedule of Benefits - Behavioral Health" section.

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

**Applied behavioral analysis therapy during a home health care visit**

| | |
|---|---|
| *Network provider* | $20 *copayment* per visit |

# SCHEDULE OF BENEFITS - BEHAVIORAL HEALTH
## (continued)

## Specialty drug benefit

**Specialty drugs provided by or obtained from a qualified provider in a health care practitioner's office, free-standing facility, outpatient hospital, and an urgent care center**

| | |
|---|---|
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

**Specialty drugs provided by or obtained from a qualified provider in a home**

| | |
|---|---|
| *Network provider* designated by *us* as a preferred provider of *specialty drugs* | Covered in full |
| *Network provider* | 20% *coinsurance* after *network provider deductible* |

## Residential treatment facility services

Same as any other *behavioral health* services for *inpatient* or *outpatient covered expenses*.

## Autism spectrum disorders

Same as any other *behavioral health sickness* based upon location of services and the type of provider.

# SCHEDULE OF BENEFITS - PHARMACY SERVICES

Reading this "Schedule of Benefits – Pharmacy Services" section will help *you* understand:

- The level of benefits *we* generally pay for the *prescription* drugs, medicines, medications, and *specialty drugs* covered under the *master group contract*;
- The *copayment* and/or *coinsurance* amount *you* are required to pay; and
- The required *prescription drug deductible* amount to be met, if any, before benefits are paid; and
- *Prior authorization* requirements.

This "Schedule of Benefits – Pharmacy Services" outlines the coverage and limitations provided under the *master group contract*. A more detailed explanation of *your* coverage and its limitations and exclusions for these benefits is provided in the "Covered Expenses – Pharmacy Services," "Limitations and Exclusions" and "Limitations and Exclusions – Pharmacy Services" sections of this *certificate*.

*Covered expenses* for *prescription* drugs and *specialty drugs* obtained from a *network pharmacy* under provisions of this benefit apply toward *your out-of-pocket limit*.

For the purposes of coordination of benefits, *prescription* drug coverage under this benefit will be considered a separate plan and will therefore only be coordinated with other *prescription* drug coverage.

All terms used in this "Schedule of Benefits – Pharmacy Services" have the meaning given to them in the "Glossary" section, unless otherwise specifically defined in the "Glossary – Pharmacy Services" section of this *certificate*. Services are subject to all terms, provisions, limitations, and exclusions of the *master group contract*.

## Prior authorization and step therapy requirements

*Prior authorization* is required for certain *prescription* drugs, medicines, medications, and *specialty drugs*. *Your health care practitioner* must submit a request for *prior authorization* to Clinical Pharmacy Review and receive *our* approval before benefits are paid by *us*.

*Step therapy* is another type of *prior authorization* that requires *you* to follow certain steps before benefits are paid by *us*. To receive benefits, *you* are required to first try alternative drugs, medicines, medications or *specialty drugs* that have been determined to be safe, effective and more cost-effective for *your* condition. Alternatives may include over-the-counter drugs, *generic drugs* and *brand-name drugs*. A *step therapy* exception for any clinically appropriate *prescription* drug included on the *drug list* can be requested as described in the "Step therapy exception request" provision in the "Covered Expenses – Pharmacy Services" section of this *certificate*.

Visit *our* Website at www .humana .com or call the customer service telephone number on *your* ID card to obtain *our drug list* that identifies the *prescription* drugs, medicines, medications, and *specialty drugs* that require *prior authorization* and/or *step therapy*. The *drug list* is subject to change. Coverage provided in the past is not a guarantee of future coverage.

# SCHEDULE OF BENEFITS - PHARMACY SERVICES (continued)

## Preventive medication coverage

Drugs, medicines or medications and supplies on the Preventive Medication Coverage *drug list* are covered in full when prescribed for preventive purposes and obtained from a *network pharmacy* with a *prescription* from a *health care practitioner*.

## Prescription drug cost sharing

*You* are responsible for any and all *cost share*, when applicable, as specified below.  If the dispensing *pharmacy's* charge is less than *your copayment* or *coinsurance* for *prescription* drugs, *you* will be responsible for the dispensing *pharmacy* charge amount.  The amount paid by *us* to the dispensing *pharmacy* may not reflect the ultimate cost to *us* for the drug.  *Your copayment* or *coinsurance* is made on a per *prescription* fill or refill basis and will not be adjusted if *we* receive any retrospective volume discounts or *prescription* drug rebates.

## Prescription synchronization

*We* will cover a *prescription* dispensed by a *pharmacy* for less than a 30-day supply, when requested by *you*, to synchronize *your prescriptions* that treat a permanent or long-term *sickness* or *bodily injury*.  Synchronizing *your prescriptions* is to align the dispensing of multiple *prescriptions* by a *pharmacy*.  *Your* prescribing *health care practitioner* or the *pharmacist* will determine if synchronizing the fill or refill of *your prescription* is in *your* best interest.  The *cost share* for a partial supply of a *prescription* will be prorated when dispensed to synchronize *your prescriptions*.

# SCHEDULE OF BENEFITS - PHARMACY SERVICES (continued)

**Retail pharmacy**        **Coverage for up to a 30-day supply**

Does not include *specialty drugs*.  Refer to the "Specialty pharmacy / Retail pharmacy" provision in this "Schedule of Benefits - Pharmacy Services" section.

| | |
|---|---|
| *Network pharmacy level 1 drugs* | $10 *copayment* per *prescription* fill or refill |
| *Network pharmacy level 2 drugs* | $40 *copayment* per *prescription* fill or refill |
| *Network pharmacy level 3 drugs* | $70 *copayment* per *prescription* fill or refill |
| *Network pharmacy level 4 drugs* | 25% *coinsurance* per *prescription* fill or refill |

## 90-day Retail pharmacy

Some retail *pharmacies* participate in *our* program, which allows *you* to receive a 90-day supply of a *prescription* fill or refill.  *Your* cost is 3 times the applicable *copayment* outlined above, or the applicable *coinsurance* amount, if any, as specified above.  *Specialty drugs* are limited to a 30-day supply from a *specialty pharmacy* or a retail *pharmacy*, unless otherwise determined by *us*.

**Mail order pharmacy**        **90-day supply**

Does not include *specialty drugs*.  Refer to the "Specialty pharmacy / Retail pharmacy" provision in this "Schedule of Benefits - Pharmacy Services" section.

| | |
|---|---|
| *Network pharmacy level 1 drugs*, *level 2 drugs* and *level 3 drugs* | 2.5 times the applicable *copayment* per *prescription* fill or refill, as outlined above under "Retail pharmacy" |
| *Network pharmacy level 4 drugs* | 25% *coinsurance* per *prescription* fill or refill |

## SCHEDULE OF BENEFITS - PHARMACY SERVICES (continued)

**Specialty pharmacy / Retail pharmacy**     **Coverage for up to a 30-day supply**

| | |
|---|---|
| *Network pharmacy* designated by *us* as a preferred provider of *specialty drugs* | 25% *coinsurance* per *specialty drug prescription* fill or refill |
| *Network pharmacy* provider of *specialty drugs* | 35% *coinsurance* per *specialty drug prescription* fill or refill |

## Oral cancer treatment medications

*Your cost share* for covered orally administered cancer treatment medications will not exceed $50 per *prescription* fill or refill.

## Dispense as written

If *you* request a *brand-name drug* when a *generic drug* is available, *your cost share* is greater. *You* are responsible for the applicable *brand-name drug copayment* or *coinsurance* <u>and</u> 100% of the difference between the amount *we* would have paid the dispensing *pharmacy* for the *brand-name drug* and the amount *we* would have paid the dispensing *pharmacy* for the *generic drug*. If the prescribing *health care practitioner* determines that the *brand-name drug* is *medically necessary*, *you* are only responsible for the applicable *copayment* or *coinsurance* of the *brand-name drug*.

# COVERED EXPENSES

This "Covered Expenses" section describes the services that will be considered *covered expenses* under the *master group contract*. Benefits will be paid for covered medical services for a *bodily injury* or *sickness*, or for specified *preventive services*, on a *maximum allowable fee* basis and as shown on the "Schedules of Benefits," subject to any applicable:

- *Preauthorization* requirements;
- *Deductible*;
- *Copayment*;
- *Coinsurance* percentage; and
- Maximum benefit.

Refer to the "Limitations and Exclusions" section listed in this *certificate*. All terms and provisions of the *master group contract* apply.

## Preventive services

*Covered expenses* include the *preventive services* appropriate for *you* as recommended by the U.S. Department of Health and Human Services (HHS) for *your* plan *year*. *Preventive services* include:

- Services with an A or B rating in the current recommendations of the U.S. Preventive Services Task Force (USPSTF).
- Immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention (CDC).
- Preventive care for infants, children and adolescents provided in the comprehensive guidelines supported by the Health Resources and Services Administration (HRSA).
- Preventive care for women provided in the comprehensive guidelines supported by HRSA. Coverage includes:

  - A baseline mammogram for women 35 years of age or older, but younger than 40;
  - A mammogram every 2 years for women 40 years of age or older, but younger than 50;
  - A yearly mammogram for women 50 years of age or older; or
  - As recommended by their health care practitioner for preventive purposes.

For the recommended *preventive services* that apply to *your* plan *year*, refer to the www .healthcare .gov website or call the customer service telephone number on *your* ID card.

## Health care practitioner office services

*We* will pay the following benefits for *covered expenses* incurred by *you* for *health care practitioner* home and office visit services. *You* must incur the *health care practitioner's* services as the result of a *sickness* or *bodily injury*.

# COVERED EXPENSES (continued)

## Health care practitioner office visit

*Covered expenses* include:

- Home and office visits for the diagnosis and treatment of a *sickness* or *bodily injury.*
- Home and office visits for prenatal and post-delivery care.
- Home and office visits for *diabetes self-management training.*
- Diagnostic laboratory and radiology.
- Allergy testing.
- Allergy serum.
- Allergy injections.
- Injections other than allergy.
- *Surgery*, including anesthesia.
- Second surgical opinions.
- Second medical opinions by a *health care practitioner* of *your* choice, subject to the following conditions:

  - The *covered person* feels that he/she is not responding to the current treatment plan in a satisfactory manner after a reasonable lapse of time for the condition being treated.  The *primary care physician* must be so informed by the *covered person*, and a request for a consultation initiated.  Such consultation shall be provided upon authorization by the Medical Director.

  - The *covered person* disagrees with *our* opinion or a *health care practitioner's*, regarding the reasonableness or necessity of a surgical procedure; or, the treatment is for a serious injury or illness.

  - The *health care practitioner* chosen by the *covered person* for the second opinion is located in the *master group contract service area.*

  - *We* retain the right to have any tests that may be required by a *non-network health care practitioner* administered by a *network provider*.

  - Reimbursement for second opinions by *non-network health care practitioners* may be limited to a maximum of three in a *year* and is subject to the *maximum allowable fee* applicable to the *master group contract service area.*

  - The *covered person* is responsible for the *copayment* and/or *coinsurance* listed in the "Schedule of Benefits" which is a part of the *master group contract.*

  - The *covered person's network health care practitioner* or *our* Medical Director's judgment concerning the treatment shall be controlling, after review of the second opinion, as to the obligations of Humana Medical Plan, Inc.

  - Any treatment, including follow-up treatment pursuant to the second opinion is authorized by *us.*

# COVERED EXPENSES (continued)

## Telehealth and telemedicine services

*We* will pay benefits for *covered expenses* incurred by *you* for *telehealth* and *telemedicine* services for the diagnosis and treatment of a *sickness* or *bodily injury*. *Telehealth* or *telemedicine* services must be:

- Services that would otherwise be a *covered expense* if provided during a face-to-face consultation between a *covered person* and a *health care practitioner*;
- Provided to a *covered person* at the *originating site*; and
- Provided by a *health care practitioner* at the *distant site*.

*Telehealth* and *telemedicine* services must comply with:

- Federal and state licensure requirements;
- Accreditation standards; and
- Guidelines of the American Telemedicine Association or other qualified medical professional societies to ensure quality of care.

## Health care practitioner services at a retail clinic

*We* will pay benefits for *covered expenses* incurred by *you* for *health care practitioner* services at a *retail clinic* for a *sickness* or *bodily injury*.

## Hospital services

*We* will pay benefits for *covered expenses* incurred by *you* while *hospital confined* or for *outpatient* services. A *hospital confinement* must be ordered by a *health care practitioner*.

For *emergency care* benefits provided in a *hospital*, refer to the "Emergency services" provision of this section.

### Hospital inpatient services

*Covered expenses* include:

- Daily semi-private, ward, intensive care or coronary care *room and board* charges for each day of *confinement*. Benefits for a private or single-bed room are limited to the *maximum allowable fee* charged for a semi-private room in the *hospital* while *confined*.

- Services and supplies, other than *room and board*, provided by a *hospital* while *confined*.

### Health care practitioner inpatient services when provided in a hospital

Services that are payable as a *hospital* charge are not payable as a *health care practitioner* charge.

*Covered expenses* include:

- Medical services furnished by an attending *health care practitioner* to *you* while *you* are *hospital confined*.

- *Surgery* performed on an *inpatient* basis.

- Services of an *assistant surgeon*.

---

# COVERED EXPENSES (continued)

---

- Services of a *surgical assistant*.

- Anesthesia administered by a *health care practitioner* or certified registered anesthetist attendant for a *surgery*.

- Consultation charges requested by the attending *health care practitioner* during a *hospital confinement*. The benefit is limited to one consultation by any one *health care practitioner* per specialty during a *hospital confinement*.

- Services of a pathologist.

- Services of a radiologist.

- Services performed on an emergency basis in a *hospital* if the *sickness* or *bodily injury* being treated results in a *hospital confinement*.

## Hospital outpatient services

*Covered expenses* include *outpatient* services and supplies, as outlined in the following provisions, provided in a *hospital's outpatient* department.

*Covered expenses* provided in a *hospital's outpatient* department will <u>not</u> exceed the average semi-private room rate when *you* are in *observation status*.

## Hospital outpatient surgical services

*Covered expenses* include services provided in a *hospital's outpatient* department in connection with *outpatient surgery*.

## Health care practitioner outpatient services when provided in a hospital

Services that are payable as a *hospital* charge are not payable as a *health care practitioner* charge.

*Covered expenses* include:

- *Surgery* performed on an *outpatient* basis.
- Services of an *assistant surgeon*.
- Services of a *surgical assistant*.
- Anesthesia administered by a *health care practitioner* or certified registered anesthetist attendant for a *surgery*.
- Services of a pathologist.
- Services of a radiologist.
- Post-delivery care including services rendered in an *outpatient* maternity center.

## Hospital outpatient non-surgical services

*Covered expenses* include services provided in a *hospital's outpatient* department in connection with non-surgical services.

---

## COVERED EXPENSES (continued)

---

**Hospital outpatient advanced imaging**

*We* will pay benefits for *covered expenses* incurred by *you* for *outpatient advanced imaging* in a *hospital's outpatient* department.

# Pregnancy and newborn benefit

*We* will pay benefits for *covered expenses* incurred by a *covered person* for a pregnancy.

*Covered expenses* include:

- A minimum stay in a *hospital* for 48 hours following an uncomplicated vaginal delivery and 96 hours following an uncomplicated cesarean section. If an earlier discharge is consistent with the most current protocols and guidelines of the American College of Obstetricians and Gynecologists or the American Academy of Pediatrics and is consented to by the mother and the attending *health care practitioner*, a post-discharge office visit to the *health care practitioner* or a home health care visit within the first 48 hours after discharge is also covered, subject to the terms of this *certificate*.

- For a newborn, *hospital confinement* during the first 48 hours or 96 hours following birth, as applicable and listed above for:

  - *Hospital* charges for *routine nursery care*;
  - The *health care practitioner's* charges for circumcision of the newborn child; and
  - The *health care practitioner's* charges for routine examination of the newborn before release from the *hospital*.

- If the covered newborn must remain in the *hospital* past the mother's *confinement*, services and supplies received for:

  - A *bodily injury* or *sickness*;
  - Care and treatment for premature birth; and
  - Medically diagnosed birth defects and abnormalities.

*Covered expenses* also include *cosmetic surgery* specifically and solely for:

- Reconstruction due to *bodily injury*, infection or other disease of the involved part; or
- *Congenital anomaly* of a covered *dependent* child that resulted in a *functional impairment*.

*Covered expenses* also include those services rendered in licensed birth centers.

The newborn will not be required to satisfy a separate *deductible* and/or *copayment* for *hospital* facility charges for the *confinement* period immediately following birth. A *deductible* and/or *copayment*, if applicable, will be required for any subsequent *hospital admission*.

If determined by the *covered person* and *your health care practitioner*, coverage is available in a *birthing center*. *Covered expenses* in a *birthing center* include:

- An uncomplicated, vaginal delivery; and
- Immediate care after delivery for the *covered person* and the newborn.

---

# COVERED EXPENSES (continued)

## Emergency services

*We* will pay benefits for *covered expenses* incurred by *you* for *emergency care*, including the treatment and stabilization of an *emergency medical condition*.

*Emergency care* provided by a *non-network hospital* or a *non-network health care practitioner* will be covered at the *network provider* benefits as specified in the "Emergency services" benefit on the "Schedule of Benefits," subject to the *maximum allowable fee*. *You* are responsible for any applicable *copayment, deductible* and *coinsurance* for services received. *Non-network providers* have not signed an agreement with *us* to accept discounted or negotiated fees for services and may bill *you* for charges in excess of the *maximum allowable fee*. Unless balance billing is prohibited by applicable law, *you* may be required to pay any amount not paid by *us* in addition to any applicable *copayment, deductible* and *coinsurance* for services received.

Benefits under this "Emergency services" provision are not available if the services provided are not for an *emergency medical condition*.

## Ambulance services

*We* will pay benefits for *covered expenses* incurred by *you* for licensed *ambulance* services to, from or between medical facilities for an *emergency medical condition*. *We* will also pay benefits for a newborn *dependent's* transportation to and from the nearest available facility staffed and equipped to treat the newborn's condition if the transportation is certified by the attending physician as necessary to protect the health and safety of the newborn *dependent*.

*Ambulance* services for *emergency care* provided by a *non-network provider* will be covered at the *network provider* benefit as specified in the "Ambulance services" benefit on the "Schedule of Benefits," subject to the *maximum allowable fee*. *You* are responsible for any applicable *copayment, deductible* and *coinsurance* for services received. *Non-network providers* have not signed an agreement with *us* to accept discounted or negotiated fees for services and may bill *you* for charges in excess of the *maximum allowable fee*. Unless balance billing is prohibited by applicable law, *you* may be required to pay any amount not paid by *us* in addition to any applicable *copayment, deductible* and *coinsurance* for services received.

## Ambulatory surgical center services

*We* will pay benefits for *covered expenses* incurred by *you* for services provided in an *ambulatory surgical center* for the utilization of the facility and ancillary services in connection with *outpatient surgery*.

---

# COVERED EXPENSES (continued)

---

**Health care practitioner outpatient services when provided in an ambulatory surgical center**

Services that are payable as an *ambulatory surgical center* charge are not payable as a *health care practitioner* charge.

*Covered expenses* include:

- *Surgery* performed on an *outpatient basis.*
- Services of an *assistant surgeon.*
- Services of a *surgical assistant.*
- Anesthesia administered by a *health care practitioner* or certified registered anesthetist attendant for a *surgery.*
- Services of a pathologist.
- Services of a radiologist.

## Durable medical equipment and diabetes equipment

*We* will pay benefits for *covered expenses* incurred by *you* for *durable medical equipment* and *diabetes equipment.*

At *our* option, *covered expense* includes the purchase or rental of *durable medical equipment* or *diabetes equipment.* If the cost of renting the equipment is more than *you* would pay to buy it, only the purchase price is considered a *covered expense.* In either case, total *covered expenses* for *durable medical equipment* or *diabetes equipment* shall <u>not</u> exceed its purchase price. In the event *we* determine to purchase the *durable medical equipment* or *diabetes equipment*, any amount paid as rent for such equipment will be credited toward the purchase price.

Repair and maintenance of purchased *durable medical equipment* and *diabetes equipment* is a *covered expense* if:

- Manufacturer's warranty is expired; and
- Repair or maintenance is not a result of misuse or abuse; and
- Repair cost is less than replacement cost.

Replacement of purchased *durable medical equipment* and *diabetes equipment* is a *covered expense* if:

- Manufacturer's warranty is expired; and
- Replacement cost is less than repair cost; and
- Replacement is not due to lost or stolen equipment, or misuse or abuse of the equipment; or
- Replacement is required due to a change in *your* condition that makes the current equipment non-functional.

## Free-standing facility services

### Free-standing facility diagnostic laboratory and radiology services

*We* will pay benefits for *covered expenses* for services provided in a *free-standing facility.*

---
## COVERED EXPENSES (continued)
---

### Health care practitioner non-surgical services when provided in a free-standing facility

*We* will pay benefits for *outpatient* non-surgical services provided by a *health care practitioner* in a *free-standing facility*.

### Free-standing facility advanced imaging

*We* will pay benefits for *covered expenses* incurred by *you* for *outpatient advanced imaging* in a *free-standing facility*.

## Home health care services

*We* will pay benefits for *covered expenses* incurred by *you* in connection with a *home health care plan* provided by a *home health care agency*.  All home health care services and supplies must be provided on a part-time or intermittent basis to *you* in conjunction with the approved *home health care plan*.

The "Schedule of Benefits" shows the maximum number of visits allowed by a representative of a *home health care agency*, if any.  A visit by any representative of a *home health care agency* of two hours or less will be counted as one visit.  Each additional two hours or less is considered an additional visit.

Home health care *covered expenses* are limited to:

- Care provided by a *nurse*;
- Physical, occupational, respiratory or speech therapy;
- Medical social work and nutrition services; and
- Medical supplies, except for *durable medical equipment*; and
- Laboratory services.

Home health care *covered expenses* do <u>not</u> include:

- Charges for mileage or travel time to and from the *covered person's* home;
- Wage or shift differentials for any representative of a *home health care agency*;
- Charges for supervision of *home health care agencies*;
- Charges for services of a home health aide;
- *Custodial care*; or
- The provision or administration of *self-administered injectable drugs*, unless otherwise determined by *us*.

## Hospice services

*We* will pay benefits for *covered expenses* incurred by *you* for a *hospice care program*.  A *health care practitioner* must certify that the *covered person* is terminally ill with a life expectancy of 18 months or less.

If the above criteria is <u>not</u> met, <u>no</u> benefits will be payable under the *master group contract*.

---

# COVERED EXPENSES (continued)

---

Hospice care benefits are payable as shown in the "Schedule of Benefits" for the following hospice services:

- *Room and board* at a hospice, when it is for management of acute pain or for an acute phase of chronic symptom management;
- Part-time nursing care provided by or supervised by a registered nurse (R.N.) for up to eight hours in any one day;
- Counseling for the terminally ill *covered person* and his/her immediate covered family members by a licensed:

    - Clinical social worker; or
    - Pastoral counselor.

- Medical social services provided to the terminally ill *covered person* or his/her immediate covered family members under the direction of a *health care practitioner*, including:

    - Assessment of social, emotional and medical needs, and the home and family situation; and
    - Identification of the community resources available.

- Psychological and dietary counseling;
- Physical therapy;
- Part-time home health aide services for up to eight hours in any one day; and
- Medical supplies, drugs, and medicines for *palliative care*.

Hospice care *covered expenses* do <u>not</u> include:

- A *confinement* not required for acute pain control or other treatment for an acute phase of chronic symptom management;
- Services by volunteers or persons who do not regularly charge for their services;
- Services by a licensed pastoral counselor to a member of his or her congregation. These are services in the course of the duties to which he or she is called as a pastor or minister; and
- Bereavement counseling services for family members not covered under the *master group contract*.

## Jaw joint benefit

*We* will pay benefits for *covered expenses* incurred by *you* during a plan of treatment for any jaw joint problem, including temporomandibular joint disorder, craniomaxillary disorder, craniomandibular disorder, head and neck neuromuscular disorder or other conditions of the joint linking the jaw bone and the skull, subject to the maximum benefit shown in the "Schedule of Benefits," if any. Expenses covered under this jaw joint benefit are not covered under any other provision of this *certificate*.

The following are *covered expenses*:

- A single examination including a history, physical examination, muscle testing, range of motion measurements, and psychological evaluation;

- Diagnostic x-rays;

- Physical therapy of necessary frequency and duration, limited to a multiple modality benefit when more than one therapeutic treatment is rendered on the same date of service;

---

# COVERED EXPENSES (continued)

---

- Therapeutic injections;

- Appliance therapy utilizing an appliance that does not permanently alter tooth position, jaw position or bite. Benefits for reversible appliance therapy will be based on the *maximum allowable fee* for use of a single appliance, regardless of the number of appliances used in treatment. The benefit for the appliance therapy will include an allowance for all jaw relation and position diagnostic services, office visits, adjustments, training, repair, and replacement of the appliance; and

- Surgical procedures.

*Covered expenses* do <u>not</u> include charges for:

- Computed Tomography (CT) scans or magnetic resonance imaging except in conjunction with surgical management;
- Electronic diagnostic modalities;
- Occlusal analysis; or
- Any irreversible procedure, including: orthodontics, occlusal adjustment, crowns, onlays, fixed or removable partial dentures, and full dentures.

## Physical medicine and rehabilitative services

*We* will pay benefits for *covered expenses* incurred by *you* for the following physical medicine and/or rehabilitative services for a documented *functional impairment*, pain, or developmental delay or defect as ordered by a *health care practitioner* and performed by a *health care practitioner*:

- Physical therapy services;
- Occupational therapy services;
- Spinal manipulations/adjustments;
- Speech therapy or speech pathology services;
- Audiology services;
- Cognitive rehabilitation services;
- Respiratory or pulmonary rehabilitation services; and
- Cardiac rehabilitation services.

The "Schedule of Benefits" shows the maximum number of visits for physical medicine and/or rehabilitative services, if any.

## Skilled nursing facility services

*We* will pay benefits for *covered expenses* incurred by *you* for charges made by a *skilled nursing facility* for *room and board* and for services and supplies. *Your confinement* to a *skilled nursing facility* must be based upon a written recommendation of a *health care practitioner*.

The "Schedule of Benefits" shows the maximum length of time for which *we* will pay benefits for charges made by a *skilled nursing facility*, if any.

# COVERED EXPENSES (continued)

### Health care practitioner services when provided in a skilled nursing facility

Services that are payable as a *skilled nursing facility* charge are not payable as a *health care practitioner* charge.

*Covered expenses* include:

- Medical services furnished by an attending *health care practitioner* to *you* while *you* are *confined* in a *skilled nursing facility*;
- Consultation charges requested by the attending *health care practitioner* during a *confinement* in a *skilled nursing facility*;
- Services of a pathologist; and
- Services of a radiologist.

## Specialty drug medical benefit

*We* will pay benefits for *covered expenses* incurred by *you* for *specialty drugs* provided by or obtained from a *qualified provider* in the following locations:

- *Health care practitioner's* office;
- *Free-standing facility*;
- *Urgent care center*;
- A home;
- *Hospital*;
- *Skilled nursing facility*;
- *Ambulance*; and
- Emergency room.

*Specialty drugs* may be subject to *preauthorization* requirements. Refer to the "Schedule of Benefits" in this *certificate* for *preauthorization* requirements and contact *us* prior to receiving *specialty drugs*. Coverage for certain *specialty drugs* administered to *you* by a *qualified provider* in a *hospital's outpatient* department may only be granted as described in the "Access to non-formulary drugs" provision in the "Covered Expenses – Pharmacy Services" section in this *certificate*.

*Specialty drug* benefits do not include the charge for the actual administration of the *specialty drug*. Benefits for the administration of *specialty drugs* are based on the location of the service and type of provider.

## Transplant services and immune effector cell therapy

*We* will pay benefits for *covered expenses* incurred by *you* for covered transplants and *immune effector cell therapies* approved by the United States Food and Drug Administration, including Chimeric Antigen Receptor Therapy (CAR-T). The transplant services and *immune effector cell therapy* must be preauthorized and approved by *us*.

# COVERED EXPENSES (continued)

*You* or *your health care practitioner* must call *our* Transplant Department at 866-421-5663 to request and obtain *preauthorization* from *us* for covered transplants and *immune effector cell therapies*. *We* must be notified of the initial evaluation and given a reasonable opportunity to review the clinical results to determine if the requested transplant or *immune effector cell therapy* will be covered. *We* will advise *your health care practitioner* once coverage is approved by *us*. Benefits are payable only if the transplant or *immune effector cell therapy* is approved by *us*.

*Covered expenses* for a transplant include pre-transplant services, transplant inclusive of any integral chemotherapy and associated services, post-discharge services, and treatment of complications after transplantation for or in connection with only the following procedures:

- Heart;
- Lung(s);
- Liver;
- Kidney;
- *Stem cell*;
- Intestine;
- Pancreas;
- Auto islet cell;
- Any combination of the above listed transplants; and
- Any transplant not listed above required by state or federal law.

Multiple solid organ transplants performed simultaneously are considered one transplant *surgery*. Multiple *stem cell* or *immune effector cell therapy* infusions occurring as part of one treatment plan is considered one event.

Corneal transplants and porcine heart valve implants are tissues, which are considered part of regular plan benefits and are subject to other applicable provisions of the *master group contract*.

The following are *covered expenses* for an approved transplant or *immune effector cell therapy* and all related complications:

- *Hospital* and *health care practitioner* services.

- Acquisition of cell therapy products for *immune effector cell therapy*, acquisition of *stem cells* or solid organs for transplants and associated donor costs, including pre-transplant or *immune effector cell therapy* services, the acquisition procedure, and any complications resulting from the harvest and/or acquisition. Donor costs for post-discharge services and treatment of complications will not exceed the treatment period of 365 days from the date of discharge following harvest and/or acquisition.

- Non-medical travel and lodging costs for:

  - The *covered person* receiving the transplant or *immune effector cell therapy*, if the *covered person* lives more than 100 miles from the transplant or *immune effector cell therapy* facility designated by *us*; and

  - One caregiver or support person (two, when the *covered person* receiving the transplant or *immune effector cell therapy* is under 18 years of age), if the caregiver or support person lives more than 100 miles from the transplant or *immune effector cell therapy* facility designated by *us*.

---

# COVERED EXPENSES (continued)

Non-medical travel and lodging costs include:

- Transportation to and from the designated transplant or *immune effector cell therapy* facility where the transplant or *immune effector cell therapy* is performed; and
- Temporary lodging at a prearranged location when requested by the designated transplant or *immune effector cell therapy* facility and approved by *us*.

All non-medical travel and lodging costs for transplant and *immune effector cell therapy* are payable as specified in the "Schedule of Benefits" section in this *certificate*.

*Covered expenses* for post-discharge services and treatment of complications for or in connection with an approved transplant or *immune effector cell therapy* are limited to the treatment period of 365 days from the date of discharge following transplantation of an approved transplant received while *you* were covered by *us*. After this transplant treatment period, regular plan benefits and other provisions of the *master group contract* are applicable.

## Urgent care services

*We* will pay benefits for *urgent care covered expenses* incurred by *you* for charges made by an *urgent care center* or an *urgent care qualified provider*.

## Additional covered expenses

*We* will pay benefits for *covered expenses* incurred by *you* based upon the location of the services and the type of provider for:

- Blood and blood plasma which is not replaced by donation; administration of the blood and blood products including blood extracts or derivatives.

- Oxygen and rental of equipment for its administration.

- Prosthetic devices and supplies, including limbs and eyes. Coverage will be provided for prosthetic devices to:

  - Restore the previous level of function lost as a result of a *bodily injury* or *sickness*; or
  - Improve function caused by a *congenital anomaly*.

  *Covered expense* for prosthetic devices includes repair or replacement, if not covered by the manufacturer, and if due to:

  - A change in the *covered person's* physical condition causing the device to become non-functional; or
  - Normal wear and tear.

- Cochlear implants, when approved by *us*, for a *covered person* with bilateral severe to profound sensorineural deafness.

---

# COVERED EXPENSES (continued)

Replacement or upgrade of a cochlear implant and its external components may be a *covered expense* if:

- The existing device malfunctions and cannot be repaired;
- Replacement is due to a change in the *covered person's* condition that makes the present device non-functional; or
- The replacement or upgrade is not for cosmetic purposes.

● Orthotics used to support, align, prevent, or correct deformities.

*Covered expense* does not include:

- Replacement orthotics;
- Dental braces; or
- Oral or dental splints and appliances, unless custom made for the treatment of documented obstructive sleep apnea.

● The following special supplies, dispensed up to a 30-day supply, when prescribed by *your* attending *health care practitioner*:

- Surgical dressings;
- Catheters;
- Colostomy bags, rings and belts; and
- Flotation pads.

● The initial pair of eyeglasses or contacts needed due to cataract *surgery* or an *accident* if the eyeglasses or contacts were not needed prior to the *accident*.

● Dental treatment only if the charges are incurred for treatment of a dental injury to a sound natural tooth.

● However, benefits will be paid only for the least expensive service that will, in *our* opinion, produce a professionally adequate result.

● Hospitalization services and general anesthesia for dental treatment or *surgery* when provided to a *covered person* who is under 8 years of age and who is determined by a licensed dentist and the child's physician to require necessary dental treatment in a *hospital* or *ambulatory surgical center* due to a significantly complex dental condition or a developmental disability in which patient management in the dental office has proven to be ineffective; or has one or more medical conditions that would create significant or undue medical risk in the course of treatment delivery if not rendered in a *hospital* or *ambulatory surgical center*.

---

# COVERED EXPENSES (continued)

- Certain oral surgical operations as follows:

  - Excision of partially or completely impacted teeth;

  - Surgical preparation of soft tissues and excision of bone or bone tissue performed with or without extraction or excision of erupted, partially erupted or completely un-erupted teeth;

  - Excisions of tumors and cysts of the jaws, cheeks, lips, tongue, roof, and floor of the mouth, and related biopsy of bone, tooth, or related tissues when such conditions require pathological examinations;

  - Surgical procedures related to repositioning of teeth, tooth transplantation or re-implantation;

  - Services required to correct accidental injuries of the jaws, cheeks, lips, tongue, roof, and floor of the mouth;

  - Reduction of fractures and dislocation of the jaw;

  - External incision and drainage of cellulitis and abscess;

  - Incision and closure of accessory sinuses, salivary glands or ducts;

  - Frenectomy (the cutting of the tissue in the midline of the tongue); and

  - Orthognathic *surgery* for a *congenital anomaly*, *bodily injury* or *sickness* causing a *functional impairment*.

- For a *covered person*, who is receiving benefits in connection with a mastectomy, service for:

  - Reconstructive *surgery* of the breast on which the mastectomy has been performed;
  - *Surgery* and reconstruction on the non-diseased breast to achieve symmetrical appearance; and
  - Prostheses and treatment of physical complications for all stages of mastectomy, including lymphedemas; and
  - Post-surgical follow-up care.

- Reconstructive *surgery* resulting from:

  - A *bodily injury*, infection or other disease of the involved part, when a *functional impairment* is present; or
  - A *congenital anomaly* that resulted in a *functional impairment*.

  Expenses for reconstructive *surgery* due to a psychological condition are <u>not</u> considered a *covered expense*, unless the condition(s) described above are also met.

- Enteral formulas, nutritional supplements and low protein modified foods for use at home by a *covered person* that are prescribed or ordered by a *health care practitioner* and are for the treatment of an inherited metabolic disease, e.g. phenylketonuria (PKU).

---

# COVERED EXPENSES (continued)

- Services for the *medically necessary* diagnosis and treatment of osteoporosis for high-risk individuals, including: estrogen-deficient individuals who are at clinical risk for osteoporosis; individuals who have vertebral abnormalities; individuals who are receiving long-term glucocorticoid (steroid) therapy; individuals who have primary hyperparathyroidism; and individuals who have a family history of osteoporosis.

- *Covered expenses* for the treatment of cleft lip and cleft palate for a covered *dependent* under the age of 18.  This coverage includes medical, dental, speech therapy, audiology, and nutrition services when prescribed by the treating *health care practitioner*.  The *health care practitioner* must certify that such services are *medically necessary* and consequent to treatment of the cleft lip or palate. This benefit is subject to all other terms and conditions applicable to other benefits.

- The following *habilitative services*, as ordered and performed by a *health care practitioner*, for a *covered person*, with a developmental delay or defect or *congenital anomaly*:

  - Physical therapy services;
  - Occupational therapy services;
  - Spinal manipulations/adjustments;
  - Speech therapy or speech pathology services; and
  - Audiology services.

  *Habilitative services* apply toward the "Physical medicine and rehabilitative services" maximum number of visits specified in the "Schedule of Benefits."

- *Palliative care.*

- *Routine patient care* costs for a *covered person* participating in an approved Phase I, II, III, or IV clinical trial.

  *Routine patient care* costs include health care services that are otherwise a *covered expense* if the *covered person* were not participating in a clinical trial.

## COVERED EXPENSES (continued)

*Routine patient care* costs do not include services or items that are:

- *Experimental, investigational or for research purposes*;
- Provided only for data collection and analysis that is not directly related to the clinical management of the *covered person*; or
- Inconsistent with widely accepted and established standards of care for a diagnosis.

The *covered person* must be eligible to participate in a clinical trial according to the trial protocol and:

- Referred by a *health care practitioner*; or
- Provide medical and scientific information supporting their participation in the clinical trial is appropriate.

For the *routine patient care* costs to be considered a *covered expense*, the approved clinical trial must be a Phase I, II, III, or IV clinical trial for the prevention, detection or treatment of cancer or other life threatening condition or disease and is:

- Federally funded or approved by the appropriate federal agency;
- The study or investigation is conducted under an investigational new drug application reviewed by the Federal Food and Drug Administration; or
- The study or investigation is a drug trial that is exempt from having such an investigational new drug application.

Cancer screenings and exams must be covered in compliance with the most recently published guidelines and recommendations established by any of the following:

- American Cancer Society;
- National Institutes of Health;
- National Cancer Institute;
- U.S. Public Health Service;
- Center for Disease Control;
- U.S. Preventive Services Task Force;
- National Comprehensive Cancer Network; or
- Other nationally recognized health care organizations.

- Treatment of Down syndrome through:

  - Speech therapy;

  - Occupational therapy;

  - Physical therapy; and

  - Applied behavior analysis provided by a certified behavior analyst, psychologist, psychotherapist, clinical social worker, marriage and family therapist, or mental health counselor.

# COVERED EXPENSES - BEHAVIORAL HEALTH

This "Covered Expenses – Behavioral Health" section describes the services that will be considered *covered expenses* for *mental health services* and *chemical dependency* services under the *master group contract*. Benefits for *mental health services* and *chemical dependency* services will be paid on a *maximum allowable fee* basis and as shown in the "Schedule of Benefits – Behavioral Health." Refer to the "Schedule of Benefits" for any service not specifically listed in the "Schedule of Benefits – Behavioral Health." Benefits are subject to any applicable:

- *Preauthorization* requirements;
- *Deductible*;
- *Copayment*;
- *Coinsurance* percentage; and
- Maximum benefit.

Refer to the "Limitations and Exclusions" section listed in this *certificate*. All terms and provisions of the *master group contract* apply.

## Acute inpatient services

*We* will pay benefits for *covered expenses* incurred by *you* due to an *admission* or *confinement* for *acute inpatient services* for *mental health services* and *chemical dependency* services provided in a *hospital* or *health care treatment facility*.

### Acute inpatient health care practitioner services

*We* will pay benefits for *covered expenses* incurred by *you* for *mental health services* and *chemical dependency* services provided by a *health care practitioner*, including *telehealth* or *telemedicine*, in a *hospital* or *health care treatment facility*.

## Emergency services

*We* will pay benefits for *covered expenses* incurred by *you* for *emergency care*, including the treatment and stabilization of an *emergency medical condition* for *mental health services* and *chemical dependency* services.

*Emergency care* provided by a *non-network provider* will be covered at the *network provider* benefit level, as specified in the "Emergency services" benefit in the "Schedule of Benefits" or "Schedule of Benefits - Behavioral Health" sections of this *certificate*, subject to the *maximum allowable fee*. *You* are responsible for any applicable *copayment*, *deductible*, and *coinsurance* for services received. *Non-network providers* have not signed an agreement with *us* to accept discounted or negotiated fees for services and may bill *you* for charges in excess of the *maximum allowable fee*. Unless balance billing is prohibited by applicable law, *you* may be required to pay any amount not paid by *us* in addition to any applicable *copayment*, *deductible* and *coinsurance* for services received.

## COVERED EXPENSES - BEHAVIORAL HEALTH (continued)

Benefits under this "Emergency services" provision are not available if the services provided are not for an *emergency medical condition*.

### Urgent care services

*We* will pay benefits for *urgent care covered expenses* incurred by *you* for charges made by an *urgent care center* or an *urgent care qualified provider* for *mental health services* and *chemical dependency* services.

### Outpatient services

*We* will pay benefits for *covered expenses* incurred by *you* for *mental health services* and *chemical dependency* services, including services in a *health care practitioner* office, *retail clinic* or *healthcare treatment facility*. Coverage includes *outpatient* therapy, *intensive outpatient programs*, *partial hospitalization*, *telehealth* and *telemedicine*, and other *outpatient* services.

### Skilled nursing facility services

*We* will pay benefits for *covered expenses* incurred by *you* in a *skilled nursing facility* for *mental health services* and *chemical dependency* services. *Your confinement* to a *skilled nursing facility* must be based upon a written recommendation of a *health care practitioner*.

*Covered expenses* also include *health care practitioner* services for *behavioral health* during *your confinement* in a *skilled nursing facility*.

### Home health care services

*We* will pay benefits for *covered expenses* incurred by *you*, in connection with a *home health care plan*, for *mental health services* and *chemical dependency* services. All home health care services and supplies must be provided on a part-time or intermittent basis to *you* in conjunction with the approved *home health care plan*.

Home health care *covered expenses* include services provided by a *health care practitioner* who is a *behavioral health* professional, such as a counselor, psychologist or psychiatrist.

Home health care *covered expenses* do <u>not</u> include:

- Charges for mileage or travel time to and from the *covered person's* home;
- Wage or shift differentials for any representative of a *home health care agency*;
- Charges for supervision of *home health care agencies*;
- Charges for services of a home health aide;
- *Custodial care*; or
- The provision or administration of *self-administered injectable drugs*, unless otherwise determined by *us*.

## COVERED EXPENSES - BEHAVIORAL HEALTH (continued)

### Specialty drug benefit

*We* will pay benefits for *covered expenses* incurred by *you* for *behavioral health specialty drugs* provided by or obtained from a *qualified provider* in the following locations:

- *Health care practitioner's* office;
- *Free-standing facility*;
- *Urgent care center*;
- A home;
- *Hospital*;
- *Skilled nursing facility*;
- *Ambulance*; and
- Emergency room.

*Specialty drugs* may be subject to *preauthorization* requirements.  Refer to the "Schedule of Benefits" in this *certificate* for *preauthorization* requirements and contact *us* prior to receiving *specialty drugs*. Coverage for certain *specialty drugs* administered to *you* by a *qualified provider* in a *hospital's outpatient* department may only be granted as described in the "Access to non-formulary drugs" provision in the "Covered Expenses – Pharmacy Services" section in this *certificate*.

*Specialty drug* benefits do not include the charge for the actual administration of the *specialty drug*. Benefits for the administration of *specialty drugs* are based on the location of the service and type of provider.

### Residential treatment facility services

*We* will pay benefits for *covered expenses* incurred by *you* for *mental health services* and *chemical dependency* services provided while *inpatient* or *outpatient* in a *residential treatment facility*.

### Autism spectrum disorders

*We* will pay benefits for *covered expenses* incurred by *you*, based upon the location of the services and the type of provider for:

- Well-baby and well-child screening to diagnose the presence of *autism spectrum disorder*; and
- Treatment of *autism spectrum disorder* through:

  - Speech therapy;

  - Occupational therapy;

  - Physical therapy; and

  - Applied behavior analysis provided by a certified behavior analyst, psychologist, psychotherapist, clinical social worker, marriage and family therapist, or mental health counselor.

# COVERED EXPENSES - PHARMACY SERVICES

This "Covered Expenses – Pharmacy Services" section describes *covered expenses* under the *master group contract* for *prescription* drugs, including *specialty drugs*, dispensed by a *pharmacy*. Benefits are subject to applicable *cost share* shown on the "Schedule of Benefits – Pharmacy Services" section of this *certificate*.

Refer to the "Limitations and Exclusions," "Limitations and Exclusions – Pharmacy Services," "Glossary" and "Glossary – Pharmacy Services" sections in this *certificate*. All terms and provisions of the *master group contract* apply, including *prior authorization* requirements specified in the "Schedule of Benefits – Pharmacy Services" of this *certificate*.

## Coverage description

*We* will cover *prescription* drugs that are received by *you* under this "Covered Expenses – Pharmacy Services" section. Benefits may be subject to *dispensing limits*, *prior authorization* and *step therapy* requirements, if any.

Covered *prescription* drugs are:

- Drugs, medicines or medications and *specialty drugs* that under federal or state law may be dispensed only by *prescription* from a *health care practitioner*.

- Drugs, medicines or medications and *specialty drugs* included on *our drug list*.

- Insulin and *diabetes supplies*.

- *Self-administered injectable drugs* approved by *us*.

- Hypodermic needles, syringes or other methods of delivery when prescribed by a *health care practitioner* for use with insulin or *self-administered injectable drugs*. (Hypodermic needles, syringes or other methods of delivery used in conjunction with covered drugs may be available at no cost to *you*.)

- Enteral formulas and nutritional supplements for the treatment of phenylketonuria (PKU) or other inherited metabolic disease, or as otherwise determined by *us*.

- Spacers and/or peak flow meters for the treatment of asthma.

- Drugs, medicines or medications on the Preventive Medication Coverage *drug list* with a *prescription* from a *health care practitioner*.

Notwithstanding any other provisions of the *master group contract*, *we* may decline coverage or, if applicable, exclude from the *drug list* any and all *prescriptions* until the conclusion of a review period not to exceed six months following FDA approval for the use and release of the *prescriptions* into the market.

## COVERED EXPENSES - PHARMACY SERVICES (continued)

### Restrictions on choice of providers

If *we* determine *you* are using *prescription* drugs in a potentially abusive, excessive, or harmful manner, *we* may restrict *your* coverage of *pharmacy* services in one or more of the following ways:

- By restricting *your* choice of *pharmacy* to a single *network pharmacy* store or physical location for *pharmacy* services;

- By restricting *your* choice of *pharmacy* for covered *specialty pharmacy* services to a specific *specialty pharmacy*, if the *network pharmacy* store or physical location for *pharmacy* services is unable to provide or is not contracted with *us* to provide covered *specialty pharmacy* services; and

- By restricting *your* choice of a prescribing *network health care practitioner* to a specific *network health care practitioner*.

*We* will determine if *we* will allow *you* to change a selected *network provider*. Only *prescriptions* obtained from the *network pharmacy* store or physical location or *specialty pharmacy* to which *you* have been restricted will be eligible to be considered *covered expenses*. Additionally, only *prescriptions* prescribed by the *network health care practitioner* to whom *you* have been restricted will be eligible to be considered *covered expenses*.

### About our drug list

*Prescription* drugs, medicines or medications, including *specialty drugs* and *self-administered injectable drugs* prescribed by *health care practitioners* and covered by *us* are specified on *our* printable *drug list*. The *drug list* identifies categories of drugs, medicines or medications by levels and indicates *dispensing limits*, *specialty drug* designation, any applicable *prior authorization* and/or *step therapy* requirements. This information is reviewed on a regular basis by a Pharmacy and Therapeutics committee made up of physicians and *pharmacists*. Placement on the *drug list* does not guarantee *your health care practitioner* will prescribe that *prescription* drug, medicine or medication for a particular medical condition. *You* can obtain a copy of *our drug list* by visiting *our* Website at www .humana .com or calling the customer service telephone number on *your* ID card.

### Access to medically necessary contraceptives

In addition to *preventive services*, contraceptives on *our drug list* and non-formulary contraceptives may be covered at no cost share when *your health care practitioner* contacts *us*. *We* will defer to the *health care practitioner's* recommendation that a particular method of contraception or FDA approved contraceptive is determined to be *medically necessary*. The *medically necessary* determination made by *your health care practitioner* may include severity of side effects, differences in permanence and reversibility of contraceptives, and ability to adhere to the appropriate use of the contraceptive item or service.

## COVERED EXPENSES - PHARMACY SERVICES (continued)

### Access to non-formulary drugs

A drug not included on *our drug list* is a non-formulary drug. If a *health care practitioner* prescribes a clinically appropriate non-formulary drug, *you* can request coverage of the non-formulary drug through a standard exception request or an expedited exception request. If *you* are dissatisfied with *our* decision of an exception request, *you* have the right to an external review as described in the "Non-formulary drug exception request external review" provision of this section.

### Non-formulary drug standard exception request

A standard exception request for coverage of a clinically appropriate non-formulary drug may be initiated by *you, your* appointed representative, or the prescribing *health care practitioner* by calling the customer service number on *your* ID card, in writing, or *electronically* by visiting *our* Website at www .humana .com. *We* will respond to a standard exception request no later than 72 hours after the receipt date of the request.

As part of the standard exception request, the prescribing *health care practitioner* should include an oral or written statement that provides justification to support the need for the prescribed non-formulary drug to treat the *covered person's* condition, including a statement that all covered drugs on the *drug list* on any tier:

- Will be or have been ineffective;
- Would not be as effective as the non-formulary drug; or
- Would have adverse effects.

If *we* grant a standard exception request to cover a prescribed, clinically appropriate non-formulary drug, *we* will cover the prescribed non-formulary drug for the duration of the *prescription*, including refills. Any applicable *cost share* for the *prescription* will apply toward the *out-of-pocket limit*.

If *we* deny a standard exception request, *you* have the right to an external review as described in the "Non-formulary drug exception request external review" provision of this section.

### Non-formulary drug expedited exception request

An expedited exception request for coverage of a clinically appropriate non-formulary drug based on exigent circumstances may be initiated by *you, your* appointed representative, or *your* prescribing *health care practitioner* by calling the customer service number on *your* ID card, in writing, or *electronically* by visiting *our* Website at www .humana .com. *We* will respond to an expedited exception request within 24 hours of receipt of the request. An exigent circumstance exists when a *covered person* is:

## COVERED EXPENSES - PHARMACY SERVICES (continued)

- Suffering from a health condition that may seriously jeopardize their life, health, or ability to regain maximum function; or
- Undergoing a current course of treatment using a non-formulary drug.

As part of the expedited review request, the prescribing *health care practitioner* should include an oral or written:

- Statement that an exigent circumstance exists and explain the harm that could reasonably be expected to the *covered person* if the requested non-formulary drug is not provided within the timeframes of the standard exception request; and

- Justification supporting the need for the prescribed non-formulary drug to treat the *covered person's* condition, including a statement that all covered drugs on the *drug list* on any tier:

    - Will be or have been ineffective;
    - Would not be as effective as the non-formulary drug; or
    - Would have adverse effects.

If *we* grant an expedited exception request to cover a prescribed, clinically appropriate non-formulary drug based on exigent circumstances, *we* will provide access to the prescribed non-formulary drug:

- Without unreasonable delay; and
- For the duration of the exigent circumstance.

Any applicable *cost share* for the *prescription* will apply toward the *out-of-pocket limit*.

If *we* deny an expedited exception request, *you* have the right to an external review as described in the "Non-formulary drug exception request external review" provision of this section.

### Non-formulary drug exception request external review

*You, your* appointed representative, or *your* prescribing *health care practitioner* have the right to an external review by an independent review organization if *we* deny a non-formulary drug standard or expedited exception request.  To request an external review, refer to the exception request decision letter for instructions or call the customer service number on *your* ID card for assistance.

## Step therapy exception request

*Your health care practitioner* may submit to *us* a written *step therapy* exception request for a clinically appropriate *prescription* drug.  The *health care practitioner* should use the *prior authorization* form on *our* Website at www .humana .com or call the customer service telephone number on *your* ID card.

From the time a *step therapy* exception request is received by *us*, *we* will either approve or deny the request within:

## COVERED EXPENSES - PHARMACY SERVICES (continued)

- 24 hours for an expedited request.
- 72 hours for a standard request.

A covered *prescription* drug on *our drug list* will not be subject to *step therapy* if:

The *covered person* has previously been approved to receive the *prescription* drug by completing step therapy required by a prior health carrier; and

- The *covered person* provides *us* documentation from the prior health carrier that approved the *prescription* drug indicating the prior health carrier paid for the *prescription* drug during the 90 days immediately before the request for coverage under this *certificate*.

A written *step therapy* exception request will be approved when the request includes the prescribing *health care practitioner's* written statement and supporting documentation that:

- The *prescription* drug requiring *step therapy* has been ineffective in the treatment of *your* disease or medical condition; or

- Based on sound clinical evidence or medical and scientific evidence, the *prescription* drug requiring *step therapy*:

  - Is expected or likely to be ineffective based on *your* known relevant clinical characteristics and the known characteristics of the *prescription* drug regimen; or
  - Will cause or will likely cause an adverse reaction in or physical harm to *you*.

If *we* deny a *step therapy* exception request, *we* will provide *you* or *your* appointed representative, and *your* prescribing *health care practitioner*:

- The reason for the denial;
- An alternative covered medication; and
- The right to appeal *our* decision as described in the "Complaint and Appeals Procedures" section of this *certificate*.

# LIMITATIONS AND EXCLUSIONS

These limitations and exclusions apply even if a *health care practitioner* has performed or prescribed a medically appropriate procedure, treatment or supply.  This does not prevent *your health care practitioner* from providing or performing the procedure, treatment or supply.  However, the procedure, treatment or supply will not be a *covered expense*.

Unless specifically stated otherwise, no benefits will be provided for, or on account of, the following items:

- Treatments, services, supplies or *surgeries* that are <u>not</u> *medically necessary*, except *preventive services*.

- A *sickness* or *bodily injury* for which benefits are paid or received under any Workers' Compensation or similar law.

- Care and treatment given in a *hospital* owned, or run, by any government entity, unless *you* are legally required to pay for such care and treatment.  However, care and treatment provided by military *hospitals* to *covered persons* who are armed services retirees and their *dependents* are <u>not</u> excluded.

- Any service furnished while *you* are *confined* in a *hospital* or institution owned or operated by the United States government or any of its agencies for any military service-connected *sickness* or *bodily injury*.

- Services, or any portion of a service, for which no charge is made;

- Services, or any portion of a service, *you* would <u>not</u> be required to pay for, or would not have been charged for, in the absence of this coverage.

- Any portion of the amount *we* determine you owe for a services that the provider waives, rebates or discounts, including *your copayment*, *deductible* or *coinsurance*.

- *Sickness* or *bodily injury* for which *you* are in any way paid or entitled to payment or care and treatment by or through a government program.

- Any service <u>not</u> ordered by a *health care practitioner*.

- Services provided to *you*, if *you* do not comply with the *master group contract's* requirements.  These include services:

  - Not provided by a *network provider*, unless the services are *emergency care*;
  - Received in an emergency room, unless the services are *emergency care*;
  - Which require *preauthorization* if *preauthorization* was not obtained.

- Private duty nursing.

- Services rendered by a standby physician, *surgical assistant* or *assistant surgeon* unless *medically necessary*.

---

# LIMITATIONS AND EXCLUSIONS (continued)

---

- Any service that is not rendered by the billing provider.

- Any service not substantiated in the medical records of the billing provider.

- Any amount billed for a professional component of an automated:

  - Laboratory service; or
  - Pathology service.

- Education, or training, except for *diabetes self-management training* and *habilitative services*.

- Educational or vocational, therapy, testing, services or schools, including therapeutic boarding schools and other therapeutic environments. Educational or vocational videos, tapes, books, and similar materials are also excluded.

- Services provided by a *covered person's family member*.

- *Ambulance* services for routine transportation to, from, or between medical facilities and/or a *health care practitioner's* office.

- Any drug, biological product, device, medical treatment, or procedure which is *experimental, investigational or for research purposes*.

- Vitamins, except for *preventive services* with a *prescription* from a *health care practitioner*, dietary supplements, and dietary formulas, except enteral formulas, nutritional supplements or low protein modified food products for the treatment of an inherited metabolic disease, e.g. phenylketonuria (PKU).

- Over-the-counter, non-prescription medications, unless for drugs, medicines or medications or supplies on the Preventive Medication Coverage *drug list* with a *prescription* from a *health care practitioner*.

- Over-the-counter medical items or supplies that can be provided or prescribed by a *health care practitioner* but are also available without a written order or *prescription*, except for *preventive services*.

- Immunizations required for foreign travel for a *covered person* of any age.

- Growth hormones, except as otherwise specified in the pharmacy services sections of this *certificate*.

- *Prescription* drugs and *self-administered injectable* drugs, except as specified in the "Covered Expenses – Pharmacy Services" section in this *certificate* or unless administered to *you*:

  - While an *inpatient* in a *hospital*, *skilled nursing facility*, *health care treatment facility*, or *residential treatment facility*;
  - By the following, when deemed appropriate by *us*:

    - A *health care practitioner*:

      - During an office visit; or
      - While an *outpatient*; or

    - A *home health care agency* as part of a covered *home health care plan*.

# LIMITATIONS AND EXCLUSIONS (continued)

- Hearing aids, the fitting of hearing aids or advice on their care; implantable hearing devices, except for cochlear implants as otherwise stated in this *certificate*.

- Services received in an emergency room, unless the services are *emergency care*.

- Weekend non-emergency *hospital admissions*, specifically *admissions* to a *hospital* on a Friday or Saturday at the convenience of the *covered person* or his or her *health care practitioner* when there is no cause for an emergency *admission* and the *covered person* receives no *surgery* or therapeutic treatment until the following Monday.

- *Hospital inpatient* services when *you* are in *observation status*.

- *Infertility services*; or reversal of elective sterilization.

- In vitro fertilization regardless of the reason for treatment.

- Services for or in connection with a transplant or *immune effector cell therapy* if:

  - The expense relates to storage of cord blood and stem cells, unless it is an integral part of a transplant approved by *us*.

  - Not approved by *us*, based on *our* established criteria.

  - Expenses are eligible to be paid under any private or public research fund, government program except *Medicaid*, or another funding program, whether or not such funding was applied for or received.

  - The expense relates to the transplantation of any non-human organ or tissue, unless otherwise stated in the *master group contract*.

  - The expense relates to the donation or acquisition of an organ or tissue for a recipient who is not covered by *us*.

  - The expense relates to a transplant or *immune effector cell therapy* performed outside of the United States and any care resulting from that transplant or *immune effector cell therapy*.  This exclusion applies even if the *employee* and *dependents* live outside the United States and the *employee* is in *active status* with the *employer* sponsoring the *master group contract*.

- Services provided for:

  - Immunotherapy for recurrent abortion;
  - Chemonucleolysis;
  - Sleep therapy;
  - Light treatments for Seasonal Affective Disorder (S.A.D.);
  - Immunotherapy for food allergy;
  - Prolotherapy; or
  - Sensory integration therapy.

---

# LIMITATIONS AND EXCLUSIONS (continued)

- *Cosmetic surgery* and cosmetic services or devices.

- Hair prosthesis, hair transplants or implants, and wigs.

- Dental services, appliances or supplies for treatment of the teeth, gums, jaws, or alveolar processes, including any *oral surgery, endodontic services* or *periodontics*, implants and related procedures, orthodontic procedures, and any dental services related to a *bodily injury* or *sickness* unless otherwise stated in this *certificate*.

- The following types of care of the feet:

    - Shock wave therapy of the feet;
    - The treatment of weak, strained, flat, unstable, or unbalanced feet;
    - Hygienic care, and the treatment of superficial lesions of the feet, such as corns, calluses, or hyperkeratosis;
    - The treatment of tarsalgia, metatarsalgia or bunion, except surgically;
    - The cutting of toenails, except the removal of the nail matrix;
    - Heel wedges, lifts, or shoe inserts; and
    - Arch supports (foot orthotics) or orthopedic shoes, except for diabetes or hammer toe.

- *Custodial care* and *maintenance care*.

- Any loss contributed to, or caused by:

    - War or any act of war, whether declared or not;
    - Insurrection; or
    - Any conflict involving armed forces of any authority.

- Services relating to a *sickness* or *bodily injury* as a result of:

    - Engagement in an illegal profession or occupation; or
    - Commission of or an attempt to commit a criminal act.

    This exclusion does not apply to any *sickness* or *bodily injury* resulting from an act of domestic violence or a medical condition (including both physical and mental health conditions).

- Expenses for any membership fees or program fees, including health clubs, health spas, aerobic and strength conditioning, work-hardening programs and weight loss or surgical programs and any materials or products related to these programs.

- Surgical procedures for the removal of excess skin and/or fat in conjunction with or resulting from weight loss or a weight loss *surgery*.

---

## LIMITATIONS AND EXCLUSIONS (continued)

---

- Expenses for services that are primarily and customarily used for environmental control or enhancement (whether or not prescribed by a *health care practitioner*) and certain medical devices including:

  - Common household items including air conditioners, air purifiers, water purifiers, vacuum cleaners, waterbeds, hypoallergenic mattresses or pillows, or exercise equipment;
  - Motorized transportation equipment (e.g. scooters), escalators, elevators, ramps, or modifications or additions to living/working quarters or transportation vehicles;
  - Personal hygiene equipment including bath/shower chairs, transfer equipment or supplies or bed side commodes;
  - Personal comfort items including cervical pillows, gravity lumbar reduction chairs, swimming pools, whirlpools, spas, or saunas;
  - Medical equipment including:

    - Blood pressure monitoring devices, unless prescribed by a *health care practitioner* for *preventive services* and ambulatory blood pressure monitoring is not available to confirm diagnosis of hypertension;

    - PUVA lights; and

    - Stethoscopes;

  - Communication systems, telephone, television or computer systems, and related equipment or similar items or equipment;
  - Communication devices, except after surgical removal of the larynx or a diagnosis of permanent lack of function of the larynx.

- Duplicate or similar rentals or purchases of *durable medical equipment* or *diabetes equipment*.

- Therapy and testing for treatment of allergies, including services related to clinical ecology, environmental allergy and allergic immune system dysregulation and sublingual antigen(s), extracts, neutralization tests and/or treatment <u>unless</u> such therapy or testing is approved by:

  - The American Academy of Allergy and Immunology; or
  - The Department of Health and Human Services or any of its offices or agencies.

- Lodging accommodations or transportation.

- Communications or travel time.

- Bariatric *surgery*, any services or complications related to bariatric *surgery*, and other weight loss products or services.

# LIMITATIONS AND EXCLUSIONS (continued)

- *Sickness* or *bodily injury* for which no-fault medical payment or expense coverage benefits are paid or payable under any automobile, homeowners, premises or any other similar coverage.

- Elective medical or surgical abortion unless:

    - The pregnancy would endanger the life of the mother; or
    - The pregnancy is a result of rape or incest.

- *Alternative medicine.*

- Acupuncture, unless:

    - The treatment is *medically necessary*, appropriate and is provided within the scope of the acupuncturist's license; and
    - *You* are directed to the acupuncturist for treatment by a licensed physician.

- Services rendered in a premenstrual syndrome clinic or holistic medicine clinic.

- Services of a midwife, unless provided by a Licensed Midwife or a Certified Nurse Midwife.

- Vision examinations or testing for the purposes of prescribing corrective lenses.

- Orthoptic/vision training (eye exercises).

- Radial keratotomy, refractive keratoplasty or any other *surgery* or procedure to correct myopia, hyperopia or stigmatic error.

- The purchase or fitting of eyeglasses or contact lenses, except as the result of an *accident* or following cataract *surgery* as stated in this *certificate*.

- Services and supplies which are:

    - Rendered in connection with mental illnesses not classified in the International Classification of Diseases of the U.S. Department of Health and Human Services; or
    - Extended beyond the period necessary for evaluation and diagnosis of learning and behavioral disabilities or for mental retardation.

- Marriage counseling.

- Expenses for employment, school, sport or camp physical examinations or for the purposes of obtaining insurance.

- Expenses for care and treatment of non-covered procedures or services.

# LIMITATIONS AND EXCLUSIONS (continued)

- Expenses for treatment of complications of non-covered procedures or services.

- Expenses incurred for services prior to the *effective date* or after the termination date of *your* coverage under the *master group contract*. Coverage will be extended as described in the "Extension of Benefits" section, as required by state law.

- Any care, treatment, services, equipment or supplies received outside of the *service area*:

    - If *you* could have reasonably foreseen or anticipated their need prior to departure from the *service area*; and
    - Which are not authorized by *us* or to the extent they exceed the *maximum allowable fee*.

- *Pre-surgical/procedural testing* duplicated during a *hospital confinement*.

# LIMITATIONS AND EXCLUSIONS - PHARMACY SERVICES

This "Limitations and Exclusions – Pharmacy Services" section describes the limitations and exclusions under the *master group contract* that apply to *prescription* drugs, including *specialty drugs*, dispensed by a *pharmacy*.  Please refer to the "Limitations and Exclusions" section of this *certificate* for additional limitations.

These limitations and exclusions apply even if a *health care practitioner* has prescribed a medically appropriate service, treatment, supply, or *prescription*.  This does not prevent *your health care practitioner* or *pharmacist* from providing the service, treatment, supply, or *prescription*.  However, the service, treatment, supply, or *prescription* will not be a *covered expense*.

Unless specifically stated otherwise, no benefit will be provided for, or on account of, the following items:

- *Legend drugs,* which are not deemed *medically necessary* by *us*.

- *Prescription* drugs not included on the *drug list*.

- Any amount exceeding the *default rate*.

- *Specialty drugs* for which coverage is not approved by *us*.

- Drugs not approved by the FDA.

- Any drug prescribed for intended use other than for:

  - Indications approved by the FDA; or
  - Off-label indications recognized through peer-reviewed medical literature or standard reference compendium.

- Any drug prescribed for a *sickness* or *bodily injury* not covered under the *master group contract*.

- Any drug, medicine or medication that is either:

  - Labeled "Caution-limited by federal law to investigational use;" or
  - *Experimental, investigational* or *for research purposes,*

  even though a charge is made to *you*.

- Allergen extracts.

- Therapeutic devices or appliances, including:

  - Hypodermic needles and syringes (except when prescribed by a *health care practitioner* for use with insulin and *self-administered injectable drugs*, whose coverage is approved by *us*);
  - Support garments;
  - Test reagents;
  - Mechanical pumps for delivery of medications; and
  - Other non-medical substances.

# LIMITATIONS AND EXCLUSIONS - PHARMACY SERVICES (continued)

- Dietary supplements and nutritional products, except enteral formulas and nutritional supplements for the treatment of phenylketonuria (PKU) or other inherited metabolic disease.  Refer to the "Covered Expenses" section of the *certificate* for coverage of low protein modified foods.

- Non-prescription, over-the-counter minerals, except as specified on the Preventive Medication Coverage *drug list* when obtained from a *network pharmacy* with a *prescription* from a *health care practitioner*.

- Growth hormones for idiopathic short stature or any other condition, unless there is a laboratory confirmed diagnosis of growth hormone deficiency, or as otherwise determined by *us*.

- Herbs and vitamins, except prenatal (including greater than one milligram of folic acid), pediatric multi-vitamins with fluoride and vitamins on the Preventive Medication Coverage *drug list* when obtained from a *network pharmacy* with a *prescription* from a *health care practitioner*.

- Any drug used for the purpose of weight loss.

- Any drug used for cosmetic purposes, including:

  - Dermatologicals or hair growth stimulants; or
  - Pigmenting or de-pigmenting agents.

- Any drug or medicine that is lawfully obtainable without a *prescription* (over-the-counter drugs), except:

  - Insulin; and
  - Drugs, medicines or medications and supplies on the Preventive Medication Coverage *drug list* when obtained from a *network pharmacy* with a *prescription* from a *health care practitioner*.

- Compounded drugs that:

  - Are prescribed for a use or route of administration that is not FDA-approved or compendia supported;
  - Are prescribed without a documented medical need for specialized dosing or administration;
  - Only contain ingredients that are available over-the-counter;
  - Only contain non-commercially available ingredients; or
  - Contain ingredients that are not FDA-approved, including bulk compounding powders.

- Abortifacients (drugs used to induce abortions).

- *Infertility services* including medications.

- Any drug prescribed for impotence and/or sexual dysfunction.

# LIMITATIONS AND EXCLUSIONS - PHARMACY SERVICES (continued)

- Any drug, medicine or medication that is consumed or injected at the place where the *prescription* is given, or dispensed by the *health care practitioner*.

- The administration of covered medication(s).

- *Prescriptions* that are to be taken by or administered to *you*, in whole or in part, while *you* are a patient in a facility where drugs are ordinarily provided on an *inpatient* basis by the facility. *Inpatient* facilities include:

  - *Hospital*;
  - *Skilled nursing facility*; or
  - Hospice facility.

- Injectable drugs, including:

  - Immunizing agents, unless for *preventive services* determined by *us* to be dispensed by or administered in a *pharmacy*;
  - Biological sera;
  - Blood;
  - Blood plasma; or
  - *Self-administered injectable drugs* or *specialty drugs* for which *prior authorization* or *step therapy* is not obtained from *us*.

- *Prescription* fills or refills:

  - In excess of the number specified by the *health care practitioner*; or
  - Dispensed more than one year from the date of the original order.

- Any portion of a *prescription* fill or refill that exceeds a 90-day supply when received from a *mail order pharmacy* or a retail *pharmacy* that participates in *our* program, which allows *you* to receive a 90-day supply of a *prescription* fill or refill.

- Any portion of a *prescription* fill or refill that exceeds a 30-day supply when received from a retail *pharmacy* that does <u>not</u> participate in *our* program, which allows *you* to receive a 90-day supply of a *prescription* fill or refill.

- Any portion of a *specialty drug prescription* fill or refill that exceeds a 30-day supply, unless otherwise determined by *us*.

- Any portion of a *prescription* fill or refill that:

  - Exceeds *our* drug-specific *dispensing limit*;
  - Is dispensed to a *covered person*, whose age is outside the drug-specific age limits defined by *us*;
  - Is refilled early, as defined by *us*; or
  - Exceeds the duration-specific *dispensing limit*.

- Any drug for which *we* require *prior authorization* or *step therapy* and it is not obtained.

# LIMITATIONS AND EXCLUSIONS - PHARMACY SERVICES (continued)

- Any drug for which a charge is customarily not made.

- Any drug, medicine or medication received by *you*:

    - Before becoming covered; or
    - After the date *your* coverage has ended.

- Any costs related to the mailing, sending or delivery of *prescription* drugs.

- Any intentional misuse of this benefit, including *prescriptions* purchased for consumption by someone other than *you*.

- Any *prescription* fill or refill for drugs, medicines or medications that are lost, stolen, spilled, spoiled, or damaged.

- Drug delivery implants and other implant systems or devices.

- Any amount *you* paid for a *prescription* that has been filled, regardless of whether the *prescription* is revoked or changed due to adverse reaction or change in dosage or *prescription*.

- *Prescriptions* filled at a *non-network pharmacy*, except for *prescriptions* required during an emergency.

# ELIGIBILITY AND EFFECTIVE DATES

## Eligibility date

### Employee eligibility date

- The eligibility requirements are satisfied as stated in the Employer Group Application, or as otherwise agreed to by the *group plan sponsor* and *us*; and
- The *employee* is in an *active status*.

### Dependent eligibility date

Each *dependent* is eligible for coverage on:

- The date the *employee* is eligible for coverage, if he or she has *dependents* who may be covered on that date;

- The date of the *employee's* marriage for any *dependents* (spouse or child) acquired on that date;

- The date of birth of the *employee's* natural-born child;

- The date of birth of a child born to an *employee's* covered *dependent* child;

- The date a foster child is placed in the *employee's* home;

- The date of placement of the child for the purpose of adoption by the *employee*; or

- The date specified in a Qualified Medical Child Support Order (QMCSO), or National Medical Support Notice (NMSN) for a child, or a valid court or administrative order for a spouse, which requires the *employee* to provide coverage for a child or spouse as specified in such orders.

The *employee* may cover his or her *dependents* <u>only</u> if the *employee* is also covered.

A *dependent* child who resides outside of the *service area* is eligible for coverage as a *dependent*. Out-of-area coverage, however, is limited to *emergency care* and *urgent care* services unless additional coverage is provided by addenda. To be covered, all other care, including follow-up care for *emergency care* and *urgent care* services, must be obtained in the *service area* under the direction of a *network health care practitioner*.

## Enrollment

*Employees* and *dependents* eligible for coverage under the *master group contract* may enroll for coverage as specified in the enrollment provisions outlined below.

# ELIGIBILITY AND EFFECTIVE DATES (continued)

## Employee enrollment

The *employee* must enroll, as agreed to by the *group plan sponsor* and *us*, within 31 days of the *employee's eligibility date* or within the time period specified in the "Special enrollment" provision.

The *employee* is a *late applicant* if enrollment is requested more than 31 days after the *employee's eligibility date* or later than the time period specified in the "Special enrollment" provision.  A *late applicant* must wait to enroll for coverage during the *open enrollment period*, unless the *late applicant* becomes eligible for special enrollment as specified in the "Special enrollment" provision.

## Dependent enrollment

If electing *dependent* coverage, the *employee* must enroll eligible *dependents*, as agreed to by the *group plan sponsor* and *us*, within 31 days of the *dependent's eligibility date* or within the time period specified in the "Special enrollment" provision.

The *dependent* is a *late applicant* if enrollment is requested more than 31 days after the *dependent's eligibility date* or later than the time period specified in the "Special enrollment" provision.  A *late applicant* must wait to enroll for coverage during the *open enrollment period*, unless the *late applicant* becomes eligible for special enrollment as specified in the "Special enrollment" provision.

## Newborn, adopted and foster dependent enrollment

A newborn *dependent* will be automatically covered from the date of birth to 31 days of age.  A newborn adopted child will be covered from the moment of birth if a written agreement to adopt the child has been entered into by the *employee* prior to the birth of the child, whether or not such agreement is enforceable.  Coverage for a newborn adopted child is not available in the event the child is not ultimately placed in the resident of the *employee*.  An adopted *dependent*, that is not a newborn, will be automatically covered from the date of adoption or date of placement of the child with the *employee* for the purpose of adoption, whichever occurs first, for 31 days.  A foster *dependent* will be automatically covered from the date of placement of the child for 31 days.  No additional premium will be charged for the first 31 days of coverage if notice is given to *us* within 31 days after the birth of the newborn *dependent*, date of adoption or date of placement of the adopted *dependent* or date of placement of the foster *dependent*.

If *dependent* child coverage is in force as of the newborn's date of birth in the case of newborn *dependents* and newborn adopted children, the earlier of the date of adoption or date of placement of the child with the *employee* for purposes of adoption in the case of adopted *dependents*, or the date of placement of the foster child, coverage will continue beyond the initial 31 days.  *You* must notify *us* to make sure *we* have accurate records to administer benefits.

If *dependent* child coverage is not in force, *you* must enroll the *dependent* child within 60 days after the date of birth of the newborn *dependent* and newborn adopted child, date of adoption or date of placement of the adopted *dependent*, or date of placement of the foster *dependent*.  *We* will provide at least a 45-day notice of the additional premium *you* must pay for *dependent* child coverage.

# ELIGIBILITY AND EFFECTIVE DATES (continued)

If enrollment is requested more than 60 days after the date of birth, date of adoption or date of placement with the *employee* for the purpose of adoption or date of placement of the foster child, the *dependent* is a *late applicant*.  A *late applicant* must wait to enroll for coverage during the *open enrollment period*, unless the *late applicant* becomes eligible for special enrollment as specified in the "Special enrollment" provision.

## Special enrollment

Special enrollment is available if the following apply:

- *You* have a change in family status due to:

  - Marriage;
  - Divorce;
  - A Qualified Medical Child Support Order (QMCSO);
  - A National Medical Support Notice (NMSN);
  - The birth of a natural born child; or
  - The adoption of a child or date of placement of a child with the *employee* for the purpose of adoption or date of placement of a foster child; and
  - You enroll within 31 days after the *special enrollment date*; or

- You are an *employee* or *dependent* eligible for coverage under the *master group contract*, and:

  - You previously declined enrollment stating you were covered under another group health plan or other health insurance coverage; and
  - Loss of eligibility of such other coverage occurs, regardless of whether you are eligible for, or elect COBRA; and
  - You enroll within 31 days after the *special enrollment date*.

  Loss of eligibility of other coverage includes:

  - Termination of employment or eligibility;
  - Reduction in number of hours of employment;
  - Divorce, legal separation or death of a spouse;
  - Loss of dependent eligibility, such as attainment of the limiting age;
  - Termination of your employer's contribution for the coverage;
  - Loss of individual HMO coverage because you no longer reside, live or work in the service area;
  - Loss of group HMO coverage because you no longer reside, live or work in the service area, and no other benefit package is available; or
  - The plan no longer offers benefits to a class of similarly situated individuals; or

- You had COBRA continuation coverage under another plan at the time of eligibility, and:

  - Such coverage has since been exhausted; and
  - You stated at the time of the initial enrollment that coverage under COBRA was your reason for declining enrollment; and
  - You enroll within 31 days after the *special enrollment date*; or

# ELIGIBILITY AND EFFECTIVE DATES (continued)

- You were covered under an alternate plan provided by the *employer* that terminates, and:

    - You are replacing coverage with the *master group contract*; and
    - You enroll within 31 days after the *special enrollment date*; or

- You are an *employee* or *dependent* eligible for coverage under the *master group contract*, and:

    - Your *Medicaid* coverage or your Children's Health Insurance Program (CHIP) coverage terminated as a result of loss of eligibility; and
    - You enroll within 60 days after the *special enrollment date*; or

- You are an *employee* or *dependent* eligible for coverage under the *master group contract*, and:

    - You become eligible for a premium assistance subsidy under *Medicaid* or CHIP; and
    - You enroll within 60 days after the *special enrollment date*.

The *employee* or *dependent* is a *late applicant* if enrollment is requested later than the time period specified above. A *late applicant* must wait to enroll for coverage during the *open enrollment period*.

## Dependent special enrollment

The *dependent* special enrollment is the time period specified in the "Special enrollment" provision.

If *dependent* coverage is available under the *employer's master group contract* or added to the *master group contract*, an *employee* who is a *covered person* can enroll eligible *dependents* during the special enrollment. An *employee*, who is otherwise eligible for coverage and had waived coverage under the *master group contract* when eligible, can enroll himself/herself and eligible *dependents* during the special enrollment.

The *employee* or *dependent* is a *late applicant* if enrollment is requested later than the time period specified above. A *late applicant* must wait to enroll for coverage during the *open enrollment period*.

## Open enrollment

Eligible *employees* or *dependents*, who did not enroll for coverage under the *master group contract* following their *eligibility date* or *special enrollment date*, have an opportunity to enroll for coverage during the *open enrollment period*. The *open enrollment period* is also the opportunity for *late applicants* to enroll for coverage.

Eligible *employees* or *dependents*, including *late applicants*, must request enrollment during the *open enrollment period*. If enrollment is requested after the *open enrollment period*, the *employee* or *dependent* must wait to enroll for coverage during the <u>next</u> *open enrollment period*, unless they become eligible for special enrollment as specified in the "Special enrollment" provision.

# ELIGIBILITY AND EFFECTIVE DATES (continued)

## Effective date

The provisions below specify the *effective date* of coverage for *employees* or *dependents*, if enrollment is requested within 31 days of their *eligibility date* or within the time period specified in the "Special enrollment" provision.  If enrollment is requested during an *open enrollment period*, the *effective date* of coverage is specified in the "Open enrollment effective date" provision.

### Employee effective date

The *employee's effective date* provision is stated in the Employer Group Application.  The *employee's effective date* of coverage may be the date immediately following completion of the *waiting period* or the first of the month following completion of the *waiting period*, if enrollment is requested within 31 days of the *employee's eligibility date*.  The *special enrollment date* is the *effective date* of coverage for an *employee* who requests enrollment within the time period specified in the "Special enrollment" provision.  The *employee effective dates* specified in this provision apply to an *employee* who is not a *late applicant*.

### Dependent effective date

The *dependent's effective date* is the date the *dependent* is eligible for coverage if enrollment is requested within 31 days of the *dependent's eligibility date*.  The *special enrollment date* is the *effective date* of coverage for the *dependent* who requests enrollment within the time period specified in the "Special enrollment" provision.  The *dependent effective dates* specified in this provision apply to a *dependent* who is not a *late applicant*.

In <u>no</u> event will the *dependent's effective date* of coverage be prior to the *employee's effective date* of coverage.

### Newborn, adopted and foster dependent effective date

The *effective date* of coverage for a newborn *dependent* is the date of birth if the newborn is not a *late applicant*.

The *effective date* of coverage for an adopted *dependent* is the date of adoption or the date of placement with the *employee* for the purpose of adoption, whichever occurs first, if the *dependent* child is not a *late applicant*.  In the case of a newborn adopted *dependent*, the *effective date* of coverage will be the birth date of the child if a written agreement for adoption has been entered into by the *employee*.  Otherwise, the *effective date* of coverage will be the date of the adopted *dependent's* placement in the home of the *employee*.  No coverage will be provided under this provision for a child who is not ultimately placed in the *employee's* home.

The *effective date* of coverage for a foster *dependent* is the date of placement with the *employee* if the foster child is not a *late applicant*.  Coverage for the foster *dependent* will terminate the date the *employee* no longer has legal custody of the child.

# ELIGIBILITY AND EFFECTIVE DATES (continued)

## Open enrollment effective date

The *effective date* of coverage for an *employee* or *dependent*, including a *late applicant*, who requests enrollment during an *open enrollment period*, is the first day of the *master group contract year* as agreed to by the *group plan sponsor* and *us*.

## Retired employee coverage

### Retired employee eligibility date

Retired *employees* are an eligible class of *employees* if requested on the Employer Group Application and if approved by *us*. An *employee*, who retires <u>while covered</u> under the *master group contract* is considered eligible for retired *employee* medical coverage on the date of retirement if the eligibility requirements stated in the Employer Group Application are satisfied.

### Retired employee enrollment

The *employer* must notify *us* of the *employee's* retirement within 31 days of the date of retirement. If *we* are notified more than 31 days after the date of retirement, the retired *employee* is a *late applicant*. A *late applicant* must wait to enroll for coverage during the *open enrollment period*, unless the *late applicant* becomes eligible for special enrollment as specified in the "Special enrollment" provision.

### Retired employee effective date

The *effective date* of coverage for an eligible retired *employee* is the date of retirement for an *employee* who retires <u>after</u> the date *we* approve the *employer's* request for a retiree classification, provided *we* are notified within 31 days of the retirement. If *we* are notified more than 31 days after the date of retirement, the *effective date* of coverage for the *late applicant* is the date *we* specify.

---

# REPLACEMENT OF COVERAGE

---

## Applicability

This "Replacement of Coverage" section applies when an *employer's* previous group health plan not offered by *us* or *our* affiliates (Prior Plan) is terminated and replaced by coverage under the *master group contract* and:

- *You* were covered under the *employer's* Prior Plan on the day before the effective date of the *master group contract*; and
- *You* are insured for medical coverage on the effective date of the *master group contract*.

Benefits available for *covered expense* under the *master group contract* will be reduced by any benefits payable by the Prior Plan during an extension period.

## Deductible credit

Medical expense incurred while *you* were covered under the Prior Plan may be used to satisfy *your deductible* under the *master group contract* if the medical expense was:

- Incurred in the same calendar year the *master group contract* first becomes effective; and
- Applied to the deductible amount under the Prior Plan.

## Waiting period credit

If the *employee* had not completed the initial *waiting period* under the *group plan sponsor's* Prior Plan on the day that it ended, any period of time that the *employee* satisfied will be applied to the appropriate *waiting period* under the *master group contract*, if any. The *employee* will then be eligible for coverage under the *master group contract* when the balance of the *waiting period* has been satisfied.

## Out-of-pocket limit

Any medical expense applied to the Prior Plan's *out-of-pocket limit* or stop-loss limit will be credited to *your network provider out-of-pocket limit* under the *master group contract* if the medical expense was incurred in the same calendar year the *master group contract* first becomes effective.

# TERMINATION PROVISIONS

## Termination of coverage

The date of termination, as described in this "Termination Provisions" section, may be the actual date specified or the end of that month, as selected by *your employer* on the Employer Group Application (EGA).

*You* and *your employer* must notify *us* as soon as possible if *you* or *your dependent* no longer meets the eligibility requirements of the *master group contract*. Notice must be provided to *us* within 31 days of the change.

When *we* receive notification of a change in eligibility status in advance of the effective date of the change, coverage will terminate on the actual date specified by the *employer* or *employee* or at the end of that month, as selected by *your employer* on the EGA.

When *we* receive the *employer's* request to terminate coverage retroactively, the *employer's* termination request is their representation to *us* that *you* did not pay any premium or make contribution for coverage past the requested termination date.

Otherwise, coverage terminates on the earliest of the following:

- The date the *master group contract* terminates;

- The last day of the month required premium was received if the required premium was not paid by the end of the 31-day grace period. Coverage will remain in force during the grace period, however, if the required premium is not paid by the end of the 31-day grace period, coverage will terminate as of the last day of the month for which premium was received;

- The date the *employee* terminated employment with the *employer*;

- The date the *employee* no longer qualified as an *employee*;

- The date the *employee* no longer lives or works in the *service area*;

- The date *you* fail to be in an eligible class of persons as stated in the EGA;

- The date the *employee* entered full-time military, naval or air service;

- The date the *employee* retired, except if the EGA provides coverage for a retiree class of *employees* and the retiree is in an eligible class of retirees, selected by the *employer*;

- The date of an *employee* request for termination of coverage for the *employee* or *dependents*;

- For a *dependent*, the date the *employee's* coverage terminates;

- For a *dependent*, the date the *employee* ceases to be in a class of *employees* eligible for *dependent* coverage;

- For a newborn child born to an *employee's* covered *dependent* child, the date he or she is 18 months of age;

---
## TERMINATION PROVISIONS (continued)
---

- The date *your dependent* no longer qualifies as a *dependent*;

- For any benefit, the date the benefit is deleted from the *master group contract*; or

- The date fraud or an intentional misrepresentation of a material fact has been committed by *you.* For more information on fraud and intentional misrepresentation, refer to the "Fraud" provision in the "Miscellaneous Provisions" section of this *certificate*.

## Termination for cause

*We* will terminate *your* coverage for cause under the following circumstances:

- If *you* allow an unauthorized person to use *your* identification card or if *you* use the identification card of another *covered person*. Under these circumstances, the person who receives the services provided by use of the identification card will be responsible for paying *us* any amount *we* paid for those services.

- If *you* or the *group plan sponsor* perpetrate fraud or intentional misrepresentation on claims, identification cards or other identification in order to obtain services or a higher level of benefits. This includes the fabrication or alteration of a claim, identification card or other identification.

# EXTENSION OF BENEFITS

## Extension of coverage for total disability

*We* extend limited coverage if the *master group contract* terminates while *you* are *totally disabled* due to a *bodily injury* or *sickness* that occurs while the *master group contract* is in effect.

Benefits are payable only for those expenses incurred for the same *sickness* or *bodily injury* which caused *you* to be *totally disabled*.  Coverage for the disabling condition continues, but not beyond the earliest of the following dates:

- The date *your health care practitioner* certifies *you* are no longer *totally disabled*; or
- The date any maximum benefit is reached; or
- The last day of a 12 consecutive month period following the date the *master group contract* terminated; or
- The date *you* become covered by any medical insurance or health services plan that provides replacement coverage without limitation as to the disability condition.

For pregnancy, when not covered by the succeeding carrier, maternity benefits will continue until the date of delivery, provided the pregnancy began after *your* effective date and prior to the termination of the *master group contract*.  This extension will not be based on *total disability*.

No insurance is extended to a child born as a result of a *covered person's* pregnancy.

The "Extension of coverage for total disability" provision does <u>not</u> apply to covered retired persons.

# CONTINUATION

## Continuation options in the event of termination

If coverage terminates it may be continued under the continuation provisions as provided by the Consolidated Omnibus Budget Reconciliation Act (COBRA), if applicable.

# CONTINUATION OF COVERAGE FOR ACTIVE MILITARY SERVICE

## Coverage and premium

Continuation of coverage is available for an *employee* and their covered *dependents* while the *employee* is called to *active duty* or *state active duty*. The *employee* will have the same premium in effect for other insureds under the same *master group contract*.

## Notification

The *employee*, or an appropriate military authority, must notify the *employer* that the *employee* wishes to continue coverage before reporting for *active duty* or *state active duty*.

This notice is not required if impossible or unreasonable (such as an immediate call-up in a natural disaster emergency) or if military necessity precludes it.

## Reinstatement of coverage

The *employee* is not required to continue coverage while on *active duty* or *state active duty*. If coverage is not continued, the *employee* will have 63 days to request reinstatement upon returning to work with the same *employer*. There will be no waiting period, nor may any condition existing at the time of call-up prevent them from reinstatement.

## Continuation

If health insurance terminates:

- It may be continued as described in the Uniformed Services Employment and Reemployment Rights Act (USERRA); or
- It may be continued under the continuation provisions as provided by the Consolidated Omnibus Budget Reconciliation Act (COBRA), if applicable.

## Definitions

The following terms are used in this provision:

**Active duty**: full-time duty in the active military service of the United States.

**State active duty**: those periods when the Governor orders the National Guard into service, typically in response to natural disasters or civic disorders.

# COORDINATION OF BENEFITS

This "Coordination of Benefits" (COB) provision applies when a person has health care coverage under more than one *plan*. The order of benefit determination rules below determine which *plan* will pay as the *primary plan*. The *primary plan* pays first without regard to the possibility another *plan* may cover some expenses. A *secondary plan* pays after the *primary plan* and may reduce the benefits it pays so that payments from all *plans* do not exceed 100% of the total *allowable expense*.

## Definitions

The following definitions are used exclusively in this provision.

*Plan* means any of the following that provide benefits or services for medical or dental care or treatment. However, if separate contracts are used to provide coordinated coverage for members of a group, the separate contracts are considered part of the same *plan* and there is no COB among those separate contracts.

*Plan* includes:

- Group insurance contracts, health maintenance organization (HMO) contracts, closed panel or other forms of group or group-type coverage (whether insured or uninsured);
- Medical care components of long-term care contracts, such as skilled nursing care;
- Medical benefits under group or individual contracts, including "No Fault" and Medical Payments coverages; and
- *Medicare* or other governmental benefits, as permitted by law.

*Plan* does not include:

- Individual or family insurance;
- Closed panel or other individual coverage (except for group-type coverage);
- Hospital indemnity benefits;
- School accident type coverage;
- Benefits for non-medical care components of group long-term care contracts;
- Medicare supplement policies;
- A state plan under *Medicaid*; and
- Coverage under other governmental plans, unless permitted by law.

Each contract for coverage is a separate *plan*. If a *plan* has two parts and COB rules apply only to one of the two, each of the parts is treated as a separate *plan*.

Notwithstanding any statement to the contrary, for the purposes of COB, prescription drug coverage under this *plan* will be considered a separate *plan* and will therefore only be coordinated with other prescription drug coverage.

*Primary/secondary* means the order of benefit determination stating whether this *plan* is *primary* or *secondary* covering the person when compared to another *plan* also covering the person.

When this *plan* is *primary*, its benefits are determined before those of any other *plan* and without considering any other *plan's* benefits. When this *plan* is *secondary*, its benefits are determined after those of another *plan* and may be reduced because of the *primary plan's* benefits.

## COORDINATION OF BENEFITS (continued)

***Allowable expense*** means a health care service or expense, including deductibles, if any, and copayments, that is covered at least in part by any of the *plans* covering the person.  When a *plan* provides benefits in the form of services (e.g. an HMO), the reasonable cash value of each service will be considered an *allowable expense* and a benefit paid.  An expense or service that is not covered by any of the *plans* is not an *allowable expense*.  The following are examples of expenses or services that are not *allowable expenses*:

- If a *covered person* is confined in a private *hospital* room, the difference between the cost of a semi-private room in the *hospital* and the private room, (unless the patient's stay in a private *hospital* room is medically necessary in terms of generally accepted medical practice, or one of the *plans* routinely provides coverage for *hospital* private rooms) is not an *allowable expense*.

- If a person is covered by two or more *plans* that compute their benefits payments on the basis of usual and customary fees, any amount in excess of the highest usual and customary fees for a specific benefit is not an *allowable expense*.

- If a person is covered by two or more *plans* that provide benefits or services on the basis of negotiated fees, any amount in excess of the highest of the fees is not an *allowable expense*.

- If a person is covered by one *plan* that calculates its benefits or services on the basis of usual and customary fees and another *plan* that provides its benefits or services on the basis of negotiated fees, the *primary plan's* payment arrangement shall be the *allowable expense* for all *plans*.

- The amount a benefit is reduced by the *primary plan* because a *covered person* does not comply with the *plan* provisions.  Examples of these provisions are second surgical opinions, precertification of *admissions* and preferred provider arrangements.

***Claim determination period*** means a calendar year.  However, it does not include any part of a year during which a person has no coverage under this *plan*, or before the date this COB provision or a similar provision takes effect.

***Closed panel plan*** is a *plan* that provides health benefits to covered persons primarily in the form of services through a panel of providers that has contracted with or are employed by the *plan*, and that limits or excludes benefits for services provided by other providers, except in the cases of emergency or referral by a panel member.

***Custodial parent*** means a parent awarded custody by a court decree.  In the absence of a court decree, it is the parent with whom the child resides more than one half of the calendar year without regard to any temporary visitation.

## Order of determination rules

### General

When two or more *plans* pay benefits, the rules for determining the order of payment are as follows:

- The *primary plan* pays or provides its benefits as if the *secondary plan* or *plans* did not exist.

---

# COORDINATION OF BENEFITS (continued)

- A *plan* that does not contain a COB provision that is consistent with applicable promulgated regulation is always *primary*. There is one exception: coverage that is obtained by virtue of membership in a group that is designed to supplement a part of a basic package of benefits may provide that the supplementary coverage shall be excess to any other parts of the *plan* provided by the contract holder. Examples of these types of situations are major medical coverages that are superimposed over base *plan* hospital and surgical benefits, and insurance type coverages that are written in connection with a *closed panel plan* to provide out-of-network benefits.

- A *plan* may consider the benefits paid or provided by another *plan* in determining its benefits only when it is *secondary* to that other *plan*.

## Rules

The first of the following rules that describes which *plan* pays its benefits before another *plan* is the rule to use.

- **Non-dependent or *dependent*.** The *plan* that covers the person other than as a *dependent*, for example as an *employee*, member, subscriber or retiree is *primary* and the *plan* that covers the person as a *dependent* is *secondary*. However, if the person is a *Medicare* beneficiary and, as a result of federal law, *Medicare* is *secondary* to the *plan* covering the person as a *dependent*; and *primary* to the *plan* covering the person as other than a *dependent* (e.g. retired *employee*); then the order of benefits between the two *plans* is reversed so that the *plan* covering the person as an *employee*, member, subscriber or retiree is *secondary* and the other *plan* is *primary*.

- **Dependent child covered under more than one *plan*.** The order of benefits when a child is covered by more than one *plan* is:

  - The *primary plan* is the *plan* of the parent whose birthday is earlier in the year if:

    - The parents are married;
    - The parents are not separated (whether or not they have been married); or
    - A court decree awards joint custody without specifying that one part has the responsibility to provide health care coverage.

  - If both the parents have the same birthday, the plan that covered either of the parents longer is primary.

  - If the specific terms of a court decree state that one parent is responsible for the child's health care expenses or health care coverage and the *plan* of that parent has actual knowledge of those terms, that *plan* is *primary*. This rule applies to *claim determination periods* or plan years commencing after the *plan* is given notice of the court decree.

  - If the parents are not married, or are separated (whether or not they ever have been married) or are divorced, the order of benefits is:

    - The *plan* of the *custodial parent*;
    - The *plan* of the spouse of the *custodial parent*;
    - The *plan* of the non-*custodial parent*; and then
    - The *plan* of the spouse of the non-*custodial parent*.

---

## COORDINATION OF BENEFITS (continued)

- **Active or inactive *employee***.  The *plan* that covers a person as an *employee,* who is neither laid off nor retired, is *primary*.  The same would hold true if a person is a *dependent* of a person covered as a retiree and an *employee*.  If the other *plan* does not have this rule, and if, as a result, the *plans* do not agree on the order of benefits, this rule is ignored.

- **Continuation coverage**.  If a person whose coverage is provided under a right of continuation provided by federal or state law also is covered under another *plan*, the *plan* covering the person as an *employee*, member, subscriber or retiree (or as that person's *dependent*) is *primary*, and the continuation coverage is *secondary*.  If the other *plan* does not have this rule, and if, as a result, the *plans* do not agree on the order of benefits, this rule is ignored.

- **Longer or shorter length of coverage**.  The *plan* that covered the person as an *employee*, member, subscriber or retiree longer is *primary*.

If the preceding rules do not determine the *primary plan*, the *allowable expenses* shall be shared equally between the *plans* meeting the definition of *plan* under this provision.  In addition, this *plan* will not pay more that it would have had it been *primary*.

## Effects on the benefits of this plan

When this *plan* is *secondary*, benefits may be reduced to the difference between the allowable expense (determined by the *primary plan*) and the benefits paid by any *primary plan* during the *claim determination period*.  Payment from all *plans* will not exceed 100% of the total *allowable expense*.

If a *covered person* is enrolled in two or more *closed panel plans* and if, for any reason, including the provision of service by a non-panel provider, benefits are not payable by one *closed panel plan*, COB shall not apply between that *plan* and the other *closed panel plan*.

## Right to receive and release needed information

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under this *plan* and other *plans*.  *We* may get the facts *we* need from or give them to other organizations or persons for the purpose of applying these rules and determining benefits payable under this *plan* and other *plans* covering the person claiming benefits.  *We* need not tell, or get the consent of, any person to do this.  Each person claiming benefits under this *plan* must give *us* any facts *we* need to apply those rules and determine benefits payable.

## Facility of payment

A payment made under another *plan* may include an amount that should have been paid under this *plan*.  If it does, *we* may pay that amount to the organization that made the payment.  That amount will then be treated as though it were a benefit paid under this *plan*.  *We* will not have to pay that amount again.  The term "payment made" includes providing benefits in the form of services, in which case "payment made" means a reasonable cash value of the benefits provided in the form of services.

## COORDINATION OF BENEFITS (continued)

### Right of recovery

If the amount of the payments made by *us* is more than *we* should have paid under this COB provision, *we* may recover the excess from one or more of the persons *we* have paid or for whom *we* have paid; or any other person or organization that may be responsible for the benefits or services provided for the *covered person*. The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

### General coordination of benefits with Medicare

If *you* are covered under both *Medicare* and this *certificate*, federal law mandates that *Medicare* is the secondary plan in most situations. When permitted by law, this plan is the secondary plan. In all cases, coordination of benefits with *Medicare* will conform to federal statutes and regulations. If *you* are enrolled in *Medicare*, *your* benefits under this *certificate* will be coordinated to the extent benefits are payable under *Medicare*, as allowed by federal statutes and regulations.

# CLAIMS

## Notice of claim

*Network providers* will submit claims to *us* on *your* behalf.  If *you* utilize a *non-network provider* for *covered expenses*, *you* may have to submit a notice of claim to *us*.  Notice of claim must be given to *us* in writing or by *electronic mail* as required by *your* plan, or as soon as is reasonably possible thereafter. Notice must be sent to *us* at *our* mailing address shown on *your* identification documentation or at *our* Website at www .humana .com.

Claims must be complete.  At a minimum a claim must contain:

- Name of the *covered person* who incurred the *covered expenses*;
- Name and address of the provider;
- Diagnosis;
- Procedure or nature of the treatment;
- Place of service;
- Date of service; and
- Billed amount.

If *you* receive services outside the United States or from a foreign provider, *you* must also submit the following information along with *your* complete claim:

- *Your* proof of payment to the provider for the services received outside the United States or from a foreign provider;
- Complete medical information and medical records;
- *Your* proof of travel outside of the United States, such as airline tickets or passport stamps, if *you* traveled to receive the services; and
- The foreign provider's fee schedule if the provider uses a billing agency.

The forms necessary for filing proof of loss are available at www .humana .com.  *When* requested by *you*, *we* will send *you* the forms for filing proof of loss.  If the requested forms are not sent to *you* within 15 days, *you* will have met the proof of loss requirements by sending *us* a written or *electronic* statement of the nature and extent of the loss containing the above elements within the time limit stated in the "Proof of loss" provision.

## Proof of loss

*You* must give written or *electronic* proof of loss within 90 days after the date *you* incur such loss.  *Your* claims will not be reduced or denied if it was not reasonably possible to give such proof within that time period.

*Your* claims may be reduced or denied if written or *electronic* proof of loss is not provided to *us* within one year after the date proof of loss is required, unless *your* failure to timely provide that proof of loss is due to *your* legal incapacity as determined by an appropriate court of law.

# CLAIMS (continued)

## Claims processing procedures

*Qualified provider* services are subject to *our* claims processing procedures.  *We* use *our* claims processing procedures to determine payment of *covered expenses*.  *Our* claims processing procedures include claim processing edits and claims payment policies, as determined by *us*.  *Your qualified provider* may access *our* claims processing edits and claim payment policies on *our* Website at www .humana .com by clicking on "For Providers" and "Claims Resources."

Claims processing procedures include the interaction of a number of factors.  The amount determined to be payable for a *covered expense* may be different for each claim because the mix of factors may vary.  Accordingly, it is not feasible to provide an exhaustive description of the claims processing procedures, but examples of the most commonly used factors are:

- The complexity of a service;
- Whether a service is one of multiple same-day services such that the cost of the service to the *qualified provider* is less than if the service had been provided on a different day.  For example:

    - Two or more *surgeries* performed the same day;
    - Two or more endoscopic procedures performed during the same day; or
    - Two or more therapy services performed the same day;

- Whether a *co-surgeon*, *assistant surgeon*, *surgical assistant* or any other *qualified provider*, who is billing independently is involved;
- When a charge includes more than one claim line, whether any service is part of or incidental to the primary service that was provided, or if these services cannot be performed together;
- Whether the service is reasonably expected to be provided for the diagnosis reported;
- Whether a service was performed specifically for *you*; or
- Whether services can be billed as a complete set of services under one billing code.

*We* develop *our* claims processing procedures in *our* sole discretion based on *our* review of correct coding initiatives, national benchmarks, industry standards, and industry sources such as the following, including any successors of the same:

- *Medicare* laws, regulations, manuals and other related guidance;
- Federal and state laws, rules and regulations, including instructions published in the Federal Register;
- National Uniform Billing Committee (NUBC) guidance including the UB-04 Data Specifications Manual;
- American Medical Association's (AMA) Current Procedural Terminology (CPT®) and associated AMA publications and services;
- Centers for Medicare & Medicaid Services' (CMS) Healthcare Common Procedure Coding System (HCPCS) and associated CMS publications and services;
- International Classification of Diseases (ICD);
- American Hospital Association's Coding Clinic Guidelines;
- Uniform Billing Editor;
- American Psychiatric Association's (APA) Diagnostic and Statistical Manual of Mental Disorders (DSM) and associated APA publications and services;
- Food and Drug Administration guidance;
- Medical and surgical specialty societies and associations;

---

## CLAIMS (continued)

---

- Industry-standard utilization management criteria and/or care guidelines;
- *Our* medical and pharmacy coverage policies; and
- Generally accepted standards of medical, behavioral health and dental practice based on credible scientific evidence recognized in published peer reviewed literature.

Changes to any one of the sources may or may not lead *us* to modify current or adopt new claims processing procedures.

Subject to applicable law, *qualified providers* who are *non-network providers* may bill *you* for any amount *we* do not pay even if such amount exceeds the allowed amount after *we* apply claims processing procedures. Any such amount paid by *you* will not apply to *your deductible* or any *out-of-pocket limit*. *You* will also be responsible for any applicable *deductible*, *copayment*, or *coinsurance*.

*You* should discuss *our* claims processing edits, claims payment policies and medical or pharmacy coverage policies and their availability with any *qualified provider* prior to receiving any services. *You* or *your qualified provider* may access *our* claims processing edits and claims payment policies on *our* Website at www .humana .com by clicking on "For Providers" and "Coverage Policies." *Our* medical and pharmacy coverage policies may be accessed on *our* Website at www .humana .com under "Medical Resources" by clicking "Coverage Policies." *You* or *your qualified provider* may also call *our* toll-free customer service number listed on *your* ID card to obtain a copy of a claims processing edit, claims payment policy or coverage policy.

## Other programs and procedures

*We* may introduce new programs and procedures that apply to *your* coverage under the *master group contract*. *We* may also introduce limited pilot or test programs including, but not limited to, disease management, care management, expanded accessibility, or wellness initiatives.

*We* reserve the right to discontinue or modify a program or procedure at any time.

## Right to require medical examinations

*We* have the right to require a medical examination on any *covered person* as often as *we* may reasonably require. If *we* require a medical examination, it will be performed at *our* expense. *We* also have a right to request an autopsy in the case of death, if state law so allows.

## To whom benefits are payable

If *you* receive services from a *network provider*, *we* will pay the provider directly for all *covered expenses*. *You* will not have to submit a claim for payment.

---

# CLAIMS (continued)

Benefit payments for *covered expenses* rendered by a *non-network provider* are due and owing solely to the *covered person*.  *You* may request that *we* direct a payment of selected medical benefits to the health care provider on whose charge the claim is based.

Any payment made directly to the *non-network provider* will not constitute the assignment of any legal obligation to the *non-network provider*.

Except as specified above, if *you* submit a claim for payment to *us*, *we* will pay *you* directly for the *covered expenses*.  *You* are responsible to pay all charges to the provider when *we* pay *you* directly for *covered expenses*.

If any *covered person* to whom benefits are payable is a minor or, in *our* opinion, not able to give a valid receipt for any payment due him or her, such payment will be made to his or her parent or legal guardian.  However, if no request for payment has been made by the parent or legal guardian, *we* may, at *our* option, make payment to the person or institution appearing to have assumed his or her custody and support.

## Time of payment of claims

Payments due under the *master group contract* will be paid no more than 30 days after receipt of written or *electronic* proof of loss.

## Right to request overpayments

*We* reserve the right to recover any payments made by *us* that were:

- Made in error;
- Made to *you* or any party on *your* behalf, where *we* determine such payment made is greater than the amount payable under the *master group contract*;
- Made to *you* and/or any party on *your* behalf, based on fraudulent or misrepresented information; or
- Made to *you* and/or any party on *your* behalf for charges that were discounted, waived or rebated.

*We* reserve the right to adjust any amount applied in error to the *deductible*, *out-of-pocket limit* or *copayment limit*, if any.

## Right to collect needed information

*You* must cooperate with *us* and when asked, assist *us* by:

- Authorizing the release of medical information including the names of all providers from whom *you* received medical attention;
- Obtaining medical information or records from any provider as requested by *us*;
- Providing information regarding the circumstances of *your sickness*, *bodily injury* or *accident*;

---

# CLAIMS (continued)

- Providing information about other insurance coverage and benefits, including information related to any *bodily injury* or *sickness* for which another party may be liable to pay compensation or benefits;
- Providing copies of claims and settlement demands submitted to third parties in relation to a *bodily injury* or *sickness*;
- Disclosing details of liability settlement agreements reached with third parties in relation to a *bodily injury* or *sickness*; and
- Providing information *we* request to administer the *master group contract*.

If *you* fail to cooperate or provide the necessary information, *we* may recover payments made by *us* and deny any pending or subsequent claims for which the information is requested.

## Exhaustion of time limits

If *we* fail to complete a claim determination or appeal within the time limits set forth in the *master group contract*, the claim shall be deemed to have been denied, and *you* may proceed to the next level in the review process outlined under the "Complaint and Appeal Procedures" section of this *certificate* or as required by law.

## Recovery rights

*You* as well as *your dependents* agree to the following, as a condition of receiving benefits under the *master group contract*.

### Duty to cooperate in good faith

*You* are obligated to cooperate with *us* and *our* agents in order to protect *our* recovery rights. Cooperation includes promptly notifying *us you* may have a claim, providing *us* relevant information, and signing and delivering such documents as *we* or *our* agents reasonably request to secure *our* recovery rights. *You* agree to obtain *our* consent before releasing any party from liability for payment of medical expenses. *You* agree to provide *us* with a copy of any summons, complaint or any other process served in any lawsuit in which *you* seek to recover compensation for *your* injury and its treatment.

*You* will do whatever is necessary to enable *us* to enforce *our* recovery rights and will do nothing after loss to prejudice *our* recovery rights.

*You* agree that *you* will not attempt to avoid *our* recovery rights by designating all (or any disproportionate part) of any recovery as exclusively for pain and suffering.

In the event that *you* fail to cooperate with *us*, *we* shall be entitled to recover from *you* any payments made by *us*.

---

# CLAIMS (continued)

## Duplication of benefits/other insurance

*We* will not provide duplicate coverage for benefits under the *master group contract* when a person is covered by *us* and has, or is entitled to, benefits as a result of their injuries from any other coverage, including, first party uninsured or underinsured motorist coverage, any no-fault insurance, medical payment coverage (auto, homeowners or otherwise), Workers' Compensation settlement or awards, other group coverage (including student plans), direct recoveries from liable parties, premises medical pay or any other insurer providing coverage that would apply to pay *your* medical expenses, except another "plan", as defined in the "Coordination of Benefits" section (e.g., group health coverage), in which case priority will be determined as described in the "Coordination of Benefits" section.

Where there is such coverage, *we* will not duplicate other coverage available to *you* and shall be considered secondary, except where specifically prohibited.  Where double coverage exists, *we* shall have the right to be repaid from whomever has received the overpayment from *us* to the extent of the duplicate coverage.

*We* will <u>not</u> duplicate coverage under the *master group contract* whether or not *you* have made a claim under the other applicable coverage.

When applicable, *you* are required to provide *us* with authorization to obtain information about the other coverage available, and to cooperate in the recovery of overpayments from the other coverage, including executing any assignment of rights necessary to obtain payment directly from the other coverage available.

## Workers' compensation

If benefits are paid by *us*, and *we* determine that the benefits are paid or received under any Workers' Compensation or similar law, *we* have the right to recover as described below.

*We* shall have first priority to recover amounts *we* have paid and the reasonable value of services and benefits provided under a managed care agreement from any funds that are paid or payable by Workers' Compensation or similar coverage as a result of any *sickness* or *bodily injury*, and *we* shall not be required to contribute to attorney fees or recovery expenses under a Common Fund or similar doctrine.

*Our* right to recover from funds that are paid or payable by Workers' Compensation or similar coverage will apply even though:

- The Workers' Compensation benefits are in dispute or are made by means of settlement or compromise;
- The amount of Workers' Compensation due to medical or health care is not agreed upon or defined by *you* or the Workers' Compensation carrier; or
- Medical or health care benefits are specifically excluded from the Workers' Compensation settlement or compromise.

As a condition to receiving benefits from *us*, *you* hereby agree, in consideration for the coverage provided by the *master group contract*, *you* will notify *us* of any Workers' Compensation claim *you* make, and *you* agree to reimburse *us* as described above.  If *we* are precluded from exercising *our* recovery rights to recover from funds that are paid by Workers' Compensation or similar coverage *we* will exercise *our* right to recover against *you*.

---

## CLAIMS (continued)

---

### Right of subrogation

As a condition to receiving benefits from *us*, *you* agree to transfer to *us* any rights *you* may have to make a claim, take legal action or recover any expenses paid under the *master group contract*. *We* will be subrogated to *your* rights to recover from any funds paid or payable as a result of a personal injury claim or any reimbursement of expenses by:

- Any legally liable person or their carrier, including self-insured entities;
- Any uninsured motorist or underinsured motorist coverage;
- Medical payments/expense coverage under any automobile, homeowners, premises or similar coverages;
- Workers' Compensation or other similar coverage; and
- No-fault or other similar coverage.

*We* may enforce *our* subrogation rights by asserting a claim to any coverage to which *you* may be entitled. *We* shall have first priority to recover amounts *we* have paid and the reasonable value of services and benefits provided under a managed care agreement from any funds that are paid or payable as a result of any *sickness* or *bodily injury*, regardless of whether available funds are sufficient to fully compensate *you* for *your sickness* or *bodily injury*.

If *we* are precluded from exercising *our* rights of subrogation, *we* may exercise *our* right of reimbursement.

### Right of reimbursement

If benefits are paid under the *master group contract*, and *you* recover from any legally responsible person, their insurer, or any uninsured motorist, underinsured motorist, medical payment/expense, Workers' Compensation, no-fault, or other similar coverage, *we* have the right to recover from *you* an amount equal to the amount *we* paid and for the reasonable value of services and benefits provided under a managed care agreement.

*You* shall notify *us*, in writing or by *electronic mail*, within 31 days of any settlement, compromise or judgment. Any *covered person* who waives, abrogates or impairs *our* right of reimbursement or fails to comply with these obligations, relieves *us* from any obligation to pay past or future benefits or expenses until all outstanding lien(s) are resolved.

If, after the inception of coverage with *us*, *you* recover payment from and release any legally responsible person, their insurer, or any uninsured motorist, underinsured motorist, medical payment/expense, Workers' Compensation, no-fault, or other similar insurer from liability for future medical expenses relating to a *sickness* or *bodily injury, we* shall have a continuing right to reimbursement from *you* to the extent of the benefits *we* provided with respect to that *sickness* or *bodily injury*. This right, however, shall apply only to the extent of such payment.

The obligation to reimburse *us* in full exists, regardless of whether the settlement, compromise or judgment designates the recovery as including or excluding medical expenses.

## CLAIMS (continued)

### Assignment of recovery rights

The *master group contract* contains an exclusion for *sickness* or *bodily injury*, for which there is medical payment/expenses coverage provided under any automobile, homeowner's, premises or other similar coverage.

If *your* claim against the other insurer is denied or partially paid, *we* will process *your* claim according to the terms and conditions of the *master group contract*. If payment is made by *us* on *your* behalf, *you* agree to assign to *us* the right *you* have against the other insurer for medical expenses *we* pay.

If benefits are paid under the *master group contract* and *you* recover under any automobile, homeowner's, premises or similar coverage, *we* have the right to recover from *you*, or whomever *we* have paid, an amount equal to the amount *we* paid.

### Cost of legal representation

The costs of *our* legal representation in matters related to *our* recovery rights shall be borne solely by *us*.

The costs of legal representation incurred by *you* shall be borne solely by *you*. *We* shall not be responsible to contribute to the cost of legal fees or expenses incurred by *you* under any Common Fund or similar doctrine unless *we* were given timely notice of the claim and an opportunity to protect *our* own interests and *we* failed or declined to do so.

# COMPLAINT AND APPEAL PROCEDURES

There are situations when *you* may have questions about *your* coverage or are dissatisfied with plan services.  If *you* have an inquiry or complaint regarding a matter arising under *your policy*, please contact *us* at 1-800-448-6262.  Such inquiries and complaints will be handled in a timely manner.

If *your grievance* is not satisfactorily resolved or *you* are dissatisfied with an *adverse determination* of *your* claim, *you* or *your* authorized representative have the right to a formal *grievance* by writing to *us* at the address given on the denial letter *you* received or to the following address:

> Grievance and Appeal Department
> P.O. Box 14546
> Lexington, KY 40512-4546

## Definitions

The following terms are used in this provision:

***Adverse determination*** means a denial, reduction or termination of, or failure to provide or make payment:

- In whole or in part for a benefit;
- Based on eligibility to participate in the plan; or
- Based on *rescission* of coverage.

***Appeal*** means a request for reconsideration of an *adverse determination*.

***Expedited appeal*** is a written or oral request for review of an *adverse determination* when the standard timeframe for an *appeal* would seriously jeopardize *your* life or health or would jeopardize *your* ability to regain maximum function, or in the opinion of the treating physician would subject *you* to severe pain that cannot be adequately managed without the treatment.

***Grievance*** is a written complaint submitted by *you* or *your* authorized representative to *us* regarding:

- Availability or delivery of coverage; or
- Quality of health care services; or
- *Adverse determinations*; or
- Claims payment, handling, or reimbursement for health care services; or
- Matters pertaining to the contract or the relationship between the subscriber and *us*.

***Independent Review Organization (IRO)*** means an organization of medical professionals with no connection to *your* health plan, qualified to review *your* dispute.

***Review panel*** is an internal review committee that includes one or more *health care practitioners*, other than the treating *health care practitioner*.

---

## COMPLAINT AND APPEAL PROCEDURES (continued)

---

### Internal grievance process

*Appeals* must be submitted to *us* in writing within one year of *your* receipt of an *adverse determination* or within one year of the date of the occurrence, that initiated *your grievance* that is not an *adverse determination*. Should *you* need assistance in preparing an *appeal*, please call us toll-free at 1-800-448-6262. *We* will acknowledge the *appeal* within five business days after receipt.

During the *appeal* of an *adverse determination*, *you* may request a meeting with *us*. The location of the meeting shall be at *our* administrative offices or at a location within the *service area* which is convenient for *you*. If a phone call would be more convenient to *you*, please use the phone number provided in *your* acknowledgment letter.

Medical necessity, experimental or investigational *adverse determination appeals* are forwarded to *our review panel* for a decision. *You*, *your* authorized representative will be notified of a final decision in writing within the following timeframes:

- 30 calendar days after the date *we* receive an *appeal* of a medical necessity, experimental, investigational, pre-service or concurrent care *adverse determination*;

- 60 calendar days after the date *we* receive an *appeal* for a post-service *adverse determination*; and

- 60 calendar days after the date *we* receive a *grievance* that is not an *adverse determination*. If information is needed from outside the *service area*, *we* will have an additional 30 calendar days in which to notify *you*, *your* authorized representative, or provider acting on *your* behalf. The notification timeframe is suspended and resumes when the information is received.

### Internal expedited appeal

All internal *expedited appeals* are to be investigated and a decision provided to *you*, *your* authorized representative, or a provider acting on *your* behalf as expeditiously as *your* medical condition requires, but no more than 72 hours after the request for review is received.

### Assistance

*You* may contact the Agency for Health Care Administration (AHCA) for assistance with the submission of an appeal at any time during the *appeal* process. The toll free telephone hotline number and the address for the Agency are:

> Agency for Health Care Administration
> Bureau of Managed Health Care
> Building 1, Room 339, MS 26
> 2727 Mahan Drive
> Tallahassee, FL 32308
> 1-850-921-5458 or toll-free 1-888-419-3456

## COMPLAINT AND APPEAL PROCEDURES (continued)

*You* may contact the Florida Department of Financial Services, Division of Consumer Assistance for assistance with billing problems.  The toll-free telephone number and the address for the Florida Department of Financial Services, Division of Consumer Assistance are:

> Florida Department of Financial Services
> Division of Consumer Assistance
> 200 East Gaines Street
> Tallahassee, FL  32399
> 1-800-342-2762

## Exhaustion of remedies

*You* must complete all levels of the *appeal* process available to *you* under state or federal law before filing a lawsuit.  This assures that both *you* and *we* have a full and fair opportunity to complete the record and resolve the dispute.  Contact *us* if *you* believe *your* condition requires the use of the shorter time lines applicable to emergency health conditions.

The *appeal* process, however, does not stop *you* from pursuing other appropriate remedies, including injunctive relief or equitable relief, if the requirement of exhausting the process for *appeal*, including the *expedited appeal* process, would place *your* health in serious jeopardy.

A coverage denial does not mean that *your* provider cannot provide the service or supply.  *Our* denial only means *we* will not pay for the service or supply, unless *our* decision is reversed upon further review or in a subsequent lawsuit.

## External review

If *you* or *your* authorized representative disagree with the outcome of the internal *appeal* review decision, *you* or *your* authorized representative have the right to request an external review by an *Independent Review Organization* (*IRO*) if the *adverse determination* involves a medical necessity, experimental and investigational determination, a denial based on medical judgment, or a *rescission* of coverage.  *Adverse determinations* related to eligibility to participate in the plan are not eligible for external review.

*You* or *your* authorized representative must exhaust the internal *appeal* process before requesting an external review by an *IRO*.  If *you* or your authorized representative wishes to file a request for an external review the request must be submitted in writing to the address listed below and received by *us* within four months or the next business day following the four month period from the receipt of the *adverse determination.*

> Grievance and Appeal Department
> P.O. Box 11268
> Green Bay, WI 54307-1268

Within five business days of *our* receipt of the request, an *IRO* will be assigned to *your* case through an unbiased rotating selection process.  The assigned *IRO* will send *you* or *your* authorized representative a notice of acceptance which will include notice of the right to submit additional information within ten business days of receipt of the notice from the *IRO*.  The assigned *IRO* will also deliver a notice of the final external review decision in writing to *you*, *your* authorized representative, and *us* within 45 days of their receipt of the request.

# COMPLAINT AND APPEAL PROCEDURES (continued)

Should the *IRO* find in *your* or your authorized representative's favor in whole or in part, *we* will take the necessary actions to ensure the implementation of the *IRO* decision.

**External expedited review**

An external expedited review is a review involving cases where the normal duration of the external independent review process would jeopardize a *covered person's* life, health or ability to regain maximum function.  This request should be submitted to *us* immediately.

The *IRO* must provide a decision to *you* or your authorized representative and to *us* within 72 hours of the *IRO's* receipt of the request.

Once the *IRO* makes a final coverage decision, the final coverage decision is binding on *us* and *we* will take the necessary actions to ensure the implementation of the *IRO* decision.

## Legal actions and limitations

No legal action to recover on the *master group contract* may be brought until 60 days after written proof of loss has been given in accordance with the "Proof of loss" provision of the *master group contract*.

No legal action to recover on the *master group contract* may be brought after the expiration of the applicable statute of limitations from the date written proof of loss is required to be given.

# DISCLOSURE PROVISIONS

## Employee assistance program

*We* may provide *you* access to an employee assistance program (EAP).  The EAP may include confidential, telephonic consultations and work-life services.  The EAP provides *you* with short-term, problem solving services for issues that may otherwise affect *your* work, personal life or health.  The EAP is designed to provide *you* with information and assistance regarding *your* issue and may also assist *you* with finding a medical provider or local community resource.

The services provided by the EAP are not *covered expenses* under the *master group contract*, therefore the *copayments*, *deductible* or *coinsurance* do not apply.  However, there may be additional costs to *you*, if *you* obtain services from a professional or organization the EAP has recommended or has referred *you* to.  The EAP does not provide medical care.  *You* are not required to participate in the EAP before using *your* benefits under the *master group contract*, and the EAP services are not coordinated with *covered expenses* under the *master group contract*.  The decision to participate in the EAP is voluntary, and *you* may participate at any time during the *year*.  Refer to the marketing literature for additional information.

## Discount programs

From time to time, *we* may offer or provide access to discount programs to *you*.  In addition, *we* may arrange for third party service providers such as pharmacies, optometrists, dentists and alternative medicine providers to provide discounts on goods and services to *you*.  Some of these third party service providers may make payments to *us* when *covered persons* take advantage of these discount programs.  These payments offset the cost to *us* of making these programs available and may help reduce the costs of *your* plan administration.  Although *we* have arranged for third parties to offer discounts on these goods and services, these discount programs are not covered services under the *master group contract*.  The third party service providers are solely responsible to *you* for the provision of any such goods and/or services.  *We* are not responsible for any such goods and/or services, nor are *we* liable if vendors refuse to honor such discounts.  Further, *we* are not liable to *covered persons* for the negligent provision of such goods and/or services by third party service providers.  Discount programs may not be available to persons who "opt out" of marketing communications and where otherwise restricted by law.

## Wellness programs

From time to time *we* may offer directly, or enter into agreements with third parties who administer participatory or health-contingent wellness programs to *you*.

"Participatory" wellness programs do not require *you* to meet a standard related to a health factor.  Examples of participatory wellness programs may include membership in a fitness center, certain preventive testing, or attending a no-cost health education seminar.

"Health-contingent" wellness programs require *you* to attain certain wellness goals that are related to a health factor.  Examples of health-contingent wellness programs may include completing a 5k event, lowering blood pressure, reduction in weight and body mass index or ceasing the use of tobacco.

---

# DISCLOSURE PROVISIONS (continued)

The rewards may include payment for all or a portion of a participatory wellness program, merchandise, gift cards, debit cards, discounts or contributions to *your* health spending account. *We* are not responsible for any rewards provided by third parties that are non-insurance benefits or for *your* receipt of such reward(s).

The rewards may also include discounts or credits toward premium or a reduction in *copayments*, *deductibles* or *coinsurance*, as permitted under applicable state and federal laws. Such insurance premium or benefit rewards may be made available at the individual or *group* health plan level.

The rewards may be taxable income. *You* may consult a tax advisor for further guidance.

*Our* agreement with any third party does not eliminate any of *your* obligations under this *master group contract* or change any of the terms of this *master group contract*. *Our* agreement with the third parties and the program may be terminated at any time, although insurance benefits will be subject to applicable state and federal laws.

*We* are committed to helping *you* achieve *your* best health. Some wellness programs may be offered only to *covered persons* with particular health factors. If *you* think *you* might be unable to meet a standard for a reward under a health contingent wellness program, *you* might qualify for an opportunity to earn the same reward by different means. Contact *us* at the number listed on *your* ID card or in the marketing literature issued by the wellness program administrator for more information.

The wellness program administrator or *we* may require proof in writing from *your health care practitioner* that *your* medical condition prevents *you* from taking part in the available activities.

The decision to participate in wellness program activities is voluntary and if eligible, *you* may decide to participate anytime during the *year*. Refer to the marketing literature issued by the wellness program administrator for their program's eligibility, rules and limitations.

## Shared savings program

As a *covered person* under the health benefit plan, coverage is limited to *network providers*, unless for *emergency care*. For coverage to be available for *non-network providers* other than *emergency care*, *you* must receive a referral from *us*.

If *you* choose to obtain services from a *non-network provider*, the services may be eligible for a discount to *you* under the Shared Savings Program. It is not necessary for *you* to inquire in advance about services that may be discounted. When processing *your* claim, *we* will automatically determine if the services are subject to the Shared Savings Program and calculate *your deductible* and *coinsurance* on the discounted amount. Whether services are subject to the Shared Savings Program is at *our* discretion, and *we* apply the discounts in a non-discriminatory manner. *Your* Explanation of Benefits statement will reflect any savings with a remark code that the services have been discounted. *We* cannot guarantee that services rendered by *non-network providers* will be discounted. The *non-network provider* discounts in the Shared Savings Program may not be as favorable as *network provider* discounts.

## DISCLOSURE PROVISIONS (continued)

If *you* would like to inquire in advance to determine if services rendered by a *non-network provider* may be subject to the Shared Savings Program, please contact *our* customer service department at the telephone number shown on *your* ID card. Provider arrangements in the Shared Savings Program are subject to change without notice. *We* cannot guarantee that the services *you* receive from a *non-network provider* are still subject to the Shared Savings Program at the time services are received. Discounts are dependent upon availability and cannot be guaranteed.

*We* reserve the right to modify, amend or discontinue the Shared Savings Program at any time.

# MISCELLANEOUS PROVISIONS

## Entire contract

The entire contract is made up of the *master group contract*, the Employer Group Application of the *group plan sponsor*, incorporated by reference herein, and the applications or enrollment forms, if any, of the *covered persons*. All statements made by the *group plan sponsor* or by a *covered person* are considered to be representations, not warranties. This means that the statements are made in good faith. No statement will void the *master group contract*, reduce the benefits it provides or be used in defense to a claim unless it is contained in a written or *electronic* application or enrollment form and a copy is furnished to the person making such statement or his or her beneficiary.

## Additional group plan sponsor responsibilities

In addition to responsibilities outlined in the *master group contract*, the *group plan sponsor* is responsible for:

- Collection of premium; and
- Distributing and providing *covered persons* access to:

    - Benefit plan documents and the Summary of Benefits and Coverage (SBC);
    - Renewal notices and *master group contract* modification information;
    - Discontinuance notices; and
    - Information regarding continuation rights.

No *group plan sponsor* may change or waive any provision of the *master group contract*.

## Certificates

A *certificate* setting forth the benefits available to the *employee* and the *employee's* covered *dependents* will be available at www .humana .com or in writing when requested. The *employer* is responsible for providing *employees* access to the *certificate*.

No document inconsistent with the *master group contract* shall take precedence over it. This is true, also, when the *certificate* is incorporated by reference into a summary description of plan benefits by the administrator of a group plan subject to ERISA. If the terms of a summary plan description differ with the terms of this *certificate*, the terms of this *certificate* will control.

## Incontestability

No misstatement made by the *group plan sponsor*, except for fraud or an intentional misrepresentation of a material fact made in the application, may be used to void the *master group contract* or deny any claim for loss incurred or disability starting after the two-year period.

# MISCELLANEOUS PROVISIONS (continued)

After *you* are covered without interruption for two years, *we* cannot contest the validity of *your* coverage except for:

- Nonpayment of premiums; or
- Any fraud or intentional misrepresentation of a material fact made by *you*.

At any time, *we* may assert defenses based upon provisions in the *master group contract* which relate to *your* eligibility for coverage under the *master group contract*.

No statement made by *you* can be contested unless it is in a written or *electronic* form signed by *you*.  A copy of the form must be given to *you* or *your* beneficiary.

An independent incontestability period begins for each type of change in coverage or when a new application or enrollment form of the *covered person* is completed.

## Third party beneficiary

This *master group contract* is between *your employer* and *us*.  *Covered persons* are third party beneficiaries.  There are no other third party beneficiaries.  Providers are not third party beneficiaries.

## Fraud

Health insurance fraud is a criminal offense that can be prosecuted.  Any person(s) who willingly and knowingly engages in an activity intended to defraud *us* by filing a claim or form that contains a false or deceptive statement, may be guilty of insurance fraud.

If *you* commit fraud against *us* or *your employer* commits fraud pertaining to *you* against *us*, as determined by *us*, *we* reserve the right to *rescind your* coverage after *we* provide *you* a 45-day advance written notice that coverage will be *rescinded*.  *You* have the right to appeal the *rescission*.

## Clerical error or misstatement

If it is determined that information about a *covered person* was omitted or misstated in error, an adjustment may be made in premiums and/or coverage in effect.  This provision applies to *you* and to *us*.

## Modification of master group contract

The *master group contract* may be modified by *us*, upon renewal of the *master group contract*, as permitted by state and federal law.  The *group plan sponsor* will be notified in writing or *electronically* at least 45 days prior to the effective date of the change.

## MISCELLANEOUS PROVISIONS (continued)

The *master group contract* may be modified by agreement between *us* and the *group plan sponsor* without the consent of any *covered person* or any beneficiary. No modification will be valid unless approved by *our* President, Secretary or Vice-President. The approval must be endorsed on or attached to the *master group contract*. No agent has authority to modify the *master group contract*, or waive any of the *master group contract* provisions, to extend the time of premium payment, or bind *us* by making any promise or representation.

Corrections due to clerical errors or clarifications that do not change benefits are not modifications of the *master group contract* and may be made by *us* at any time without prior consent of, or notice to, the *group plan sponsor*.

## Discontinuation of coverage

If *we* decide to discontinue offering a particular group health plan:

- The *group plan sponsor* and the *employees* will be notified of such discontinuation at least 90 days prior to the date of nonrenewal of such coverage; and
- The *group plan sponsor* will be given the option to purchase all other group plans providing medical benefits that are being offered by *us* at such time.

If *we* cease doing business in the large *employer* group market, the *group plan sponsors, covered persons* and the Commissioner of Insurance will be notified of such discontinuation at least 180 days prior to the date of nonrenewal of such coverage.

## Premium contributions

*Your employer* must pay the required premium to *us* as they become due. *Your employer* may require *you* to contribute toward the cost of *your* coverage. Failure of *your employer* to pay any required premium to *us* when due may result in the termination of *your* coverage.

## Premium rate change

*We* reserve the right to change any premium rates in accordance with applicable law upon notice to the *employer*. *We* will provide a 30-day advance written notice to the *employer* of any such premium changes. Questions regarding changes to premium rates should be addressed to the *employer*.

## Assignment

The *master group contract* and its benefits may not be assigned by the *group plan sponsor*.

## MISCELLANEOUS PROVISIONS (continued)

### Conformity with statutes

Any provision of the *master group contract* which is not in conformity with applicable state law(s) or other applicable law(s) shall not be rendered invalid, but shall be construed and applied as if it were in full compliance with the applicable state law(s) and other applicable law(s).

# GLOSSARY

Terms printed in italic type in this *certificate* have the meaning indicated below.  Defined terms are printed in italic type wherever found in this *certificate*.

# A

***Accident*** means a sudden event that results in a *bodily injury* or *dental injury* and is exact as to time and place of occurrence.

***Active status*** means the *employee* is performing all of his or her customary duties, whether performed at the *employer's* business establishment, some other location which is usual for the *employee's* particular duties or another location, when required to travel on the job:

- On a regular *full-time* basis, having a normal workweek of 25 or more hours;
- For 48 weeks a year; and
- Is maintaining a bona fide *employer-employee* relationship with the *group plan sponsor* of the *master group contract* on a regular basis.

Each day of a regular vacation and any regular non-working holiday are deemed *active status*, if the *employee* was in *active status* on his or her last regular working day prior to the vacation or holiday.  An *employee* is deemed to be in *active status* if an absence from work is due to a *sickness* or *bodily injury*, provided the individual otherwise meets the definition of *employee*.

***Acute inpatient services*** mean care given in a *hospital* or *health care treatment facility* which:

- Maintains permanent full-time facilities for *room and board* of resident patients;
- Provides emergency, diagnostic and therapeutic services with a capability to provide life-saving medical and psychiatric interventions;
- Has physician services, appropriately licensed behavioral health practitioners and skilled nursing services available 24-hours a day;
- Provides direct daily involvement of the physician; and
- Is licensed and legally operated in the jurisdiction where located.

*Acute inpatient services* are utilized when there is an immediate risk to engage in actions, which would result in death or harm to self or others, or there is a deteriorating condition in which an alternative treatment setting is not appropriate.

***Admission*** means entry into a facility as a registered bed patient according to the rules and regulations of that facility.  An *admission* ends when *you* are discharged, or released, from the facility and are no longer registered as a bed patient.

***Advanced imaging***, for the purpose of this definition, includes Magnetic Resonance Imaging (MRI), Magnetic Resonance Angiography (MRA), Positron Emission Tomography (PET), Single Photon Emission Computed Tomography (SPECT), and Computed Tomography (CT) imaging.

***Alternative medicine***, for the purposes of this definition, includes:  acupressure, aromatherapy, ayurveda, biofeedback, faith healing, guided mental imagery, herbal supplements and medicine, holistic medicine, homeopathy, hypnosis, macrobiotics, massage therapy, naturopathy, ozone therapy, reflexotherapy, relaxation response, rolfing, shiatsu, yoga, and chelation therapy.

# GLOSSARY (continued)

***Ambulance*** means a professionally operated ground vehicle, provided by a licensed ambulance service, equipped for the transportation of a sick or injured person to or from the nearest medical facility qualified to treat the person's *sickness* or *bodily injury*.  Use of the *ambulance* must be *medically necessary*. When transporting the sick or injured person from one medical facility to another, the *ambulance* must be ordered by a *health care practitioner*.

***Ambulatory surgical center*** means an institution which meets all of the following requirements:

- It must be staffed by physicians and a medical staff which includes registered nurses.
- It must have permanent facilities and equipment for the primary purpose of performing *surgery*.
- It must provide continuous physicians' services on an *outpatient* basis.
- It must admit and discharge patients from the facility within a 24-hour period.
- It must be licensed in accordance with the laws of the jurisdiction where it is located.  It must be operated as an *ambulatory surgical center* as defined by those laws.
- It must not be used for the primary purpose of terminating pregnancies, or as an office or clinic for the private practice of any physician or dentist.

***Assistant surgeon*** means a *health care practitioner* who assists at *surgery* and is a Doctor of Medicine (MD), Doctor of Osteopathic Medicine (DO), Doctor of Podiatric Medicine (DPM) or where state law requires a specific *health care practitioner* be treated and reimbursed the same as an MD, DO or DPM.

***Autism spectrum disorder*** means any of the following disorders as defined in the most recent edition of the Diagnostic and Statistical Manual of Mental Disorders of the American Psychiatric Association:  a) autistic disorder; b) asperger's syndrome; and c) pervasive developmental disorder not otherwise specified.

# B

***Behavioral health*** means *mental health services* and *chemical dependency* services.

***Birthing center*** means a *free-standing facility* that is specifically licensed to perform uncomplicated pregnancy care, delivery and immediate care after delivery for a *covered person*.

***Bodily injury*** means bodily damage other than a *sickness*, including all related conditions and recurrent symptoms.  However, bodily damage resulting from infection or muscle strain due to athletic or physical activity is considered a *sickness* and not a *bodily injury*.

***Bone marrow*** means the transplant of human blood precursor cells which are administered to a patient to restore normal hematological and immunological functions following ablative or non-ablative therapy with curative or life-prolonging intent.  Such cells may be derived from bone marrow, circulating blood, or a combination of bone marrow and circulating blood obtained from the patient in an autologous transplant, from a medically acceptable related or unrelated donor or cord blood.  If chemotherapy is an integral part of the treatment involving a transplant of *bone marrow*, the term *bone marrow* includes the harvesting, the transplantation and the chemotherapy components.

# C

***Certificate*** means this benefit plan document that describes the benefits, provisions and limitations of the *master group contract*.  This *certificate* is part of the *master group contract* and is subject to the terms of the *master group contract*.

---

# GLOSSARY (continued)

***Chemical dependency*** means the abuse of, or psychological or physical dependence on, or addiction to alcohol or a controlled substance.

***Coinsurance*** means the amount expressed as a percentage of the *covered expense* that *you* must pay.

***Confinement*** or ***confined*** means *you* are a registered bed patient as the result of a *health care practitioner's* recommendation.  It does not mean *you* are in *observation status*.

***Congenital anomaly*** means an abnormality of the body that is present from the time of birth.

***Copayment*** means the specified dollar amount *you* must pay to a provider for *covered expenses*, regardless of any amounts that may be paid by *us*.

***Cosmetic surgery*** means *surgery* performed to reshape normal structures of the body in order to improve or change *your* appearance or self-esteem.

***Co-surgeon*** means one of two or more *health care practitioners* furnishing a single *surgery* which requires the skill of multiple surgeons each in a different specialty, performing parts of the same *surgery* simultaneously.

***Covered expense*** means:

- *Medically necessary* services to treat a *sickness* or *bodily injury*, such as:

    - Procedures;
    - *Surgeries*;
    - Consultations;
    - Advice;
    - Diagnosis;
    - Referrals;
    - Treatment;
    - Supplies;
    - Drugs, including *prescription* and *specialty drugs*;
    - Devices; or
    - Technologies;

- *Preventive services*.

To be considered a *covered expense*, services must be:

- Ordered by a *health care practitioner*;
- Authorized or prescribed by a *qualified provider*;
- Provided or furnished by a *qualified provider*;
- For the benefits described herein, subject to any maximum benefit and all other terms, provisions, limitations, and exclusions of the *master group contract*; and
- Incurred when *you* are insured for that benefit under the *master group contract* on the date that the service is rendered.

---

# GLOSSARY (continued)

**Covered person** means the *employee* or the *employee's dependents*, who are enrolled for benefits provided under the *master group contract*.

**Custodial care** means services given to *you* if:

- *You* need services including assistance with dressing, bathing, preparation and feeding of special diets, walking, supervision of medication which is ordinarily self-administered, getting in and out of bed, and maintaining continence;

- The services *you* require are primarily to maintain, and not likely to improve, *your* condition; or

- The services involve the use of skills which can be taught to a layperson and do not require the technical skills of a *nurse*.

Services may still be considered *custodial care* by *us* even if:

- *You* are under the care of a *health care practitioner*;
- The *health care practitioner* prescribed services are to support or maintain *your* condition; or
- Services are being provided by a *nurse*.

# D

**Deductible** means the amount of *covered expenses* that *you*, either individually or combined as a covered family, must pay per *year* before *we* pay benefits for certain specified *covered expenses*.

**Dental injury** means an injury to a *sound natural tooth* caused by a sudden and external force that could not be predicted in advance and could not be avoided. It does not include biting or chewing injuries, unless the biting or chewing injury is a result of an act of domestic violence or a medical condition (including both physical and mental health conditions).

# GLOSSARY (continued)

***Dependent*** means a covered *employee's*:

- Legally recognized spouse or *domestic partner*;

- Natural born child, step-child, foster child, legally adopted child, or child placed for adoption, whose age is less than the limiting age;

- Child whose age is less than the limiting age and for whom the *employee* has received a Qualified Medical Child Support Order (QMCSO) or National Medical Support Notice (NMSN) to provide coverage, if the *employee* is eligible for family coverage until:

  - Such QMCSO or NMSN is no longer in effect; or
  - The child is enrolled for comparable health coverage, which is effective no later than the termination of the child's coverage under the *master group contract*.

- Child in court-ordered temporary or other custody;

- Newborn child of a covered *dependent* child.  Coverage for such child terminates 18 months after the date of birth or the date as determined by the "Termination of coverage" provision, whichever is earliest;

- Great-grandchild if the parent of a minor child delegates to any grandparent residing in this state, caregiving authority regarding the minor child when hardship prevents the parent from caring for the child.  Coverage for such child terminates 18 months after the date of birth or the date as determined by the "Termination of coverage" provision, whichever is the earliest.

- *Domestic partner's* natural born child, step-child, foster child, legally adopted child, or child placed for adoption whose age is less than the limiting age;

  The *domestic partner's* child cannot qualify as a *dependent* prior to the *employee's domestic partner* becoming a qualified *dependent*.

The limiting age means the end of the month the *dependent* child attains age 26.  Each *dependent* child is covered to the limiting age, regardless if the child is:

- Married;

- A tax dependent;

- A student;

- Employed;

- Residing with or receiving financial support from *you*;

- Eligible for other coverage through employment;

- Residing or working outside of the *service area*.  Benefits for *dependents* residing outside of the *service area* are limited to *emergency care* and *urgent care* services as specified in the "Dependent eligibility date" provision, unless additional coverage is provided by addenda or authorized by *us*.

---

# GLOSSARY (continued)

A covered *dependent* child who attains the limiting age <u>while covered</u> under the *master group contract* remains eligible if the covered *dependent* child is:

- Incapable of self-sustaining employment by reason of mental retardation or physical handicap; and
- Chiefly dependent upon the *employee*, spouse or *domestic partner* for support and maintenance.

In order for the covered *dependent* child to remain eligible as specified above, *we* must receive notification within 31 days prior to the covered *dependent* child attaining the limiting age.

*You* must furnish satisfactory proof to *us*, upon *our* request, that the conditions, as defined in the bulleted items above, continuously exist on and after the date the limiting age is reached. After two years from the date the first proof was furnished, *we* may not request such proof more often than annually. If satisfactory proof is not submitted to *us*, the child's coverage will not continue beyond the last date of eligibility.

**Dependent adult child**

If the covered *employee* has a *dependent* adult child who has attained the limiting age of 26 and meets the following requirements, coverage may be available for that *dependent* adult child until the end of the calendar year in which they reach age 30.

To be eligible for coverage, a *dependent* adult child must satisfy the following requirements:

- The *dependent* adult child is unmarried and does not have *dependents* of his or her own;
- The *dependent* adult child is a resident of Florida, or a full-time or part-time student; and
- The *dependent* adult child does not have coverage as a covered person under any other *health insurance coverage* or individual health benefits plan, or *Medicare*.

A *dependent* adult child, as defined in the bulleted items above, ceases to be eligible for coverage under this provision:

- On the last day of the calendar year following the *dependent* adult child's attainment of the limiting age; or
- When the *dependent* adult child no longer meets the requirements listed above.

A *dependent* adult child who takes a *medically necessary leave of absence* from an accredited educational institution while in full-time status, will continue to be eligible for coverage until the earlier of the following:

- Up to one year after the first day of the *medically necessary leave of absence*, unless the *dependent* adult child continues to meet the eligibility requirements stated above; or
- The date coverage would otherwise terminate under this *certificate*.

*We* must receive written certification from the *dependent* adult child's *health care practitioner* that the *dependent* adult child has a serious *bodily injury* or *sickness* requiring a *medically necessary leave of absence*.

*You* must furnish satisfactory proof to *us*, upon *our* request, that the above conditions continuously exist. If satisfactory proof is not submitted to *us*, the *dependent* adult child's coverage will not continue beyond the last date of eligibility.

---

# GLOSSARY (continued)

***Diabetes equipment*** means blood glucose monitors, including monitors designed to be used by blind individuals; insulin pumps and associated accessories; insulin infusion devices; and podiatric appliances for the prevention of complications associated with diabetes.

***Diabetes self-management training*** means the training provided to a *covered person* after the initial diagnosis of diabetes for care and management of the condition including nutritional counseling and use of *diabetes equipment* and supplies.  It also includes training when changes are required to the self-management regime and when new techniques and treatments are developed.

***Diabetes supplies*** means test strips for blood glucose monitors; visual reading and urine test strips; lancets and lancet devices; insulin and insulin analogs; injection aids; syringes; prescriptive agents for controlling blood sugar levels; prescriptive non-insulin injectable agents for controlling blood sugar levels; glucagon emergency kits; and alcohol swabs.

***Distant site*** means the location of a *health care practitioner* at the time a *telehealth* or *telemedicine* service is provided.

***Domestic partner*** means an individual of the same or opposite gender, who resides with the covered *employee* in a long-term relationship of indefinite duration; and, there is an exclusive, mutual commitment in which the partners agree to be jointly responsible for each other's common welfare and share financial obligations.  *We* will allow coverage for only one *domestic partner* of the covered *employee* at any one time.  The *employee* and *domestic partner* must each be at a minimum 18 years of age, competent to contract, and not related by blood to a degree of closeness which would prohibit legal marriage in the state in which the *employee* and *domestic partner* both legally reside.  *We* reserve the right to require an affidavit from the *employee* and *domestic partner* attesting that the domestic partnership exists and, periodically thereafter, to require proof that the *domestic partner* relationship continues to exist.

***Durable medical equipment*** means equipment that meets all of the following criteria:

- It is prescribed by a *health care practitioner*;
- It can withstand repeated use;
- It is primarily and customarily used for a medical purpose rather than being primarily for comfort or convenience;
- It is generally not useful to *you* in the absence of *sickness* or *bodily injury*;
- It is appropriate for home use or use at other locations as necessary for daily living;
- It is related to and meets the basic functional needs of *your* physical disorder;
- It is not typically furnished by a *hospital* or *skilled nursing facility*; and
- It is provided in the most cost effective manner required by *your* condition, including, at *our* discretion, rental or purchase.

# E

***Effective date*** means the date *your* coverage begins under the *master group contract*.

***Electronic*** or ***electronically*** means relating to technology having electrical, digital, magnetic, wireless, optical, electromagnetic, or similar capabilities.

---

# GLOSSARY (continued)

*Electronic mail* means a computerized system that allows a user of a network computer system and/or computer system to send and receive messages and documents among other users on the network and/or with a computer system.

*Electronic signature* means an electronic sound, symbol or process attached to or logically associated with a record and executed or adopted by a person with the intent to sign the record.

*Eligibility date* means the date the *employee* or *dependent* is eligible to participate in the plan.

*Emergency care* means services provided in an emergency facility for an *emergency medical condition*.

*Emergency care* does <u>not</u> mean services for the convenience of the *covered person* or the provider of treatment or services.

*Emergency medical condition* means a *bodily injury* or *sickness* manifesting itself by acute symptoms of sufficient severity (including severe pain) such that a prudent layperson, who possesses an average knowledge of health and medicine, could reasonably expect the absence of immediate medical attention to result in:

- Placing the health of that individual (or, with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy;
- Serious impairment of bodily functions; or
- Serious dysfunction of any bodily organ or part.

*Employee* means a person, who is in *active status* for the *employer* on a *full-time* basis, having a normal workweek of 25 or more hours and who has met the *waiting period*, if any, elected by the *group plan sponsor*. The *employee* must be paid a salary or wage by the *employer* that meets the minimum wage requirements of *your* state or federal minimum wage law for work done at the *employer's* usual place of business or some other location, which is usual for the *employee's* particular duties.

*Employee* also includes a sole proprietor, partner or corporate officer, where:

- The *employer* is a sole proprietorship, partnership or corporation;

- The sole proprietorship or other entity (other than a partnership) has at least one common-law employee (other than the business owner and his or her spouse); and

- The sole proprietor, partner or corporate officer is actively performing activities relating to the business, gains their livelihood from the sole proprietorship, partnership, or corporation and is in an *active status* at the *employer's* usual place of business or some other location, which is usual for the sole proprietor's, partner's or corporate officer's particular duties.

If specified on the Employer Group Application and approved by *us*, *employee* also includes retirees of the *employer*. A retired *employee* is not required to be in *active status* to be eligible for coverage under the *master group contract*.

*Employer* means the sponsor of this *group* plan or any subsidiary or affiliate described in the Employer Group Application. An *employer* must either employ at least one common-law employee or be a partnership with a bona fide partner who provides services on behalf of the partnership. A business owner and his or her spouse are not considered common-law employees for this purpose if the entity is considered to be wholly owned by one individual or one individual and his or her spouse.

---

# GLOSSARY (continued)

*Endodontic services* mean the following dental procedures, related tests or treatment and follow-up care:

- Root canal therapy and root canal fillings;
- Periradicular *surgery*;
- Apicoectomy;
- Partial pulpotomy; or
- Vital pulpotomy.

*Essential health benefits* mean the following categories, as defined by the United States Health and Human Services (HHS) as set forth by the Affordable Care Act, and federal regulations:

- Ambulatory patient services;
- Emergency services;
- Hospitalization;
- Maternity and newborn care;
- Mental health and substance use disorders, including *behavioral health* treatment;
- *Prescription* drugs;
- Rehabilitative and *habilitative services* and devices;
- Laboratory services;
- Preventive and wellness services and chronic disease management; and
- Pediatric services, including oral and vision care.

*Experimental, investigational or for research purposes* means a drug, biological product, device, treatment, or procedure that meets any one of the following criteria, as determined by *us*:

- Cannot be lawfully marketed without the final approval of the United States Food and Drug Administration (FDA) and lacks such final FDA approval for the use or proposed use, unless (a) found to be accepted for that use in the most recently published edition of the United States Pharmacopeia-Drug Information for Healthcare Professional (USP-DI) or in the most recently published edition of the American Hospital Formulary Service (AHFS) Drug Information; (b) identified as safe, widely used and generally accepted as effective for that use as reported in nationally recognized peer reviewed medical literature published in the English language as of the date of service; or (c) is mandated by state law;

- Is a device required to receive Premarket Approval (PMA) or 510K approval by the FDA but has not received a PMA or 510K approval;

- Is not identified as safe, widely used and generally accepted as effective for the proposed use as reported in nationally recognized peer reviewed medical literature published in the English language as of the date of service;

- Is the subject of a National Cancer Institute (NCI) Phase I, II or III trial or a treatment protocol comparable to a NCI Phase I, II or III trial, or any trial not recognized by NCI regardless of phase; or

- Is identified as not covered by the Centers for Medicare & Medicaid Services (CMS) Medicare Coverage Issues Manual, a CMS Operational Policy Letter or a CMS National Coverage Decision, except as required by state or federal law.

---

# GLOSSARY (continued)

## F

**Family member** means *you* or *your* spouse or *domestic partner*.  It also means *your* or *your* spouse's or *domestic partner's* child, brother, sister, or parent.

**Free-standing facility** means any licensed public or private establishment other than a *hospital* which has permanent facilities equipped and operated to provide laboratory and diagnostic laboratory, *outpatient* radiology, *advanced imaging*, chemotherapy, inhalation therapy, radiation therapy, lithotripsy, physical, cardiac, speech and occupational therapy, or renal dialysis services.  An appropriately licensed birthing center is also considered a *free-standing facility*.

**Full-time**, for an *employee*, means having a normal workweek of 25 or more hours.

**Functional impairment** means a direct and measurable reduction in physical performance of an organ or body part.

## G

**Group** means the persons for whom this health coverage has been arranged to be provided.

**Group plan sponsor** means the legal entity identified as the *group plan sponsor* on the face page of the *master group contract* or "Certificate of Coverage" who establishes, sponsors and endorses an employee benefit plan for health care coverage.

## H

**Habilitative services** mean health care services and devices that help a person keep, learn or improve skills and functioning for daily living.  Examples include therapy for a child who is not walking or talking at the expected age.  These services may include physical and occupational therapy, speech-language pathology and other services for people with disabilities in a variety of inpatient and/or outpatient settings.

**Health care practitioner** means a practitioner professionally licensed by the appropriate state agency to provide *preventive services* or diagnose or treat a *sickness* or *bodily injury* and who provides services within the scope of that license.

**Health care treatment facility** means a facility, institution or clinic, duly licensed by the appropriate state agency to provide medical services, *behavioral health* services, and is primarily established and operating within the scope of its license.

**Health insurance coverage** means medical coverage under any hospital or medical service policy or certificate, hospital or medical service plan contract or health maintenance organization (HMO) contract offered by a health insurance issuer.  "Health insurance issuer" means an insurance company, insurance service or insurance organization (including an HMO) that is required to be licensed to engage in the business of insurance in a state and that is subject to the state law that regulates insurance.

---

# GLOSSARY (continued)

---

***Health status-related factor*** means any of the following:

- Health status or medical history;
- Medical condition, either physical or mental;
- Claims experience;
- Receipt of health care;
- Genetic information;
- Disability; or
- Evidence of insurability, including conditions arising out of acts of domestic violence.

***Home health care agency*** means a *home health care agency* or *hospital* which meets all of the following requirements:

- It must primarily provide skilled nursing services and other therapeutic services under the supervision of physicians or registered nurses;

- It must be operated according to established processes and procedures by a group of medical professionals, including *health care practitioners* and *nurses*;

- It must maintain clinical records on all patients; and

- It must be licensed by the jurisdiction where it is located, if licensure is required. It must be operated according to the laws of that jurisdiction which pertains to agencies providing home health care.

***Home health care plan*** means a plan of care and treatment for *you* to be provided in *your* home. To qualify, the *home health care plan* must be established and approved by a *health care practitioner*. The services to be provided by the plan must require the skills of a *nurse*, or another *health care practitioner* and must not be for *custodial care*.

***Hospice care program*** means a coordinated, interdisciplinary program provided by a hospice that is designed to meet the special physical, psychological, spiritual and social needs of a terminally ill *covered person* and his or her immediate covered family members, by providing *palliative care* and supportive medical, nursing and other services through at-home or *inpatient* care. A hospice must be licensed by the laws of the jurisdiction where it is located and must be operated as a hospice as defined by those laws. It must provide a program of treatment for at least two unrelated individuals who have been medically diagnosed as having no reasonable prospect for cure for their *sickness* and, as estimated by their physicians, are expected to live 18 months or less as a result of that *sickness*.

***Hospital*** means an institution that meets all of the following requirements:

- It must provide, for a fee, medical care and treatment of sick or injured patients on an *inpatient* basis;

- It must provide or operate, either on its premises or in facilities available to the *hospital* on a pre-arranged basis, medical, diagnostic and surgical facilities. The requirement for provision or operation of surgical facilities does not apply to a *hospital* that is primarily for the rehabilitation of physical disability. Claims may not be denied for care or services provided for the treatment of a physical disability by a licensed *hospital* accredited by one of the organizations listed below even if such *hospital* lacks major surgical facilities;

---

# GLOSSARY (continued)

- Care and treatment must be given by and supervised by physicians. Nursing services must be provided on a 24-hour basis and must be given by or supervised by registered nurses;

- It must be licensed by the laws of the jurisdiction where it is located. It must be operated as a *hospital* as defined by those laws; and

- It must <u>not</u> be primarily a:

    - Convalescent, rest or nursing home; or
    - Facility providing custodial or educational care.

The *hospital* must be accredited by one of the following:

- The Joint Commission on the Accreditation of Hospitals;
- The American Osteopathic Hospital Association; or
- The Commission on the Accreditation of Rehabilitative Facilities.

# I

***Immune effector cell therapy*** means immune cells or other blood products that are engineered outside of the body and infused into a patient. *Immune effector cell therapy* may include acquisition, integral chemotherapy components and engineered immune cell infusion.

***Infertility services*** mean any treatment, supply, medication, or service provided to achieve pregnancy or to achieve or maintain ovulation. This includes:

- Artificial insemination;
- In vitro fertilization;
- Gamete Intrafallopian Transfer (GIFT);
- Zygote Intrafallopian Transfer (ZIFT);
- Tubal ovum transfer;
- Embryo freezing or transfer;
- Sperm storage or banking;
- Ovum storage or banking;
- Embryo or zygote banking; and
- Any other assisted reproductive techniques or cloning methods.

***Inpatient*** means *you* are *confined* as a registered bed patient.

***Intensive outpatient program*** means *outpatient* services providing:

- Group therapeutic sessions greater than one hour a day, three days a week;
- *Behavioral health* therapeutic focus;
- Group sessions centered on cognitive behavioral constructs, social/occupational/educational skills development and family interaction;
- Additional emphasis on recovery strategies, monitoring of participation in 12-step programs and random drug screenings for the treatment of *chemical dependency*; and
- Physician availability for medical and medication management.

---

# GLOSSARY (continued)

*Intensive outpatient program* does <u>not</u> include services that are for:

- *Custodial care*; or
- Day care.

# J

# K

# L

**Late applicant** means an *employee* or *dependent* who requests enrollment for coverage under the *master group contract* more than 31 days or more than 60 days for a newborn, adopted child or foster child after his or her *eligibility date*, later than the time period specified in the "Special enrollment" provision, or after the *open enrollment period*.

# M

**Maintenance care** means services and supplies furnished mainly to:

- Maintain, rather than improve, a level of physical or mental function; or
- Provide a protected environment free from exposure that can worsen the *covered person's* physical or mental condition.

**Master group contract** means the legal agreement between *us* and the *group plan sponsor*, including the Employer Group Application and *certificate*, together with any riders, amendments and endorsements.

**Maximum allowable fee** for a *covered expense* is the lesser of:

- The fee charged by the provider for the services;

- The fee that has been negotiated with the provider whether directly or through one or more intermediaries or shared savings contracts for the services;

- The fee established by *us* by comparing rates from one or more regional or national databases or schedules for the same or similar services from a geographical area determined by *us*;

- The fee based upon rates negotiated by *us* or other payors with one or more *network providers* in a geographic area determined by *us* for the same or similar services;

---

# GLOSSARY (continued)

- The fee based upon the provider's cost for providing the same or similar services as reported by such provider in its most recent publicly available *Medicare* cost report submitted to the Centers for Medicare & Medicaid Services (CMS) annually; or

- The fee based on a percentage determined by *us* of the fee *Medicare* allows for the same or similar services provided in the same geographic area.

*Maximum allowable fee* for a *covered expense* for *emergency care* services provided by *non-network providers* in a *hospital's* emergency department is an amount equal to the greatest of:

- The fee negotiated with *network providers*;
- The fee calculated using the same method to determine *maximum allowable fee* for a *covered expense*, other than *emergency care* services provided by *non-network providers*; or
- The fee paid by *Medicare* for the same services.

**Medicaid** means a state program of medical care for needy persons, as established under Title 19 of the Social Security Act of 1965, as amended.

**Medically necessary** means health care services that a *health care practitioner* exercising prudent clinical judgment would provide to his or her patient for the purpose of preventing, evaluating, diagnosing, or treating a *sickness* or *bodily injury*, or its symptoms.  Such health care service must be:

- In accordance with nationally recognized standards of medical practice;

- Clinically appropriate in terms of type, frequency, extent, site and duration, and considered effective for the patient's *sickness* or *bodily injury*;

- Neither sourced from a location, nor provided primarily for the convenience of the patient, physician or other health care provider;

- Not more costly than an alternative source, service or sequence of services at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of the patient's *sickness* or *bodily injury*; and

- Performed in the least costly site or sourced from, or provided by the least costly *qualified provider*.

For the purpose of *medically necessary*, generally accepted standards of medical practice means standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, Physician Specialty Society recommendations, the views of physicians practicing in relevant clinical areas and any other relevant factors.

---

# GLOSSARY (continued)

***Medically necessary leave of absence*** means a leave of absence for a *dependent* adult child, who is no longer enrolled for sufficient course credits to maintain full-time status as defined by an accredited secondary school, college or university, or licensed technical school or had any other change in enrollment at such institution.

The *medically necessary leave of absence* must:

- Begin due to a *bodily injury* or *sickness*;
- Be determined necessary by the *dependent* adult child's *health care practitioner*, who must send *us* written certification; and
- Cause the *dependent* adult child to lose full-time student status as defined in the definition of *"dependent."*

***Medicare*** means a program of medical insurance for the aged and disabled, as established under Title 18 of the Social Security Act of 1965, as amended.

***Mental health services*** mean those diagnoses and treatments related to the care of a *covered person* who exhibits a mental, nervous or emotional condition classified in the Diagnostic and Statistical Manual of Mental Disorders.

***Morbid obesity*** means a body mass index (BMI) as determined by a *health care practitioner* as of the date of service of:

- 40 kilograms or greater per meter squared ($kg/m^2$); or

- 35 kilograms or greater per meter squared ($kg/m^2$) with an associated comorbid condition such as hypertension, type II diabetes, life-threatening cardiopulmonary conditions, or joint disease that is treatable, if not for the obesity.

# N

***Network facility*** means a *hospital*, *hospital outpatient* department or *ambulatory surgical center* that has been designated as such or has signed an agreement with *us* as an independent contractor, or has been designated by *us* to provide services to all *covered persons*. *Network facility* designation by *us* may be limited to specified services.

***Network health care practitioner*** means a *health care practitioner,* who has been designated as such or has signed an agreement with *us* as an independent contractor, or who has been designated by *us* to provide services to all *covered persons*. *Network health care practitioner* designation by *us* may be limited to specified services.

***Network hospital*** means a *hospital* which has been designated as such or has signed an agreement with *us* as an independent contractor, or has been designated by *us* to provide services to all *covered persons*. *Network hospital* designation by *us* may be limited to specified services.

---

# GLOSSARY (continued)

***Network provider*** means a *hospital*, *health care treatment facility*, *health care practitioner*, or other health services provider who is designated as such or has signed an agreement with *us* as an independent contractor, or who has been designated by *us* to provide services to all *covered persons*. *Network provider* designation by *us* may be limited to specified services.

***Non-network health care practitioner*** means a *health care practitioner* who has <u>not</u> been designated by *us* as a *network health care practitioner*.

***Non-network hospital*** means a *hospital* which has <u>not</u> been designated by *us* as a *network hospital*.

***Non-network provider*** means a *hospital*, *health care treatment facility*, *health care practitioner*, or other health services provider who has <u>not</u> been designated by *us* as a *network provider*.

***Nurse*** means a registered nurse (R.N.), a licensed practical nurse (L.P.N.), or a licensed vocational nurse (L.V.N.).

# O

***Observation status*** means *you* are receiving *hospital outpatient* services to help the *health care practitioner* decide if *you* need to be admitted as an *inpatient*.

***Open enrollment period*** means no less than a 31-day period of time, occurring annually for the *group*, during which *employees* have an opportunity to enroll themselves and their eligible *dependents* for coverage under the *master group contract*.

***Oral surgery*** means procedures to correct diseases, injuries and defects of the jaw and mouth structures. These procedures include the following:

- Surgical removal of full bony impactions;
- Mandibular or maxillary implant;
- Maxillary or mandibular frenectomy;
- Alveolectomy and alveoplasty;
- Orthognathic *surgery*;
- *Surgery* for treatment of temporomandibular joint syndrome/dysfunction; and
- Periodontal surgical procedures, including gingivectomies.

***Originating site*** means the location of a *covered person* at the time a *telehealth* or *telemedicine* service is being furnished.

---

# GLOSSARY (continued)

***Out-of-pocket limit*** means the amount of any *copayments*, *deductibles* and *coinsurance* for *covered expenses*, which *you* must pay, either individually or combined as a covered family, per *year* before a benefit percentage is increased.

***Outpatient*** means *you* are not *confined* as a registered bed patient.

***Outpatient surgery*** means *surgery* performed in a *health care practitioner's* office, *ambulatory surgical center*, or the *outpatient* department of a *hospital*.

# P

***Palliative care*** means care given to a *covered person* to relieve, ease, or alleviate, but not to cure, a *bodily injury* or *sickness*.

***Partial hospitalization*** means *outpatient* services provided by a *hospital* or *health care treatment facility* in which patients do not reside for a full 24-hour period and:

- Has a comprehensive and intensive interdisciplinary psychiatric treatment for minimum of 5 hours a day, 5 days per week under the supervision of a psychiatrist for *mental health services* or a psychiatrist or addictionologist for *chemical dependency*, and patients are seen by a psychiatrist or addictionologist, as applicable, at least once a week;

- Provides for social, psychological and rehabilitative training programs with a focus on reintegration back into the community and admits children and adolescents who must have a treatment program designed to meet the special needs of that age range; and

- Has physicians and appropriately licensed behavioral health practitioners readily available for the emergent and urgent needs of the patients.

The *partial hospitalization* program must be accredited by the Joint Commission of the Accreditation of Hospitals or in compliance with an equivalent standard.

Licensed drug abuse rehabilitation programs and alcohol rehabilitation programs accredited by the Joint Commission on the Accreditation of Health Care Organizations or approved by the appropriate state agency are also considered *partial hospitalization* services.

*Partial hospitalization* does not include services that are for:

- *Custodial care*; or
- Day care.

***Periodontics*** means the branch of dentistry concerned with the study, prevention, and treatment of diseases of the tissues and bones supporting the teeth. *Periodontics* includes the following dental procedures, related tests or treatment and follow-up care:

- Periodontal maintenance;
- Scaling and root planing;
- Gingivectomy;
- Gingivoplasty; or
- Osseous surgical procedures.

# GLOSSARY (continued)

***Pre-surgical/procedural testing*** means:

- Laboratory tests or radiological examinations done on an *outpatient* basis in a *hospital* or other facility accepted by the *hospital* before *hospital confinement* or *outpatient surgery* or procedure;
- The tests must be accepted by the *hospital* or *health care practitioner* in place of like tests made during *confinement*; and
- The tests must be for the same *bodily injury* or *sickness* causing *you* to be *hospital confined* or to have the *outpatient surgery* or procedure.

***Preauthorization*** means approval by *us*, or *our* designee, of a service prior to it being provided. Certain services require medical review by *us* in order to determine eligibility for coverage.

*Preauthorization* is granted when such a review determines that a given service is a *covered expense* according to the terms and provisions of the *master group contract*.

***Prescription*** means a direct order for the preparation and use of a drug, medicine or medication. The *prescription* must be written by a *health care practitioner* and provided to a *pharmacist* for *your* benefit and used for the treatment of a *sickness* or *bodily injury*, which is covered under this plan, or for drugs, medicines or medications on the Preventive Medication Coverage *drug list*. The drug, medicine or medication must be obtainable only by *prescription* or must be obtained by *prescription* for drugs, medicines or medications on the Preventive Medication Coverage *drug list*. The *prescription* may be given to the *pharmacist* verbally, *electronically* or in writing by the *health care practitioner*. The *prescription* must include at least:

- *Your* name;
- The type and quantity of the drug, medicine or medication prescribed, and the directions for its use;
- The date the *prescription* was prescribed; and
- The name and address of the prescribing *health care practitioner*.

***Preventive services*** means services in the following recommendations appropriate for *you* during *your* plan *year*:

- Services with an A or B rating in the current recommendations of the U.S. Preventive Services Task Force (USPSTF).
- Immunizations recommended by the Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention (CDC).
- Preventive care for infants, children and adolescents provided in the comprehensive guidelines supported by the Health Resources and Services Administration (HRSA).
- Preventive care for women provided in the comprehensive guidelines supported by HRSA.

For the recommended *preventive services* that apply to *your* plan *year*, refer to the www.healthcare.gov website or call the customer service telephone number on *your* ID card. Refer to the "Preventive services" provision in the "Covered Expenses" section which includes *preventive services* covered by the *policy*.

---

# GLOSSARY (continued)

**Primary care physician** means a *network health care practitioner* who provides initial and primary care services to *covered persons*, maintains the continuity of *covered persons'* medical care and helps direct *covered persons* to *specialty care physicians* and other providers.

A *primary care physician* is a *health care practitioner* in one of the following specialties:

- Family medicine/General practice;
- Internal medicine; and
- Pediatrics.

# Q

**Qualified provider** means a person, facility or any other health care provider:

- That is licensed by the appropriate state agency to:

    - Diagnose, prevent or treat a *sickness* or *bodily injury*; or
    - Provide *preventive services*;

 A *qualified provider* must provide services within the scope of their license and their primary purpose must be to provide health care services.

# R

**Rehabilitation facility** means any licensed public or private establishment which has permanent facilities that are equipped and operated primarily to render physical and occupational therapies, diagnostic services and other therapeutic services.

**Rescission, rescind** or **rescinded** means a cancellation or discontinuance of coverage that has a retroactive effect.

**Residential treatment facility** means an institution that:

- Is licensed as a 24-hour residential facility for *behavioral health* treatment, although <u>not</u> licensed as a *hospital*;

- Provides a multidisciplinary treatment plan in a controlled environment, under the supervision of a physician who is able to provide treatment on a daily basis;

- Provides supervision and treatment by a Ph.D. psychologist, licensed therapist, psychiatric nursing staff or registered nurse;

- Provides programs such as social, psychological, family counseling and rehabilitative training, age appropriate for the special needs of the age group of patients, with focus on reintegration back into the community; and

- Provides structured activities throughout the day and evening, for a minimum of 6 hours a day.

Residential treatment is utilized to provide structure, support and reinforcement of the treatment required to reverse the course of behavioral deterioration.

---

# GLOSSARY (continued)

**Retail clinic** means a *health care treatment facility*, located in a retail store, that is often staffed by nurse practitioners and physician assistants who provide minor medical services on a "walk-in" basis (no appointment required).

**Room and board** means all charges made by a *hospital* or other *health care treatment facility* on its own behalf for room and meals and all general services and activities needed for the care of registered bed patients.

**Routine nursery care** means the charges made by a *hospital* or licensed birthing center for the use of the nursery.  It includes normal services and supplies given to well newborn children following birth. *Health care practitioner* visits are not considered *routine nursery care*.  Treatment of a *bodily injury*, *sickness*, birth abnormality, or *congenital anomaly* following birth and care resulting from prematurity is <u>not</u> considered *routine nursery care*.

**Routine patient care** means all health care services, including drugs, items, devices and services that would otherwise be covered under the *certificate* if those health care services were not provided in connection with an approved cancer clinical trial, including the following:

- Absent a cancer clinical trial;
- Required only for the provision of the investigational drug, item, device or service;
- Required for clinical appropriate monitoring of the investigational item of service; and
- Needed for the reasonable, necessary care resulting from the investigations of the drug, item, device or service, including the diagnosis or treatment of complications.

# S

**Self-administered injectable drugs** means an FDA-approved medication which a person may administer to himself or herself by means of intramuscular, intravenous or subcutaneous injection, excluding insulin, and prescribed for use by *you*.

**Service area** means the geographic area designated by *us*, or as otherwise agreed upon between the *group plan sponsor* and *us* and approved by the Department of Insurance of the state in which the *master group contract* is issued, if such approval is required.  The *service area* is the geographic area where the *network provider* services are available to *you*.  A description of the *service area* is provided in the provider directories.

**Sickness** means a disturbance in function or structure of the body which causes physical signs or physical symptoms and which, if left untreated, will result in a deterioration of the health state of the structure or system(s) of the body.  The term also includes: (a) pregnancy; (b) any medical complications of pregnancy; and (c) *behavioral health*.

---

# GLOSSARY (continued)

***Skilled nursing facility*** means a licensed institution (other than a *hospital*, as defined) which meets all of the following requirements:

- It must provide permanent and full-time bed care facilities for resident patients;
- It must maintain, on the premises and under arrangements, all facilities necessary for medical care and treatment;
- It must provide such services under the supervision of physicians at all times;
- It must provide 24-hours-a-day nursing services by or under the supervision of a registered nurse; and
- It must maintain a daily record for each patient.

A *skilled nursing facility* is <u>not</u>, except by incident, a rest home, a home for the care of the aged, or engaged in the care and treatment of *chemical dependency*.

***Sound natural tooth*** means a tooth that:

- Is organic and formed by the natural development of the body (not manufactured, capped, crowned or bonded);
- Has not been extensively restored;
- Has not become extensively decayed or involved in periodontal disease; and
- Is not more susceptible to injury than a whole natural tooth (for example a tooth that has not been previously broken, chipped, filled, cracked or fractured).

***Special enrollment date*** means the date of:

- Change in family status after the *eligibility date*;
- Loss of other coverage under another group health plan or other *health insurance coverage*;
- COBRA exhaustion;
- Loss of coverage under *your employer's* alternate plan;
- Termination of your *Medicaid* coverage or your Children's Health Insurance Program (CHIP) coverage as a result of loss of eligibility; or
- Eligibility for a premium assistance subsidy under *Medicaid* or CHIP.

To be eligible for special enrollment, *you* must meet the requirements specified in the "Special enrollment" provision within the "Eligibility and Effective Dates" section of this *certificate*.

***Specialty care physician*** means a *health care practitioner* who has received training in a specific medical field other than the specialties listed as primary care.

***Specialty drug*** means a drug, medicine, medication, or biological used as a specialized therapy developed for chronic, complex *sicknesses* or *bodily injuries*. *Specialty drugs* may:

- Be injected, infused or require close monitoring by a *health care practitioner* or clinically trained individual;
- Require nursing services or special programs to support patient compliance;
- Require disease-specific treatment programs;
- Have limited distribution requirements; or
- Have special handling, storage or shipping requirements.

---

# GLOSSARY (continued)

*Stem cell* means the transplant of human blood precursor cells.  Such cells may be derived from bone marrow, circulating blood, or a combination of bone marrow and circulating blood obtained from the patient in an autologous transplant, from a matched related or unrelated donor, or cord blood.  The *stem cell* transplant includes the harvesting, integral chemotherapy components and the *stem cell* infusion.  A *stem cell* transplant is commonly referred to as a bone marrow transplant.

*Surgery* means procedures categorized as Surgery in either the:

- Current Procedural Terminology (CPT) manuals published by the American Medical Association; or
- Healthcare Common Procedure Coding System (HCPCS) Level II manual published by the Centers for Medicare & Medicaid Services (CMS).

The term *surgery* includes:

- Excision or incision of the skin or mucosal tissues;
- Insertion for exploratory purposes into a natural body opening;
- Insertion of instruments into any body opening, natural or otherwise, done for diagnostic or other therapeutic purposes;
- Treatment of fractures;
- Procedures to repair, remove or replace any body part or foreign object in or on the body; and
- Endoscopic procedures.

*Surgical assistant* means a *health care practitioner* who assists at *surgery* and is not a Doctor of Medicine (MD), Doctor of Osteopathic Medicine (DO) or Doctor of Podiatric Medicine (DPM), or where state law does not require that specific *health care practitioners* be treated and reimbursed the same as an MD, DO or DPM.

# T

*Telehealth* means an audio and video real-time interactive communication between a patient and *a health care practitioner* at a *distant site*.

*Telemedicine* means services, other than *telehealth*, provided via telephonic or electronic communications.

*Total disability* or *totally disabled* means *your* continuing inability, as a result of a *bodily injury* or *sickness*, to perform the material and substantial duties of any job for which *you* are or become qualified by reason of education, training or experience.

The term also means a *dependent's* inability to engage in the normal activities of a person of like age.  If the *dependent* is employed, the *dependent* must be unable to perform his or her job.

# U

*Urgent care* means health care services provided on an *outpatient* basis for an unforeseen condition that usually requires attention without delay but does not pose a threat to life, limb or permanent health of the *covered person*.

## GLOSSARY (continued)

*Urgent care center* means any licensed public or private non-*hospital free-standing facility* which has permanent facilities equipped to provide *urgent care services*.

# V

# W

*Waiting period* means the period of time, elected by the *group plan sponsor*, that must pass before an *employee* is eligible for coverage under the *master group contract*.

*We*, *us* or *our* means the offering company as shown on the cover page of the *master group contract* and *certificate*.

# X

# Y

*Year* means the period of time which begins on any January 1st and ends on the following December 31st.  When *you* first become covered by the *master group contract*, the first *year* begins for *you* on the *effective date* of *your* coverage and ends on the following December 31st.

*You* or *your* means any *covered person*.

# Z

# GLOSSARY – PHARMACY SERVICES

All terms used in the "Schedule of Benefits – Pharmacy Services," "Covered Expenses – Pharmacy Services" and "Limitations and Exclusions – Pharmacy Services" sections have the same meaning given to them in the "Glossary" section of this *certificate*, unless otherwise specifically defined below:

## A

## B

**Brand-name drug** means a drug, medicine or medication that is manufactured and distributed by only one pharmaceutical manufacturer, or any drug product that has been designated as brand-name by an industry-recognized source used by *us*.

## C

**Coinsurance** means the amount expressed as a percentage of the *covered expense* that *you* must pay toward the cost of each separate *prescription* fill or refill dispensed by a *pharmacy*.

**Copayment** means the specified dollar amount to be paid by *you* toward the cost of each separate *prescription* fill or refill dispensed by a *pharmacy*.

**Cost share** means any applicable *prescription drug deductible*, *copayment* and *coinsurance* that *you* must pay per *prescription* fill or refill.

## D

**Default rate** means the fee based on rates negotiated by *us* or other payers with one or more *network providers* in a geographic area determined by *us* for the same or similar *prescription* fill or refill.

**Dispensing limit** means the monthly drug dosage limit and/or the number of months the drug usage is commonly prescribed to treat a particular condition, as determined by *us*.

**Drug list** means a list of covered *prescription* drugs, medicines or medications and supplies specified by *us*.

## E

## F

# GLOSSARY – PHARMACY SERVICES (continued)

## G

***Generic drug*** means a drug, medicine or medication that is manufactured, distributed, and available from a pharmaceutical manufacturer and identified by the chemical name, or any drug product that has been designated as generic by an industry-recognized source used by *us*.

## H

## I

## J

## K

## L

***Legend drug*** means any medicinal substance, the label of which, under the Federal Food, Drug and Cosmetic Act, is required to bear the legend: "Caution: Federal Law Prohibits dispensing without prescription."

***Level 1 drugs*** mean a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by *us* as level 1.

***Level 2 drugs*** mean a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by *us* as level 2.

***Level 3 drugs*** mean a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by *us* as level 3.

***Level 4 drugs*** mean a category of *prescription* drugs, medicines or medications within the *drug list* that are designated by *us* as level 4.

# GLOSSARY – PHARMACY SERVICES (continued)

## M

***Mail order pharmacy*** means a *pharmacy* that provides covered *mail order pharmacy* services, as defined by *us*, and delivers covered *prescription* drug, medicine or medication fills or refills through the mail to *covered persons*.

## N

***Network pharmacy*** means a *pharmacy* that has signed a direct agreement with *us* or has been designated by *us* to provide:

- Covered *pharmacy* services;
- Covered *specialty pharmacy* services; or
- Covered *mail order pharmacy* services,

as defined by *us*, to *covered persons*, including covered *prescription* fills or refills delivered to *your* home or health care provider.

***Non-network pharmacy*** means a *pharmacy* that has <u>not</u> signed a direct agreement with *us* or has <u>not</u> been designated by *us* to provide:

- Covered *pharmacy* services;
- Covered *specialty pharmacy* services; or
- Covered *mail order pharmacy* services,

as defined by *us*, to *covered persons*, including covered *prescription* fills or refills delivered to *your* home or health care provider.

## O

## P

***Pharmacist*** means a person, who is licensed to prepare, compound and dispense medication, and who is practicing within the scope of his or her license.

***Pharmacy*** means a licensed establishment where *prescription* drugs, medicines or medications are dispensed by a *pharmacist*.

***Prescription drug deductible*** means the specified dollar amount for *prescription* drug *covered expenses* which *you*, either individually or combined as a covered family, must pay per *year* before *we* pay *prescription* drug benefits under the *master group contract*.  These expenses do <u>not</u> apply toward any other *deductible*, if any, stated in the *master group contract*.

## GLOSSARY – PHARMACY SERVICES (continued)

***Prior authorization*** means the required prior approval from *us* for the coverage of certain *prescription* drugs, medicines or medications, including *specialty drugs*. The required prior approval from *us* for coverage includes the dosage, quantity and duration, as *medically necessary* for the *covered person*.

# Q

# R

# S

***Specialty pharmacy*** means a *pharmacy* that provides covered *specialty pharmacy* services, as defined by *us*, to *covered persons*.

***Step therapy*** means a requirement for *you* to first try certain drugs, medicines or medications or *specialty drugs* to treat *your* medical condition before *we* will cover another *prescription* drug, medicine, medication or *specialty drug* for that condition.

# T

# U

# V

# W

# X

# Y

# Z

**Humana**®

Toll Free:  1-888-357-6767
3501 SW 160th Avenue
Miramar, FL  33027

OFFERED BY
Humana Medical Plan, Inc.

## FEDERAL NOTICES

**The following pages contain important information about certain federal laws. There may be differences between the Certificate of Insurance or Evidence of Coverage and this Notice packet. There may also be differences between this notice packet and state law. You are eligible for the rights more beneficial to you, unless preempted by state or federal law.**

**This section includes notices about:**

**Federal legislation**

       **Women's health and cancer rights act**

       **Statement of rights under the newborns' and mothers' health Protection act**

       **Medical child support orders**

       **General notice of COBRA continuation of coverage rights**

       **Tax equity and fiscal responsibility act of 1982 (TEFRA)**

       **Family and medical leave act (FMLA)**

       **Uniformed services employment and reemployment rights act of 1994 (USERRA)**

       **Your rights under ERISA**

       **Patient protection act**

---

# FEDERAL NOTICES (continued)

## Federal legislation

### Women's health and cancer rights act of 1998
### Required coverage for reconstructive surgery following mastectomies

Under federal law, group health plans and health insurance issuers offering group health insurance providing medical and surgical benefits with respect to mastectomy shall provide, in a case of a participant or beneficiary who is receiving benefits in connection with a mastectomy and who elects breast reconstruction in connection with such mastectomy, coverage for:

- Reconstruction of the breast on which the mastectomy has been performed;
- Surgery and reconstruction of the other breast to produce symmetrical appearance; and
- Prostheses and physical complications of all stages of mastectomy, including lymphedemas;

in a manner determined in consultation with the attending physician and the patient. Such coverage may be subject to annual deductibles and coinsurance provisions as may be deemed appropriate and as are consistent with those established for other benefits under the plan.

## Statement of rights under the newborns' and mothers' health protection act (NMHPA)

### If your plan covers normal pregnancy benefits, the following notice applies to you.

Under federal law, group health plans and health insurance issuers offering group health insurance coverage generally may not restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery or less than 96 hours following a delivery by cesarean section. However, the plan or issuer may pay for a shorter stay if the attending provider (e.g., physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under federal law, group health plans and health insurance issuers may not set the level of benefits or out-of-pocket costs so any later portion of the 48-hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, a group health plan or health insurance issuer may not, under federal law, require a physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers or facilities, or to reduce your out-of-pocket costs, you may be required to obtain pre-authorization. For information on pre-authorization, contact your plan administrator.

## Medical child support orders

An individual who is a child of a covered employee shall be enrolled for coverage under the group health plan in accordance with the direction of a Qualified Medical Child Support Order (QMCSO) or a National Medical Support Notice (NMSO).

2

---

# FEDERAL NOTICES (continued)

---

A QMCSO is a state-court order or judgment, including approval of a settlement agreement that:

- Provides for support of a covered employee's child;
- Provides for health care coverage for that child;
- Is made under state domestic relations law (including a community property law);
- Relates to benefits under the group health plan; and
- Is "qualified," i.e., it meets the technical requirements of ERISA or applicable state law.

QMCSO also means a state court order or judgment enforcing state Medicaid law regarding medical child support required by the Social Security Act §1908 (as added by Omnibus Budget Reconciliation Act of 1993).

An NMSO is a notice issued by an appropriate agency of a state or local government that is similar to a QMCSO requiring coverage under the group health plan for a dependent child of a non-custodial parent who is (or will become) a covered person by a domestic relations order providing for health care coverage.

Procedures for determining the qualified status of medical child support orders are available at no cost upon request from the plan administrator.

## General notice of COBRA continuation coverage rights

### Introduction

You are getting this notice because you recently gained coverage under a group health plan (the Plan). This notice has important information about your right to COBRA continuation coverage, which is a temporary extension of coverage under the Plan. **This notice explains COBRA continuation coverage, when it may become available to you and your family, and what you need to do to protect your right to get it.** When you become eligible for COBRA, you may also become eligible for other coverage options that may cost less than COBRA continuation coverage.

The right to COBRA continuation coverage was created by a federal law, the Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA). COBRA continuation coverage can become available to you and other members of your family when group health coverage would otherwise end. For more information about your rights and obligations under the Plan and under federal law, you should review the Plan's Summary Plan Description or contact the Plan Administrator.

**You may have other options available to you when you lose group health coverage.** For example, you may be eligible to buy an individual plan through the Health Insurance Marketplace. By enrolling in coverage through the Marketplace, you may qualify for lower costs on your monthly premiums and lower out-of-pocket costs. Additionally, you may qualify for a 30-day special enrollment period for another group health plan for which you are eligible (such as a spouse's plan), even if that plan generally doesn't accept late enrollees.

# FEDERAL NOTICES (continued)

**What is COBRA continuation coverage?**

COBRA continuation coverage is a continuation of Plan coverage when it would otherwise end because of a life event. This is also called a "qualifying event." Specific qualifying events are listed later in this notice. After a qualifying event, COBRA continuation coverage must be offered to each person who is a "qualified beneficiary". You, your spouse, and your dependent children could become qualified beneficiaries if coverage under the Plan is lost because of the qualifying event. Under the Plan, qualified beneficiaries who elect COBRA continuation coverage must pay for COBRA continuation coverage.

If you are an employee, you will become a qualified beneficiary if you to lose your coverage under the Plan because of the following qualifying events:

- Your hours of employment are reduced; or
- Your employment ends for any reason other than your gross misconduct.

If you are the spouse of an employee, you will become a qualified beneficiary if you to lose your coverage under the Plan because of the following qualifying events:

- Your spouse dies;
- Your spouse's hours of employment are reduced;
- Your spouse's employment ends for any reason other than his or her gross misconduct;
- Your spouse becomes entitled to Medicare benefits (under Part A, Part B, or both); or
- You become divorced or legally separated from your spouse.

Your dependent children will become qualified beneficiaries if they lose coverage under the Plan because of the following events:

- The parent-employee dies;
- The parent-employee's hours of employment are reduced;
- The parent-employee's employment ends for any reason other than his or her gross misconduct;
- The parent-employee becomes entitled to Medicare benefits (Part A, Part B, or both);
- The parents become divorced or legally separated; or
- The child stops being eligible for coverage under the plan as a "dependent child".

Sometimes, filing a proceeding in bankruptcy under title 11 of the United States Code can be a qualifying event. If a proceeding in bankruptcy is filed with respect to the employer, and that bankruptcy results in the loss of coverage of any retired employee covered under the Plan, the retired employee will become a qualified beneficiary. The retired employee's spouse, surviving spouse, and dependent children will also become qualified beneficiaries if bankruptcy results in the loss of their coverage under the Plan.

**When is COBRA coverage available?**

The plan will offer COBRA continuation coverage to qualified beneficiaries only after the Plan Administrator has been notified that a qualifying event has occurred. The employer must notify the Plan Administrator of the following qualifying events:

- The end of employment or reduction of hours of employment;
- Death of the employee;
- Commencement of a proceeding in bankruptcy with respect to the employer; or
- The employee's becoming entitled to Medicare benefits (under Part A, Part B, or both).

---

# FEDERAL NOTICES (continued)

**For all other qualifying events (divorce or legal separation of the employee and spouse or a dependent child's losing eligibility for coverage as a dependent child), you must notify the Plan Administrator within 60 days after the qualifying event occurs.**

### How is COBRA Coverage Provided?

Once the Plan Administrator receives notice that a qualifying event has occurred, COBRA continuation coverage will be offered to each of the qualified beneficiaries. Each qualified beneficiary will have an independent right to elect COBRA continuation coverage. Covered employees may elect COBRA continuation coverage on behalf of their spouses, and parents may elect COBRA continuation coverage on behalf of their children.

COBRA continuation coverage is a temporary continuation of coverage that generally lasts for 18 months due to employment termination or reduction of hours of work. Certain qualifying events, or a second qualifying event during the initial period of coverage, may permit a beneficiary to receive a maximum of 36 months of coverage.

There are also ways in which this 18-month period of COBRA continuation coverage can be extended:

- *Disability extension of 18-month period of continuation coverage* - If you or anyone in your family covered under the Plan is determined by Social Security to be disabled and you notify the Plan Administrator in a timely fashion, you and your entire family may be entitled to get up to an additional 11 months of COBRA continuation coverage, for a maximum of 29 months. The disability would have to have started at some time before the 60th day of COBRA continuation coverage and must last at least until the end of the 18-month period of COBRA continuation coverage;

- *Second qualifying event extension of 18-month period of continuation coverage* - If your family experiences another qualifying event during the 18 months of COBRA continuation coverage, the spouse and dependent children in your family can get up to 18 additional months of COBRA continuation coverage, for a maximum of 36 months, if the Plan is properly notified about the second qualifying event. This extension may be available to the spouse and any dependent children getting COBRA continuation coverage if the employee or former employee dies; becomes entitled to Medicare benefits (under Part A, Part B, or both); gets divorced or legally separated; or if the dependent child stops being eligible under the Plan as a dependent child. This extension is only available if the second qualifying event would have caused the spouse or dependent child to lose coverage under the Plan had the first qualifying event not occurred.

### Are there other coverage options besides COBRA Continuation Coverage?

Yes. Instead of enrolling in COBRA continuation coverage, there may be other coverage options for you and your family through the Health Insurance Marketplace, Medicaid, or other group health plan coverage options (such as a spouse's plan) through what is called a "special enrollment period." Some of these options may cost less than COBRA continuation coverage. You can learn more about many of these options at www.healthcare.gov.

5

# FEDERAL NOTICES (continued)

**If you have questions**

Questions concerning your Plan or your COBRA continuation coverage rights should be addressed to the contact or contacts identified below.  For more information about your rights under the Employee Retirement Income Security Act (ERISA), including COBRA, the Patient Protection and Affordable Care Act, and other laws affecting your group health plans, contact the nearest Regional or District Office of the U.S. Department of Labor's Employee Benefits Security Administration (EBSA) in your area or visit www.dol.gov/ebsa.  (Addresses and phone numbers of Regional and District EBSA Offices are available through EBSA's website.)  For more information about the Marketplace, visit www.HealthCare.gov.

**Keep your plan informed of address changes**

To protect your family's rights, let the Plan Administrator know about any changes in the addresses of family members.  You should also keep a copy, for your records, of any notices you send to the Plan Administrator.

**Plan contact information:**

Humana
Billing/Enrollment Department
101 E Main Street
Louisville, KY  40201
1-800-872-7207

## Important notice for individuals entitled to Medicare tax equity and fiscal responsibility act of 1982 (TEFRA) options

Where an employer employs more than 20 people, the Tax Equity And Fiscal Responsibility Act of 1982 (TEFRA) allows covered employees in active service who are age 65 or older and their covered spouses who are eligible for Medicare to choose one of the following options:

- *Option 1* - The benefits of their group health plan will be payable first and the benefits of Medicare will be payable second.
- *Option 2* - Medicare benefits only.  The employee and his or her dependents, if any, will not be insured by the group health plan.

The employer must provide each covered employee and each covered spouse with the choice to elect one of these options at least one month before the covered employee or the insured spouse becomes age 65. All new covered employees and newly covered spouses age 65 or older must be offered these options.  If Option 1 is chosen, its issue is subject to the same requirements as for an employee or dependent that is under age 65.

Under TEFRA regulations, there are two categories of persons eligible for Medicare.  The calculation and payment of benefits by the group health plan differs for each category.

---

# FEDERAL NOTICES (continued)

---

- ***Category 1*** Medicare eligibles are:

    - Covered employees in active service who are age 65 or older who choose Option 1;
    - Age 65 or older covered spouses; and
    - Age 65 or older covered spouses of employees in active service who are either under age 65 or age 70 or older;

- ***Category 2*** Medicare eligibles are any other covered persons entitled to Medicare, whether or not they enrolled.  This category includes, but is not limited to:

    - Retired  employees and their spouses; or
    - Covered dependents of a covered employee, other than his or her spouse.

## Calculation and payment of benefits

For covered persons in Category 1, benefits are payable by the policy without regard to any benefits payable by Medicare.  Medicare will then determine its benefits.

For covered persons in Category 2, Medicare benefits are payable before any benefits are payable by the policy.  The benefits of the policy will then be reduced by the full amount of all Medicare benefits the covered person is entitled to receive, whether or not the eligible individual is actually enrolled for Medicare Benefits.

## Family and Medical Leave Act (FMLA)

If an employee is granted a leave of absence (Leave) by the employer as required by the Federal Family and Medical Leave Act, s/he may continue to be covered under the plan for the duration of the Leave under the same conditions as other employees who are currently employed and covered by the plan. If the employee chooses to terminate coverage during the Leave, or if coverage terminates as a result of nonpayment of any required contribution, coverage may be reinstated on the date the employee returns to work immediately following the end of the Leave.  Charges incurred after the date of reinstatement will be paid as if the employee had been continuously covered.

## Uniformed services employment and reemployment rights act of 1994 (USERRA)

### Continuation of benefits

Effective October 13, 1994, federal law requires health plans offer to continue coverage for employees that are absent due to service in the uniformed services and/or dependents.

### Eligibility

An employee is eligible for continuation under USERRA if he or she is absent from employment because of voluntary or involuntary performance of duty in the Armed Forces, Army National Guard, Air National Guard, or commissioned corps of the Public Health Service.  Duty includes absence for active duty, active duty for training, initial active duty for training, inactive duty training and for the purpose of an examination to determine fitness for duty.

---

# FEDERAL NOTICES (continued)

An employee's dependents that have coverage under the plan immediately prior to the date of the employee's covered absence are eligible to elect continuation under USERRA.

If continuation of Plan coverage is elected under USERRA, the employee or dependent is responsible for payment of the applicable cost of coverage.  If the employee is absent for not longer than 31 days, the cost will be the amount the employee would otherwise pay for coverage.  For absences exceeding 30 days, the cost may be up to 102% of the cost of coverage under the plan.  This includes the employee's share and any portion previously paid by the employer.

### Duration of coverage

If elected, continuation coverage under USERRA will continue until the earlier of:

- 24 months beginning the first day of absence from employment due to service in the uniformed services; or
- The day after the employee fails to apply for a return to employment as required by USERRA, after the completion of a period of service.

Under federal law, the period coverage available under USERRA shall run concurrently with the COBRA period available to an employee and/or eligible dependent.

### Other information

Employees should contact their employer with any questions regarding coverage normally available during a military leave of absence or continuation coverage and notify the employer of any changes in marital status, or change of address.

## Your rights under the Employee Retirement Income Security Act of 1974 (ERISA)

Under ERISA, all plan participants covered by ERISA are entitled to certain rights and protections, as described below.  Notwithstanding anything in the group health plan or group insurance policy, following are a covered person's minimum rights under ERISA.  ERISA requirements do not apply to plans maintained by governmental agencies or churches.

### Information about the plan and benefits

Plan participants may:

- Examine, free of charge, all documents governing the plan.  These documents are available in the plan administrator's office;

- Obtain, at a reasonable charge, copies of documents governing the plan, including a copy of any updated summary plan description and a copy of the latest annual report for the plan (Form 5500), if any, by writing to the plan administrator;

- Obtain, at a reasonable charge, a copy of the latest annual report (Form 5500) for the plan, if any, by writing to the plan administrator.

---

# FEDERAL NOTICES (continued)

---

As a plan participant, you will receive a summary of any material changes made in the plan within 210 days after the end of the plan year in which the changes are made unless the change is a material reduction in covered services or benefits, in which case you will receive a summary of the material reduction within 60 days after the date of its adoption.

If the plan is required to file a summary annual financial report, you will receive a copy from the plan administrator.

**Responsibilities of plan fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the plan. These people, called "fiduciaries" of the plan, have a duty to act prudently and in the interest of plan participants and beneficiaries.

No one, including an employer, may discharge or otherwise discriminate against a plan participant in any way to prevent the participant from obtaining a benefit to which the participant is otherwise entitled under the plan or from exercising ERISA rights.

**Continue group health plan coverage**

Participants may be eligible to continue health care coverage for themselves, their spouse or dependents if there is a loss of coverage under the group health plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review the COBRA notice in this document regarding the rules governing COBRA continuation coverage rights.

**Claims determinations**

If a claim for a plan benefit is denied or disregarded, in whole or in part, participants have the right to know why this was done, to obtain copies of documents relating to the decision without charge and to appeal any denial within certain time schedules.

**Enforce your rights**

Under ERISA, there are steps participants may take to enforce the above rights. For instance:

- If a participant requests a copy of plan documents and does not receive them within 30 days, the participant may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $110 a day until the participant receives the materials, unless the materials were not sent because of reasons beyond the control of the plan administrator;

- If a claim for benefits is denied or disregarded, in whole or in part, the participant may file suit in a state or Federal court;

- If the participant disagrees with the plan's decision, or lack thereof, concerning the qualified status of a domestic relations order or a medical child support order, the participant may file suit in Federal court;

---

# FEDERAL NOTICES (continued)

- If plan fiduciaries misuse the plan's money, or if participants are discriminated against for asserting their rights, they may seek assistance from the U.S. Department of Labor, or may file suit in a Federal court.

The court will decide who should pay court costs and legal fees. If the participant is successful, the court may order the person sued to pay costs and fees. If the participant loses, the court may order the participant to pay the costs and fees.

### Assistance with questions

- Contact the group health plan human resources department or the plan administrator with questions about the plan;

- For questions about ERISA rights, contact the nearest area office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or:

The Division of Technical Assistance and Inquiries
Employee Benefits Security Administration
U.S. Department of Labor
200 Constitution Avenue N.W.
Washington, D.C. 20210;

- Call the publications hotline of the Employee Benefits Security Administration to obtain publications about ERISA rights.

## Patient Protection Act

Humana generally allows the designation of a primary care provider. You have the right to designate any primary care provider who participates in our network and who is available to accept you or your family members. For children, you may designate a pediatrician as the primary care provider. For information on how to select a primary care provider, and for a list of the participating primary care providers, visit our Website at www.humana.com or call the customer service telephone number on your identification card.

If your plan provides coverage for obstetric or gynecological care, you do not need prior authorization from us or from any other person (including a primary care provider) in order to obtain access to this care from a health care professional in our network who specialize in obstetrics or gynecology. The health care professional, however, may be required to comply with certain procedures, including obtaining prior authorization for certain services, following a pre-approved treatment plan, or procedures for making referrals. For a list of participating health care professionals who specialize in obstetrics or gynecology, visit our Website at www.humana.com or call the customer service telephone number on your identification card.

# Appeal and External Review Notice

**The following pages contain important information about Humana's claims procedures, internal appeals and external review. There may be differences between the Certificate of Insurance or Evidence of Coverage and this Notice packet. There may also be differences between this notice packet and state law. You are eligible for the rights more beneficial to you, unless preempted by state or federal law.**

## Federal standards

The Employee Retirement Income Security Act of 1974 (ERISA) established minimum requirements for claims procedures. The Patient Protection and Affordable Care Act (PPACA) including all regulation enforcing PPACA established additional requirements for claims procedures, internal appeal and *external review* processes. Humana complies with these standards. In addition to the procedures below, you should also refer to your insurance benefit plan documents (e.g., the Certificate of Insurance or Evidence of Coverage).

## Definitions

*Adverse benefit determination* means a denial, reduction, or termination of, or a failure to provide or make a payment (in whole or in part) for a benefit based on:

- A determination of your eligibility to participate in the plan or health insurance coverage;
- A determination that the benefit is not covered;
- The imposition of a source-of-injury exclusion, network exclusion, or other limitation on otherwise covered benefits; or
- A determination that a benefit is experimental, investigational, or not medically necessary or appropriate.

An *adverse benefit determination* also includes claims protected under the Federal No Surprises Act and any rescission of coverage.

*Claimant* means a covered person (or authorized representative) who files a claim.

*Clinical peer reviewer* is:

- An expert in the treatment of your medical condition that is the subject of an *external review*;

- Knowledgeable about the recommended healthcare service or treatment through recent or current actual clinical experience treating patients with the same or similar to your medical condition;

- Holds a non-restricted license in a state of the United States and, for physicians, a current certification by a recognized American medical specialty board in the area or areas appropriate to the subject of the *external review*;

- Has no history of disciplinary actions or sanctions, including loss of staff privileges or participation restrictions, that have been taken or are pending by any hospital, governmental agency or unit, or regulatory body that raise a substantial question as to the *clinical peer reviewer's* physical, mental or professional competence or moral character; and

FAE 09/22

---

## **Appeal and External Review Notice (continued)**

---

- Does not have a material professional, family or financial conflict of interest with the *claimant*, Humana and any of the following:

  - The healthcare provider, the healthcare provider's medical group or independent practice association recommending the healthcare service or treatment;
  - The facility at which the recommended healthcare service or treatment would be provided; or
  - The developer or manufacturer of the principal drug, device, procedure or other therapy being recommended.

*Commissioner* means the Commissioner of Insurance.

*Concurrent-care decision* means a decision by the plan to reduce or terminate benefits otherwise payable for a course of treatment that has been approved by the plan (other than by plan amendment or termination) or a decision with respect to a request by a *claimant* to extend a course of treatment beyond the period of time or number of treatments that has been approved by the plan.

*Evidence-based standard* means the conscientious, explicit and judicious use of the current best evidence based on the overall systematic review of the research in making decisions about the care of individual patients.

*External review* means a review of an *adverse benefit determination* including a *final adverse benefit determination* conducted by an *Independent review organization (IRO)*.

*Final adverse benefit determination* means an *adverse benefit determination* that has been upheld by us at the completion of the internal appeals process or when the internal appeals process has been exhausted.

*Group health plan* means an employee welfare benefit plan to the extent the plan provides medical care to employees or their dependents directly (self insured) or through insurance (including HMO plans), reimbursement or otherwise.

*Health insurance issuer* means the offering company listed on the face page of your Certificate of Insurance or Evidence of Coverage and referred to in this document as "Humana," "we," "us," or "our."

*Independent review organization (IRO)* means an entity that conducts independent *external reviews* of *adverse benefit determinations* and *final adverse benefit determinations*. All *IRO's* must be accredited by a nationally recognized private accrediting organization and have no conflicts of interest to influence its independence.

*Medical or scientific evidence* means evidence found in the following sources:

- Peer-reviewed scientific studies published in or accepted for publication by medical journals that meet nationally recognized requirements for scientific manuscripts and that submit most of their published articles for review by experts who are not part of the editorial staff;

FAE 09/22

## **Appeal and External Review Notice (continued)**

- Peer-reviewed medical literature, including literature relating to therapies reviewed and approved by a qualified institutional review board, biomedical compendia and other medical literature that meet the criteria of the National Institutes of Health's Library of Medicine for indexing in Index Medicus (Medline) and Elsevier Science Ltd. for indexing in Excerpta Medicus (EMBASE);

- Medical journals recognized by the Secretary of Health and Human Services;

- The following standard reference compendia:

  - The American Hospital Formulary Service–Drug Information;
  - Drug Facts and Comparisons;
  - The American Dental Association Accepted Dental Therapeutics; and
  - The United States Pharmacopoeia–Drug Information;

- Findings, studies or research conducted by or under the auspices of federal government agencies and nationally recognized federal research institutes, including:

  - The federal Agency for Healthcare Research and Quality;
  - The National Institutes of Health;
  - The National Cancer Institute;
  - The National Academy of Sciences;
  - The Centers for Medicare & Medicaid Services;
  - The federal Food and Drug Administration; and
  - Any national board recognized by the National Institutes of Health for the purpose of evaluating the medical value of health care services; or

- Any other *medical or scientific evidence* that is comparable to the sources listed above.

*Preliminary review* means a review by Humana of an *external review* request to determination if:

- You are or were covered under the plan at the time a service was recommended, requested, or provided;

- The service is covered under the plan except when we determine the service is:

  - Not covered because it does not meet plan requirements for medical necessity, appropriateness, healthcare setting, level of care or effectiveness; or
  - Experimental or investigational for a particular medical condition and is not explicitly listed as an excluded benefit under the plan.

- In the case of experimental or investigational treatment:

  - Your treating physician has certified <u>one</u> of the following situations is applicable:

    - Standard services have not been effective in improving your condition;
    - Standard services are not medically appropriate for you; or
    - There is no available standard service covered by the plan that is more beneficial to you than the recommended or requested service.

---

## Appeal and External Review Notice (continued)

---

- The treating physician certifies in writing:

  - The recommended service is likely to be more beneficial to you, in the physician's opinion, than any available standard services; or

  - Scientifically valid studies using accepted protocols demonstrate the service is likely to be more beneficial to you than any available standard services and the physician is a licensed, board certified or board eligible physician qualified to practice in the area of medicine appropriate to treat your condition.

- The internal appeals process has been exhausted as specified under the "Exhaustion of remedies" section;

- You have provided all information required to process an *external review*; including:

  - An *external review* request form provided with the *adverse benefit determination* or *final adverse benefit determination*; and
  - Release forms authorizing us to disclose protected health information that is pertinent to the *external review*.

*Post-service claim* means any claim for a benefit under a *group health plan* that is not a *pre-service claim*.

*Pre-service claim* means a request for authorization of a benefit for which the plan conditions receipt of the benefit, in whole or in part, on advance approval.

*Urgent-care claim* means a claim for covered services to which the application of the time periods for making non-urgent care determinations:

- Could seriously jeopardize the life or health of the covered person or the ability of the covered person to regain maximum function; or

- In the opinion of a physician with knowledge of the covered person's medical condition, would subject the covered person to severe pain that cannot be adequately managed without the service that is the subject of the claim.

Humana will make a determination of whether a claim is an *urgent-care claim*. However, any claim a physician, with knowledge of a covered person's medical condition, determines is an "*urgent-care claim*" will be treated as a "claim involving urgent care."


## Claim procedures

### Discretionary authority

With respect to paying claims for benefits or determining eligibility for coverage under a policy issued by Humana, Humana as administrator for claims determinations and as ERISA claims review fiduciary, shall have full and exclusive discretionary authority to:

## **Appeal and External Review Notice (continued)**

- Interpret plan provisions;
- Make decisions regarding eligibility for coverage and benefits; and
- Resolve factual questions relating to coverage and benefits.

### Submitting a claim

This section describes how a *claimant* files a claim for plan benefits.  A claim must be filed in writing and delivered by mail, postage prepaid, by FAX or e-mail.  A request for pre-authorization may be filed by telephone.  The claim or request for pre-authorization must be submitted to Humana or to Humana's designee at the address indicated in the covered person's benefit plan document or identification card. This is particularly important with respect to mental health coordinators and other providers to whom Humana has delegated responsibility for claims administration.  Claims will be not be deemed submitted for purposes of these procedures unless and until received at the correct address.

Claims submissions must be in a format acceptable to Humana and compliant with any legal requirements.  Claims not submitted in accordance with the requirements of applicable federal law respecting privacy of protected health information and/or electronic claims standards will not be accepted by Humana.

Claims submissions must be timely.  Claims must be filed as soon as reasonably possible after they are incurred, and in no event later than the period of time described in the benefit plan document.

Claims submissions must be complete and delivered to the designated address.  At a minimum they must include:

- Name of the covered person who incurred the covered expense;
- Name and address of the provider;
- Diagnosis;
- Procedure or nature of the treatment;
- Place of service;
- Date of service; and
- Billed amount.

Presentation of a prescription to a pharmacy does not constitute a claim for benefits under the plan.  If a covered person is required to pay the cost of a covered prescription drug, he or she may submit a written claim for plan benefits to Humana.

A general request for an interpretation of plan provisions will not be considered a claim.  Requests of this type, such as a request for an interpretation of the eligibility provisions of the plan, should be directed to the plan administrator.

### Failure to provide necessary information

If a *pre-service claim* submission is not made in accordance with the plan's requirements, Humana will notify the *claimant* of the problem and how it may be remedied within five days (or as soon as possible but not more than 24 hours, in the case of an *urgent-care claim*).  If a *post-service claim* is not made in accordance with the plan's requirements, it will be returned to the submitter.

FAE 09/22

## Appeal and External Review Notice (continued)

### Authorized representatives

A covered person may designate an authorized representative to act on his or her behalf in pursuing a benefit claim, an internal appeal or an *external review*. The designation must be in writing and must be made by the covered person on Humana's Appointment of Representation (AOR) Form. The date of the covered person's signature must be on or after the denial of the disputed claims, approvals, or authorization. An assignment of benefits does not constitute designation of an authorized representative.

Humana's AOR Form must be submitted to Humana at the time or prior to the date an authorized representative commences a course of action on behalf of the covered person. At the same time, the authorized representative should also provide notice of commencement of the action on behalf of the covered person to the covered person, which Humana may verify with the covered person prior to recognizing authorized representative status.

When a health care provider intends to appeal on behalf of the covered person for a non-urgent care claim, the provider must indicate in their appeal request that they are appealing on behalf of the covered person and include a completed Humana AOR form. If an AOR form is not included with the request, the form will be sent to the provider.

In any event, a health care provider with knowledge of a covered person's medical condition acting in connection with an *urgent-care claim* will be recognized by the plan as the covered person's authorized representative.

Covered persons should carefully consider whether to designate an authorized representative. An authorized representative may make decisions independent of the covered person, such as whether and how to appeal a claim denial.

### Claims decisions

After a determination on a claim is made, Humana will notify the *claimant* within a reasonable time, as follows:

- **Pre-service claims** - Humana will provide notice of a favorable or *adverse benefit determination* within a reasonable time appropriate to the medical circumstances but no later than 15 days after the plan receives the claim.

  This period may be extended by an additional 15 days, if Humana determines the extension is necessary due to matters beyond the control of the plan. Before the end of the initial 15-day period, Humana will notify the *claimant* of the circumstances requiring the extension and the date by which Humana expects to make a decision.

  If the reason for the extension is because Humana does not have enough information to decide the claim, the notice of extension will describe the required information, and the *claimant* will have at least 45 days from the date the notice is received to provide the necessary information.

- **Urgent-care claims** - Humana will determine whether a particular claim is an *urgent-care claim*. This determination will be based on information furnished by or on behalf of a covered person. Humana will exercise its judgment when making the determination with deference to the judgment of a physician with knowledge of the covered person's condition. Humana may require a *claimant* to clarify the medical urgency and circumstances supporting the *urgent-care claim* for expedited decision-making.

## Appeal and External Review Notice (continued)

Notice of a favorable or *adverse benefit determination* will be made by Humana as soon as possible, taking into account the medical urgency particular to the covered person's situation, but not later than 24 hours after receiving the *urgent-care claim*.

If a claim does not provide sufficient information to determine whether, or to what extent, services are covered under the plan, Humana will notify the *claimant* as soon as possible, but not more than 24 hours after receiving the *urgent-care claim*. The notice will describe the specific information necessary to complete the claim. The *claimant* will have a reasonable amount of time, taking into account the covered person's circumstances, to provide the necessary information – but not less than 48 hours.

Humana will provide notice of the plan's *urgent-care claim* determination as soon as possible but no more than 48 hours after the earlier of:

- The plan receives the specified information; or
- The end of the period afforded the *claimant* to provide the specified additional information.

- **Concurrent-care decisions** - Humana will notify a *claimant* of a *concurrent-care decision* involving a reduction or termination of pre-authorized benefits sufficiently in advance of the reduction or termination to allow the *claimant* to appeal and obtain a determination.

  Humana will decide *urgent-care claims* involving an extension of a course of treatment as soon as possible taking into account medical circumstances. Humana will notify a *claimant* of the benefit determination, whether adverse or not, within 24 hours after the plan receives the claim, provided the claim is submitted to the plan 24 hours prior to the expiration of the prescribed period of time or number of treatments.

- **Post-service claims** - Humana will provide notice of a favorable or *adverse benefit determination* within a reasonable time appropriate to the medical circumstances but no later than 30 days after the plan receives the claim.

  This period may be extended an additional 15 days, if Humana determines the extension is necessary due to matters beyond the plan's control. Before the end of the initial 30-day period, Humana will notify the affected *claimant* of the extension, the circumstances requiring the extension and the date by which the plan expects to make a decision.

  If the reason for the extension is because Humana does not have enough information to decide the claim, the notice of extension will describe the required information, and the *claimant* will have at least 45 days from the date the notice is received to provide the specified information. Humana will make a decision on the earlier of the date on which the *claimant* responds or the expiration of the time allowed for submission of the requested information.

### Initial denial notices

Notice of a claim denial (including a partial denial) will be provided to *claimants* by mail, postage prepaid, by FAX or by e-mail, as appropriate, within the time frames noted above. With respect to adverse decisions involving *urgent-care claims*, notice may be provided to *claimants* orally within the time frames noted above. If oral notice is given, written notification must be provided no later than three days after oral notification.

FAE 09/22

## Appeal and External Review Notice (continued)

A claims denial notice will convey the specific reason for the *adverse benefit determination* and the specific plan provisions upon which the determination is based. The notice will also include a description of any additional information necessary to perfect the claim and an explanation of why such information is necessary. The notice will disclose if any internal plan rule, protocol or similar criterion was relied upon to deny the claim and a copy of the rule, protocol or similar criterion will be provided to *claimants*, free of charge. In addition to the information provided in the notice, a *claimant* has the right to request the diagnosis and treatment codes and descriptions upon which the determination is based.

The notice will describe the plan's review procedures and the time limits applicable to such procedures, including a statement of the *claimant's* right to bring a civil action under ERISA Section 502(a) following an *adverse benefit determination* on review.

If an *adverse benefit determination* is based on medical necessity, experimental treatment or similar exclusion or limitation, the notice will provide an explanation of the scientific or clinical basis for the determination, free of charge. The explanation will apply the terms of the plan to the covered person's medical circumstances.

In the case of an adverse decision of an *urgent-care claim*, the notice will provide a description of the plan's expedited review procedures.

## Contact information

For questions about your rights, this notice, or assistance, you can contact: Humana, Inc. at www.humana.com or the Employee Benefits Security Administration at 1-866-444-EBSA (3272).

You may contact the *commissioner* for assistance at any time at the address and telephone number below:

Florida Office of Insurance Regulation
200 East Gaines Street
Tallahassee, FL 32399-0322

Phone: 850-413-3140 or 877-693-5236
Out of State: 850-413-3089

FAE 09/22

# Appeal and External Review Notice (continued)

## Internal appeals and external review of adverse benefit determinations

### Internal appeals

A *claimant* must appeal an *adverse benefit determination* within <u>180 days</u> after receiving written notice of the denial (or partial denial). An appeal may be made by a *claimant* by means of written application to Humana, in person, or by mail, postage prepaid.

A *claimant*, on appeal, may request an expedited internal appeal of an adverse *urgent-care claim* decision <u>orally</u> or in writing. In such case, all necessary information, including the plan's benefit determination on review, will be transmitted between the plan and the *claimant* by telephone, FAX, or other available similarly expeditious method, to the extent permitted by applicable law.

A *claimant* may request an expedited *external review* at the same time a request is made for an expedited internal appeal of an *adverse benefit determination* for an *urgent-care claim* or when you are receiving an ongoing course of treatment.

Determination of appeals of denied claims will be conducted promptly, will not defer to the initial determination and will not be made by the person who made the initial adverse claim determination or a subordinate of that person. The determination will take into account all comments, documents, records, and other information submitted by the *claimant* relating to the claim.

On appeal, a *claimant* may review relevant documents and may submit issues and comments in writing. A *claimant* on appeal may, upon request, discover the identity of medical or vocational experts whose advice was obtained on behalf of the plan in connection with the *adverse benefit determination* being appealed, as permitted under applicable law.

If the claims denial is based in whole, or in part, upon a medical judgment, including determinations as to whether a particular treatment, drug, or other service is experimental, investigational, or not medically necessary or appropriate, the person deciding the appeal will consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment. The consulting health care professional will not be the same person who decided the initial appeal or a subordinate of that person.

If new or additional evidence is relied upon or if new or additional rational is used during the internal appeal process, Humana will provide the *claimant*, free of charge, the evidence or rational as soon as possible and in advance of the appeals decision in order to provide the *claimant* a reasonable opportunity to respond.

FAE 09/22

## Appeal and External Review Notice (continued)

### Time periods for decisions on appeal

Appeals of claims denials will be decided and notice of the decision provided as follows:

- *Urgent-care claims* - As soon as possible but not later than 72 hours after Humana receives the appeal request;
- *Pre-service claims* - Within a reasonable period but not later than 30 days after Humana received the appeal request;
- *Post-service claims* - Within a reasonable period but not later than 60 days after Humana receives the appeal request;
- *Concurrent-care decisions* - Within the time periods specified above depending on the type of claim involved.

### Appeals denial notices

Notice of a claim denial (including a partial denial) will be provided to *claimants* by mail, postage prepaid, by FAX or by e-mail, as appropriate, within the time periods noted above.

A notice that a claim appeal has been denied will include:

- The specific reason or reasons for the *adverse benefit determination*;

- Reference to the specific plan provision upon which the determination is based;

- If any internal plan rule, protocol or similar criterion was relied upon to deny the claim.  A copy of the rule, protocol or similar criterion will be provided to the *claimant*, free of charge;

- A statement of the *claimant's* right to *external review*, a description of the *external review* process, and the forms for submitting an *external review* request, including release forms authorizing Humana to disclose protected health information pertinent to the *external review*;

- A statement about the *claimant's* right to bring an action under §502(a) of ERISA;

- If an *adverse benefit determination* is based on medical necessity, experimental treatment or similar exclusion or limitation, the notice will provide an explanation of the scientific or clinical basis for the determination, free of charge.  The explanation will apply the terms of the plan to the covered person's medical circumstances.

In addition to the information provided in the notice, a *claimant* has the right to request the diagnosis and treatment codes and descriptions upon which the determination is based.

### Exhaustion of remedies

Upon completion of the internal appeals process under this section, a *claimant* will have exhausted his or her administrative remedies under the plan.  If Humana fails to adhere to all requirements of the internal appeal process, except for failures that are based on a minimal error, the claim shall be deemed to have been denied and the *claimant* may request an *external review*.

FAE 09/22

---

## Appeal and External Review Notice (continued)

After exhaustion of remedies, a *claimant* may pursue any other legal remedies available, which may include bringing civil action under ERISA section 502(a) for judicial review of the plan's determination. Additional information may be available from the local U.S. Department of Labor Office.

### External review

Within <u>four months</u> after a *claimant* receives notice of an *adverse benefit determination* or *final adverse benefit determination* the *claimant* may request an *external review* if the determination concerns treatment that is experimental, investigational, not medically necessary, the determination concerns a rescission of coverage, or for claims protected under the Federal No Surprises Act. The request for *external review* must be made in writing to the *commissioner*. Please refer to the section titled "Expedited external review" if the *adverse benefit determination* involves an *urgent-care claim* or an ongoing course of treatment.

Within <u>one business day</u> after the receipt of a request for *external review*, the *commissioner* will send a copy of the request to Humana. Within <u>five business days</u>, we will complete a *preliminary review* of the request.

Within <u>one business day</u> after we complete the *preliminary review*, we will notify the *claimant* and the *commissioner* in writing whether:

- The request is complete and is eligible for *external review*;

- The request is not complete and the information or materials needed to make the request complete; or

- The request is not eligible for *external review*, the reasons for ineligibility and the *claimant's* right to appeal to the *commissioner*. If appealed, the *commissioner* may determine that the request is eligible for *external review*.

Within <u>one business day</u> after the *commissioner* receives notice that the request is eligible for *external review*, the *commissioner* will:

- Impartially assign an *IRO* from a list compiled and maintained by the *commissioner* to conduct the *external review*;

- Provide Humana with the name of the *IRO*. Within <u>five business days</u> after the date of receipt of this notice, we will provide the *IRO* with all documents and information we considered in making the *adverse benefit determination* or *final adverse benefit determination*;

## **Appeal and External Review Notice (continued)**

- Notify the *claimant* in writing of the following:

    - The eligibility of the request and acceptance for *external review*; and
    - The right to submit additional information in writing to the *IRO* and the time limits to submit the information.

Any information received by the *IRO* will be forwarded to Humana within one business day of receipt. Upon receipt of additional information, we may reconsider the *adverse benefit determination* or *final adverse benefit determination*. If we reverse the *adverse benefit determination* or *final adverse benefit determination*, the *external review* will be terminated and we will provide coverage for the service. We will immediately notify the *claimant*, the *IRO*, and the *commissioner* in writing of our decision.

The *IRO* will review all of the information received including, if available and considered appropriate the following:

- Your medical records;

- The attending healthcare professional's recommendation;

- Consulting reports from appropriate healthcare professionals and other documents submitted by Humana, the *claimant*, and treating provider;

- The terms of the coverage under the plan;

- The most appropriate practice guidelines, which will include applicable *evidence-based standards* and may include any other practice guidelines developed by the federal government, national or professional medical societies, boards and associations;

- Any applicable clinical review criteria developed and used by Humana; and

- The opinion of the *IRO's clinical peer reviewer* or reviewers after considering the information and documents listed above.

If the *external review* involves experimental or investigational treatment, within one business day after the *IRO* receives notice of assignment to conduct the *external review*, the *IRO* will select one or more *clinical peer reviewers* to conduct the *external review*. The *clinical peer reviewer* will review all of the information and within 20 days after being selected, will provide a written opinion to the *IRO* on whether the service should be covered. The written opinion will include:

- A description of the medical condition;

- A description of the indicators relevant to determining whether there is sufficient evidence to demonstrate that the service is more likely than not to be beneficial to you than any available standard services;

- The adverse risks of the service would not be substantially increased over those of available standard services;

- A description and analysis of any *medical or scientific evidence*, or *evidence-based standard* considered in reaching the opinion;

FAE 09/22

---

# Appeal and External Review Notice (continued)

- Information on whether the reviewer's rationale for the opinion is based on either:

  - The service has been approved by the federal Food and Drug Administration, if applicable, for the condition; or

  - *Medical or scientific evidence* or *evidence-based standards* demonstrate that the expected benefits of the service is more likely than not to be beneficial to you than any available standard health care service and the adverse risks of the service would not be substantially increased over those of available standard services.

The *IRO's* decision to either uphold or reverse the *adverse benefit determination* or *final adverse benefit determination* will be provided in writing to the *claimant*, the *commissioner* and Humana within:

- <u>20 days</u> after receipt of each *clinical peer reviewer* opinion for an experimental or investigational treatment; or
- <u>45 days</u> after receipt of the request for an *external review*.

In the case of experimental or investigational treatment, if a majority of *clinical peer reviewers* recommend the service should be covered, the *IRO* will make a decision to reverse the *adverse benefit determination* or *final adverse benefit determination*.  If a majority of *clinical peer reviewers* recommend the service should <u>not</u> be covered, the *IRO* will make a decision to uphold the *adverse benefit determination* or *final adverse benefit determination*.   If the *clinical peer reviewers* are evenly split, the *IRO* will obtain the opinion of an additional *clinical peer reviewer* in order for the *IRO* to make a decision.

The *IRO's* written notice of the decision will include:

- A general description of the reason for the request for *external review*;
- The date the *IRO* received the assignment from the *commissioner* to conduct the *external review*;
- The date the *external review* was conducted;
- The date of the *IRO's* decision;
- The principal reason for the decision, including applicable *evidence-based standards*, if any, used as a basis for the decision;
- The rationale for the decision;
- References to the evidence or documentation, including the *evidence-based standards*, considered in reaching the decision; and
- In the case of experimental or investigational treatment, the written opinion and rational for the recommendation of each *clinical peer reviewer*.

Immediately upon our receipt of the *IRO's* decision reversing the *adverse benefit determination* or *final adverse determination*, we will approve the service.

## Expedited external review

You may request an expedited *external review* from the *commissioner*:

- At the same time you request an expedited internal appeal of an *adverse benefit determination* for an *urgent-care claim* or when you are receiving an ongoing course of treatment; or

FAE 09/22

## Appeal and External Review Notice (continued)

- When you receive an *adverse benefit determination* or *final adverse benefit determination* of:

    - An *urgent-care claim*;
    - An admission, availability of care, continued stay or health care service for which you received emergency services, but you have not been discharged from the facility; or
    - An experimental or investigational treatment if the treating physician certifies, in writing, that the recommended service would be significantly less effective if not promptly initiated.

The *commissioner* will immediately send a copy of the request to Humana and upon receipt; we will immediately complete a *preliminary review* of the request. We will immediately notify the *claimant* and the *commissioner* of the *preliminary review* determination. If we determine the request is not eligible, the notice will advise you of your right to appeal to the *commissioner*. If appealed, the *commissioner* may determine that the request is eligible for *external review*.

Immediately after the commissioner receives notice that the request is eligible for *external review*, the *commissioner* will:

- Impartially assign an *IRO* to conduct the expedited *external review*.
- Provide Humana with the name of the *IRO* and we will immediately provide the *IRO* with all necessary documents and information.

The *IRO* will review all of the information received including, if available and considered appropriate, the following:

- Your medical records;

- The attending healthcare professional's recommendation;

- Consulting reports from appropriate healthcare professionals and other documents submitted by Humana, the *claimant* and treating provider;

- The terms of the coverage under the plan;

- The most appropriate practice guidelines, which will include *evidence-based standards* and may include any other practice guidelines developed by the federal government, national or professional medical societies, boards and associations;

- Any applicable clinical review criteria developed and used by Humana; and

- The opinion of the *IRO's clinical peer reviewer* or reviewers after considering the information and documents listed above.

If the expedited *external review* request involves experimental or investigational treatment, <u>within one business day</u> after the *IRO* receives notice of assignment to conduct the *external review*, the *IRO* will select one or more *clinical peer reviewers* to conduct the *external review*. The *clinical peer reviewer* will:

- Review all of the information noted above including whether:

    - The recommended service has been approved by the federal Food and Drug Administration, if applicable, for the condition; or

FAE 09/22

---

## **Appeal and External Review Notice (continued)**

- Medical or scientific evidence or *evidence-based standards* demonstrate that the expected benefits of the recommended service is more likely than not to be beneficial to you than any available standard service and the adverse risks of the recommended service would not be substantially increased over those of available standard services.

- Provide an opinion to the *IRO* as expeditiously as your condition or circumstances require, but in no event more than five calendar days after being selected.

The *IRO's* decision to either uphold or reverse the *adverse benefit determination* or *final adverse benefit determination* will be provided orally or in writing to the *claimant*, the *commissioner* and Humana within:

- 48 hours after receipt of each *clinical peer reviewer* opinion of an expedited *external review* for an experimental or investigational treatment; or
- 72 hours after the date of receipt of the request for an expedited *external review*.

In the case of experimental or investigational treatment, if a majority of *clinical peer reviewers* recommend the service should be covered, the *IRO* will make a decision to reverse the *adverse benefit determination* or *final adverse benefit determination*.  If a majority of *clinical peer reviewers* recommend the service should not be covered, the *IRO* will make a decision to uphold the *adverse benefit determination* or *final adverse benefit determination*.  If the *clinical peer reviewers* are evenly split, the *IRO* will obtain the opinion of an additional *clinical peer reviewer* in order for the *IRO* to make a decision.

The *IRO* will send written confirmation within 48 hours of an oral decision and will include:

- A general description of the reason for the request for an expedited *external review*;
- The date the *IRO* received the assignment from the *commissioner* to conduct the expedited *external review*;
- The date the expedited *external review* was conducted;
- The date of the *IRO's* decision;
- The principal reason for the decision, including applicable *evidence-based standards*, if any, used as a basis for the decision;
- The rationale for the decision;
- References to the evidence or documentation, including the *evidence-based standards*, considered in reaching the decision, except in the case of experimental or investigational treatment; and
- In the case of experimental or investigational treatment, the written opinion and rational for the recommendation of each *clinical peer reviewer*.

Immediately upon receipt of the *IRO's* decision reversing the *adverse benefit determination* or *final adverse benefit determination*, we will approve the service.

## **Legal actions and limitations**

No lawsuit may be brought with respect to plan benefits until all remedies under the plan have been exhausted.

No lawsuit with respect to plan benefits may be brought after the expiration of the applicable limitations period stated in the benefit plan document.  If no limitation is stated in the benefit plan document, then no such suit may be brought after the expiration of the applicable limitations under applicable law.

# Plaintiff's Exhibit C



**152 NE 167th Street, Suite 100**

**Miami, FL 33162**

# Itemized Ledger

**Patient:** Samantha Morris

**Period:** 09/28/2022 to 03/02/2023

| DOS | CPT | Service | Units | Price | Facility |
|-----|-----|---------|-------|-------|----------|
| 09/28/2022 | 99204 | New Patient Evaluation - Moderate to High | 1.0 | $ 450.00 | CitiMED Hollywood |
| 10/13/2022 | 73070 | X-Ray, Elbow | 1.0 | $ 170.00 | CitiMED Hollywood |
| 10/13/2022 | 73090 | Forearm AP & Lat | 1.0 | $ 129.45 | CitiMED Hollywood |
| 10/13/2022 | 73560 | X-Ray, Knee | 1.0 | $ 152.00 | CitiMED Hollywood |
| 10/13/2022 | 97161 | PT Initial Eval - Low Complexity | 1.0 | $ 340.00 | CitiMED Hollywood |
| 10/17/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/17/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 10/19/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/19/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 10/19/2022 | 99203 | New Patient Evaluation - Moderate Severit | 1.0 | $ 375.00 | CitiMED Hollywood |
| 10/24/2022 | 72141 | MRI Spine Cervical W/O | 1.0 | $ 2,976.00 | CitiMED MRI Unit |
| 10/24/2022 | 72148 | MRI Spine Lumbar W/O | 1.0 | $ 3,123.59 | CitiMED MRI Unit |
| 10/24/2022 | 73221 | MRI Upper Extrem Joint W/O | 1.0 | $ 2,577.00 | CitiMED MRI Unit |
| 10/24/2022 | 73721 | MRI Lower Extrem Joint W/O | 1.0 | $ 2,250.00 | CitiMED MRI Unit |
| 10/24/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED NMB |
| 10/24/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED NMB |
| 10/26/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/26/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 10/31/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 10/31/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 11/02/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/02/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 11/09/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/09/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 11/10/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/10/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 11/10/2022 | 99214 | Established Patient Evaluation - Moderate | 1.0 | $ 375.30 | CitiMED Kendall |
| 11/21/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/21/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 11/23/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/23/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 11/29/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 11/29/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 12/14/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 12/14/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 12/15/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 12/15/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 12/21/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 2.0 | $ 270.00 | CitiMED Hollywood |



**152 NE 167th Street, Suite 100**
**Miami, FL 33162**

# Itemized Ledger

| | | | |
|---|---|---|---|
| **Patient:** | Samantha Morris | | |
| **Period:** | 09/28/2022 to 03/02/2023 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/21/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 12/22/2022 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 12/22/2022 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 01/05/2023 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 01/05/2023 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 01/09/2023 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 01/09/2023 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 01/11/2023 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 01/11/2023 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 01/13/2023 | 99203 | New Patient Evaluation - Moderate Severit | 1.0 | $ 600.00 | CitiMED NMB |
| 01/17/2023 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 01/17/2023 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 01/19/2023 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 01/19/2023 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 01/25/2023 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 01/25/2023 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 01/26/2023 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 01/26/2023 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 02/01/2023 | 99212 | Established Patient Evaluation - Low Seve | 1.0 | $ 140.00 | CitiMED Hollywood |
| 02/28/2023 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 02/28/2023 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 03/02/2023 | 97110 | Therapeutic Exercises - Therapeutic Proce | 3.0 | $ 405.00 | CitiMED Hollywood |
| 03/02/2023 | 97140 | Manual Therapy Techniques - 1+ Regions | 1.0 | $ 95.00 | CitiMED Hollywood |
| 03/02/2023 | 99215 | Final Examination | 1.0 | $ 600.00 | CitiMED OnDemand Care |

| Received | Type | Period | Amount | Check Nbr | Payer |
|---|---|---|---|---|---|

| | |
|---|---|
| **Total Charges:** | $ 26,498.34 |
| **Total Received:** | $ 0.00 |
| **Total Credit:** | $ 0.00 |
| **Balance:** | $ 26,498.34 |
| **PIP Payment:** | $ 0.00 |
| **Charge Period:** | 09/28/2022 - 03/02/2023 |

IN THE COUNTY COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2023-159625-CC-23

SAMANTHA EVE MORRIS,

       Plaintiff,

vs.

HUMANA INSURANCE COMPANY, a Foreign
Profit Corporation & NATIONWIDE MUTUAL
INSURANCE COMPANY

       Defendant(s).

---

## SUMMONS: 20 DAY CORPORATE SERVICE

---

**THE STATE OF FLORIDA**:

To Each Sheriff of the State:

       **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint in this action on:

       **NATIONWIDE MUTUAL INSURANCE COMPANY**
       **c/o Florida Chief Financial Officer**
       **200 East Gaines Street**
       **Tallahassee, Florida 32399**

### <u>IMPORTANT</u>

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: **Miami Dade County Courthouse, 175 NW 1st Ave., Miami, Florida 33128**. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case. **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

Page **1** of 3

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response **to the party serving this summons whose name appears below**.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. **Miami Dade County Courthouse, 175 NW 1ˢᵗ Ave., Miami, Florida 33128.**  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. **Miami Dade County Courthouse, 175 NW 1ˢᵗ Ave., Miami, Florida 33128.** Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

---

**AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE**

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

---

**Dated by the Clerk: _____**     By: _____

                                                             **Clerk of Court**

DATED this 2nd day of November 2023.

**LAW OFFICE OF LAUREN GRONDSKI, PA**
**1031 IVES DAIRY ROAD, #228**
**MIAMI, FL 33179**
Attorneys for Plaintiff
Primary Email: justinlinnlaw@gmail.com

By: _____
JUSTIN E. LINN, ESQUIRE
Florida Bar No. 98661

Case 1:23-cv-24540-KMM Document 1-1 Entered on FLSD Docket 12/01/2023 Page 255 of 298

IN THE COUNTY COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2023-159625-CC-23

SAMANTHA EVE MORRIS,

      Plaintiff,

vs.

HUMANA INSURANCE COMPANY, a Foreign
Profit Corporation & NATIONWIDE MUTUAL
INSURANCE COMPANY

      Defendant(s).

---

## SUMMONS: 20 DAY CORPORATE SERVICE

---

**THE STATE OF FLORIDA**:

To Each Sheriff of the State:

      **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint in this action on:

      **HUMANA INSURANCE COMPANY**
      **c/o Florida Chief Financial Officer**
      **200 East Gaines Street**
      **Tallahassee, Florida 32399**

## <u>IMPORTANT</u>

A lawsuit has been filed against you. You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: **Miami Dade County Courthouse, 175 NW 1st Ave., Miami, Florida 33128.** A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case. **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response **to the party serving this summons whose name appears below**.

### IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. **Miami Dade County Courthouse, 175 NW 1ˢᵗ Ave., Miami, Florida 33128.**  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

### IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. **Miami Dade County Courthouse, 175 NW 1ˢᵗ Ave., Miami, Florida 33128.** Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

---

**AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE**

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."**

---

**Dated by the Clerk: _____**   By: _____

                                              **Clerk of Court**

DATED this 2nd day of November 2023.

                              **LAW OFFICE OF LAUREN GRONDSKI, PA**
                              **1031 IVES DAIRY ROAD, #228**
                              **MIAMI, FL 33179**
                              Attorneys for Plaintiff
                              Primary Email: justinlinnlaw@gmail.com


                              By: _____
                              JUSTIN E. LINN, ESQUIRE
                              Florida Bar No. 98661

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

**COUNTY CIVIL DIVISION**

**CASE NO.:** 2023-159625-CC-23

**SECTION:** SD03

**Samantha Eve Morris**
**Plaintiff(s),**

**vs.**

**Humana Insurance Company et al**
**Defendant(s)**

_____/

**UNIFORM CASE MANAGEMENT ORDER SETTING PRETRIAL DEADLINES AND RELATED REQUIREMENTS (STREAMLINED PATHWAY - COUNTY CIVIL PROCEDURE CASES)**

PLAINTIFF SHALL SERVE THIS ORDER UPON A DEFENDANT WITHIN 10 DAYS OF ANY FILING BY THAT DEFENDANT.

ALL PARTIES MUST READ CAREFULLY AS STRICT COMPLIANCE IS MANDATORY.

In compliance with the mandatory requirements of governing Administrative Orders regarding case management, the Court hereby ORDERS as follows:

1. Attorneys are professionally obligated to diligently litigate the case so litigation can conclude as soon as it is reasonably and justly possible. See Florida Rule of General Practice and Judicial Administration 2.545. The specific pretrial deadlines and requirements set forth herein shall be strictly enforced by the Court. Non-compliance with any part of this Order may result in sanctions including, but not limited to, striking of pleadings, monetary sanctions, waiver and/or default. It is on the parties to promptly and timely schedule hearings on filed motions.

2. The deadlines contained in this Order cannot be waived or extended by stipulation of the parties and remain in effect unless the Court grants an enlargement. A motion seeking an enlargement of a particular deadline shall specify detailed reasons for the enlargement and the amount of time requested.

3. In the event parties are unable to coordinate any non-dispositive and non-evidentiary hearing, deposition, or motion within a reasonable period of time (not less than 72 hours) and after 3 documented attempts, the moving party shall unilaterally set the issue for hearing pursuant to divisional instructions to occur no less than 14 days and no more than 45 days after the third attempt.

4. <u>SETTLEMENT</u>:  Counsel shall immediately notify the Court in the event of settlement and submit a Stipulation of Settlement and Order of Dismissal.  Counsel shall also notify the Court of any pending hearings that will be cancelled as a result of the settlement.

5. <u>SERVICE</u>: Plaintiffs shall serve their actions promptly by _____**02-22-2024**_____ and in compliance with Florida Rule of Civil Procedure 1.070. Service issues shall be addressed promptly and with diligence. No extensions pursuant to Florida Rule of Civil Procedure 1.070 shall be granted without specific proof of diligent effort to effect service and a written explanation of what efforts the Plaintiff intends to pursue to effect service successfully, with proposed deadlines. No extension to serve a defendant beyond _____**05-23-2024**_____ shall be allowed.

6. The following litigation deadlines are set:

   a. <u>ADDITION OF ANY NEW PARTIES</u> shall occur by _____**03-24-2024**_____.

   b. <u>FACT WITNESS LIST</u> shall be filed by _____**04-23-2024**_____. The fact witnesses shall be in alphabetical order and contain the names and addresses of all non-expert witnesses. Only those witnesses listed shall be permitted to testify without leave of Court. All witness lists shall include a brief description of the substance and scope of the testimony to be elicited. Within 30 days of discovering previously unknown witnesses, either party may seek leave of Court to amend their submissions, disclosures, or discovery obligations.

   c. <u>EXHIBIT LIST</u> shall be filed by _____**04-23-2024**_____. The Exhibit List shall disclose a list of all documentary and physical evidence intended to be used at trial. Each item shall be specifically described and listed by number and description. Generic descriptions of exhibits are subject to being stricken. All listed exhibits shall have been made available to opposing counsel for examination, initialing, and copying. Parties shall timely amend their exhibit list.

   d. <u>EXPERT WITNESSES</u> shall be disclosed by _____**05-23-2024**_____ with the names and addresses of all the expert witnesses to be called at trial and all information regarding expert testimony that is required by Rule 1.280(b)(5)(A).  This includes disclosing the expert's area of expertise and serving a copy of each expert's reports or answers to expert interrogatories, if a report was prepared and/or expert interrogatories propounded. Each party is limited to one expert per specialty.  No other expert testimony shall be permitted at trial.

   e. <u>FACT AND EXPERT DISCOVERY,</u> including all inspections, depositions, and examinations, shall be completed no later than _____**09-25-2024**_____. Written discovery shall be served no later than _____**08-21-2024**_____. The parties shall timely coordinate the scheduling and setting of depositions for all witnesses and/or parties they intend to depose.

   f. <u>MOTIONS FOR SUMMARY JUDGMENT and DAUBERT MOTIONS</u> shall be filed by _____**06-22-2024**_____ and heard no later than _____**09-25-2024**_____.

g. OBJECTIONS TO PLEADINGS AND ALL OTHER PRETRIAL MOTIONS, except for motions in limine, shall be filed by _____07-27-2024_____ and heard no later than _____09-25-2024_____. Any motion not filed and heard prior to the expiration of this deadline may be deemed waived or denied absent extraordinary circumstances which could not have been prudently anticipated, or by order of the Court entered prior to the expiration of the applicable time limitation.

h. MEDIATION: Parties are hereby referred to mandatory mediation, which shall be completed no later than _____09-25-2024_____. The parties shall comply with Florida Rules Civil Procedure 1.700, 1.710, 1.720, 1.730, and 1.750 as to the conduct of mediation. Plaintiff's counsel is appointed lead counsel to facilitate, mutually coordinate and schedule the mediation conference. Costs of mediation shall be borne equally by both parties. Failure to mediate in good faith may result in the imposition of monetary sanctions.

7. TRIAL: The projected date of trial is _____10-25-2024_____. A firm trial date will be ordered by the Court when the case is at issue pursuant to Florida Rule of Civil Procedure 1.440. The parties shall do all things reasonable and necessary to assure the availability of their witnesses for the entire trial period or to otherwise preserve their testimony for trial as provided by the Florida Rules of Civil Procedure.  Failure to do so will not be grounds for a continuance.

8. JOINT PRETRIAL STIPULATION: A Joint Pretrial Stipulation shall be filed by all parties (via counsel of record) no later than _____09-25-2024_____. All parties shall cooperate in good faith in preparation of the Joint Pretrial Stipulation. Unilateral pretrial stipulations will not be accepted. The single, unified submission shall contain the following information in separately numbered paragraphs or sections:

a. Stipulated Statement of Facts:  A list of those facts that can be stipulated to and require no proof at the trial, together with a concise, impartial statement of the facts of the case.

b. Statements of Disputed Law & Fact:  Those issues of law and fact that are to be tried.

c. Witness Lists:  Parties shall attach the witness lists filed consistent with Paragraph 6b. and 6d. of this Order, including all rebuttal or impeachment witnesses. If any party objects to any witness, such objections shall be stated in the Stipulation, setting forth the grounds with specificity. At trial, all parties shall be strictly limited to witnesses properly and timely disclosed.

d. Exhibit Lists:  Counsel shall initial each other party's exhibit list and exhibits consistent with Paragraph 6c. of this Order. If any party objects to the introduction of any such exhibit, such objection shall be stated in the Stipulation, setting forth the grounds with specificity. Parties shall attach the final, initialed exhibit lists with objections. Only those exhibits listed and initialed may be offered in evidence.

e. Jury Instructions:  If the trial is a jury trial, counsel shall identify and attach all agreed upon standard instructions and all special instructions.  Any disputed jury instructions shall be attached and identified as to the party that proposed the instruction, along with

copies of supporting case law.

   f. <u>Verdict Forms</u>:  If the trial is a jury trial, the proposed jury verdict forms shall be attached and designated as agreed to or disputed.

   g. <u>Motions in Limine</u>:  Each party shall make any anticipated motion(s) in limine indicating all stipulations/agreed items and any motion(s) in limine requiring a Court ruling.

   h. <u>Trial Estimate</u>:  Each party shall provide an estimate of the number of days for trial.

   i. <u>Daubert issues</u>.  All Daubert issues involving any requests for Daubert-related evidence shall be in writing. Failure to do so shall constitute a waiver of any Daubert-related evidence issue.

   j. <u>Other issues</u>: The parties shall list any other issue that could potentially take up unnecessary time during the trial to facilitate the resolution of those matters prior to the trial date.

9. Within 10 days of receipt of this order, a party may seek entry of a Uniform Case Management Order Setting Pretrial Deadlines and Related Requirements under a General Pathway for County Civil Procedure Cases. Any motion shall set forth with specificity the good faith reasons for seeking a case management order under a General Pathway instead of the Streamlined Pathway. General objections having to do with attorney workload, staffing, and scheduling conflicts should be discussed with clients directly before being brought to the Court and shall be given limited weight.

      **DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida, on this   **5th day of November, 2023**  .

2023-159625-CC-23 11-05-2023 11:52 PM

2023-159625-CC-23 11-05-2023 11:52 PM

**Lissette De la Rosa**
COUNTY COURT JUDGE

Copies Furnished to:
Electronically Served

Lauren Grondski, Lauren@grondskilaw.com
Lauren Grondski, GrondskiLaw@gmail.com
Lauren Grondski, va@grondskilaw.com
Justin E Linn, justinlinnlaw@gmail.com

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE No.:  2023-159625-CC-23

SAMANTHA EVE MORRIS,

      Plaintiff,

vs.

HUMANA INSURANCE COMPANY, a Foreign
Profit Corporation & NATIONWIDE MUTUAL
INSURANCE COMPANY

      Defendant(s).

_____/

## PLAINTIFF'S NOTICE OF SERVING
## INTERROGATORIES TO DEFENDANT HUMANA INSURANCE COMPANY

Plaintiff, SAMANTHA EVE MORRIS, by and through her undersigned counsel, files this Notice of Serving Interrogatories, pursuant to Rule 1.340, Florida Rules of Civil Procedure, to Defendant, HUMANA INSURANCE COMPANY, to answer within forty-five (45) days of the date of service of said interrogatories.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the above and foregoing has been eFiled with the Miami Dade County Clerk of Court and furnished to the above-named defendant with service of the Complaint.

DATED: November 6, 2023

                         **LAW OFFICE OF LAUREN GRONDSKI, PA**
                         **1031 IVES DAIRY ROAD, #228**
                         **MIAMI, FL 33179**
                         Attorneys for Plaintiff
                         Primary Email: justinlinnlaw@gmail.com

By:

JUSTIN E. LINN, ESQUIRE
Florida Bar No. 98661

## INTERROGATORIES TO DEFENDANT
## HUMANA INSURANCE COMPANY

1.     What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.     Describe any and all policies of insurance which you contend cover or may cover the Plaintiff for the allegations set forth in plaintiff's complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

3.     Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.  This is your opportunity to blame others that you think should be blamed for this incident.  If you fail to disclose these people or entity, we will seek an order from the Court precluding you from blaming other people or entities at trial.

4.     Do you contend that Plaintiff failed to satisfy a contractual condition precedent prior to the filing of this lawsuit?  If so, please detail the condition that you allege was not satisfied, detail wherein the contract that said condition arises, and detail why any prior attempts by Plaintiff to satisfy this specific condition precedent failed.

5.     Detail all correspondence Humana related to the Plaintiff's claim for benefits against the subject policy, to include the date it was received, and a summary of the document received.

6.      Is the $26,498.34 billed by CitiMED covered by the applicable insurance plan.

7.      Why have you not provided benefits available to your insured for this claim?

8.      Do you contend that another insurance carrier, indemnity provider, and/or medical payments reimbursement program is primarily obligated to provide medical payment benefits for CitiMED billing.

9.      Detail all attempts you made to contact your insured related to your insured's attempt to request Humana process this claim.

10.     Detail all efforts Humana Insurance Company made in handling the claim presented by your insured to cover the CitiMED billing.

11.     Why do you contend that Humana Insurance Company did not act in bad faith in the handling of the claim presented by your insured to cover the CitiMED billing.

12.     Why did Humana Insurance Company delay in providing return correspondence related to their insured's claim for benefits under this plan.

13.     Do you contend that Humana Insurance Company denied or contested this claim within forty (40) days of receipt of the claim.  If so, detail all efforts you made to deny and/or

contest the claim and detail the written correspondence you prepared related to this information.

14.    Do you contend that Humana Insurance Company denied or contested this claim within one-hundred and forty (140) days of receipt of the claim.  If so, detail all efforts you made to deny and/or contest the claim and detail the written correspondence you prepared related to this information.

15.    Do you contend that Plaintiff failed to perfect her rights under Florida Statute § 624.155, then please detail all such reasons you believe that Plaintiff failed to properly perfect such rights.

16.    Does Humana Insurance Company intend to provide medical payments to CitiMED related to the billing described in Plaintiff's Complaint.  If not, describe in detail why not.

## **CERTIFICATE**

STATE OF FLORIDA

COUNTY OF _____

       BEFORE ME, the undersigned authority personally appeared on this day _____, who states that he/she executed the foregoing instrument and that the facts contained therein are true and correct to the best of his/her knowledge and belief.

       SWORN TO AND SUBSCRIBED before me on this _____ day of _____, 2023.

_____
Notary Public, State of Florida

_____
(Print, type or stamp Commissioned name
of Notary Public)

My Commission Expires:
(  ) Personally known or (  )  Produced Identification
Type of Identification:_____

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:  2023-159625-CC-23

SAMANTHA EVE MORRIS,

        Plaintiff,

vs.

HUMANA INSURANCE COMPANY, a Foreign
Profit Corporation & NATIONWIDE MUTUAL
INSURANCE COMPANY

        Defendant(s).

_____/

## PLAINTIFF'S NOTICE OF SERVING INTERROGATORIES TO DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY

Plaintiff, SAMANTHA EVE MORRIS, by and through her undersigned counsel, files this Notice of Serving Interrogatories, pursuant to Rule 1.340, Florida Rules of Civil Procedure, to Defendant, NATIONWIDE MUTUAL INSURANCE COMPANY, to answer within forty-five (45) days of the date of e-service of said interrogatories.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the above and foregoing has been eFiled with the Miami Dade County Clerk of Court and furnished to the above named defendant with service of the Complaint.

DATED: November 6, 2023

                        **LAW OFFICE OF LAUREN GRONDSKI, PA**
                        **1031 IVES DAIRY ROAD, #228**
                        **MIAMI, FL 33179**
                        Attorneys for Plaintiff
                        Primary Email: justinlinnlaw@gmail.com

By:

JUSTIN E. LINN, ESQUIRE
Florida Bar No. 98661

## INTERROGATORIES TO DEFENDANT
## NATIONWIDE MUTUAL INSURANCE COMPANY

1.      What is the name and address of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

2.      Describe any and all policies of insurance which you contend cover or may cover the Plaintiff for the allegations set forth in plaintiff's complaint, detailing as to such policies the name of the insurer, the number of the policy, the effective dates of the policy, the available limits of liability, and the name and address of the custodian of the policy.

3.      Do you contend any person or entity other than you is, or may be, liable in whole or part for the claims asserted against you in this lawsuit? If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.  This is your opportunity to blame others that you think should be blamed for this incident.  If you fail to disclose these people or entity, we will seek an order from the Court precluding you from blaming other people or entities at trial.

4.      List all entities retained by Nationwide Mutual Insurance Company to administer the Princess Vacation Protection—Platinum plan number NWEPCT12.

5.      Do you contend that Plaintiff failed to satisfy a contractual condition precedent prior to the filing of this lawsuit?  If so, please detail the condition that you allege was not satisfied, detail wherein the contract that said condition arises, and detail why any prior attempts by Plaintiff to satisfy this specific condition precedent failed.

6.      Detail all correspondence provided to the Plan Administrator related to the Plaintiff's claim for benefits against the subject policy, to include the date it was received, and a summary of the document received.

7.      Was the September 29, 2022, injury incident alleged in the Complaint a covered loss for which Nationwide Mutual Insurance Company was required to provide benefits?  If not, describe why not.

8.      Why have you not provided the medical payments benefits available to your insured for this claim?

9.      Do you contend that another insurance carrier, indemnity provider, and/or medical payments reimbursement program is primarily obligated to provide medical payment benefits for the September 19, 2022, injury incident described in the Complaint.

10.     Detail all attempts you made to discuss this claim with Humana Health Insurance prior to denying benefits to the insured.

## <u>CERTIFICATE</u>

STATE OF FLORIDA

COUNTY OF _____

        BEFORE ME, the undersigned authority personally appeared on this day _____, who states that he/she executed the foregoing instrument and that the facts contained therein are true and correct to the best of his/her knowledge and belief.

        SWORN TO AND SUBSCRIBED before me on this _____ day of _____, 2023.


_____
Notary Public, State of Florida


_____
(Print, type or stamp Commissioned name
of Notary Public)

My Commission Expires:
(  ) Personally known or (  )  Produced Identification
Type of Identification:_____

Case 1:23-cv-24540-KMM   Document 1-1   Entered on FLSD Docket 12/01/2023   Page 274 of 298

IN THE COUNTY COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE No.: 2023-159625-CC-23

SAMANTHA EVE MORRIS,

        Plaintiff,

vs.

HUMANA INSURANCE COMPANY, a Foreign
Profit Corporation & NATIONWIDE MUTUAL
INSURANCE COMPANY

        Defendant(s).

---

## SUMMONS: 20 DAY CORPORATE SERVICE

---

**THE STATE OF FLORIDA**:

To Each Sheriff of the State:

        **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint in this action on:

        **NATIONWIDE MUTUAL INSURANCE COMPANY**
        **c/o Florida Chief Financial Officer**
        **200 East Gaines Street**
        **Tallahassee, Florida 32399**

### <u>IMPORTANT</u>

A lawsuit has been filed against you.  You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: **Miami Dade County Courthouse, 175 NW 1st Ave., Miami, Florida 33128.** A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.  **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.**  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response **to the party serving this summons whose name appears below**.


## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. **Miami Dade County Courthouse, 175 NW 1st Ave., Miami, Florida 33128.**  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.


## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. **Miami Dade County Courthouse, 175 NW 1st Ave., Miami, Florida 33128.** Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

---

### AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."

---

**Dated by the Clerk:** _____11/7/2023_____     By: _____

                                                    **Clerk of Court**     Vergil Goldson


DATED this 2nd day of November 2023.

                              **LAW OFFICE OF LAUREN GRONDSKI, PA**
                              **1031 IVES DAIRY ROAD, #228**
                              **MIAMI, FL 33179**
                              Attorneys for Plaintiff
                              Primary Email: justinlinnlaw@gmail.com


                              By: _____
                              JUSTIN E. LINN, ESQUIRE
                              Florida Bar No. 98661

Case 1:23-cv-24540-KMM   Document 1-1   Entered on FLSD Docket 12/01/2023   Page 277 of 298

IN THE COUNTY COURT OF THE 11ᵀᴴ JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2023-159625-CC-23

SAMANTHA EVE MORRIS,

       Plaintiff,

vs.

HUMANA INSURANCE COMPANY, a Foreign
Profit Corporation & NATIONWIDE MUTUAL
INSURANCE COMPANY

       Defendant(s).

---

## SUMMONS: 20 DAY CORPORATE SERVICE

---

**THE STATE OF FLORIDA**:

To Each Sheriff of the State:

     **YOU ARE COMMANDED** to serve this Summons and a copy of the Complaint in this action on:

     **HUMANA INSURANCE COMPANY**
     **c/o Florida Chief Financial Officer**
     **200 East Gaines Street**
     **Tallahassee, Florida 32399**

### <u>IMPORTANT</u>

A lawsuit has been filed against you.  You have **20 calendar days** after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at: **Miami Dade County Courthouse, 175 NW 1ˢᵗ Ave., Miami, Florida 33128.** A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.  **If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.**  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response **to the party serving this summons whose name appears below**.

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. **Miami Dade County Courthouse, 175 NW 1ˢᵗ Ave., Miami, Florida 33128.**  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. **Miami Dade County Courthouse, 175 NW 1ˢᵗ Ave., Miami, Florida 33128.** Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation.

---

**AMERICANS WITH DISABILITIES ACT OF 1990 ADA NOTICE**

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Avenue, Suite 2400, Miami, FL 33128; Telephone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org; or via Fax at (305) 349-7355, at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."

---

**Dated by the Clerk:** 11/7/2023            **By:** _____ 216777

                                             **Clerk of Court**       David Serra

                                             Juan Fernandez-Barquin,
                                             Clerk of the Court and Comptroller

DATED this 2nd day of November 2023.

**LAW OFFICE OF LAUREN GRONDSKI, PA**
**1031 IVES DAIRY ROAD, #228**
**MIAMI, FL 33179**
Attorneys for Plaintiff
Primary Email: justinlinnlaw@gmail.com

By:
JUSTIN E. LINN, ESQUIRE
Florida Bar No. 98661

Case 1:23-cv-24540-KMM   Document 1-1   Entered on FLSD Docket 12/01/2023   Page 280 of 298

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2023-159625-CC-23

SAMANTHA EVE MORRIS,

      Plaintiff,

vs.

HUMANA INSURANCE COMPANY, a Foreign
Profit Corporation & NATIONWIDE MUTUAL
INSURANCE COMPANY

      Defendant(s).

_____/

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO
## DEFENDANT NATIONWIE MUTUAL INSURANCE COMPANY

Plaintiff, SAMANTHA EVE MORRIS, by and through her undersigned counsel, files this Request for Admission to Defendant NATIONWIDE MUTUAL INSURANCE COMPANY, pursuant to Rule 1.370, Florida Rules of Civil Procedure, to answer within forty-five (45) days of the date of service thereon.

**Request for Admission.** A party may serve upon any other party a written request for the admission of the truth of any matters within the scope of rule 1.280(b) set forth in the request that relate to statements or opinions of fact or of the application of law to fact, including the genuineness of any documents described in the request. Copies of documents shall be served with the request unless they have been or are otherwise furnished or made available for inspection and copying. Without leave of court the request may be served upon the plaintiff after commencement of the action and upon any other party with or after service of the process and initial pleading upon that party. The request for admission shall not exceed 30 requests, including all subparts, unless the court permits a larger number on motion and notice and for good cause, or the parties propounding and responding to the requests stipulate to a larger number. Each matter of which an admission is requested shall be separately set forth. The matter is admitted unless the party to

whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter within 30 days after service of the request or such shorter or longer time as the court may allow but, unless the court shortens the time, a defendant shall not be required to serve answers or objections before the expiration of 45 days after service of the process and initial pleading upon the defendant. If objection is made, the reasons shall be stated. The answer shall specifically deny the matter or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested admission, and when good faith requires that a party qualify an answer or deny only a part of the matter of which an admission is requested, the party shall specify so much of it as is true and qualify or deny the remainder. An answering party may not give lack of information or knowledge as a reason for failure to admit or deny unless that party states that that party has made reasonable inquiry and that the information known or readily obtainable by that party is insufficient to enable that party to admit or deny. A party who considers that a matter of which an admission has been requested presents a genuine issue for trial may not object to the request on that ground alone; the party may deny the matter or set forth reasons why the party cannot admit or deny it, subject to rule 1.380(c). The party who has requested the admissions may move to determine the sufficiency of the answers or objections. Unless the court determines that an objection is justified, it shall order that an answer be served. If the court determines that an answer does not comply with the requirements of this rule, it may order either that the matter is admitted or that an amended answer be served.

Instead of these orders the court may determine that final disposition of the request be made at a pretrial conference or at a designated time before trial. The provisions of rule 1.380(a)(4) apply to the award of expenses incurred in relation to the motion.

**Effect of Admission.** Any matter admitted under this rule is conclusively established unless the court on motion permits withdrawal or amendment of the admission. Subject to rule 1.200 governing amendment of a pretrial order, the court may permit withdrawal or amendment when the presentation of the merits of the action will be subserved by it and the party who obtained the admission fails to satisfy the court that withdrawal or amendment will prejudice that party in maintaining an action or defense on the merits. Any admission made by a party under this rule is

for the purpose of the pending action only and is not an admission for any other purpose nor may it be used against that party in any other proceeding.

**ADMIT OR DENY THE FOLLOWING:**

1.      On September 19, 2022, Samantha Eve Morris was insured under a Nationwide Mutual Insurance Company policy of health insurance.

2.      Samantha Eve Morris presented proper Proof of Loss for the injuries arising from the September 19, 2022, date of loss.

3.      The medical billing charged by Neurology Associates Group, Inc., d/b/a CITIMED is a covered medical expense under the applicable policy of insurance.

**CERTIFICATE OF SERVICE**

        **I HEREBY CERTIFY** that a true and accurate copy of the above and foregoing has been eFiled with the Miami Dade County Clerk of Court and furnished to the above-named defendant with service of the Complaint.

DATED: November 8, 2023

                        **LAW OFFICE OF LAUREN GRONDSKI, PA**
                        **1031 IVES DAIRY ROAD, #228**
                        **MIAMI, FL 33179**
                        Attorneys for Plaintiff
                        Primary Email: justinlinnlaw@gmail.com

                        By:
                        JUSTIN E. LINN, ESQUIRE
                        Florida Bar No. 98661

Case 1:23-cv-24540-KMM Document 1-1 Entered on FLSD Docket 12/01/2023 Page 283 of 298

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2023-159625-CC-23

SAMANTHA EVE MORRIS,

      Plaintiff,

vs.

HUMANA INSURANCE COMPANY, a Foreign
Profit Corporation & NATIONWIDE MUTUAL
INSURANCE COMPANY

      Defendant(s).

_____/

## PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT HUMANA INSURANCE COMPANY

Plaintiff, SAMANTHA EVE MORRIS, by and through her undersigned counsel, files this Request for Admission to Defendant HUMANA INSURANCE COMPANY, pursuant to Rule 1.370, Florida Rules of Civil Procedure, to answer within forty-five (45) days of the date of service thereon.

**Request for Admission.** A party may serve upon any other party a written request for the admission of the truth of any matters within the scope of rule 1.280(b) set forth in the request that relate to statements or opinions of fact or of the application of law to fact, including the genuineness of any documents described in the request. Copies of documents shall be served with the request unless they have been or are otherwise furnished or made available for inspection and copying. Without leave of court the request may be served upon the plaintiff after commencement of the action and upon any other party with or after service of the process and initial pleading upon that party. The request for admission shall not exceed 30 requests, including all subparts, unless the court permits a larger number on motion and notice and for good cause, or the parties propounding and responding to the requests stipulate to a larger number. Each matter of which an admission is requested shall be separately set forth. The matter is admitted unless the party to

whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter within 30 days after service of the request or such shorter or longer time as the court may allow but, unless the court shortens the time, a defendant shall not be required to serve answers or objections before the expiration of 45 days after service of the process and initial pleading upon the defendant. If objection is made, the reasons shall be stated. The answer shall specifically deny the matter or set forth in detail the reasons why the answering party cannot truthfully admit or deny the matter. A denial shall fairly meet the substance of the requested admission, and when good faith requires that a party qualify an answer or deny only a part of the matter of which an admission is requested, the party shall specify so much of it as is true and qualify or deny the remainder. An answering party may not give lack of information or knowledge as a reason for failure to admit or deny unless that party states that that party has made reasonable inquiry and that the information known or readily obtainable by that party is insufficient to enable that party to admit or deny. A party who considers that a matter of which an admission has been requested presents a genuine issue for trial may not object to the request on that ground alone; the party may deny the matter or set forth reasons why the party cannot admit or deny it, subject to rule 1.380(c). The party who has requested the admissions may move to determine the sufficiency of the answers or objections. Unless the court determines that an objection is justified, it shall order that an answer be served. If the court determines that an answer does not comply with the requirements of this rule, it may order either that the matter is admitted or that an amended answer be served.

Instead of these orders the court may determine that final disposition of the request be made at a pretrial conference or at a designated time before trial. The provisions of rule 1.380(a)(4) apply to the award of expenses incurred in relation to the motion.

**Effect of Admission.** Any matter admitted under this rule is conclusively established unless the court on motion permits withdrawal or amendment of the admission. Subject to rule 1.200 governing amendment of a pretrial order, the court may permit withdrawal or amendment when the presentation of the merits of the action will be subserved by it and the party who obtained the admission fails to satisfy the court that withdrawal or amendment will prejudice that party in maintaining an action or defense on the merits. Any admission made by a party under this rule is

for the purpose of the pending action only and is not an admission for any other purpose nor may it be used against that party in any other proceeding.

**<u>ADMIT OR DENY THE FOLLOWING:</u>**

1.   On September 19, 2022, Samantha Eve Morris was insured under a Humana Insurance Company policy of health insurance.

2.   From September 28, 2022, through March 3, 2023, Samantha Eve Morris was insured under a Humana Insurance Company policy of health insurance.

3.   The policy of insurance that provided coverage to Samantha Eve Morris is a Health Maintenance Organization (HMO).

4.   Humana Insurance Company received a request for payment on or about March 15, 2023, from its insured requesting that Humana Insurance Company pay the claim from Neurology Associates Group, Inc., d/b/a CITIMED.

5.   Humana Insurance Company failed to contest nor deny the request for payment received on or about March 15, 2023.

6.   Humana Insurance Company received a request for payment on or about April 24, 2023, from its insured requesting that Humana Insurance Company pay the claim from Neurology Associates Group, Inc., d/b/a CITIMED.

7.   Humana Insurance Company failed to contest nor deny the request for payment received on or about April 24, 2023.

8.   Humana Insurance Company received a request for payment on or about June 14, 2023, from its insured requesting that Humana Insurance Company pay the claim from Neurology Associates Group, Inc., d/b/a CITIMED.

9.   Humana Insurance Company failed to contest nor deny the request for payment received on or about June 14, 2023.

10.   Humana Insurance Company received a request for payment on or about July 1, 2023, from its insured requesting that Humana Insurance Company pay the claim from Neurology Associates Group, Inc., d/b/a CITIMED.

11.  Humana Insurance Company failed to contest nor deny the request for payment received on or about July 1, 2023.

12.  Humana Insurance Company received a request for payment on or about September 7, 2023, from its insured requesting that Humana Insurance Company pay the claim from Neurology Associates Group, Inc., d/b/a CITIMED.

13.  Humana Insurance Company failed to contest nor deny the request for payment received on or about September 7, 2023.

14.  It has been at least one-hundred and twenty (120) days since Humana Insurance Company received a request to pay the claim from Neurology Associates Group, Inc., d/b/a CITIMED.

15.  Humana Health Insurance did not have a good-faith basis for refusing to pay the claim from Neurology Associates Group, Inc., d/b/a CITIMED.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and accurate copy of the above and foregoing has been eFiled with the Miami Dade County Clerk of Court and furnished to the above-named defendant with service of the Complaint.

DATED: November 8, 2023

**LAW OFFICE OF LAUREN GRONDSKI, PA**
**1031 IVES DAIRY ROAD, #228**
**MIAMI, FL 33179**
Attorneys for Plaintiff
Primary Email: justinlinnlaw@gmail.com

By:
JUSTIN E. LINN, ESQUIRE
Florida Bar No. 98661

Case 1:23-cv-24540-KMM   Document 1-1   Entered on FLSD Docket 12/01/2023   Page 287 of 298

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2023-159625-CC-23

SAMANTHA EVE MORRIS,

       Plaintiff,

vs.

HUMANA INSURANCE COMPANY, a Foreign
Profit Corporation & NATIONWIDE MUTUAL
INSURANCE COMPANY

       Defendant(s).

_____/

## PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT HUMANA INSURANCE COMPANY

Plaintiff, SAMANTHA EVE MORRIS, by and through her undersigned counsel, files this Request for Production to Defendant HUMANA INSURANCE COMPANY, pursuant to Rule 1.350, Florida Rules of Civil Procedure, to answer within forty-five (45) days of the date of service thereon.

1.    Explanation of Benefits (EOB) for the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

2.    All correspondence received by you from your insured and/or their attorney(s) related to the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

3.    All requests for payment received by you from your insured and/or their attorney(s) related to the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

4.    A copy of the contract that you contend controls the rights and obligations between you and your insured, related to a policy of health insurance issued by Humana Health Insurance (i.e., the policy of insurance).

5.    All correspondence that you contend you sent your insured and/or their attorney(s) denying the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a

CITITMED to your insured, Samantha Eve Morris.

6.   All correspondence that you contend you sent your insured and/or their attorney(s) contesting the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

7.   All correspondence that you contend you sent your insured and/or their attorney(s) related in any way to the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

8.   Leger of all premium payments received by your insured from one (1) year prior to the date of loss to one (1) year past the date of loss.

9.   Applications for health insurance coverage completed by and/or on behalf of your insured, Samantha Eve Morris, for the subject health insurance policy.

10.  Any policy of insurance for which you contend shall provide primary coverage for the the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

11.  Claim reports related to the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

12.  Denial of Claim for the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

13.  Civil Remedy Notice filing number 700264.

14.  Your response to Civil Remedy Notice filing number 700264.

15.  All Civil Remedy Notice(s) filed against you for the one (1) year preceding the filing of Plaintiff's Civil Remedy Notice filing number 700264, in which an insured alleges that you failed to attempt in good-faith to settle claims when, under all the circumstances, it could and should have done so.

16.  All Civil Remedy Notice(s) filed against you for the one (1) year preceding the filing of Plaintiff's Civil Remedy Notice filing number 700264, in which an insured alleges that you failed to properly deny a medical provider's charge presented to you within the statutory time period.

17.  Any recorded statements related to the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

18.  Any documents that you contend demonstrate that you do not have a legal obligation to

provide payment for the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

19.   All documents related to any affirmative defense you plead in your Answer.

20.   All documents related to Plaintiff's policy of insurance, for the one (1) year preceding the date of loss, to one (1) year thereafter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the above and foregoing has been eFiled with the Miami Dade County Clerk of Court and furnished to the above-named defendant with service of the Complaint.

DATED: November 8, 2023

**LAW OFFICE OF LAUREN GRONDSKI, PA**
**1031 IVES DAIRY ROAD, #228**
**MIAMI, FL 33179**
Attorneys for Plaintiff
Primary Email: justinlinnlaw@gmail.com

By:
JUSTIN E. LINN, ESQUIRE
Florida Bar No. 98661

Case 1:23-cv-24540-KMM   Document 1-1   Entered on FLSD Docket 12/01/2023   Page 290 of 298

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:  2023-159625-CC-23

SAMANTHA EVE MORRIS,

       Plaintiff,

vs.

HUMANA INSURANCE COMPANY, a Foreign
Profit Corporation & NATIONWIDE MUTUAL
INSURANCE COMPANY

       Defendant(s).

_____/

## PLAINTIFF'S REQUEST FOR PRODUCTION TO
## DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY

      Plaintiff, SAMANTHA EVE MORRIS, by and through her undersigned counsel, files this Request for Production to Defendant NATIONWIDE MUTUAL INSURANCE COMPANY, pursuant to Rule 1.350, Florida Rules of Civil Procedure, to answer within forty-five (45) days of the date of service thereon.

1.      Explanation of Benefits (EOB) for the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

2.      All correspondence received by you from your insured and/or their attorney(s) related to the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

3.      All requests for payment received by you from your insured and/or their attorney(s) related to the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

4.      A copy of the contract that you contend controls the rights and obligations between you and your insured, related to a policy of health insurance issued by Nationwide Mutual Health Insurance (i.e., the policy of insurance).

5.      All correspondence that you contend you sent your insured and/or their attorney(s) denying the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a

CITITMED to your insured, Samantha Eve Morris.

6.    All correspondence that you contend you sent your insured and/or their attorney(s) contesting the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

7.    All correspondence that you contend you sent your insured and/or their attorney(s) related in any way to the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

8.    Leger of all premium payments received by your insured from one (1) year prior to the date of loss to one (1) year past the date of loss.

9.    Applications for insurance coverage completed by and/or on behalf of your insured, Samantha Eve Morris, for the subject insurance policy.

10.   Any policy of insurance for which you contend shall provide primary coverage for the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

11.   Claim reports related to the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

12.   Denial of Claim for the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

13.   Any recorded statements related to the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

14.   Any documents that you contend demonstrate that you do not have a legal obligation to provide payment for the $26,498.34 medical billing charged by Neurology Associates Group, Inc., d/b/a CITITMED to your insured, Samantha Eve Morris.

15.   All documents related to any affirmative defense you plead in your Answer.

16.   All documents related to Plaintiff's policy of insurance, for the one (1) year preceding the date of loss, to one (1) year thereafter.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and accurate copy of the above and foregoing has been eFiled with the Miami Dade County Clerk of Court and furnished to the above-named defendant with service of the Complaint.

DATED: November 8, 2023

LAW OFFICE OF LAUREN GRONDSKI, PA
1031 IVES DAIRY ROAD, #228
MIAMI, FL 33179
Attorneys for Plaintiff
Primary Email: justinlinnlaw@gmail.com

By:
JUSTIN E. LINN, ESQUIRE
Florida Bar No. 98661

Case 1:23-cv-24540-KMM Document 1-1 Entered on FLSD Docket 12/01/2023 Page 293 of 298

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2023-159625-CC-23

SAMANTHA EVE MORRIS,

   Plaintiff,

vs.

HUMANA INSURANCE COMPANY, a Foreign
Profit Corporation & NATIONWIDE MUTUAL
INSURANCE COMPANY

   Defendant(s).

_____/

**PLAINTIFF'S NOTICE OF FILING**
**RETURN OF ELECTRONIC SERVICE**

   Plaintiff, SAMANTHA EVE MORRIS, by and through her undersigned counsel, files this Plaintiff's Notice of Filing Return of Electronic Service and hereby files with the Court, as Exhibit A, return of service on Humana Insurance Company and Nationwide Mutual Insurance Company, by LSOP_Admin@myfloridacfo.com.

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that a true and accurate copy of the above and foregoing has been eFiled with the Miami Dade County Clerk of Court on this 9th day of November, 2023.

     **LAW OFFICE OF LAUREN GRONDSKI, PA**
     **1031 IVES DAIRY ROAD, #228**
     **MIAMI, FL 33179**
     Attorneys for Plaintiff
     Primary Email: justinlinnlaw@gmail.com

     By: _____
     JUSTIN E. LINN, ESQUIRE
     Florida Bar No. 98661

Page **1** of 1

Plaintiff's Exhibit A

 Gmail

**Justin Linn <justinlinnlaw@gmail.com>**

---

## LSOP NOTICE - Production

---

**LSOP.Info@myfloridacfo.com** <LSOP.Info@myfloridacfo.com>
To: justinlinnlaw@gmail.com
Cc: LSOP_Admin@myfloridacfo.com

Thu, Nov 9, 2023 at 12:47 AM

### ***This is an automated email. Please do not respond.***

The following packet(s) you submitted online have been <u>served</u>.

**HUMANA INSURANCE COMPANY: (1)** Packet(s) with SOP Number(s).
23-000545345

**NATIONWIDE MUTUAL INSURANCE COMPANY: (1)** Packet(s) with SOP Number(s).
23-000545360

Please see the LSOP website ( https://apps.fldfs.com/LSOP/) for a copy of the Notice of Service (or Non-Service). If you have any questions or concerns, feel free to contact our office at (850) 413-4200 or LSOPContact@MyFloridaCFO.com.

**IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT**
**IN AND FOR MIAMI-DADE COUNTY, FLORIDA**

SAMANTHA EVE MORRIS,

        Plaintiff,

v.

HUMANA INSURANCE COMPANY, a
Foreign Profit Corporation & NATIONWIDE
MUTUAL INSURANCE COMPANY,

        Defendants.

Case No. 2023-159625-CC-23

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

Please take notice that the law firm of ICE MILLER LLP hereby appears in this case as counsel for Defendant Nationwide Mutual Insurance Company. All parties are requested to forward copies of all future correspondence and pleadings to the undersigned counsel at the address listed below. In addition, pursuant to Florida Rule of General Practice and Judicial Administration 2.516, all papers in this action shall be served by email on Jessa DeGroote at jessa.degroote@icemiller.com and susan.cogdill@icemiller.com.

Dated: November 27, 2023

Respectfully submitted,

**ICE MILLER LLP**

_/s/ Jessa DeGroote_
Jessa DeGroote
Florida Bar No. 1040687
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
(317) 236-2356
jessa.degroote@icemiller.com

_Attorney for Defendant, Nationwide Mutual Insurance Company_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this notice was served via the Florida Court E-Filing Portal on November 27, 2023, upon the following:

> Justin E. Linn
> Law Office of Lauren Gronski, P.A.
> 1031 Ives Dairy Road, #228
> Miami, FL 33179
> justinlinnlaw@gmail.com

_/s/ Jessa DeGroote_
Jessa DeGroote

# IN THE COUNTY COURT OF THE ELEVENTH JUDICIAL CIRCUIT
## IN AND FOR MIAMI-DADE COUNTY, FLORIDA
### CIVIL DIVISION

SAMANTHA EVE MORRIS,

        Plaintiff,

v.

HUMANA INSURANCE COMPANY, a
Foreign Profit Corporation & NATIONWIDE
MUTUAL INSURANCE COMPANY,

        Defendants.

Case No. 2023-159625-CC-23

## STIPULATION ON DEFENDANT'S RESPONSE TO THE COMPLAINT

WHEREAS, on October 26, 2023, Plaintiffs filed their Complaint;

WHEREAS on November 9, 2023, Plaintiffs served their Complaint upon Defendant Nationwide Mutual Insurance Company ("NMIC");

WHEREAS on November 22, 2023, Defendant NMIC's counsel requested a 2-day extension to file its responsive pleading and counsel for Plaintiffs consented to the requested extension,

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, subject to the approval of the Court, that Defendant's response to the Complaint shall be due on or before December 1, 2023.

Dated:  November 27, 2023

| | |
|---|---|
| **LAW OFFICE OF**<br>**LAUREN GRONDSKI, PA** | **ICE MILLER LLP** |

/s/ Jessa DeGroote
Jessa DeGroote
Florida Bar No. 1040687
_____
Justin E. Linn                                                    **ICE MILLER LLP**
Florida Bar No. 98661                                      200 West Madison St., Ste. 3500
**LAW OFFICE OF**                                          Chicago, IL 60606
**LAUREN GRONSKI, PA**                             (317) 236-2356
1031 Ives Dairy Road, #228                           jessa.degroote@icemiller.com
Miami, FL 33179
justinlinnlaw@gmail.com                                _Attorneys for Defendant, Nationwide Mutual_
                                                                        _Insurance Company._

_Attorney for Plaintiff_

<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that this notice was served via the Florida Court E-Filing Portal on

November 27, 2023, upon the following:

        Justin E. Linn
        Law Office of Lauren Gronski, P.A.
        1031 Ives Dairy Road, #228
        Miami, FL 33179
        justinlinnlaw@gmail.com

        /s/_____
        Jessa DeGroote

2